| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| IN RE PROPECIA (FINASTERIDE) PRODUCT LIABILITY LITIGATION | Master File No.: 12-md-2331 (BMC)(PK) |
| PAUL DAWSON,<br>Plaintiff,<br><br>v.<br>MERCK & CO., INC. and<br>MERCK SHARP & DOHME CORP.,<br>Defendants. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>No. 1:12-cv-01876-BMC-PK |

PLEASE TAKE NOTICE that, upon the Defendants' Local Rule 56.1 Statement of Undisputed Material Facts, dated November 27, 2017, the Declaration of Charles F. Morrow in Support of Defendants' Motion for Summary Judgment, dated November 27, 2017 ("Morrow Declaration"), and all exhibits annexed thereto, Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated November 27, 2017, and upon all other pleadings, papers, and proceedings herein, Defendants will move this Court, before the Honorable Brian M. Cogan, United States District Judge, Eastern District of New York, at the Courthouse thereof, United States Courthouse, Eastern District Court of New York, located at 225 Cadman Plaza East, New York, New York, 11201, on a date and at a time to be designated by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants summary judgment, dismissing this action in its entirety, entering judgment for Defendants, and granting Defendants costs, fees, and disbursements together with such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with this Court's Discovery & Trial Plan Practice and Procedure Order No. 15 (Third Amended), dated July 11, 2017 [MDL

Doc. No. 368] Plaintiff is to serve his opposition papers within thirty (30) days after service of Defendants' moving papers, or by December 27, 2017, and Defendants are to serve their reply within fourteen (14) days after service of Plaintiff's opposition papers, or by January 10, 2018.

**Statement regarding filing under seal:**

In a Text Order dated November 21, 2017, this Court granted the parties' request to file certain items under seal.  Defendants have determined that, even though Charlotte Merritt's Curriculum Vitae and deposition (Exhibits 4 and 5 to the Morrow Declaration) are marked confidential, the excerpted portions of these documents do not need to remain under seal here. Defendants do not waive the confidentiality designation of other portions of Ms. Merritt's deposition, as determinations of confidentiality must be made on a case-by-case basis.

Dated: Memphis, Tennessee
November 27, 2017

Respectfully submitted,

/s/  Charles F. Morrow
Charles F. Morrow, Esq.
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: chip.morrow@butlersnow.com

Matthew T. McLaughlin, Esq.
Michael A. Guerra, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY  10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
Email:  mtmclaughlin@venable.com
Email:  maguerra@venable.com

2

*Attorneys for Defendants Merck & Co.,*
*Inc. and Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I, Charles F. Morrow, one of the attorneys for Merck & Co., Inc. and Merck Sharp & Dohme Corp. do hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys.

SO CERTIFIED this, the 27th day of November, 2017.

*s/ Charles F. Morrow*
Charles F. Morrow