UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE PROPECIA (FINASTERIDE)
PRODUCT LIABILITY LITIGATION

Master File No.: 12-md-2331 (BMC)(PK)

PAUL DAWSON,
Plaintiff,

**DECLARATION OF CHARLES F. MORROW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

v.

MERCK & CO., INC. and
MERCK SHARP & DOHME CORP.,
Defendants.

No. 1:12-cv-01876-BMC-PK

Charles F. Morrow declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am an attorney in the office of Butler Snow, LLP, counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.

2.      This declaration is submitted in support of Defendants' motion for summary judgment, seeking dismissal of the complaint, pursuant to Rule 56 of the Federal Rules of Civil Procedure, in order to place before the Court documents and deposition testimony relied upon by Defendants in their motion for summary judgment.

3.      Defendants annex the following documents in support of their motion:

Exhibit 1:      Paul Dawson Deposition (8/12/16) (excerpts);

Exhibit 2:      Amended Plaintiff Profile Form (Dawson) (excerpts);

Exhibit 3:      Theresa Mah, M.D. Deposition (9/7/16) (excerpts);

Exhibit 4:      Charlotte Merritt Curriculum Vitae;

Exhibit 5:      Charlotte Merritt Deposition (5/19/16) (excerpts).

4.      All of these documents are admissible in evidence as business records or public or court records, as documents produced by Plaintiff during the discovery period, or are documents of which Plaintiff had knowledge and upon which Plaintiff relied in bringing this action.

5.      Defendants have determined that, even though Charlotte Merritt's Curriculum Vitae and deposition (Exhibits 4 and 5) are marked confidential, the excerpted portions of these documents do not need to remain under seal here.  Defendants do not waive the confidentiality designation of other portions of Ms. Merritt's deposition, as determinations of confidentiality must be made on a case-by-case basis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Memphis, Tennessee
November 27, 2017


_/s/_Charles F. Morrow
Charles F. Morrow

2