# EXHIBIT 1

```
 1                                    )
                                      )
 2   UNITED STATES DISTRICT COURT     )
                                      )
 3   EASTERN DISTRICT OF NEW YORK     )
                                      )
 4   _____   ) 12-MD-2331 (BMC)(PK)
                                      )
 5                                    )
 6   IN RE PROPECIA (FINASTERIDE)     )
 7                                    )
 8   PRODUCT LIABILITY LITIGATION     )
 9                                    )
10   _____   )
11                                    )
12                                    )
13   THIS DOCUMENT APPLIES TO:        )
14                                    )
15   Paul Dawson v. Merck & Co., et al.  )
16   Case No.: 1:12-cv-01876-BMC-PK   )
17                                    )
18                                    )
19   _____

20

21            VIDEOTAPED DEPOSITION OF PAUL S. DAWSON

22

23                      August 12, 2016

24

25                      Redmond, Washington
```

Paul S. Dawson

```
 1                   APPEARANCES
 2
     For the Plaintiff and the Plaintiffs' Executive
 3   Committee:
 4              Theodore E. Laszlo, Esquire
                LaszloLaw
 5              2595 Canyon Boulevard
                Suite 210
 6              Boulder, Colorado 90302
                303.926.0410
 7              303.443.0758 Fax
                tlaszlo@laszlolaw.com
 8
 9   For Defendants Merck & Co., Inc., and Merck
     Sharp & Dohme Corp.:
10
                Charles C. Harrell, Esquire
11              Butler Snow
                Crescent Center
12              6075 Poplar Avenue
                Suite 500
13              Memphis, Tennessee 38119
                901.680.7200
14              901.680.7201 Fax
                chuck.harrell@butlersnow.com
15
16   Also present: Cody Malone, videographer
17
18
19
20
21
22
23
24
25
```

```
 1        and we'll get that done.
 2                  MR. LASZLO:  Thank you.
 3                  THE WITNESS:  All right.  Thank you.
 4   Q    (Mr. Harrell)  Like I said, I'm going to ask you some
 5        questions today.  I'm going to assume that you
 6        understand my question unless you tell me otherwise.
 7        But if you don't understand my question, if you'll
 8        let me know, I'll do my best to rephrase it so that
 9        you can understand it.  Is that fair?
10   A    Yes.
11   Q    Okay.  Tell me your full name.
12   A    Paul Stephen Dawson.
13   Q    All right.  And, Mr. Dawson, where do you currently
14        live?
15   A    In Vancouver, Washington.
16   Q    Would you give me your address?
17   A    Yes.  ███████████████████████, Vancouver,
18        Washington 98683.
19   Q    Okay.  And how long have you lived at that address?
20   A    Most of my whole life.
21   Q    Okay.  Is that your parents' address?
22   A    It's my mom's address.
23   Q    Okay.  And so you live with your mom?
24   A    Yes.
25   Q    Has there been a period of time where you haven't
```

Paul S. Dawson

```
 1       with there being some urine that is still coming out
 2       after urination.
 3   Q   Okay.  Anything else?
 4   A   No.  No.
 5   Q   Okay.  Below that, it says, "When do you claim your
 6       symptoms first began?"  And you have here:  Within a
 7       few days of beginning the use of Propecia in February
 8       of 2008.  Is that still correct?
 9   A   Yes, it is, for some of them.
10   Q   Okay.  For which ones -- let's -- let's just do it
11       this way.  Did erectile dysfunction begin within a
12       few days of you starting on Propecia?
13   A   Yes.
14   Q   Did testicular pain begin within a few days of you
15       starting Propecia?
16   A   No.
17   Q   Did significantly decreased libido begin within a few
18       days of you taking Propecia?
19   A   Not that I noticed.
20   Q   Not that you noticed?
21   A   Yes.
22   Q   Okay.  Did reduced sexual sensation begin within a
23       few days of you taking Propecia in February 2008?
24   A   I don't recall.
25   Q   And what about the decreased semen output?
```

```
 1   A    Yes.
 2   Q    Did it -- did these less ambition, motivation, focus,
 3        and energy begin the day after you stopped Propecia?
 4   A    Well, it all kind of set in.  You know, once I
 5        realized, I gave it a day or two.  As Dr. Valbuena
 6        said, 24 to 48 hours after I stop consuming Propecia,
 7        it'd be out of my system and everything would return
 8        to normal if there were any sexual side effects.
 9   Q    So -- I'm sorry.  Were you finished?
10   A    No.  Any sexual side effects or side effects.  And so
11        when I stopped consuming Propecia, you know, the
12        fluctuation that there was while I was consuming
13        Propecia went from, you know, sometimes erectile
14        dysfunction to not having erectile dysfunction.  It
15        just went to, like, the erectile dysfunction to the
16        sexual side effects.  And that just continued each
17        day after I stopped consuming it.  You know, nothing
18        changed with it.
19            And then, you know, as I estimated, one two to
20        weeks later, you know, I was concerned about it.  You
21        know, I was probably concerned within two to three
22        days when it didn't restore.  You know, I went online
23        to look for information and saw that other people
24        were saying the same thing.  So once I realized, I
25        think, after the 24- to 48-hour period that
```

Paul S. Dawson

```
 1        Dr. Valbuena said it would be, and it didn't restore,
 2        the symptoms persisted, you know, that's when I
 3        became concerned.  That's when, you know, these
 4        things started to manifest.  I don't know specific
 5        days or, you know, that it was at this level or that
 6        level for each one of those.
 7   Q    Okay.  So did these symptoms start to manifest before
 8        or after you looked at PropeciaHelp.com?
 9   A    Before.
10   Q    Okay.  But within -- and when did you first look at
11        PropeciaHelp.com after you stopped taking Propecia?
12   A    I estimate about one to two weeks.
13   Q    Okay.  And so these conditions, the lack of -- or
14        less ambition, motivation, focus, energy, began the
15        first week after you stopped taking Propecia, correct?
16   A    I honestly don't know specifically about each
17        specific one of those.  There is, you know, four
18        listed there as far as --
19   Q    Okay.  So let's take them one at a time.  When did --
20        did less ambition first start to manifest itself
21        within the first week after you stopped taking
22        Propecia?
23   A    As far as what day?
24   Q    Did it start to manifest within the first week after
25        you stopped taking Propecia?
```

 1  A   Yes.

 2  Q   Okay.  Did less motivation first manifest itself

 3      within the first week after you stopped taking

 4      Propecia?

 5  A   Yes.

 6  Q   Did less focus first manifest itself within the first

 7      week after you stopped taking Propecia?

 8  A   I don't know.

 9  Q   Okay.  Do you recall when less focus first manifested

10      itself?

11  A   No.

12  Q   Did significantly less energy first manifest itself

13      within the first week after you stopped taking

14      Propecia?

15  A   Yes.

16  Q   Okay.  How did the less ambition that you've listed

17      for me manifest itself?  In what way?

18  A   Just there wasn't the desires that I had before of,

19      you know, things I enjoyed.  I just didn't have the

20      ambition of those things.  Like, you know, I like to

21      travel, did like to travel, you know, go outdoors,

22      hiking.

23          You know, at that time, I was a part-time

24      supervisor for UPS.  And, you know, I enjoyed going

25      to Borders and, you know, at a book -- a book --

Paul S. Dawson

```
 1        day commence?  I know you said "recently," but can
 2        you be a little more specific?
 3    A   About summer of 2015.
 4    Q   Okay.  And has it been that way since about the
 5        summer of 2015 to today?
 6    A   Yes.
 7    Q   About two cans of --
 8    A   Well, it's --
 9    Q   -- beer a day?
10    A   -- not necessarily every day, though.
11    Q   Yeah.
12    A   Generally speaking.
13    Q   And you took Propecia, according to your Plaintiff
14        Profile Form, from February of 2008 until June of
15        2008; is that correct?  You can look at Page 46.  See
16        up at the top, under No. 2?
17    A   Yes.  I think that's right.
18    Q   Okay.  You mention on Page 47 that you'd seen
19        written, televised, or Internet-based advertising or
20        labeling materials regarding Propecia.  And you
21        checked "yes" to that.  That's Question No. 6.
22            So my question is:  What were the written,
23        televised, or Internet-based advertising that you saw?
24    A   TV commercials.
25    Q   Advertising Propecia --
```

Paul S. Dawson

```
 1   Q   Okay.  I'm going to refer you to Bates Page 52.  This

 2       is an office visit with Dr. Valbuena.  It's dated

 3       June 17th, 2008.  You were seeing him for a chief

 4       complaint of left jaw pain.

 5           It does not appear from review of this note that

 6       you complained of any type of side effects from

 7       Propecia of any kind, physical or psychological.

 8       Would you agree with me?  And you can take a second

 9       and read it.

10   A   Yes.

11   Q   Okay.  Let's go to Bates Page 56.  This is an

12       encounter date or office visit with Dr. Mah, dated

13       August 18, 2008.  Do you see that?

14   A   Yes.

15   Q   Under "Subjective," she has written, "This is a

16       23-year-old white male who presents to our office for

17       follow-up of his androgenic alopecia.  Patient

18       reports that he had elected to proceed with starting

19       Propecia since his last visit with me back in

20       February.  Patient reports that he was on Propecia

21       for a period of three months but had to discontinue

22       it due to noted side effects as discussed on previous

23       visit."

24           Did I read that correctly?

25   A   Yes.
```

1   Q   "He does relate he has been having some issues with
2       decreased libido and impotence.  Along with this, he
3       also has some depression and anxiety.  Patient
4       reports that he had subsequently self-discontinued
5       the Propecia and he now has been off the Propecia for
6       a period of two and a half months."
7           Did I read that correctly?
8   A   Yes.
9   Q   "He is still experiencing the same sexual side
10      effects.  He's" -- "he also attempted to make
11      healthier lifestyle changes in terms of diet and
12      exercise.  Patient reports that this is still a
13      persistent problem.  He feels that Propecia has
14      caused 'permanent damage.'  Patient otherwise offers
15      no other concerns or complaints."
16          Did I -- did I read that correctly?
17  A   Yes.
18  Q   When did you decide that Propecia had caused you
19      permanent damage?
20  A   When, you know, I had stopped consuming it and there
21      was no improvement with the side effects.  And it --
22      it was so severe, you know, the difference from
23      before consuming Propecia.  You know, when I was on
24      Propecia, the side effects fluctuated.  It's also why
25      I wasn't so alarmed or thought I shouldn't

Paul S. Dawson

```
 1         discontinue it, because there were times when there
 2         weren't erectile dysfunction.
 3   Q     When did you first make the determination that
 4         Propecia had caused you permanent damage?  Was it
 5         right after you stopped taking Propecia?
 6   A     I know that, you know, I had that thought then.  I
 7         don't know exactly when I made the determination
 8         that, you know, it was permanent damage, though I
 9         know that because of how severe the side effects were
10         and there wasn't any improvement of that to me, it
11         seemed like it was --
12   Q     Well, you certainly had made the decision that
13         Propecia had caused you permanent damage by the time
14         you visited Dr. Mah August 18, 2008, correct?
15   A     Yes.
16   Q     Okay.  And so you had made that decision prior to
17         that visit; is that correct?  That Propecia had
18         caused you permanent damage?
19   A     I thought that was the case.
20   Q     Okay.  Can you define for me any better as to the
21         time frame when you made that decision that Propecia
22         had caused permanent damage?
23                    MR. LASZLO:  Objection to form;
24         asked and answered, argumentative.
25                    MR. HARRELL:  Go ahead.
```

Paul S. Dawson

```
 1                    MR. LASZLO:  Go ahead.
 2                    THE WITNESS:  So I don't know
 3      exactly when it was that I made that determination.
 4      I realized it was very serious, you know, after a few
 5      days when I stopped consuming it, that nothing
 6      improved.
 7   Q  (By Mr. Harrell)  Were you a student at this time?
 8   A  I don't recall if I was taking classes or not.
 9   Q  Were you employed by UPS at this time?
10   A  Yes.
11   Q  And you were 23 years old, I believe?
12   A  Yes.
13   Q  Okay.  Had you -- strike that.
14          What led you to believe that prior to August 18
15      of 2008, that Propecia had caused permanent damage to
16      you?
17                    MR. LASZLO:  Objection to form;
18      asked and answered.
19                    MR. HARRELL:  No, I don't think
20      I've asked that question.
21                    MR. LASZLO:  I think you have twice
22      or three times.
23                    MR. HARRELL:  I didn't ask what
24      time.  I asked what led him to reach that
25      determination.
```

Paul S. Dawson

```
 1                    MR. LASZLO:  With that
 2      clarification, go ahead.
 3                    THE WITNESS:  It had to do with the
 4      severity of the side effects and the fact that, you
 5      know, from the time I stop consuming it up until that
 6      point in time, there was -- there wasn't any sign of
 7      improvement.  There wasn't anything that changed.  It
 8      just continued to be that way.  And so I didn't
 9      foresee why all of a sudden it would just, you know,
10      change and be different.
11   Q  (By Mr. Harrell)  Okay.  Was there anything else
12      other than the condition hadn't improved?  In other
13      words, did you do any independent research that led
14      you to that belief, that Propecia permanently caused
15      damage to you?
16   A  I don't recall my entire thought process during that
17      time.  You know, reading about other people saying
18      that they had continuing side effects for years and
19      years after consuming Propecia, you know, very few if
20      any said that it got better for them.
21   Q  So did you review those testimonials prior to August
22      of 2008 and did that help lead you to the conclusion
23      that Propecia had caused you permanent damage?
24   A  I think I reviewed them prior to that time.  I don't
25      recall my thought process, if that is exactly why I
```

Paul S. Dawson

```
 1      STATE OF WASHINGTON )    I, John M.S. Botelho, CCR, RPR,
                             ) ss a certified court reporter
 2      County of Pierce     )    in the State of Washington,
                                  do hereby certify:
 3
 4
                That the foregoing deposition of PAUL S. DAWSON
 5      was taken before me and completed on August 12, 2016, and
        thereafter was transcribed under my direction; that the
 6      deposition is a full, true and complete transcript of the
        testimony of said witness, including all questions, answers,
 7      objections, motions and exceptions;
 8              That the witness, before examination, was by me
        duly sworn to testify the truth, the whole truth, and
 9      nothing but the truth, and that the witness reserved the
        right of signature;
10
                That I am not a relative, employee, attorney or
11      counsel of any party to this action or relative or employee
        of any such attorney or counsel and that I am not
12      financially interested in the said action or the outcome
        thereof;
13
                IN WITNESS WHEREOF, I have hereunto set my hand
14      this 25th day of August, 2016.
15
16
17
18
19
20                              _____
                                John M.S. Botelho, CCR, RPR
21                              Certified Court Reporter No. 2976
                                (Certification expires 5/26/17.)
22
23
24
25
```