# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION | Master File No.: 1:12-md-02331-JG-VVP<br>MDL No. 2331 |
| This Document Relates to Plaintiff:<br>Paul Dawson | Honorable John Gleeson<br>Magistrate Judge Viktor Pohorelsky<br><br>Plaintiff Profile Form |

## PLAINTIFF PROFILE FORM

Please provide the following information regarding yourself or each individual on whose behalf a personal injury claim is being made. Each question must be answered in full. If you do not know or cannot recall the information needed to answer a question, please indicate that in response to the question. To the extent you cannot completely answer any question, please provide whatever information is available to you and, as to any information sought by the question which you do not know, please identify what part of the question you cannot answer. Do not leave any questions unanswered or blank. Where a question calls for a date or date range, it is sufficient to provide a date range in the following format MO/YEAR through MO/YEAR.

Please attach as many sheets of paper as necessary to fully answer these questions.

In filling out this form, please use the following definitions:

1) **"document"** means any writing or record of every type that is in your possession, custody or control or in the possession, custody or control of your counsel, including but not limited to written documents, e-mails, cassettes, videotapes, photographs, charts, computer discs or tapes, x-rays, drawings, graphs, non-identical copies and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into any reasonably usable form.

2) **"health care provider"** or **"health care practitioner"** means any hospital, clinic, center, physician's office, dentist's office infirmary, medical or diagnostic laboratory, or other facility that provides medical, psychiatric, mental, emotional or psychological care or advice, and any doctor, physician, surgeon, oncologist, radiologist, pathologist, natural health provider, homeopath, osteopath, chiropractor, paramedic, nurse (registered or otherwise), physiotherapist, psychiatrist, psychologist, therapist or any other person practicing any healing art, or performing any physical, or radiological, or mental evaluation or examination or other persons or entities involved in the evaluation, diagnosis, care and/or treatment of you;

3) **"mental health care provider"** means any psychiatrist, psychologist, therapist or provider of mental health care evaluation, diagnosis and/or treatment. (2)

4) **"Propecia"** means PROPECIA®

IN RE PROPECIA (FINASTERIDE) – EDNY – MDL 2331    1

_____
Address

_____
Social Security Number

In what capacity are you representing the individual? _____
_____

If you were appointed by a court, please provide a copy of the order of appointment or power of attorney/authorizing document and state the:

_____
Court                                    Date of Appointment

What is your relationship to the deceased or represented person?
_____

If you represent a decedent's estate, state the date of the decedent's death:
_____

## II. Claim Information

A.  Do you claim that you have suffered a physical injury as a result of Propecia and/or Proscar use?

Yes  _X___    No  _____

1. If the answer to the foregoing question is "yes," state the nature of the physical injury or injuries which you claim.

   Erectile Dysfunction
   Testicular Pain
   Significantly Decreased Libido
   Reduced Sexual Sensation
   Decreased Semen Output

2. When do you claim your symptoms first began? _____
   Within a few days of beginning use of Propecia in 02/2008

3. When do you claim your date of diagnosis, if any is:
   08/2008
   (month/day/year)

4. Who diagnosed this injury:

IN RE PROPECIA (FINASTERIDE) – EDNY – MDL 2331   3

| Name | Address | Phone Number | Specialty |
|---|---|---|---|
| Michael Valbuena MD | 700 NE 87th Ave Vancouver, WA 98664 | 360-882-2778 | Internal Medicine |
| Theresa Mah DO | 501 SE 172nd Ave Vancouver, WA 98684 | 360-882-2778 | Dermatology |

5. Who treated this injury:

| Name | Address | Phone Number | Specialty |
|---|---|---|---|
| Michael Valbuena MD | 700 NE 87th Ave Vancouver, WA 98664 | 360-882-2778 | Internal Medicine |
|  |  |  |  |

B. Do you claim that you have suffered a psychiatric or psychological injury or other emotional injury, as a result of Propecia and/or Proscar use?

Yes  X     No  _____

1. If the answer to the foregoing question is "yes," state the nature of the psychiatric or psychological or other emotional injury or injuries which you claim.
    X   Depression
    X   Anxiety
    X   Other (Please Specify): emotional distress from sexual side effects
    ___ Not claiming any psychological, psychiatric or emotional injury as a result of Propecia and/or Proscar use

2. Approximately what date do you claim this injury occurred? _____
   Within a few months of consuming Propecia in 2008. I do not recall the month.

3. Have you sought treatment for this psychiatric, psychological and/or emotional injury?   Yes  X    No  ____

   a. If yes, please describe your psychiatric, psychological and/or emotional injury symptoms.
      Depression/anxiety

   b. Date of diagnosis of psychiatric, psychological and/or emotional injury: 08/2008
                             (month/day/year)

   c. Who first diagnosed this psychiatric or psychological or emotional injury:

IN RE PROPECIA (FINASTERIDE) – EDNY – MDL 2331  4

DawsonP-AmendedPPF-    00005

      **If "yes,"** fill in the appropriate blank with the number of drinks that represents your average alcohol consumption during the period you were taking Propecia and/or Proscar up to the time that you sustained the injuries alleged in the complaint:

      _____ drinks per week,
      _____ drinks per month,
      _____ drinks per year, *or*
      Other (describe): _____

6. Have you ever experienced or been diagnosed or treated for any condition related to sexual dysfunction prior to taking Propecia and/or Proscar?

   Yes ____ No __X__

   If you responded "**yes**" above, please provide the following information for each condition:

| Condition | Name and Address of Diagnosing or Treating Doctor/Hospital | Approximate Onset Date of Condition |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## VII. PROPECIA AND PROSCAR USE

1. Identify which of the following medications you have taken:

   | | | Yes | No | Do not recall |
   |---|---|---|---|---|
   | 1. | PROPECIA® | X | | |
   | 2. | PROSCAR® | | X | |
   | 3. | Finasteride | | X | |
   | 4. | Avodart | | X | |
   | 5. | Dutasteride | | X | |
   | 5. | Jalyn | | X | |
   | 6. | Tamsulosin | | x | |
   | 7. | Flomax | | x | |

IN RE PROPECIA (FINASTERIDE) – EDNY – MDL 2331   15

2. Complete the following information for each drug identified above:

| Dates of Use of Drug (month/day/year) | Dosage | Full Name and Address of Prescribing Physician(s) | Condition(s) Treated | Address of Pharmacy(s) Where Prescription was Filled if Known | Date of Onset | Date of Diagnosis | Full Name and Address of Physician Who First Diagnosed Condition(s) |
|---|---|---|---|---|---|---|---|
| 02/2008 - 06/2008 | 1 mg daily | Dr. Theresa Mah, 501 SE 172nd Ave., Vancouver, WA 98 | Androgenic Alopecia | Walgreens, 13503 Se Mill Plain Blvd #120, Vancouver, WA 98684 | About 2006 (I do not recall the month) | 02/2008 | Dr. Theresa Mah, 501 SE 172nd Ave., Vancouver, WA 98 |
| | | | | | | | |
| | | | | | | | |

3. For what injury, illness, disease, condition or disability were you prescribed each of the medications identified in section VII(1):

    A.    Injury, illness, disease, condition or disability: Androgenic Alopecia

    B.    Date(s) of onset: About 2006 (I do not recall the month)

    C.    Date(s) of diagnosis: 02/2008

    D.    Please provide the name, address, telephone number and specialty of the person by whom the injury, illness, disease, condition or disability was first diagnosed.
Dr. Theresa Mah, Dermatology; 501 SE 172nd Ave., Vancouver, WA 98684; (360) 882-2778

Case 1:12-md-02331-JBW-CVPK Document 1801-3 Filed 08/06/13 Page 17 of 50 PageID #: 11340

## **DECLARATION**

I declare under penalty of perjury that all of the information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, information and belief, and I have supplied the authorizations attached to this declaration.

_/s/ Paul Dawson_  Paul Dawson   February 10th, 2014
Signature            Print Name          Date

IN RE PROPECIA (FINASTERIDE) – EDNY – MDL 2331  22

DawsonP-AmendedPPF-    00023