# EXHIBIT 3

1                                          )

                                            )

2    UNITED STATES DISTRICT COURT          )

                                            )

3    EASTERN DISTRICT OF NEW YORK          )

                                            ) MDL No.

4    _____    ) 1:12-MD-02331 (BMC)(PK)

5                                          )

6                                          )

7    IN RE PROPECIA (FINASTERIDE)          )

8                                          )

9    PRODUCT LIABILITY LITIGATION          )

10                                         )

11   _____    )

12                                         )

13                                         )

14   THIS DOCUMENT APPLIES TO:             )

15                                         )

16   Paul Dawson v. Merck & Co., et al.    )

17   Case No.: 1:12-cv-01876-BMC-PK        )

18                                         )

19   _____

20

21            DEPOSITION OF THERESA N. MAH, D.O.

22

23                   September 7, 2016

24

25                 Vancouver, Washington

Theresa N. Man, D.O.

```
 1                    APPEARANCES

 2

     For the Plaintiff and the Plaintiffs' Executive
 3   Committee:

 4                Theodore E. Laszlo, Jr., Esquire
                  Laszlo & Associates, LLC
 5                2595 Canyon Boulevard
                  Suite 210
 6                Boulder, Colorado 80302
                  303.926.0410
 7                303.443.0758 Fax
                  tlaszlo@laszlolaw.com
 8

 9   For Defendants Merck & Co., Inc., and Merck
     Sharp & Dohme Corp.:
10

                  Jessica L. Grant, Esquire
11                Venable LLP
                  505 Montgomery Street
12                Suite 1400
                  San Francisco, California 94111
13                415.653.3750
                  415.653.3755 Fax
14                jgrant@venable.com

15

16

17

18

19

20

21

22

23

24

25
```

Theresa N. Man, D.O.

```
 1      and the Plaintiffs' Executive Committee in a lawsuit

 2      Paul Dawson has filed against Merck and some others.

 3      We're here to take your deposition today.

 4          And I'm going to get started by just handing you

 5      what I've marked as Exhibit 1 and just ask you if

 6      you've seen that before.

 7   A  Yes.

 8   Q  Okay.  And that's a subpoena for your appearance here

 9      today.

10   A  Mm-hmm.

11   Q  Correct?

12   A  Yes.

13   Q  And that was served on you by a process server, and

14      you accepted that service, correct?

15   A  Yes.

16   Q  Okay.  You can set that aside.

17          Can you state your full name and spell your last

18      name for the record?

19   A  Sure.  Theresa Ng, N-g, Mah, M-a-h.

20   Q  And, Dr. Mah, what is your current business address?

21   A  It's 501 Southeast 172nd Avenue, Suite 250,

22      Vancouver, Washington 98684.

23   Q  Okay.  And does your practice have a business name,

24      or...?

25   A  The Vancouver Clinic.
```

Theresa N. Man, D.O.

```
 1   Q   Okay.  And how long have you practiced with The

 2       Vancouver Clinic?

 3   A   September of 2006.

 4   Q   And are you licensed to practice medicine?

 5   A   Yes, sir.

 6   Q   And do you have a specialty?

 7   A   Dermatology.

 8   Q   And am I correct, then, you don't practice in the

 9       area or specialty area of internal medicine?

10   A   No.

11   Q   And you don't practice in the area of urology?

12   A   No.

13   Q   And you don't practice in the area of male sexual

14       health, correct?

15   A   No.

16   Q   Okay.  Are you board certified?

17   A   Yes.

18   Q   In what field?

19   A   Dermatology.

20   Q   Okay.  Any subcertifications?

21   A   No.

22   Q   Subspecialty certs?  No.

23       Have you ever had your deposition taken before?

24   A   No.

25   Q   Okay.  One of the kind of guidelines is, because John
```

Theresa N. Man, D.O.

```
 1      your exam, what was your assessment of Mr. Dawson on

 2      that visit, February 13, 2008?

 3   A  The assessment was that he did have androgenetic

 4      alopecia, given the history and the clinical exam.

 5   Q  And did you discuss with him a treatment plan?

 6   A  Yes.

 7   Q  And what was your recommendations regarding

 8      treatment?

 9   A  Well, treatment options were discussed with the

10      patient, and that included topical therapy, you know,

11      with minoxidil, or Rogaine, and also Propecia, and

12      observation.  Some people elect for no treatment.

13   Q  In the course of the visit, did you write a

14      prescription for Propecia for Mr. Dawson?

15   A  Yes.

16   Q  Okay.  And I'm reading here from the record.

17   A  Mm-hmm.

18   Q  No. 1 under the treatment and plan at Page --

19   A  Mm-hmm.

20   Q  -- 46.

21   A  Mm-hmm.

22   Q  "Patient education and counseling" --

23   A  Mm-hmm.

24   Q  -- "regarding the above diagnoses" --

25   A  Mm-hmm.
```

Theresa N. Mah, D.O.

```
 1       STATE OF WASHINGTON )    I, John M.S. Botelho, CCR, RPR,
                             ) ss a certified court reporter
 2       County of Pierce   )    in the State of Washington,
                                 do hereby certify:

 3

 4

                 That the foregoing deposition of THERESA N. MAH,
 5       D.O., was taken before me and completed on September 7,
         2016, and thereafter was transcribed under my direction;
 6       that the deposition is a full, true and complete transcript
         of the testimony of said witness, including all questions,
 7       answers, objections, motions and exceptions;

 8               That the witness, before examination, was by me
         duly sworn to testify the truth, the whole truth, and
 9       nothing but the truth, and that the witness waived the right
         of signature;

10

                 That I am not a relative, employee, attorney or
11       counsel of any party to this action or relative or employee
         of any such attorney or counsel and that I am not
12       financially interested in the said action or the outcome
         thereof;

13

                 IN WITNESS WHEREOF, I have hereunto set my hand
14       this 16th day of September, 2016.

15

16

17

18

19

20

21

22                           _____

                             John M.S. Botelho, CCR, RPR
23                           Certified Court Reporter No. 2976
                             (Certification expires 5/26/17.)

24

25
```