# EXHIBIT 4

# Charlotte B. Merritt

Westfield, NJ |

---

## Pharmaceutical Regulatory Executive
*skilled in leading global regulatory strategy development, Health Authority interactions, and regulatory business operations.*

---

Visionary leader with global experience spanning all phases of development and many therapeutic areas. Delivers and executes on regulatory strategies that succeed worldwide. Works cross-functionally and cross-culturally to achieve product registrations and expand product licenses in accordance with medical and business drivers. Understands operational needs of a global regulatory organization and works to create efficiencies and drive compliance. Assesses complex scientific and business scenarios and facilitates solutions. Motivates teams to deliver results that exceed expectations. **Noted for…**

- Unique combination of drug development and global regulatory strategic expertise coupled with deep operational knowledge and strong business acumen.
- Exceptional leadership skills and successful collaborations both within and external to Company.
- Proficiency in developing talent and managing staff with exemplary performance and high retention rates.
- Keen ability to translate drug development and organizational knowledge into efficient business strategies.
- Successful track record sponsoring and leading strategic and organizational change initiatives.

---

## Professional Experience

**Pharmaceutical Consultant**                                                                                                  **2014 - present**

Provide strategic regulatory support to pharmaceutical companies in the areas of:
- Development and execution of regulatory strategy
- Support for regulatory filings
- Regulatory Agency interface
- Operational excellence

Additionally serve as project manager and sole regulatory voice for a start-up pharmaceutical business development company with a focus in emerging markets. Facilitate product licensing deals between US/EU-based companies and companies in emerging markets.

**MERCK & CO., Rahway, NJ**                                                                                                    **1990 – 2013**

**Exec. Director/Head, Regulatory Execution & Strategy Integration Group, Global Reg. Affairs** (2009 – 2013)
**Sr. Director/Therapeutic Area Lead, Worldwide Regulatory Affairs** (2006 – 2009)
**Director/Sr. Director, Regulatory Liaison and Group Lead, Regulatory Affairs International** (1999 – 2006)
**Associate Director/Regulatory Liaison, Regulatory Affairs International** (1995 – 1999)
**Manager, Worldwide Product Labeling** (1993 – 1995)
**Sr. Regulatory Associate/Labeling Specialist, Intl. Labeling** (1990 – 1993)

Over extensive career, contributed to development programs/life cycle management for more than 30 products/drug development candidates, directing regulatory strategy and Health Authority interactions worldwide and ensuring alignment of regulatory strategy with business objectives. Achieved approval for new drugs, new dosage forms and expanded labeling globally. Oversaw and mentored regulatory liaisons and other staff in various aspects of regulatory affairs and drug development. As a member of the Global Regulatory Affairs senior leadership team, appointed to lead the integration of 3 regulatory organizations following corporate merger. Headed a business operations group charged with improving the efficiency of operations across the organization and ensuring compliance with regulatory requirements worldwide.

### Regulatory Strategy

- Headed teams of Liaisons who managed US and ex-US regulatory activity for Urology, Dermatology, Endocrine, Obesity, Bone, Respiratory, Gastrointestinal, and Anemia products. Led/advised Global Regulatory Teams, oversaw development of regulatory strategy and Health Authority interactions, approved submission documentation, and ensured development of optimal product labeling.
- As Regulatory Therapeutic Area Lead, collaborated with Clinical Research, Marketing, Finance and Manufacturing on cross-functional business strategy teams in the planning and management of key product lifecycle activities, ensuring consistency of regulatory strategy with commercial vision and optimization of time to market.
- Directed/oversaw Health Authority meetings worldwide (including an FDA Advisory Committee Meeting), leading to product/labeling approval or progression of drug candidate to next stage of development.

---

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       - Produced May 13, 2016 -       PROPECIA-CMERRITTRESUME_000001

# Charlotte B. Merritt
Westfield, NJ | ███████████

**Regulatory Strategy** *(continued)*

- Oversaw FDA approval of IV drug to prevent chemotherapy-induced nausea and vomiting, ensuring strength of responses to Agency queries, optimal product labeling and adequate risk management planning. Contributed to Phase IV program to simplify dosing with single-day formulation. Achieved FDA and EMA agreement on plan to support global registration.
- Contributed to development plans for numerous drug candidates; directed milestone interactions with US, Canadian, European and Japanese agencies to ensure development programs would meet global expectations.
  - Made significant contributions to Merck's first truly global (including Japan) development program for an NCE, including development of complex briefing book for submission to FDA and ex-US agencies supporting dose ranging across ethnicities and disease classifications.
- Led strategy and oversaw MAA development for a systemic product to treat hair loss. Achieved registration globally. Managed MR Procedures in EU, directed development of responses to assessment reports, and participated in numerous agency meetings. Directed activities supporting approval in Japan from initial strategy-review meeting with PMDA through JNDA development and agency interactions leading to registration.
- Oversaw filing and approval process for a major asthma product in Japan as well as regulatory activity globally to expand the indication and patient population.
- Directed Phase IV regulatory activities leading to expansion of the indication and optimization of product positioning for several key products.

**Organizational Transformation**

- Following the merger of Merck and Schering Plough (SP), appointed to lead the integration of Merck, SP and Organon Regulatory groups. Collaborated across the R&D division in strategic planning efforts, ensuring cross-functional alignment around the creation of operating efficiencies. Created efficiencies that allowed for a 15% decrease in staff.
  - Across R&D ensured adequate regulatory input into legal entity integration and site consolidation plans. Ensured alignment of Regulatory Affairs integration efforts with those in the broader organization. Developed a business model for an integrated Regulatory Affairs organization that met the goals of decreasing cycle time, accelerating time-to-market for innovative products globally, and maintaining compliance.
  - Directed process and systems harmonization leading to measurable organizational and operational efficiencies within Regulatory Affairs. Proposed, sponsored and/or led organizational re-design efforts required to optimize roles and accommodate harmonization efforts.

**Regulatory Business Operations**

- Reporting to the Head of Global Regulatory Affairs, managed a business operations group responsible for strategic development and maintenance of business process, technology and information, portfolio, project and resource management, regulatory intelligence, and quality and compliance for the regulatory organization.
- Drove strategic change initiatives that defined and improved the operational framework within which the regulatory organization operated.
- Provided executive leadership for large strategic initiatives involving significant change to people, process and technology aspects of Merck's 1700-person global Regulatory organization.
  - Improved company-wide business prioritization capabilities by creating a line of sight from financial commitment/profit plan to downstream decision making related to product supply. Key to successful execution was alignment of business and regulatory objectives, supported by rigorous portfolio and capacity planning within Regulatory Affairs. Anticipated to increase overall sales by $600M in 5th year.
  - Defined global product registration management capabilities necessary to meet current regulatory standards/Health Authority expectations, ensure closed-loop planning for compliance-based submissions and facilitate product release. Ensured timely roll out of training and change management programs targeted to >3000 users of resulting newly-developed business processes and system.
  - Implemented regulatory Quality Management System to ensure global access to regulatory operating model and associated procedures.
- Provided leadership during audits and inspections to ensure appropriate involvement of Regulatory and Pharmacovigilance staff in responding to inquiries and incorporation of applicable procedural/system characterization.

## Education

**MBA: Marketing/Business,** John M. Olin School of Business, Washington University, St. Louis, MO

**BS: Biology,** Albright College, Reading, PA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER         - Produced May 13, 2016 -         PROPECIA-CMERRITTRESUME_000002