# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

\- - -

| | | |
|---|---|---|
| IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION | : | Master File No. 1:12-md-02331-BMC-PK |
| | : | MDL No. 2331 |
| This Document Relates to: | : | Honorable Brian M. Cogan |
| ALL CASES | : | Magistrate Judge Judge Peggy Kuo |

\- - -

May 19, 2016

Confidential - Subject to Protective Order

Oral sworn videotape deposition of CHARLOTTE B. MERRITT, taken at the Short Hills Hilton, John F. Kennedy Parkway, Short Hills, New Jersey, 08078, before Patricia R. Frank, Certified Court Reporter and Notary Public of the State of New Jersey, commencing at 9:31 a.m., on the above date.

\- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

A P P E A R A N C E S:

SIMMONS HANLY CONROY LLC
BY: CLINTON B. FISHER, ESQUIRE
112 Madison Avenue
New York, NY 10016-7416
212.784.6446
cfisher@simmonsfirm.com
Attorneys for MDL Plaintiffs

SANDERS PHILLIPS GROSSMAN, LLC
BY: VICTORIA J. MANIATIS, ESQUIRE
3 Park Avenue, Suite 2300
New York, NJ 10016
516.741.5600
vmaniatis@thesandersfirm.com
Attorneys for MDL Plaintiffs

BUTLER SNOW LLP
BY: ERIC E. HUDSON, ESQUIRE
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
901.680.7200
eric.hudson@butlersnow.com
and
BY: AARON R. RICE, ESQUIRE
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39157
601.948.5711
aaron.rice@butlersnow.com
Attorneys for Defendant Merck

ALICE MARSHALL, ESQUIRE
2000 Galloping Hill Road
Kenilworth, NJ 07033
267.305.1166
General Counsel for
Merck & Co., Inc.

(Appearances Cont'd.)

FOX ROTHSCHILD, LLP
BY: APPLE SULIT-PERALEJO, ESQUIRE
(via telephone)
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
609.348.4515
asperalejo@foxrothschild.com
Attorneys for Defendant Merck

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
BY: PETER D. ESPEY, ESQUIRE
(via telephone)
200 Campus Drive
Florham Park, NJ 07932-0668
973.624.0800
peter.espey@wilsonelser.com
Attorneys for Defendants Bosley Inc.
and Bosley Medical Group

CATALANO, GALLARDO & PETROPOULOS, LLP
BY: DANIELLE E. CHIN, ESQUIRE
(via telephone)
100 Jericho Quadrangle
Suite 326
Jericho, NJ 11753
516.931.1800
dchin@cgpllp.com
Attorneys for Defendant Bosley, a
successor to MHR

ALSO PRESENT:

DAVID LANE, Videographer

each other's thoughts.
A. Sorry.
Q. Are you serving as a consultant today in this process?
A. No.
Q. Are you being compensated?
A. No.
Q. Were you compensated or do you expect to be compensated for either your preparation time or your appearance here today?
A. No.
Q. Now, you understand that this is a deposition about the Propecia product.
A. Yes.
Q. And you had involvement with Propecia throughout the course of your 23 years at Merck, right?
A. Yes, I did.
Q. On page two of your CV, in the third bullet point there from the top, it says, "Led strategy and oversaw MAA development for a systemic product to treat hair loss."
Do you see that?
A. Um-hum.
Q. Yes?

A. Yes.
Q. And that's Propecia, true?
A. That is right.
Q. It says, "Achieved registration globally. Managed MR procedures in EU." What are MR procedures, please?
A. Mutual recognition. It's a procedure by which you can obtain registration in Europe.
Q. Okay. "Directed development of responses to assessment reports, and participated in numerous agency meetings."
Do you see that?
A. Yes.
Q. And that includes you mentioned earlier about documents you reviewed. You mentioned the PSURs, right?
A. Um-hum. Yes.
Q. Yes?
A. Yes.
Q. And those are reports that are filed periodically in the EU.
A. Around the world, yes, they are.
Q. Are they filed in the United States?
A. They are. They're filed -- they're required to be filed globally, and Merck at least

A. Not exactly, no.

Q. And, by the way -- I'm not sure if we defined it -- the PSUR is the periodic safety update report, right?

A. That's correct.

Q. On the first page of your CV, Ms. Merritt, after it lists your various positions at Merck, the first sentence states, "Over extensive career, contributed to development programs/life cycle management for more than 30 products/drug development candidates, directing regulatory strategy and Health Authority interactions worldwide and ensuring alignment of regulatory strategy with business objectives."

Do you see that?

A. Yes.

Q. Okay. And I take it that Propecia is one of the 30 products that you're including in that sentence with which you were involved.

A. Yes, it is.

Q. Is Proscar, P-R-O-S-C-A-R, is that one of the other products?

A. Yes, it is.

Q. You mentioned that Harel Consulting, is that --

A. Yes, I do.
Q. Okay. You see that this is dated -- well, it has two dates on the top but it appears to be dated September 1, 1994.
A. Yes.
Q. From a K. Grosser to a number of people, including yourself. Do you see that?
A. Yes, I do.
Q. And the subject matter is "Cost/Time Development Estimate for MK-0906 Phase III Male Pattern Baldness Program."
Do you see that?
A. Yes.
Q. And if you turn to the second page, you see that you're not only a recipient but you're listed as one of the people with responsibility for the project under "Worldwide Labeling and Editing," right?
MR. HUDSON: Objection. Go ahead.
Q. Your document is copied on both sides so it's the second page, the back of the front page.
A. Yes, I see that.
Q. Okay. And just show this to you. This is about a 20-page document. As it says in the memo, it includes a worksheet for the project, a

Phase III male pattern baldness program, a description of the Phase III program, and current plans to file the WMA. Is that the worldwide marketing authorization?

A. Worldwide marketing application, yes.

Q. Okay. Indicating that you were -- as of 1994, you were involved in the development of the Propecia product and plans for its worldwide marketing application, right?

A. Yes.

Q. The next document I'm going to show you, Ms. Merritt, has previously been marked as Exhibit 96 in an earlier deposition. And this is a Propecia Product Development Plan Stage II Review from November 16, 1995.

Do you see that?

A. Yes.

Q. Okay. So as we saw from the previous document, which was dated in 1994, you were part of the development plan for Propecia during these -- during this period, right?

A. Yes.

Q. If you turn, please, to page 18 of the document -- some documents have Bates numbers. Do you know what that is --

about page 36, Ms. Merritt, you said that in September of 1995 you moved into the Regulatory Affairs International?

A. Yes.

Q. And I see that there is an indication on your CV for 1995, and would that have -- why is it that that would have removed you from involvement in the discussion that we're talking about in Exhibit 96 when you were involved as you described earlier in the discussion set forth in Exhibit 198?

A. When I was in the labeling department, my prior job, I ran the organization. I managed the organization when I left, so I was responsible for a number of label writers, and so Propecia was one of many products that fell under my responsibility.

I believe at that time, because I had also worked on Proscar from the labeling perspective, I was probably involved in project team meetings so I was reporting time. Anyone that works on the project reports time to the project so they know how much the development costs. And so that's why I would have been a recipient of this prior memo that you showed me.

But I wasn't involved in the overall decision to develop Propecia, the strategy to

develop Propecia, because I wasn't in this larger -- in the regulatory liaison organization. So they're responsible for the strategy decisions.

And so I moved into that organization, like I said, in September of '95, started working on Propecia from that perspective, but it would have only been two months and this type of document takes much longer than that to produce.

Q. All right. Thank you.

[redacted]

Q. Section (g) is entitled "Adverse Reactions." Do you see that?

A. Yes, I do.

Q. And it says, "An adverse reaction is an undesirable effect, reasonably associated with the use of the drug, that may occur as part of the pharmacological action of the drug or may be unpredictable in its occurrence."

Do you see that?

A. Yes, I do.

Q. And although you weren't responsible -- well, we'll turn and look at an early drug label for Propecia.

Actually, before we do that, in -- so in 1997, you have international responsibility for labeling, true?

A. I had international responsibility for the registration of the drug. We have a labeling organization within Regulatory Affairs at Merck who's responsible for the labeling.

Q. And the process of trying to get market application in Europe was ongoing in 1997. Do you recall that?

A. Yes, it was.

Q. And that was ongoing in individual

C E R T I F I C A T I O N

I, Patricia R. Frank, a Certified Court Reporter and Notary Public of the State of New Jersey, do hereby certify that I reported the deposition in the above-captioned matter; that the said witness was duly sworn by me; that reading and signing was not requested; that the foregoing is a true and correct transcript of the stenographic notes of testimony taken by me in the above-captioned matter.

I further certify that I am not an attorney or counsel for any of the parties, nor a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

____________________________________

Patricia R. Frank, CCR #XI01021
Notary Public #2405975 Exp. 03/22/21

Dated: May 26, 2016