UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PROPECIA (FINASTERIDE) PRODUCT LIABILITY LITIGATION | Master File No.: 12-md-2331 (BMC)(PK) |
| | Case No.: 1:12-cv-01876 (BMC)(PK) |
| THIS DOCUMENT APPLIES TO: | |
| PAUL DAWSON, Plaintiff, | **DEFENDANTS' NOTICE OF MOTION TO PRECLUDE THE EXPERT TESTIMONY OF PLAINTIFF'S EXPERTS, ABDULMAGED M. TRAISH, PH.D., IRWIN GOLDSTEIN, M.D., AND MAHYAR ETMINAN, PHARM.D., M.S.C.** |
| v. MERCK & CO., INC. and MERCK SHARP & DOHME CORP., Defendants. | **ORAL ARGUMENT AND HEARING REQUESTED** |

**PLEASE TAKE NOTICE THAT** pursuant to the accompanying Memorandum in Support, the Declaration of Charles F. Morrow, the exhibits filed herewith, and the pleadings and record here, Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. ("Merck") shall move this Court. before the Honorable Brian M. Cogan, United States District Judge, Eastern District of New York, at the Courthouse thereof, United States Courthouse, Eastern District Court of New York, located at 225 Cadman Plaza East, New York, New York, 11201, on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rules of Evidence 401-403 and 702-703 precluding the testimony of Plaintiff's experts: (1) Abdulmaged M. Traish, Ph.D. (Biochemistry) (general causation), (2) Irwin Goldstein, M.D. (Urology; general and case-specific causation); and (3) Mahyar Etminan, Pharm.D., M.S.C. (Epidemiology) (general causation).

Merck further respectfully requests that the Court conduct an evidentiary hearing under *Daubert* and its progeny to evaluate the admissibility of Plaintiff's experts' opinions.

1

**Statement Regarding Filing Under Seal:** In an Order entered November 21, 2017, in this case, the Court granted the parties' request to file certain items under seal. Pursuant to that Order, Merck hereby advises that it has filed the following exhibit(s) under seal:

- Exh. 7: Dep. of Irwin Goldstein, M.D. (Oct. 14, 2017) ("Goldstein II")

- Exh. 55: Rule 26 Case Specific Report of Paul Dawson by Dr. Irwin Goldstein (Dec. 16, 2016), attached to Goldstein Dep. II as Exhibit 45 (Oct. 17, 2017).

Merck has filed these documents under seal and redacted text in its Memorandum of Law based on Plaintiffs' designation of the above-referenced transcript and all exhibits as confidential. While Merck does not believe that the items should remain confidential, they are filed under seal out of caution until Plaintiff can determine whether the document should remain confidential and thus remain under seal.

Dated: November 27, 2017

*s/ Charles F. Morrow*
Charles F. Morrow, Esq.
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: chip.morrow@butlersnow.com

Matthew T. McLaughlin, Esq.
Michael A. Guerra, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: mtmclaughlin@venable.com
Email: maguerra@venable.com

*Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.*

2

## CERTIFICATE OF SERVICE

    I, Charles F. Morrow, one of the attorneys for Merck & Co., Inc. and Merck Sharp & Dohme Corp. do hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys.

                                                                             */s/ Charles F. Morrow*
                                                                             Charles F. Morrow, Esq.