| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
| IN RE PROPECIA (FINASTERIDE)<br>PRODUCT LIABILITY LITIGATION | Master File No.: 12-md-2331 (BMC)(PK)<br><br>Case No.: 1:12-cv-01876 (BMC)(PK) |
| THIS DOCUMENT APPLIES TO:<br><br>PAUL DAWSON,<br>Plaintiff,<br>v.<br>MERCK & CO., INC. and<br>MERCK SHARP & DOHME CORP.,<br>Defendants. | **ORAL ARGUMENT AND<br>HEARING REQUESTED** |

**DECLARATION OF CHARLES F. MORROW IN CONNECTION WITH
DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO PRECLUDE THE
EXPERT TESTIMONY OF PLAINTIFF'S EXPERTS, ABDULMAGED M. TRAISH,
PH.D., IRWIN GOLDSTEIN, M.D., AND MAHYAR ETMINAN, PHARM.D., M.S.C.**

I, Charles F. Morrow, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner with the law firm of Butler Snow LLP, counsel to Defendants Merck & Co., Inc. and Merck Sharp and Dohme Corp. ("Merck").

2. I submit this Declaration in support of Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.'s Motion to Preclude The Expert Testimony of Plaintiff's Experts, Abdulmaged M. Traish, Ph.D.. Mahyar Etminan, Pharm.D., M.S.C., and Mahyar Etminan, Pharm.D., M.S.C. in the above-captioned matter.

3. Attached hereto as exhibits are true and correct copies of documents listed in the following index.

1

# INDEX OF EXHIBITS[1]

| Exhibit No. | Description |
| --- | --- |
| 1. | Deposition of Paul Dawson (Aug. 12, 2016) (Redacted) |
| 2. | Expert Report of Abdulmaged M. Traish, MBA, Ph.D (Dec. 16, 2016) |
| 3. | Deposition of Abdulmaged M. Traish, MBA, Ph.D (Sept. 26, 2017) |
| 4. | Expert Report of Irwin Goldstein, M.D. (Dec. 16, 2016) |
| 5. | Supplemental Expert Report of Irwin Goldstein, M.D. (Oct. 25, 2017) |
| 6. | Deposition of Irwin Goldstein, M.D. (Oct. 3, 2017) |
| 7. | Deposition of Irwin Goldstein, M.D. (Oct. 17, 2017) (Filed Under Seal) |
| 8. | Deposition of Irwin Goldstein, M.D. (Nov. 14, 2017) |
| 9. | Expert Report of Mahyar Etminan, Pharm.D, M.SC (Dec. 15, 2016) |
| 10. | Deposition of Mahyar Etminan, Pharm.D, M.SC (Oct. 10, 2017) |
| 11. | Merck's Identification of Expert Witnesses and Disclosure of Expert Reports (Feb. 15, 2017) |
| 12. | Expert Report of James J. Schlesselman, Ph.D. (Feb. 14, 2017) |
| 13. | Supplemental Expert Report of James J. Schlesselman, Ph.D (Aug. 8, 2017) |
| 14. | Expert Report of David J. Margolis, M.D., Ph.D. (Feb. 6, 2017) |
| 15. | Expert Report of John P. Mulhall, M.D. (Feb. 10, 2017) |
| 16. | Expert Report of Gerald B. Brock, M.D. (Feb. 7, 2017) |

---

[1] Defendants submit full deposition transcripts for the experts challenged in their motion, noting that the Court's Individual Practices, Section III(B)(5), requires excerpts of transcript where the motion is for summary judgment. As this is, instead, a motion to exclude experts, Merck believed a full transcript would be most helpful to the Court and appropriate under the Court's rules. Should the Court prefer that Merck submit excerpts instead, Merck will do so promptly.

| **Exhibit No.** | **Description** |
|---|---|
| 17. | Expert Report of Pat Fox Fulgham, M.D., DABU, FACS (Feb. 13, 2017) |
| 18. | Supplemental Expert Report of Pat Fox Fulgham, M.D., DABU, FACS (Jul. 31, 2017) |
| 19. | Expert Report of Kevin T. McVary, M.D. (Feb. 13, 2017) |
| 20. | Expert Report of Glenn R. Cunningham, M.D. (Feb. 9, 2017) |
| 21. | Expert Report of Robert Taylor Segraves, M.D. (Jan. 31, 2017) |
| 22. | Expert Report of George Cotsarelis, M.D. (Feb. 8, 2017) |
| 23. | Expert Report of Donald W. Pfaff, Ph.D. (Feb. 5, 2017) |
| 24. | Donatucci, C. F., & Lue, T. F. (1993). Erectile dysfunction in men under 40: Etiology and treatment choice. *International Journal of Impotence Research*, *5*(2), 97-103. |
| 25. | Heruti, R., Shochat, T., Tekes-Manova, D., Ashkenazi, I., & Justo, D. (2004). Prevalence of erectile dysfunction among young adults: Results of a large-scale survey. *The Journal of Sexual Medicine*, *1*(3), 284-291. |
| 26. | Capogrosso, P., Colicchia, M., Ventimiglia, E., Castagna, G., Clementi, M. C., Suardi, N., ... & Montorsi, F. (2013). One patient out of four with newly diagnosed erectile dysfunction is a young man—worrisome picture from the everyday clinical practice. *The Journal of Sexual Medicine*, *10*(7), 1833-1841. |
| 27. | Reed-Maldonado, A. B., & Lue, T. F. (2016). A syndrome of erectile dysfunction in young men?. *Translational Andrology and Urology*, *5*(2), 228-234. |
| 28. | Imperato-McGinley, J., Guerrero, L., Gautier, T., & Peterson, R. E. (1974). |

| Exhibit No. | Description |
|---|---|
|  | Steroid 5α-reductase deficiency in man: An inherited form of male pseudohermaphroditism. *Science*, *186*(4170), 1213-1215. |
| 29. | Imperato-McGinley, J., Peterson, R. E., Gautier, T., & Sturla, E. (1979). Male pseudohermaphroditism secondary to 5α-reductase deficiency—a model for the role of androgens in both the development of the male phenotype and the evolution of a male gender identity. *Journal of Steroid Biochemistry*, *11*(1), 637-645. |
| 30. | Gormley, G. J., Stoner, E., Bruskewitz, R. C., Imperato-McGinley, J., Walsh, P. C., McConnell, J. D., ... & Vaughan, E. D. (1992). The effect of finasteride in men with benign prostatic hyperplasia. *New England Journal of Medicine*, *327*(17), 1185-1191. |
| 31. | Imperato-McGinley, J., Shackleton, C., Orlic, S., & Stoner, E. (1990). C19 and C21 5 beta/5 alpha metabolite ratios in subjects treated with the 5 alpha-reductase inhibitor finasteride: comparison of male pseudohermaphrodites with inherited 5 alpha-reductase deficiency. *The Journal of Clinical Endocrinology and Metabolism*, *70*(3), 777. |
| 32. | Imperato-McGinley, J., & Zhu, Y. S. (2002). Androgens and male physiology the syndrome of 5α-reductase-2 deficiency. *Molecular and Cellular Endocrinology*, *198*(1), 51-59. |
| 33. | Bradford, A. (1965). The environment and disease: Association or causation?. *Proceedings of the Royal Society of Medicine*, *58*, 295-300. |
| 34. | McVary, K. T., Carrier, S., & Wessells, H. (2001). Smoking and erectile |

| Exhibit No. | Description |
|---|---|
|  | dysfunction: Evidence based analysis. *The Journal of Urology*, *166*(5), 1624. |
| 35. | Köhler, T. S., & McVary, K. T. (2008). The evolving relationship of erectile dysfunction and lower urinary tract symptoms. *Current Sexual Health Reports*, *5*(1), 9-16. |
| 36. | Pinsky, M. R., Gur, S., Tracey, A. J., Harbin, A., & Hellstrom, W. J. (2011). The effects of chronic 5-alpha-reductase inhibitor (dutasteride) treatment on rat erectile function. *The Journal of Sexual Medicine*, *8*(11), 3066-3074. |
| 37. | Öztekin, Ç. V., Gur, S., Abdulkadir, N. A., Lokman, U., Akdemir, A. Ö., Cetinkaya, M., & Hellstrom, W. J. (2012). Incomplete recovery of erectile function in rat after discontinuation of dual 5-alpha reductase inhibitor therapy. *The Journal of Sexual Medicine*, *9*(7), 1773-1781. |
| 38. | Zhang, M. G., Wang, X. J., Shen, Z. J., & Gao, P. J. (2013). Long-term oral administration of 5α-reductase inhibitor attenuates erectile function by inhibiting autophagy and promoting apoptosis of smooth muscle cells in corpus cavernosum of aged rats. *Urology*, *82*(3), 743.e9-743.e15. |
| 39. | Michele Bertolotto, M.D. and Irwin Goldstein, M.D. Emails |
| 40. | Letter from C. Morrow to PEC Counsel pertaining to Dr. Goldstein's expert consultant, Dr. Bertolotto, and ultrasound information (Oct. 30, 2017) |
| 41. | Letter from PEC Counsel to C. Morrow pertaining to Dr. Goldstein's expert consultant, Dr. Bertolotto, and ultrasound information (Nov. 3, 2017) |
| 42. | Nehra, A., Goldstein, I., Pabby, A., Nugent, M., Huang, Y. H., de las Morenas, A., ... & Moreland, R. B. (1996). Mechanisms of venous leakage: A prospective |

| **Exhibit No.** | **Description** |
|---|---|
|  | clinicopathological correlation of corporeal function and structure. *The Journal of Urology*, *156*(4), 1320-1329. |
| 43. | Corradi, L. S., Góes, R. M., Carvalho, H. F., & Taboga, S. R. (2004). Inhibition of 5-α-reductase activity induces stromal remodeling and smooth muscle de-differentiation in adult gerbil ventral prostate. *Differentiation*, *72*(5), 198-208. |
| 44. | Ganzer, C. A., Jacobs, A. R., & Iqbal, F. (2015). Persistent sexual, emotional, and cognitive impairment post-finasteride: A survey of men reporting symptoms. *American Journal of Men's Health*, *9*(3), 222-228. |
| 45. | Singh, M. K., & Avram, M. (2014). Persistent sexual dysfunction and depression in finasteride users for male pattern hair loss: A serious concern or red herring?. *The Journal of Clinical and Aesthetic Dermatology*, *7*(12), 51-55. |
| 46. | Herbener, T. E., Seftel, A. D., Nehra, A., & Goldstein, I. (1994). Penile ultrasound. *Seminars in Urology, 12*(4), 320-332. |
| 47. | Mahyar Etminan, Pharm.D, M.SC *In re: Mirena IUD Products Liability Litigation* Affidavit (Jan. 20, 2017) |
| 48. | Guo, M., Heran, B., Flannigan, R., Kezouh, A., & Etminan, M. (2016). Persistent sexual dysfunction with finasteride 1 mg taken for hair loss. *Pharmacotherapy: The Journal of Human Pharmacology and Drug Therapy*, *36*(11), 1180-1184. |
| 49. | Ali, A. K., Heran, B. S., & Etminan, M. (2015). Persistent sexual dysfunction and suicidal ideation in young men treated with low-dose finasteride: A pharmacovigilance study. *Pharmacotherapy: The Journal of Human |

| Exhibit No. | Description |
|---|---|
|  | *Pharmacology and Drug Therapy*, *35*(7), 687-695. |
| 50. | Hagberg, K. W., Divan, H. A., Persson, R., Nickel, J. C., & Jick, S. S. (2016). Risk of erectile dysfunction associated with use of 5-α reductase inhibitors for benign prostatic hyperplasia or alopecia: population based studies using the Clinical Practice Research Datalink. *BMJ*, *354*, i4823, 1-15. |
| 51. | Unger, J. M., Till, C., Thompson, I. M., Tangen, C. M., Goodman, P. J., Wright, J. D., ... & Hershman, D. L. (2016). Long-term consequences of finasteride vs placebo in the Prostate Cancer Prevention Trial. *JNCI: Journal of the National Cancer Institute*, *108*(12). |
| 52. | Kiguradze, T., Temps, W. H., Yarnold, P. R., Cashy, J., Brannigan, R. E., Nardone, B., ... & Belknap, S. M. (2017). Persistent erectile dysfunction in men exposed to the 5α-reductase inhibitors, finasteride, or dutasteride. *PeerJ*, *5*, e3020. |
| 53. | Wessells, H., Roy, J., Bannow, J., Grayhack, J., Matsumoto, A. M., Tenover, L., ... & Parra, R. (2003). Incidence and severity of sexual adverse experiences in finasteride and placebo-treated men with benign prostatic hyperplasia. *Urology, 61*(3), 579-584. |
| 54. | Amended Plaintiff Profile Form of Paul Dawson (Feb. 10, 2014) (Redacted) |
| 55. | Irwin Goldstein, M.D. Expert Report of Paul Dawson (Dec. 16, 2016) (Filed Under Seal) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2017

*/s/ Charles F. Morrow*
Charles F. Morrow, Esq.
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: chip.morrow@butlersnow.com

***Attorney for Defendants Merck & Co.,
Inc. and Merck Sharp & Dohme Corp.***
