# EXHIBIT 1

1                                           )

                                            )

2     UNITED STATES DISTRICT COURT          )

                                            )

3     EASTERN DISTRICT OF NEW YORK          )

                                            )

4     _____      )  12-MD-2331 (BMC)(PK)

                                            )

5                                           )

6     IN RE PROPECIA (FINASTERIDE)          )

7                                           )

8     PRODUCT LIABILITY LITIGATION          )

9                                           )

10    _____      )

11                                          )

12                                          )

13    THIS DOCUMENT APPLIES TO:             )

14                                          )

15    Paul Dawson v. Merck & Co., et al.    )

16    Case No.: 1:12-cv-01876-BMC-PK        )

17                                          )

18                                          )

19    _____

20

21            VIDEOTAPED DEPOSITION OF PAUL S. DAWSON

22

23                       August 12, 2016

24

25                     Redmond, Washington

Paul S. Dawson

```
 1                    APPEARANCES
 2

     For the Plaintiff and the Plaintiffs' Executive
 3   Committee:
 4                Theodore E. Laszlo, Esquire
                  LaszloLaw
 5                2595 Canyon Boulevard
                  Suite 210
 6                Boulder, Colorado 90302
                  303.926.0410
 7                303.443.0758 Fax
                  tlaszlo@laszlolaw.com
 8

 9   For Defendants Merck & Co., Inc., and Merck
     Sharp & Dohme Corp.:
10
                  Charles C. Harrell, Esquire
11                Butler Snow
                  Crescent Center
12                6075 Poplar Avenue
                  Suite 500
13                Memphis, Tennessee 38119
                  901.680.7200
14                901.680.7201 Fax
                  chuck.harrell@butlersnow.com
15
16   Also present: Cody Malone, videographer
17
18
19
20
21
22
23
24
25
```

Paul S. Dawson

```
 1                    EXAMINATION INDEX
 2    EXAMINATION BY:                         PAGE NO.
 3    Mr. Harrell                                 5
 4
 5                     EXHIBIT INDEX
 6      EXHIBIT NO.     DESCRIPTION            PAGE NO.
 7    Exhibit No. 1    Correspondence from Jaime       36
                       Herrera Beutler to Paul
 8                     Dawson dated 5/10/11 and
                       6/1/11, with Casework
 9                     Permission Form.
10    Exhibit No. 2    Correspondence from Merck &     36
                       Co., Inc., to Paul Dawson
11                     dated 5/12/11, with mailing
                       envelope.
12
      Exhibit No. 3    Correspondence from             37
13                     Department of Health & Human
                       Services sent to Paul Dawson,
14                     with mailing envelope.
15    Exhibit No. 4    Notice of Deposition.           85
16    Exhibit No. 5    Plaintiff Profile Form.        100
                       Labeled DawsonP-AmendedPPF-
17                     00031 - 00059.
18    Exhibit No. 6    Medical records.  Labels       164
                       ranging DawsonP-PPR- 00005 -
19                     00248.
20
21    NOTE:    By agreement of counsel, Exhibit Nos. 1, 2,
               and 3 where photocopied by Golkow
22             Technologies after conclusion of the
               deposition and the photocopies were then
23             marked and substituted as the new original
               exhibits.  The initially marked Exhibit Nos.
24             1, 2, and 3 were then returned to Attorney
               Theodore Laszlo.
25
```

```
 1                    BE IT REMEMBERED that on Friday,

 2      August 12, 2016, at 7575 164th Avenue Northeast,

 3      Avondale Meeting Room, Redmond, Washington, at

 4      8:48 a.m., before JOHN M.S. BOTELHO, Certified Court

 5      Reporter, appeared PAUL S. DAWSON, the witness

 6      herein;

 7                    WHEREUPON, the following

 8      proceedings were had, to wit:

 9

10                    <<<<<< >>>>>>

11

12                    THE VIDEOGRAPHER:  Good morning.

13      We are now on the record.  Please note that recording

14      will continue until all parties agree to go off the

15      record.  My name is Cody Malone.  I'm a videographer

16      for Golkow Technologies.  Today is Friday, the 12th

17      day of August, 2016.  The time is now 8:48 a.m.

18          This video deposition is being held in Redmond,

19      Washington, in the matter -- excuse me -- In Re

20      Propecia (Finasteride) Product Liability Litigation,

21      in the United States District Court, Eastern District

22      of New York.  The deponent today is Mr. Paul Dawson.

23          I'd ask counsel to please identify yourselves for

24      the record.

25                    MR. HARRELL:  Chuck Harrell.  I
```

Paul S. Dawson

```
1       represent Merck.

2                       MR. LASZLO:  Theodore E. Laszlo,

3       Jr.  I represent Mr. Paul Dawson and the Plaintiffs'

4       Executive Committee.

5                       THE VIDEOGRAPHER:  Thank you.  The

6       court reporter today is John Botelho.  We'd ask that

7       you please swear in the witness and proceed.

8

9       PAUL S. DAWSON,            having been first duly sworn

10                                by the Certified Court

11                                Reporter, deposed and

12                                testified as follows:

13

14                      EXAMINATION

15      BY MR. HARRELL:

16  Q   Mr. Dawson, my name is Chuck Harrell.  We met briefly

17      before we started this deposition.  As you know, I

18      represent Merck in a lawsuit that you filed against

19      them regarding your use of Propecia.  This is my

20      opportunity to ask you some questions about that

21      lawsuit.  And I'd like to know if you've ever given a

22      deposition before.

23  A   I've not given a deposition before.

24  Q   Okay.  So this is your first time.  Let me go over a

25      few ground rules.  One, if you need a break, just let
```

```
 1        me know and we'll take a break.  The only caveat to

 2        that is, if I have a question on the table, you're

 3        going to need to answer the question before we can

 4        take a break.  Okay?

 5   A    Okay.

 6   Q    All right.  You're going to need to answer verbally

 7        instead of answering "uh-huh" or "huh-uh" because

 8        it's hard for the court reporter to take down.  So do

 9        you mind answering all the questions verbally for me?

10   A    No, I don't mind.

11   Q    Okay.  Can you speak up a little bit?

12   A    Yes.

13   Q    You speak really softly.

14   A    My throat is -- something kind of to get cleared out

15        in there.

16   Q    Okay.

17   A    So, yes, I can answer verbally.

18   Q    Great.  Do you want to get a little water?  And maybe

19        that will help as we go through this?

20                      MR. LASZLO:  We'll get you some.

21                      THE WITNESS:  Yeah, I think if

22        there's water available.

23                      MR. HARRELL:  Okay.

24                      THE WITNESS:  I can get that.

25                      MR. HARRELL:  Well, just a second
```

Paul S. Dawson

```
 1      and we'll get that done.

 2                      MR. LASZLO:  Thank you.

 3                      THE WITNESS:  All right.  Thank you.

 4   Q  (Mr. Harrell)  Like I said, I'm going to ask you some

 5      questions today.  I'm going to assume that you

 6      understand my question unless you tell me otherwise.

 7      But if you don't understand my question, if you'll

 8      let me know, I'll do my best to rephrase it so that

 9      you can understand it.  Is that fair?

10   A  Yes.

11   Q  Okay.  Tell me your full name.

12   A  Paul Stephen Dawson.

13   Q  All right.  And, Mr. Dawson, where do you currently

14      live?

15   A  In Vancouver, Washington.

16   Q  Would you give me your address?

17   A  Yes.  ████████████████████████, Vancouver,

18      Washington ████.

19   Q  Okay.  And how long have you lived at that address?

20   A  Most of my whole life.

21   Q  Okay.  Is that your parents' address?

22   A  It's my mom's address.

23   Q  Okay.  And so you live with your mom?

24   A  Yes.

25   Q  Has there been a period of time where you haven't
```

Paul S. Dawson

```
 1      lived with your mom?

 2   A  Yes.

 3   Q  And when was that?

 4   A  There are about two periods of time.  So the most

 5      recent would be from about September 2011 through

 6      about sometime in 2014, maybe early 2014.

 7   Q  And where did you live during September 2011 to

 8      sometime in 2014?

 9   A  The address was ████████████████████,

10      Vancouver, Washington ████.

11   Q  Have you ever lived any place other than in

12      Vancouver, Washington?

13   A  No.

14   Q  And you mentioned another time, another period where

15      you lived at another address that wasn't your mom's

16      address.  Do you recall what address that was?

17   A  No.

18   Q  Okay.  Do you recall what time frame?

19   A  Yes.  I think that was from about June of 2004.  That

20      was about a one- to two-year time period.

21   Q  2004 to 2005 or '6?

22   A  Yeah, to estimate.

23   Q  Sure.  And if you don't know the answer to a

24      question, you can tell me you don't know.  I may ask

25      you to give me your best estimate if we're talking
```

```
 1        about time frames or whatever, but if you just don't

 2        recall the answer to a question, it's okay to tell me

 3        that.  Fair?

 4   A    Yes.

 5   Q    Okay.  During the -- oh, pardon me.  Where did you

 6        live during that time frame, the 2004, 2005, 2006?

 7   A    I don't know the address.

 8   Q    Where was it?  Was it in Vancouver --

 9   A    Yes.

10   Q    -- Washington?

11            And before that time frame, have you always lived

12        with either your mom or your parents?

13   A    Yes.

14   Q    And have they -- does your mom live there by herself

15        now?  I mean, other than you.

16   A    Yes.

17   Q    Currently?

18   A    Just with me, yes.

19   Q    It's just you and your mom at the house now?

20   A    Yes.

21   Q    Okay.  During the 2004, 2005, and '6 time frame, who

22        did you live with?

23   A    That was my dad's residence.

24   Q    Anyone other than you and your dad living there?

25   A    No.
```

Paul S. Dawson

```
 1   Q   During the time frame of September 2011 to 2014 when

 2       you lived at Southeast Briar [sic] Drive, did you

 3       live with anyone else?

 4   A   Yes.

 5   Q   Who did you live with?

 6   A   So I was also at my dad's residence.  It was a

 7       different location than the earlier time.

 8   Q   Okay.  And did anyone live at that address other than

 9       you and your dad?

10   A   Yes.

11   Q   Who is that?

12   A   His fiance or wife.  I don't know the exact status.

13   Q   Is he married now?

14   A   No.

15   Q   Do you know whether he's ever been married after -- I

16       assume your mom and your dad got a divorce?

17   A   Yeah.

18   Q   Has he ever been married since he and your mom got a

19       divorce?

20   A   Well, there's someone from Brazil, and so I think

21       they married there, though I don't know what the

22       legal status is --

23   Q   Okay.

24   A   -- in the U.S.

25   Q   Okay.  So during the time --
```

Paul S. Dawson

```
 1   A   Or was in the U.S.

 2   Q   -- frame -- I'm sorry.  Did you finish?

 3   A   Or was in the U.S.  I don't know if she came over

 4       here for a certain amount of time.  I don't know.  I

 5       think the legal status was they technically weren't

 6       married here.

 7   Q   Okay.

 8   A   In the U.S.

 9   Q   And since I've just tried to talk over you, that's

10       another little rule about depositions.  I'm going to

11       give you time to finish your answer and try not to

12       interrupt you.  If I do interrupt your answer and you

13       haven't finished, if you'll let me know, I'll be

14       quiet and let you finish.  On the same line, please

15       allow me to finish my question before you begin your

16       answer.  Okay?

17   A   Okay.

18   Q   All right.  What is your dad's fiance or wife's name?

19   A   Samara is her first name.  I don't know her last name.

20   Q   And is your dad and Samara still living together?

21   A   No.

22   Q   Okay.  Is your dad currently living with anyone that

23       you're aware of?

24   A   No.

25   Q   Okay.  And you mentioned you're living with your mom
```

Paul S. Dawson

```
 1        currently, and it's just you and your mom at the
 2        house; is that right?
 3    A   Yes.
 4    Q   When did you move back into your mom's house?  Would
 5        that have been in sometime in 2014?
 6    A   Yes, estimated.
 7    Q   So from 2014 till now, you've been living exclusively
 8        with your mother, correct?
 9    A   Yes.
10    Q   Are you on any medications today?
11    A   No.
12    Q   When was the last time you took any medication?
13    A   I think that was -- I think that was when I was in
14        India and I got sick, so I visited a clinic and they
15        gave me some sort of antibiotic.  That's the best of
16        my recollection that was the most recent time.
17    Q   And if my memory serves me correctly, that was
18        sometime in 2009?
19    A   Yes.
20    Q   Okay.  You understand that you're under oath today to
21        tell the truth, and truthfully respond to all my
22        questions, the same as we were in court and you were
23        in front of a judge?  Do you understand that?
24    A   Yes.
25    Q   Okay.  And you're going to be able to do that today?
```

Paul S. Dawson

| 1 | A | Yes. |
|---|---|---|
| 2 | Q | And there's not any reason that you wouldn't be able |
| 3 | | to do that; is that correct? |
| 4 | A | Yes. |
| 5 | Q | Okay.  Do you use social media? |
| 6 | A | No. |
| 7 | Q | Have you ever used social media? |
| 8 | A | Yes. |
| 9 | Q | What type of social media have you used? |
| 10 | A | I've used Twitter, and I've had a Facebook account |
| 11 | | before. |
| 12 | Q | You had what? |
| 13 | A | I've had a Facebook account. |
| 14 | Q | And when was the last time you used Twitter? |
| 15 | A | I think that was in 2012. |
| 16 | Q | And I'm not well versed in social media.  But I know |
| 17 | | you have, like, an identification name for your |
| 18 | | account.  Do you know what I'm talking about? |
| 19 | A | With the "at" symbol? |
| 20 | Q | How was yours set up? |
| 21 | A | I think it was my name and then with an under -- |
| 22 | | well, it's not currently an active account. |
| 23 | Q | I understand.  But when you used it, how was it set |
| 24 | | up? |
| 25 | A | Oh, how was it set up?  I think it was my name and |

```
 1        then an underscore.

 2    Q   "PaulDawson," underscore, at...?

 3    A   To the best of my recollection.  I don't recall a

 4        hundred percent sure what it was, what the username

 5        was.

 6    Q   Okay.  Why did you stop using Twitter?

 7    A   It's just something I didn't feel I wanted to

 8        continue to be on.

 9    Q   Why is that?

10    A   I guess I didn't have an interest in it after the

11        amount of time I'd been on there.

12    Q   How long did you use Twitter?

13    A   I think that was for about a year.

14    Q   So fair to say approximately 2011 to 2012?

15    A   I'd say the beginning of 2012 through about the last

16        part of 2012.

17    Q   Okay.  Who did you communicate with on Twitter?

18    A   Just different people.  Mostly, like, high-profile

19        people that were, you know, displayed on the page you

20        could follow and so forth.  What I'd say, well-known

21        people, you know, that I followed or, you know, I'd

22        send a tweet to.

23    Q   Okay.  Did you have any people that followed you on

24        Twitter?

25    A   Yes.
```

Paul S. Dawson

| | | |
|---|---|---|
| 1 | Q | Who did you have that followed you on Twitter? |
| 2 | A | I don't recall exactly who the people were.  I didn't |
| 3 | | know them personally. |
| 4 | Q | Okay.  Did you -- okay.  That's a good, fair -- fair |
| 5 | | point. |
| 6 | | Did you know any of the people that you |
| 7 | | interacted with on Twitter personally? |
| 8 | A | No. |
| 9 | Q | Did you follow any people on Twitter who had used |
| 10 | | Propecia? |
| 11 | A | No. |
| 12 | Q | What about your Facebook account?  When did you start |
| 13 | | using Facebook and when did you stop? |
| 14 | A | I don't recall the dates of that. |
| 15 | Q | Can you recall approximately when you stopped using |
| 16 | | Facebook? |
| 17 | A | No.  It was just something where I had -- or had an |
| 18 | | account and, you know, wasn't really active on it, so |
| 19 | | I don't recall the dates. |
| 20 | Q | So you can't even give me approximation of the time |
| 21 | | that you used Facebook? |
| 22 | A | I don't recall. |
| 23 | Q | Okay.  Did you have any friends on Facebook? |
| 24 | A | Yes. |
| 25 | Q | Who? |

Paul S. Dawson

```
 1   A   Just different people that I had seen on there and
 2       added, or companies that were on there, businesses
 3       that were on there.
 4   Q   Did you have any personal friends on Facebook?
 5   A   No.
 6   Q   Had you ever met any of the people on Facebook that
 7       you interacted with?
 8   A   No.
 9   Q   Did you interact with anyone on Facebook?
10   A   No.
11   Q   Did you make any post on Facebook?
12   A   Yes.
13   Q   What type of post?
14   A   Just different commercial posts of, you know, if a
15       website says share something, you know, so I'd share
16       a post.  That was the extent of it.
17   Q   Okay.  Did you ever post anything about your use of
18       Propecia on Facebook?
19   A   No.
20   Q   Did you ever post anything about Merck on Facebook?
21   A   No.
22   Q   Did you ever post anything about the problems that
23       you experienced with Propecia on Facebook?
24   A   No.
25   Q   Did you ever interact on Facebook with anyone else
```

```
 1      who had taken Propecia --

 2   A  No.

 3   Q  -- to your knowledge?

 4   A  No.

 5   Q  Okay.  You have e-mail?

 6   A  Yes.

 7   Q  What is your e-mail address?

 8   A  ███████████████████████████.

 9   Q  Do you send and receive e-mails?

10   A  Yes.

11   Q  And who do you send e-mails to?

12   A  Typically, like, a business.  If I have an inquiry

13      about something or something I purchased, then I'll

14      send an e-mail.

15   Q  Do you interact with anyone via your e-mail account

16      on a personal basis?

17   A  Yes.

18   Q  Who?

19   A  Sometimes to my dad.

20   Q  Okay.  Anyone else?

21   A  My mom I sent an e-mail that I was in Seattle, for

22      example, though I typically don't communicate with

23      her by e-mail.

24   Q  Okay.  Anyone else?

25   A  No.
```

Paul S. Dawson

```
 1   Q   Okay.  So you don't recall personally interacting

 2       with anyone via e-mail other than your mom and dad

 3       and companies, for lack of a better term?

 4   A   On a personal basis, like, ever, or...?

 5   Q   Yeah, all-encompassing.

 6   A   I've e-mailed people I've known before.  Like, not

 7       necessarily recently.  For the most part, though,

 8       that's what I've used e-mailed for.

 9   Q   Okay.  Who are the people that you've known

10       personally that you've contacted via e-mail, if you

11       can give me some names.

12   A   I don't recall anybody recently or -- I don't recall

13       specific people.

14   Q   Is your e-mail account active?

15   A   Yes.

16   Q   Have you ever communicated via e-mail about Propecia?

17                       MR. LASZLO:  I'm going to caution

18       the witness and object to the extent that that

19       inquires into the attorney-client privilege.

20                       MR. HARRELL:  Okay.  That's a good

21       point.

22                       MR. LASZLO:  Okay.

23   Q   (By Mr. Harrell)  I don't want to know about any

24       communications, whether they be e-mail or verbal,

25       with your counsel.  Okay?  So if I ask you questions
```

Paul S. Dawson

| | | |
|---|---|---|
| 1 | | about who you've talked to -- and we're going to get |
| 2 | | some more into that -- I don't -- I can ask you who |
| 3 | | you have interacted with, and if it's your attorney, |
| 4 | | you can tell me that you've interacted with your |
| 5 | | attorney on e-mail, but I'm not entitled to know the |
| 6 | | conversations that you've had with your attorney.  Do |
| 7 | | you understand that? |
| 8 | A | Yes. |
| 9 | Q | Okay.  So I assume from what we just went through, |
| 10 | | you have e-mailed with Mr. -- either Mr. Laszlo or |
| 11 | | his office in the past about Propecia? |
| 12 | A | That's correct. |
| 13 | Q | Okay.  And when did you last do that? |
| 14 | A | Is that okay to answer? |
| 15 | | MR. LASZLO:  You can -- I'm going |
| 16 | | to caution you not to disclose any of the information |
| 17 | | exchanged, but you can answer the limited question, |
| 18 | | when did you last communicate with me or my office |
| 19 | | via e-mail? |
| 20 | | THE WITNESS:  Okay.  Within the |
| 21 | | last seven days. |
| 22 | Q | (By Mr. Harrell)  Okay.  Other than your attorney, |
| 23 | | have you e-mailed with anyone else about Propecia? |
| 24 | A | Yes. |
| 25 | Q | Who? |

Paul S. Dawson

```
 1   A    Jaime Herrera Beutler's office.  Well, to the best of

 2        my recollection, it was by e-mail.  It could have

 3        been a postal letter, though I think it most likely

 4        was by e-mail.

 5   Q    And Jaime Herrera Beutler, from the documents that

 6        your attorney provided me before we started today, is

 7        your congressman?

 8   A    Congresswoman, yes.

 9   Q    Yeah.  And we'll get to those later on.

10        What did you e-mail to Mr. Beutler about?

11   A    Mrs. Beutler.

12   Q    Sorry.  Mrs. Beutler?

13   A    Yes.

14   Q    Okay.

15   A    So to the best of my recollection, you know, that I

16        was experien -- continuing side effects with Propecia

17        that hadn't gone away, and the more general about

18        what was taking place with it.  Not real specific

19        details.

20   Q    Okay.  Anyone else than Congressman Beutler that

21        you've e-mailed to about Propecia or e-mailed with?

22   A    To my knowledge, no.

23   Q    No other individuals that you can recall?

24   A    Yes.  That's correct.

25   Q    Okay.  And did you retain the e-mail correspondence
```

Pecas S. Dawson

```
 1        between you and Congressman Beutler?

 2   A    I think so.  I think it's saved.

 3   Q    Okay.

 4                     MR. HARRELL:  I would request a

 5        copy of that, Counsel.

 6                     MR. LASZLO:  If you could --

 7                     MR. HARRELL:  I'll send --

 8                     MR. LASZLO:  -- afterwards.

 9                     MR. HARRELL:  I'll send a...

10                     MR. LASZLO:  Thank you.

11                     MR. HARRELL:  I'll send you an

12        e-mail and let you know as we go forward if -- what

13        all I've requested.

14                     MR. LASZLO:  Thank you.

15   Q    (By Mr. Harrell)  Okay.  So to the best of your

16        recollection, Mr. Dawson, it's my understanding that

17        you've communicated via your e-mail account with your

18        attorney, Mr. Laszlo, and with the office of

19        Congressman Jaime Herrera Beutler.  And those are the

20        only people that you've communicated with via e-mail

21        with respect to Propecia; is that correct?

22   A    No.

23   Q    Okay.  Who else?

24   A    Well, with Ted Laszlo's law firm, so Jeff Klein.

25   Q    Oh.  Within Mr. Laszlo's law firm, a member of his
```

Paul S. Dawson

```
 1      firm?

 2   A  Yes.

 3   Q  Okay.  Anyone else?

 4   A  Yes.  Michael Carcaise.

 5   Q  Also with Mr. Laszlo's firm?

 6   A  Yes.

 7   Q  Okay.  Anyone else?

 8   A  No.

 9   Q  Okay.  Did you ever contact Merck by e-mail?

10   A  No.

11   Q  Okay.  Have you visited any, for lack of a better

12      term, blogs or websites with respect to Propecia?

13   A  Yes.

14   Q  Okay.  Would you list those for me that you have

15      visited?

16   A  PropeciaHelp.com.

17   Q  Okay.

18   A  And that's the only one that I can recall.

19   Q  And when did you last visit PropeciaHelp.com?

20   A  I think that was in 2008.

21   Q  And tell me about that.  What did you do?

22   A  Well, I had searched online after I had -- there was

23      a time period where I had stopped consuming Propecia.

24      I think it was in September 2008.  And there were

25      continuing persistent side effects.  And so to the
```

Paul S. Dawson

```
 1        best of my recollection, I searched online for

 2        information about that.  And PropeciaHelp.com, some

 3        of the forum posts were the first -- well, the first

 4        result or first results about other people who had

 5        continued persisting side effects.  And so I clicked

 6        on that and was reading what other people were saying

 7        about their experience with Propecia and continuing

 8        side effects.

 9   Q    Okay.  Any other websites that you visited other than

10        PropeciaHelp.com with respect to Propecia or the side

11        effects that you were experiencing?

12   A    There may have been some on the search results from

13        that, though I don't recall any others than

14        PropeciaHelp.com specifically.

15   Q    Okay.  So to the best of your recollection, the only

16        one that you visited was PropeciaHelp.com?

17   A    Yes.

18   Q    And did you communicate or in any way leave any

19        information about your situation on PropeciaHelp.com?

20   A    Yes, I think I may have made a post or two.

21   Q    Okay.  Would those posts have been in 2008?

22   A    Yes.

23   Q    Do you still have those posts?

24   A    No.

25   Q    And did you use your name, Paul Dawson, in making
```

Paul S. Dawson

```
 1       those posts?

 2   A   No.

 3   Q   Did you -- were those anonymous posts by you?

 4   A   Well, anonymous as far as I don't know what the

 5       username was that I used, though it didn't say

 6       "anonymous" on there, on the posting.

 7   Q   And when you say you don't know the username that you

 8       used, explain what you mean by that.

 9   A   So on a forum, you know, where there's posts, you

10       typically have to register to make postings.  And you

11       set a username that identifies you on that site.  And

12       it can be, you know, whatever you want that's not

13       already taken and meets the requirements of the

14       username.  And so for that, I didn't use my name for

15       that.

16   Q   You used -- well, strike that.

17           Do you recall what your username was?

18   A   No.

19   Q   Can you look at any information that you've retained

20       and determine what your username was?

21   A   No.

22   Q   All right.  Tell me what you said in your post.

23   A   I don't recall what I said specifically.  It would

24       have, I think, been about what I had experienced,

25       though I really don't recall what my post was about,
```

Paul S. Dawson

```
 1        if I'd even posted one.  I'm not completely sure that

 2        I posted one.  I think about 80 percent sure that I

 3        did.

 4   Q    And how many times did you post on PropeciaHelp.com?

 5   A    To my recollection, if I posted, it was one to two

 6        times.

 7   Q    Okay.  And when you said that to the best of your

 8        recollection it was about your experience, can you

 9        tell me generally what you said in your post?

10   A    No.  I don't recall.

11   Q    Okay.  And was this in 2008 that you said that you

12        did that?

13   A    If I did, about 80 percent sure that I made a post,

14        I -- because the time I don't remember exactly, then

15        it would have been in 2008.

16   Q    Okay.  And you mentioned that you read some

17        testimonials from other individuals on

18        PropeciaHelp.com.  Did I understand that correctly?

19   A    Yes.

20   Q    Tell me about what you read.

21   A    I read that people had taken Propecia, or there's

22        another prescription drug with the, I think, active

23        ingredient finasteride, and after they stopped taking

24        Propecia, they had continued side effects, including

25        erectile dysfunction.  And some of them had only
```

```
 1        taken it, you know, for -- I think they said for

 2        about a week.  Some people had taken it for years.

 3        And they said they had continuing ongoing side

 4        effects, some even years after they'd stopped

 5        consuming Propecia.

 6    Q   Did they mention how it affected their lives?

 7    A   Yes.

 8    Q   How did it affect you when you read those posts on

 9        PropeciaHelp.com?

10    A   Well, I was concerned because, to the best of my

11        recollection, I had stopped consuming Propecia at

12        that time for about a week, maybe one to two weeks,

13        and the side effects that I had were still

14        continuing.  And so like some of the people were

15        saying, that they were still -- were still

16        experiencing side effects years later, concerned me,

17        that, you know, that would happen to me.

18    Q   And you mention that you -- you visited

19        PropeciaHelp.com one to two weeks after you stopped

20        taking Propecia?

21    A   That's what I estimate.

22    Q   Okay.  And so when you read those testimonials from

23        other individuals that were telling about their

24        experiences, would you say that affected you mentally?

25    A   Yes.
```

Paul S. Dawson

```
 1   Q   And would you say that it heightened the intensity of

 2       your concern?

 3   A   Yes.

 4   Q   And would you say that you were extremely worried

 5       that what their -- their -- the recounting of their

 6       experiences might be what happened to you?

 7                       MR. LASZLO:  Objection to form of

 8       the question.  You can answer.

 9                       THE WITNESS:  Yes.

10   Q   (By Mr. Harrell)  Okay.  Did you go talk to anyone

11       about that?

12   A   No.

13   Q   Would you say that it increased your stress level?

14                       MR. LASZLO:  Same objection to form.

15       You can answer.

16                       THE WITNESS:  Yes.

17   Q   (By Mr. Harrell)  Would you say that it increased

18       your anxiety?  And when I say "it," I mean reading

19       the testimonials from other individuals on

20       PropeciaHelp.com.

21                       MR. LASZLO:  Same objection.  Go

22       ahead.

23                       THE WITNESS:  Yes.

24   Q   (By Mr. Harrell)  And would you say that it depressed

25       you to read that?
```

```
 1                         MR. LASZLO:  Same objection.

 2                         MR. HARRELL:  To read those

 3            testimonials.

 4                         THE WITNESS:  No.

 5      Q     (By Mr. Harrell)  Okay.  Would you say that reading

 6            those testimonials affected, in your mind, your

 7            ability to have an erection?

 8      A     Can you repeat the question, please?

 9      Q     Yes.  Would you say reading those testimonials, in

10            your mind, affected your ability to have an erection?

11      A     No.

12      Q     Okay.  I'm going to ask you a lot of questions today

13            about your sex life, your masturbation habits,

14            pornography, and other things, subject matters that

15            we don't normally cover or talk about in daily life.

16            I understand that.  I have to do that because those

17            allegations are part of your complaint and I want to

18            find out what the facts are from your perspective

19            regarding the allegations of your complaint.

20                 My questions along those lines aren't meant to

21            embarrass you in any way.  And so I just wanted to

22            let you know that those are subject matters that I'm

23            going to have to cover in some detail.  And we'll get

24            through it, and I appreciate if you answer those

25            questions truthfully.  Will you do that for me?
```

Paul S. Dawson

```
 1    A    Yes.

 2    Q    Okay.  Other than PropeciaHelp.com, have you visited

 3         any other chat rooms or forums with respect to

 4         Propecia?

 5    A    No.

 6    Q    With respect to Merck?

 7    A    No.

 8    Q    With respect to, I'm going to say "sexual

 9         dysfunction."  And I want to include in that erectile

10         dysfunction, decreased libido, loss of sensation,

11         those types of things.

12             So have you visited any websites with respect to

13         those topics?

14    A    Yes.

15    Q    Which ones have you visited?

16    A    WebMD.com.

17    Q    Okay.

18    A    I'd just like to clarify.  So initially you said the

19         forums or chat rooms.  Then you said any websites.

20         So are you asking specifically have I visited any

21         forums or websites about sexual --

22    Q    Okay.

23    A    -- dysfunction?

24    Q    Let's break it down and do it one by one, if that's

25         easier for you.
```

Paul S. Dawson

```
 1              Have you visited any blogs about your -- your

 2         allegations of your injuries from Propecia?

 3    A    No.

 4    Q    And what about any forums?

 5    A    Yes.

 6    Q    Okay.  Can you tell me what forums you visited?

 7    A    And then, so to my recollection, PropeciaHelp.com.

 8    Q    All right.  Other than PropeciaHelp.com, any others?

 9    A    I don't recall any specifically.

10    Q    Okay.  And you said you visited WebMD about the

11         symptoms you're experiencing; is that correct?

12    A    Yes.

13    Q    All right.  Other than WebMD, have you visited any

14         other websites about the symptoms you're experiencing?

15    A    Yes.

16    Q    What other ones?

17    A    I don't know what the specific websites were.  It

18         was, you know, an inquiry into, you know, erectile

19         dysfunction and things that could fix that.  You

20         know, medical things that could fix that.  I don't

21         recall what the specific websites were.

22    Q    Any others that you recall?

23    A    No.

24    Q    When did you visit WebMD?

25    A    I don't recall when that was.  I think that would
```

Paul S. Dawson

```
 1        have been in 2008.

 2    Q   What about the other sites, whatever they were, about

 3        things that can fix ED?  Did you make those visits

 4        also in 2008?

 5    A   I don't know.

 6    Q   You don't recall?

 7    A   Yeah, I don't recall.

 8    Q   And do you recall the search terms that you entered?

 9    A   No.

10    Q   What did you review when you got on WebMD?

11    A   Things that can help the effects of ED, erectile

12        dysfunction.  I think there's a specific page they

13        have about it.  Like, natural remedies or natural

14        supplements that can potentially help with that.

15    Q   All right.  Anything else that you can recall about

16        that visit?

17    A   No.

18    Q   You mention that you looked at natural supplements

19        that could help ED.  Do you remember specifically

20        what natural supplements were listed that could help

21        with ED?

22    A   Yeah.  One I remember listed was ginseng.

23    Q   Mm-hmm.

24    A   Panax ginseng.

25    Q   And what?
```

Paul S. Dawson

```
 1   A   Well, I think it -- the term is Panax ginseng, is the

 2       whole name of it.

 3   Q   So that's one term?

 4   A   Yeah.

 5   Q   Panax --

 6   A   Yeah.  P-a-n --

 7   Q   -- ginseng?

 8   A   -- a-x, and then "ginseng," is -- that's one type of

 9       supplement.  And I don't remember what the others

10       were.

11   Q   Did you try any of those supplements?

12   A   Yes.

13   Q   What did you try?

14   A   The Panax ginseng.

15   Q   All right.  And I want to make sure I understand,

16       because I'm not familiar with that.  That's -- that's

17       one term, "Panax ginseng," right?

18   A   Yes.  It's two words, and it's the name of one

19       supplement.

20   Q   For how long did you try that?

21   A   I think it was about one to two months.

22   Q   Did it help?

23   A   No.

24   Q   All right.  Any other -- any other sources that you

25       went to, whether it's on the Internet or wherever,
```

Paul S. Dawson

```
 1         about, number one, Propecia?

 2    A    Yes.

 3    Q    Okay.  What's...?

 4    A    Well, the Propecia website.

 5    Q    On the Merck --

 6    A    Propecia.com.

 7    Q    The Merck website?

 8    A    Yeah, I think it's Propecia.com.  It's the official

 9         website of Propecia.

10    Q    All right.  Any -- any others?

11    A    Not that I recall.

12    Q    And when did you visit Propecia.com?

13    A    That was prior to getting the prescription, so I

14         think that was in February of 2008.

15    Q    Okay.  Why did you visit that website?

16    A    I was interested in finding more about Propecia,

17         including any potential side effects or issues that

18         there could be with consuming Propecia.

19    Q    Okay.  And what did you learn about that, if

20         anything?

21    A    That it is a drug that has to do with the prostate,

22         and one of the effects of the drug is that it can

23         stop hair loss while consuming it.  And there was

24         also something about two percent of people who

25         consume Propecia experience side effects and the side
```

```
 1      effects went away after they stopped consuming

 2      Propecia.

 3   Q  And what type of side effects did they say that

 4      people -- that two percent of people experienced?

 5   A  I don't remember any specific ones other than sexual

 6      side effects.  I don't remember the specific ones,

 7      though.

 8   Q  But you do recall that there were sexual side effects

 9      that had been reported in people that had used

10      Propecia?

11   A  I don't remember whether the terminology was

12      "reported" or not.  Just that two percent of people

13      that had consumed Propecia or there was a study with

14      two percent that had experienced side effects.

15   Q  Okay.  And do you recall what kind of side effects?

16   A  Sexual side effects.  I don't recall specific.

17   Q  Okay.

18   A  Sexual side effects.

19   Q  All right.  Any other place, any other type of

20      resource that you utilize, not limited to the

21      Internet, with respect to Propecia?

22   A  Could you clarify that, please?

23   Q  Sure.  We've been talking about you getting on the

24      Internet and looking up Propecia and information

25      about your side effects and getting on
```

Paul S. Dawson

```
 1        PropeciaHelp.com.  Is there anything outside of the

 2        Internet, any resource outside of the Internet that

 3        you have utilized about Propecia or the side effects

 4        that you say you experienced?

 5   A    Not other than any communications by mail about my

 6        injuries, persistent side effects from Propecia.

 7   Q    Okay.  Let's talk about communications by mail.

 8             Your attorney provided me this morning with some

 9        communication that you brought with you.  One is --

10        well, I have three communications where Congressman

11        Jaime Herrera Beutler wrote to you, two

12        communications where she wrote to you, one dated May

13        10, 2011, one dated June 1, 2011, and then a casework

14        permission form that she apparently sent you; is that

15        right?

16   A    I don't know what the contents are of those.

17   Q    I'll be happy to hand them to you, and you can take a

18        look at them.

19   A    So this looks like the form -- a copy of the form

20        that I sent to her initially.  So this is her

21        response to my initial inquiry to her.  And then this

22        is her response to after she contacted the FDA.

23   Q    Do you have copies of the letters that you sent to

24        Congressman Herrera?

25   A    If I sent it to her by e-mail, I think it would.  If
```

Paul S. Dawson

```
 1        it was handwritten on a form like this, then I don't
 2        have a copy of it.
 3    Q   Okay.  And we talked earlier about e-mails that you
 4        believe you saved that you sent to the congressman,
 5        correct?
 6    A   Yes, if it was sent by e-mail.
 7    Q   Okay.  Let me -- let's mark these -- I'm just going
 8        to mark them as Collective Exhibit 1 to your
 9        deposition.  And like we mentioned earlier, we'll try
10        to get these copies.  If you want to retain the -- or
11        give you copies of these after we mark them.  Okay?
12    A   Yes, that's fine.
13                             (Exhibit No. 1 marked for
14                                identification.)
15
16    Q   (By Mr. Harrell)  Another piece of information that
17        your attorney provided to me before we started today
18        that you apparently brought to this deposition is a
19        letter from Merck to you, dated May 12, 2011, and an
20        envelope that I assume that correspondence came in.
21        Let's mark that as the next collective exhibit.
22                             (Exhibit No. 2 marked for
23                                identification.)
24
25    Q   (By Mr. Harrell)  And the last piece of information
```

Paul S. Dawson

```
 1        that your attorney provided me that you brought today

 2        is a correspondence from the Department of Health &

 3        Human Services.  It is undated as far as I can see.

 4        And let's mark that as the next exhibit.  I'm sorry.

 5        Along --

 6                        MR. HARRELL:   Thank you.

 7   Q    (By Mr. Harrell)  He also provided me with the

 8        envelope that the communication from the Department

 9        of Health & Human Services, the correspondence came

10        in, and it's postmarked March 31, 2011.  So let's

11        mark that as the next collective.

12                        (Exhibit No. 3 marked for

13                            identification.)

14

15   Q    (By Mr. Harrell)  Why did you write to Congressman

16        Beutler?

17   A    Well, I was still continuing to experience side

18        effects from when I had consumed Propecia.  And, you

19        know, I hadn't received any what I felt like was

20        resolution, and so I thought that she could be a

21        voice to the FDA for what was taking place with my

22        experience from Propecia.

23   Q    Okay.  And in her correspondence of June 1, 2011, she

24        tells you that she had written to the FDA on your

25        behalf and that she would be in contact with you
```

Paul S. Dawson

```
 1        again as soon as a response is received; is that

 2        correct?  You can take a look at it.

 3    A   Yes.

 4    Q   Did you ever get any more correspondence from her?

 5    A   I'd have to see that other --

 6    Q   Sure.

 7    A   -- form there.

 8            I don't recall if there was -- if there was

 9        anything else that wasn't by postal mail, that's the

10        only postal mail that I've received from her office.

11    Q   And do you recall if you received an e-mail from her

12        office --

13    A   I don't recall.

14    Q   -- with any follow-up with respect to her contacting

15        the FDA about your situation?

16    A   I don't recall.

17    Q   Would you have that on your computer if she had

18        followed up with you by e-mail?

19    A   I could see if it was there.

20    Q   Okay.  I would request that you do that.  And if you

21        locate any, let your attorney know.  And I'd ask for

22        a copy of that.

23                    MR. LASZLO:  Counsel's going to

24        direct those requests to me, Paul, after which I will

25        then re-communicate those to you --
```

Paul S. Dawson

```
 1                    THE WITNESS:  Okay.

 2                    MR. LASZLO:  -- to undertake.  But

 3        he will communicate initially with me.  So you don't

 4        do anything until you hear from me.

 5                    THE WITNESS:  Okay.

 6    Q   (By Mr. Harrell)  Collective Exhibit 2, the letter

 7        from Merck to you, dated May 12, 2011, states that

 8        Merck had received your correspondence regarding your

 9        experiences that you associated with Propecia,

10        correct?  I'm going to hand that to you, and you can

11        look at it.

12    A   Yes.

13    Q   What did you tell Merck was your experience with

14        Propecia?

15    A   I don't recall specifically without seeing the

16        letter, though it had to do with the continuing side

17        effects that I was experiencing from consuming

18        Propecia.

19    Q   Okay.  Anything else?

20    A   Not that I recall specifically.

21    Q   And just to be fair, I have a copy of correspondence

22        that you sent to Merck legal department.  And was --

23        was the Exhibit No. 2 response from Merck in response

24        to that letter that you sent to the general counsel

25        of Merck?
```

Paul S. Dawson

```
 1   A    Yes.

 2   Q    Okay.  We'll go over that.

 3        And let me hand you what's been marked Collective

 4        Exhibit 3, which is the correspondence from the

 5        Department of Health & Human Services.

 6        Why did you write the Department of Health &

 7        Human Services?  Well, strike that.

 8        How did you communicate with the Department of

 9        Health & Human Services?

10   A    So this is the Department of Health & Human Services

11        with the FDA, the Food and Drug Administration.  So I

12        had contacted them by phone initially to --

13   Q    Mm-hmm.

14   A    -- explain that I was experiencing continued side

15        effects with Propecia.  And then they referred me to

16        a reporting program they had, to make an official

17        report with them.

18   Q    What did you tell the Department of Health & Human

19        Services with the FDA were the problems that you were

20        experiencing with Propecia?

21                    MR. LASZLO:  Objection to form.

22        You can answer.

23                    THE WITNESS:  I don't recall,

24        without seeing it, exactly what was said to them in

25        that form.
```

Paul S. Dawson

```
 1   Q   (By Mr. Harrell)  Well, what were the problems that

 2       you were experiencing?

 3   A   Erectile dysfunction, the adverse effects listed in

 4       the complaint.

 5   Q   I'm sorry?

 6   A   So in the complaint form.

 7   Q   It's a simple question.  What were the problems that

 8       you were experiencing with Propecia that you were

 9       writing these people about?

10   A   So the problems that I were experiencing with

11       Propecia were erectile dysfunction.

12   Q   Uh-huh.

13   A   There was less feeling in that area.

14   Q   Less feeling in what area?

15   A   The private area.

16   Q   Your penis?

17   A   Yes.

18   Q   What do you mean by less feeling in the penis?

19   A   Just less feeling.  It -- you know how -- you know,

20       anything that touches it, you know, clothing, or

21       just -- or just not even anything that's touching it.

22       Just the feel of it being there, is less feeling than

23       there was before.

24   Q   Did you have less sensation in your penis when you

25       masturbated?
```

Paul S. Dawson

```
 1   A   Yes.

 2   Q   Okay.

 3   A   And so at all times, including then and any other

 4       time, since I consumed Propecia.  So I don't remember

 5       exactly what was reported to the FDA.

 6   Q   Well, I just want to know what symptoms you were

 7       experiencing.  You've told me about ED, and you told

 8       me about less feeling in your penis.  Were there any

 9       more?

10   A   Yes.  So less semen volume.

11   Q   And how could you tell that there was less semen

12       volume?

13   A   Well, by looking at it, by seeing it.

14   Q   Can you explain to me what you mean by that?

15   A   Yeah.  Well, I mean, the amount of semen after, you

16       know, a male ejaculates.  They know -- they can see

17       what is there if they look.  So, you know, there was

18       less of that than before I consumed Propecia.

19   Q   Okay.  So I assume by your answer that you could

20       masturbate and ejaculate after you stopped taking

21       Propecia?

22   A   Yes.

23   Q   Okay.  What else?

24   A   So with ED, you know, the difficulty of getting and

25       maintaining an erection, I mean, as far as keeping an
```

Paul S. Dawson

```
 1        erection wasn't the same.  You know, could only get

 2        an erection by manual stimulation after I consumed

 3        Propecia, after I stopped consuming Propecia.  During

 4        the time I consumed Propecia, it would fluctuate, so

 5        it wasn't a continual state of erectile dysfunction

 6        while I was consuming it.  And that's why I wasn't so

 7        concerned by it at that time.

 8            And so when I stopped consuming Propecia, that's

 9        when, you know, it just, for example, like, went

10        dead, essentially, as far as the, you know, the

11        erectile dysfunction in place.

12   Q    Didn't it actually essentially go dead after you got

13        on the PropeciaHelp.com website?

14   A    No.

15                       MR. LASZLO:  Objection;

16        argumentative, and to form.  You can answer.

17                       THE WITNESS:  No.

18   Q    (By Mr. Harrell)  Okay.  All right.  So ED, less

19        feeling in penis, less semen volume.  What else?

20   A    Just so that, like, that's the physiological part.

21        So just less ambition.

22   Q    Pardon me for interrupting you.  But that's what I

23        want to know.  And we'll get to psychological part.

24        But as far as the physical part, I want to make sure

25        that I have everything down that you're experiencing.
```

```
 1            So it's ED, less feeling in the penis, and less

 2       semen volume.  Anything else?

 3   A   Yes.  The size of the penis was, when flaccid, was or

 4       is generally smaller.

 5   Q   When the penis is erect, is it the same size?

 6   A   I don't recall exactly.  It's hard for me to tell if

 7       it is or isn't.

 8   Q   Okay.  Had you ever measured your flaccid penis

 9       before you started taking Propecia?

10   A   No.

11   Q   Did you ever measure your flaccid penis after you

12       started taking Propecia?

13   A   No.

14   Q   Did you ever measure the size of your flaccid penis

15       after you stopped taking Propecia?

16   A   No.

17   Q   So how much smaller is your penis now than what you

18       believe it used to be?

19   A   I don't know a measurement.  I'd say noticeably.  To

20       me, noticeably.  I can tell that it is.  It's, like,

21       the overall, I would say the length, you know, and

22       circumference.

23   Q   I'm sorry.  I couldn't --

24   A   I say -- would say the length and -- to me, the

25       length and the -- the circumference, the thickness is
```

```
 1        less than what it was before I consumed Propecia.

 2   Q    Okay.  But when you are erect now, do you believe

 3        your penis is the same size as it used to be when you

 4        were erect?

 5   A    No.

 6   Q    Okay.  So you think your erect penis now is smaller

 7        than it was before you started taking Propecia?

 8   A    I think it is somewhat, yes.

 9   Q    Okay.  And same questions with respect to your erect

10        penis.  Did you ever measure your erect penis prior

11        to taking Propecia?

12   A    No.

13   Q    Did you ever measure your erect penis while you were

14        taking Propecia?

15   A    No.

16   Q    Have you ever measured your erect penis after you

17        have stopped taking Propecia?

18   A    No.

19   Q    Okay.  All right.  Are those all of the physical side

20        effects that you say you sustained?

21   A    No.

22   Q    What else?

23   A    So also after urinating, there will -- I'd say so

24        there'll be, like, you know, after I'm done with that

25        and everything, there'll be urine that still comes
```

Paul S. Dawson

```
 1        out somewhat, you know, after I, like, leave the
 2        restroom, in the -- than the...
 3   Q    Would it be fair if we just say you dribble urine
 4        after you think you have finished urinating?  Is
 5        that -- is that a correct description?
 6   A    Well, I mean, after I know I finish urinating and
 7        I've done what I could to urinate or done all that I
 8        could, you know, to get the urination out, then
 9        there's still some that comes out afterwards, like,
10        after I leave the restroom.
11   Q    And that never happened before you took Propecia?
12   A    Yes, that's correct.
13   Q    Okay.  And when did that start?
14   A    I don't remember exactly when I noticed it.  I
15        noticed it more when I had a certain pair of
16        sweatpants that I wear, like, to bed.  And I would
17        notice that it would kind of be -- it'd be, like,
18        stained.  It would be on the top part of those and,
19        like, even after washing them.  And, like, part of it
20        was I didn't, you know, want to really think that
21        that's what I was experiencing.  And it seemed like,
22        you know, a really bad thing to -- to experience.
23            So, you know, even after washing them, there
24        would still be, like, the odor of it in that part, in
25        that area.  As far as the actual when it started
```

Paul S. Dawson

```
 1       occurring, I don't remember exactly when.

 2   Q   Did it occur prior to taking Propecia?

 3   A   No.

 4   Q   Did it occur while you were taking Propecia?

 5   A   I don't think it did during that time.

 6   Q   All right.  So you believe it occurred after you

 7       stopped taking Propecia?

 8   A   Yes.

 9   Q   How long after you stopped taking Propecia did you

10       notice that you would have some urine on your

11       sweatpants while you were asleep?

12   A   It wasn't when I was asleep.  I think I just -- I

13       wasn't paying attention to it initially.  And since,

14       you know, when I noticed it, you know, even like now

15       when I pay attention to it, not even with those

16       sweatpants, it still occurs at times, you know, if

17       not most there all the time.

18   Q   Yes, sir.  But again my question was:  When did you

19       first notice that after you stopped taking Propecia?

20   A   I would say, specifically, I would say fully aware of

21       it, about 2011.

22   Q   Okay.  So about three years after you stopped taking

23       Propecia?

24   A   Yes, that I specifically remember being aware of that.

25   Q   I'm sorry.
```

Paul S. Dawson

```
 1   A   Actually --

 2   Q   I didn't understand --

 3   A   Yes.

 4   Q   -- your answer.

 5   A   Yes.  That's when I was aware of it specifically.  It

 6       may have been occurring beforehand.  I just didn't

 7       know what it was and aware of it.

 8   Q   Okay.  But I want to make sure we're clear.  You

 9       first started noticing that you had not completely

10       emptied your bladder and that -- I'm just going to

11       call it dribbling urine, if that's okay, to make it

12       simpler for us.  You first noticed that you were

13       dribbling urine approximately three years after you

14       stopped taking Propecia, 2011; is that correct?

15                       MR. LASZLO:  Objection to form.

16       And I'd caution, you don't have to accept counsel's

17       characterization of the condition.  You can describe

18       it how you know it to be.

19   Q   (By Mr. Harrell)  It's a simple question, and I'm not

20       trying to put words in your mouth.

21           You told me that you first started noticing that

22       you were dribbling urine in 2011, correct?

23   A   Yes.

24   Q   Okay.  And that's three years after you stopped

25       taking Propecia, correct?
```

```
 1   A   Yes.

 2   Q   Okay.  And again, if you don't understand my

 3       question, please let me know, because I'll try to

 4       rephrase it.  All right?

 5   A   Okay.

 6   Q   Okay.  Okay.  So we've gone through ED, less feeling

 7       in penis, less semen volume, size of penis smaller,

 8       and after urinating, having some residual urine

 9       release.  Anything else?

10   A   Yes.

11   Q   What's that?

12   A   So during the time of -- consumed Propecia, and after

13       Propecia there were times of intense testicular pain.

14       And it would last maybe, you know, anywhere from two

15       to ten seconds of just really intense pain.  And it

16       wouldn't happen regular -- or often.  Maybe once

17       every three to eight months.

18   Q   Okay.  Describe that for me.

19   A   Just --

20   Q   Strike that.  Let me -- let me get the time frame

21       down first.

22           Did you ever have the type of testicular pain

23       that you described prior to taking Propecia?

24   A   No.

25   Q   Did you have this testicular pain during the time
```

Paul S. Dawson

```
 1       that you were taking Propecia?
 2   A   Also I'd like to clarify, I don't recall exactly --
 3       you know, because my Propecia use was for a limited
 4       amount of months, so I -- I don't recall specifically
 5       if it was with when I was consuming it.  I know that
 6       it occurred after I stopped consuming it.
 7   Q   Okay.  You don't recall if it occurred during the
 8       time that you were taking Propecia, but you do recall
 9       that the testicular pain occurred after you stopped
10       taking Propecia.
11   A   Yes.
12   Q   Fair?
13           When did you first notice this type of testicular
14       pain after stopping Propecia?
15   A   It would have been in 2008 or 2009.
16   Q   You stopped taking Propecia when?
17   A   I think about September of 2008, around that time.
18   Q   Okay.  And when did you first notice this testicular
19       pain after stopping Propecia?
20   A   It's my recollection it was within a year of that
21       time.  I don't recall specifically.
22   Q   Approximately a year after you had discontinued
23       Propecia, you experienced this testicular pain?
24   A   With --
25                   MR. LASZLO:  Objection to form.
```

Paul S. Dawson

```
 1                         THE WITNESS:  Within a year.  I
 2            don't recall, you know, a specific month when it
 3            occurred first.
 4       Q    (By Mr. Harrell)  Did it start the month after you
 5            stopped taking Propecia?
 6       A    I don't know.
 7       Q    Did it occur five months, first occur five months
 8            after you stopped taking Propecia?
 9       A    I don't know when on months.  I'd have to say, to my
10            recollection, it was within a year.  And then it
11            would be, you know -- it wasn't a regular occurrence,
12            though it did occur multiple times.
13       Q    Okay.  And you told me earlier -- I know you said it
14            wasn't a regular occurrence, but that it had occurred
15            about every three to eight months, correct?
16       A    Yes.  That's an estimate.
17       Q    And it lasted for two to ten seconds, correct?
18       A    Yes.  That's what I estimate.
19       Q    Okay.  So I want to try and get a little better
20            understanding of what you mean by that.
21                 Do you mean that you may go as long as eight
22            months without having this type of testicular pain
23            that you've described?
24       A    Yes.
25       Q    Okay.  And it lasts for two to ten seconds and then
```

Paul S. Dawson

```
 1        it goes away?

 2    A   Yes.

 3    Q   And then it may not happen again for another eight

 4        months, and then you might have that testicular pain

 5        again?

 6    A   Yes.

 7    Q   Okay.  Do you currently have that testicular pain

 8        that you describe?

 9    A   No, I have not had that happen recently.

10    Q   When was the last time that you had that type of

11        pain, testicular pain?

12    A   I think about -- at least a year ago.  A year or more

13        ago.

14    Q   Okay.

15    A   It's been more than a year.

16    Q   All right.  Any other physiological effects that you

17        say you're experiencing as a result of your use of

18        Propecia?  And we've done ED, less feeling in the

19        penis, less semen volume, size of penis, difficulty

20        completely voiding urine, and testicular pain.

21    A   I'd say, so also the level of orgasm isn't as intense

22        as it was before consuming Propecia.

23    Q   Okay.  Less-intensive orgasm?

24    A   Yes.

25    Q   When was the last time you orgasmed?
```

Paul S. Dawson

```
 1   A   I don't really want to say.

 2                        MR. LASZLO:  You should answer the

 3       question.

 4   Q   (By Mr. Harrell)  Did you orgasm last night?

 5   A   No.

 6   Q   The night before?

 7   A   Say three days ago.

 8   Q   Do you masturbate?

 9   A   Yes.

10   Q   How often do you masturbate to orgasm?

11   A   At least three to five times a week.  Sometimes it

12       could be, like, on a regular basis, daily basis.  It

13       varies, though.  At least three to five times a week.

14   Q   All right.  So you masturbate to orgasm at least

15       three to five times a week and sometimes daily?

16   A   Yes.

17   Q   Is that fair?

18   A   Yes.

19   Q   Are there any times that you masturbate to orgasm

20       multiple times in a day?

21   A   Yes.

22   Q   How often do you do that?

23   A   Well, pre-Propecia, it was --

24   Q   Well, let's talk --

25   A   -- more often.
```

Paul S. Dawson

```
 1   Q   Let's talk about right now.  I'm sorry.  That is a
 2       poorly worded question on my part.
 3           As we're sitting here today, and this last week,
 4       have you masturbated to orgasm more than one time in
 5       a day?
 6   A   No.
 7   Q   When was the last time that you masturbated to orgasm
 8       more than one time in a day?
 9   A   I think within the last two months.
10   Q   I'm sorry?
11   A   I think within the last two months.
12   Q   And how many times did you masturbate to orgasm when
13       you last did that?
14   A   Do you mean in one day?
15   Q   In one day.
16   A   Twice.
17   Q   So that would be two times within the last -- strike
18       that.
19           That would mean, in the day that you had multiple
20       orgasms by masturbation, you had two of those,
21       correct, in one day?
22   A   To the best of my recollection, yes.
23   Q   Okay.  Has there been any time since you have stopped
24       taking Propecia that you have masturbated to orgasm
25       more than twice in one day?
```

Paul S. Dawson

```
 1    A    No.

 2    Q    All right.  You said it's a less-intensive orgasm.

 3         What do you mean by that?

 4    A    So the intensity level, you know, of the feeling,

 5         experience, is less -- to a lesser degree.  It

 6         doesn't have as intense of a, you know, feeling,

 7         pleasurable feeling.

 8    Q    When you masturbate to orgasm, do you use pornography?

 9    A    No.

10    Q    Do you use anything, other than your imagination?

11    A    No.

12    Q    Have you ever looked at pornography?

13    A    Yes.

14    Q    When was the last time you looked at pornography?

15    A    Say within the last three years.

16    Q    And what type of pornography do you look at?

17    A    Well, I don't regularly look at pornography.

18    Q    I know.  But you said you've looked at pornography

19         within the last three years, correct?

20    A    Yeah.  Yes.

21    Q    Okay.  So what type of pornography do you look at?

22    A    Is that something I have to answer?

23                       MR. LASZLO:  Yes.

24                       THE WITNESS:  Could you clarify

25         what you mean by "what type"?
```

```
 1    Q    (By Mr. Harrell)  Do you understand what pornography

 2         is?

 3    A    Yes.

 4    Q    What type did you look at?

 5    A    Female.

 6    Q    I'm sorry?

 7    A    Female.

 8    Q    On the Internet?

 9    A    Yes.

10    Q    What site did you visit?

11    A    I don't recall what website it was.

12    Q    What types of pornography sites have you visited in

13         the past?

14    A    Can you clarify what you mean by "what type"?

15    Q    Yes.  My understanding is some of them have names.

16         You type in what porn site you want to go to, and

17         then you look at the content on that porn -- on that

18         porn site.  And so I want to know what you're typing

19         into the search bar on the computer.  What site are

20         you utilizing?

21    A    Well, in the past, not recently, so FTVgirls.com is

22         one.

23    Q    FTV?

24    A    F -- yes.  FTVgirls.com.

25    Q    Okay.  What others?
```

Paul S. Dawson

```
 1    A    There's ones that come up on a Google search that are

 2         part of -- has, like, a list on there.  So if you

 3         search for something, on the results it has, like,

 4         sources from maybe five to ten or different -- of

 5         those type of websites that are --

 6    Q    Okay.

 7    A    -- on there.

 8    Q    What would you search for when -- when you did that?

 9    A    I don't --

10                        MR. LASZLO:  Objection --

11                        THE WITNESS:  -- recall the

12         search --

13                        MR. LASZLO:  -- to form.

14                        THE WITNESS:  -- terms.

15                        MR. LASZLO:  You mean what search

16         term did he enter to --

17                        MR. HARRELL:  Mm-hmm.  What --

18                        MR. LASZLO:  -- generate a --

19                        MR. HARRELL:  What --

20                        MR. LASZLO:  -- result?

21                        MR. HARRELL:  Right.

22                        THE WITNESS:  Maybe "nude females"

23         would be one.  I don't recall the specific terms.

24    Q    (By Mr. Harrell)  Are those terms where you are

25         looking for a particular female anatomy part or what?
```

Paul S. Dawson

```
 1        I don't understand.

 2   A    Well, not necessarily a particular part.  I think

 3        with that type of material, you know, it's the same

 4        parts that are on there.  You know, there's nudity.

 5        And that's what makes it what it is.

 6   Q    Are you watching videos of pornography?

 7   A    Not -- no, I don't do that currently.

 8   Q    So you look at photographs on the Web of naked women?

 9   A    I have in the past.

10   Q    Okay.  Any other type of pornography that you have

11        utilized other than photographs of naked females on

12        the Web?

13   A    No.

14   Q    Okay.  And you told me that -- well, strike that.

15        When was the last time you did that?

16                    MR. LASZLO:  Objection to form;

17        asked and answered.  You can answer it one more time.

18                    THE WITNESS:  Well, as I said,

19        within the last three years.

20   Q    (By Mr. Harrell)  I know you said within the last

21        three years.  But that could be yesterday.  That

22        could be last week.

23   A    It's not something I have on my mind as a specific

24        time that, you know, I catalog in my mind that I did

25        this at this specific month and year.  You know, I
```

Paul S. Dawson

```
 1        just -- I don't have specific recollection in my mind

 2        of when that occurred.

 3   Q    Is it fair to say that you have not looked at

 4        pornography within the last year?

 5   A    Yes.

 6   Q    Is it fair to say that you have not looked at

 7        pornography within the last two years?

 8   A    No.

 9   Q    Okay.  When you do not use pornography and you are

10        masturbating, how do you get yourself excited?

11   A    Manual stimulation.

12   Q    Okay.  What are you thinking about?

13   A    Well, I don't necessarily think about anything

14        specific except what I'm doing to get that -- you

15        know, to get an erection.  Because, you know, now it

16        takes, you know, more manual stimulation than it did

17        before.  You know, before, you know, the penis was

18        more sensitive, you know, so it'd be easier to get an

19        erection.  And now it's just -- it's slow to respond.

20        It doesn't get an erection as quickly.  And so it's

21        just, you know -- and there's a process you go

22        through to get an erection manually.  And --

23   Q    What process do you go through to get an erection

24        manually?

25   A    Well, using the hand to stimulate the penis into an
```

Paul S. Dawson

```
 1        erection.  So physical movement or touching of

 2        that -- of the penis for that to occur.

 3    Q   Okay.  I assume that when you manually stimulate

 4        yourself, you are successful in getting an erection

 5        even though it may take longer?

 6    A   Yes.

 7    Q   Okay.  And I assume that when you manually stimulate

 8        yourself and get an erection, you can have an orgasm?

 9    A   If it gets to that point.  Sometimes I -- I cannot

10        get -- it doesn't achieve that.

11    Q   Okay.  Would you say more often than not, you are

12        able to have an orgasm?

13    A   Yes.

14    Q   Okay.  When you manually stimulate yourself to an

15        erection, do you have a full erection?

16    A   Yes.

17    Q   Tell me how you came about hiring your attorney,

18        Mr. Laszlo.  I don't want to know about any

19        conversations, but how did you learn about him and

20        how did you go about retaining him?

21    A   Is that fine to answer?

22                    MR. LASZLO:  Oh, sure.  You can

23        answer that.

24                    MR. HARRELL:  Yeah.

25                    THE WITNESS:  Okay.  So I was
```

Thomas S. Dawson

```
 1        actually on a website called YouTube.com, and this
 2        was in -- in September of 2011.  And I was scrolling
 3        on that website, and there was an advertisement
 4        for -- about people who have been injured by
 5        Propecia; if you've been injured by Propecia, to
 6        contact them.  And so I clicked on that, and there's
 7        a phone number to call.  And so then I called his law
 8        firm.
 9   Q    (By Mr. Harrell)  And you said that was on YouTube?
10   A    Yes.
11   Q    Okay.  And that was in September of 2011?
12   A    Yeah.  September or around September of 2011.
13   Q    Okay.  And after you contacted Mr. Laszlo's law firm,
14        were you sent any forms to fill out?
15                      MR. LASZLO:  Objection to form.  Go
16        ahead.
17   Q    (By Mr. Harrell)  Any questionnaires?  Let me -- let
18        me limit that.
19   A    Not initially.
20   Q    But at some point in time you were?
21   A    Yes.
22   Q    Okay.  And did you fill it out and return it to
23        Mr. Laszlo's law firm?
24   A    Yes.
25   Q    When were you first contacted either by mail, phone,
```

Paul S. Dawson

```
 1      or e-mail by Mr. Laszlo's firm?

 2                      MR. LASZLO:  Objection to form.  Go

 3      ahead.

 4                      THE WITNESS:  Well, I initiated the

 5      call with the phone number that was on there, and I

 6      think I spoke to a secretary there.  And then I

 7      received a follow-up call.  I don't remember the time

 8      frame of when that was.

 9   Q  (By Mr. Harrell)  That was going to be my next

10      question.  Do you remember when you called Mr. Laszlo's

11      law firm?  Was that in September of 2011?

12   A  Yes.  That was shortly after I saw the advertisement

13      for people who had --

14   Q  And this was an advertisement that you saw on

15      YouTube.  It wasn't an actual YouTube video, was it?

16   A  Well, I think the -- yeah, there was a video with it.

17      That's part of their advertisements.

18   Q  Can you describe that for me?

19   A  I don't remember the content of the video.  So as far

20      as how it works is, you know, you see an

21      advertisement.  There's, you know, a line of text and

22      then a screenshot of a video just below that.  And

23      then there's something that indicates it's an

24      advertisement.  And then you can click on that, and

25      that'll bring you to that video page with whatever
```

Paul S. Dawson

```
 1     the video is.

 2   Q  Okay.  And do you recall what the video contained?

 3   A  No.

 4   Q  Okay.  What did you do today to prepare for your

 5      deposition?

 6   A  Well, I made sure --

 7   Q  Strike that.

 8         What have you done to prepare for your deposition

 9      today?

10   A  I made sure I was awake on time, that I had all my

11      clothing set out and, you know, made sure I was ready

12      physically and that I left to come here on time.

13   Q  That it?

14   A  Can I talk about --

15                      MR. LASZLO:  You can --

16   Q  (By Mr. Harrell)  I'm going to ask you when you met --

17      if you've met Mr. Laszlo and how many times.

18                      MR. LASZLO:  Yeah.  Yeah.

19                      THE WITNESS:  Is that okay to --

20                      MR. LASZLO:  Yeah.  You can say

21      that you -- we've met, yes.

22   Q  (By Mr. Harrell)  Okay.  When was the first time that

23      you met with any attorney face-to-face from

24      Mr. Laszlo's office?

25   A  Today.
```

```
 1   Q   Okay.  And was that attorney Mr. Laszlo?

 2   A   Yes.

 3   Q   So you have met with Mr. Laszlo's firm one time,

 4       correct?

 5   A   Well, in person, yes.

 6   Q   And I know that you told me in the past you had

 7       e-mail correspondence with them; is that right?  And

 8       telephone correspondence?

 9   A   Yes.

10   Q   How long did your meeting with Mr. Laszlo last --

11       pardon me -- last today?

12   A   Well, I didn't see what it was on the clock, though I

13       think about 30 to 45 minutes from --

14   Q   Okay.  Did you review any documents?

15   A   Is that okay to answer his questions?

16               MR. LASZLO:  You can answer whether

17       you reviewed any documents, including those documents

18       that you brought with you and have now been marked as

19       exhibits in this deposition.

20               THE WITNESS:  Yes.

21   Q   (By Mr. Harrell)  Okay.  So you reviewed the

22       documents that we have now marked Collective Exhibits

23       1 through 3, correct?

24   A   Yes.

25   Q   All right.  Did you review any other documents --
```

```
 1                          MR. LASZLO:  Now I will --

 2    Q   (Continuing by Mr. Harrell)  -- to refresh your -- to

 3        refresh your recollection in order to give your

 4        testimony today?

 5                          MR. LASZLO:  Now I will caution you

 6        not to divulge any communications with your lawyer,

 7        me, and anyone from my office, regardless of the

 8        time, that concern this matter.

 9                          THE WITNESS:  No.

10    Q   (By Mr. Harrell)  Okay.  So other than reviewing

11        Exhibits 1 through 3, you have not reviewed any

12        documents in preparation for giving your deposition

13        today, fair?

14    A   Fair.

15    Q   Okay.  Have you seen any physician for treatment of

16        your erectile dysfunction?

17    A   Yes.

18    Q   Who?

19    A   Dr. Valbuena.

20    Q   He's an internal medicine doc?

21    A   He was.  I don't know if he still is currently.

22    Q   Okay.  And Dr. Mah?

23    A   I didn't see Dr. Mah for the erectile dysfunction.  I

24        think I just saw Dr. Mah for --

25    Q   Okay.
```

Paul S. Dawson

```
 1    A    -- the initial prescription.

 2    Q    Fair enough.  Is Dr. Valbuena the only physician

 3         you've seen with respect to your erectile dysfunction?

 4    A    Yes.

 5    Q    What treatment did he provide you?

 6    A    He had an initial testosterone blood test done.

 7    Q    Okay.  And what were the results of that?

 8    A    To my knowledge, everything came back, I think it was

 9         normal or it was fine.

10    Q    All right.  Anything else that he did?

11    A    No.

12    Q    Okay.  Other than Dr. Valbuena, have you sought any

13         treatment for your erectile dysfunction?

14    A    No.

15    Q    Okay.  Have you ever had any test run to determine

16         whether you have erectile dysfunction?

17    A    No.

18    Q    Why not?

19    A    It was different reasons.  One is the insurance.  So

20         there's been a period of time where I've not had the

21         medical insurance to go in to a doctor.

22             Secondly, just the nature of it.  I'm probably a

23         more private person about this type of matter than

24         most people, and so -- and I guess I don't feel

25         comfortable, for the most part, you know, just going
```

Paul S. Dawson

```
 1        through that process, you know, even with a doctor.

 2        Because my past experience with a doctor was, you

 3        know, I went in there to get, you know, Propecia

 4        initially.  And, you know, it was supposed to help

 5        me.  There weren't supposed to be persistent side

 6        effects.  And the result was now I have, you know,

 7        permanent injuries from it.

 8            And so there just isn't the same trust level like

 9        there was before.  Before, I trust the doctor

10        completely, and now I just don't have that same trust

11        level with doctors.

12   Q    Okay.  How do you know your injury is permanent if

13        you haven't sought treatment for it?

14   A    Because it hasn't improved at all.

15   Q    Well, how do you know that there is not treatment out

16        there that could improve your condition if you

17        haven't sought it?

18                        MR. LASZLO:  Objection to form;

19        argumentative.  You can answer.

20                        THE WITNESS:  Well, kind of back to

21        the initial -- some initial questions of this.  I did

22        search online for that, to see if there was anything

23        for that.  I didn't see anything specific for that;

24        that, you know, there was a solid fix for it, you

25        know, to completely restore, you know, erectile
```

Paul S. Dawson

```
 1      dysfunction.
 2           And, you know, I mean, that's kind of -- that's
 3      why they have things like Viagra, is because people
 4      have erectile dysfunction.  If they could fix it, you
 5      know, why would they need Viagra if they could just
 6      go in and get a procedure done, and...?
 7   Q  (By Mr. Harrell)  Are you aware that there are
 8      medical specialists who treat erectile dysfunction?
 9   A  No.  I know there's --
10   Q  Go ahead.  I'm sorry.
11   A  I know there's specialists in, you know, the sexual --
12      like, urology and, you know, the sexual health,
13      though I don't know if there's any specifically for
14      only for erectile dysfunction.
15   Q  Fair to say you haven't been to a urologist about
16      your erectile dysfunction?
17   A  Yes.
18   Q  Fair to say you haven't been to a medical specialist
19      in erectile dysfunction to treat your erectile
20      dysfunction?
21   A  Yes.
22   Q  Have you sought any medical treatment for less
23      feeling in your penis?
24   A  No.
25   Q  Do you intend to?
```

Paul S. Dawson

```
 1   A    No.

 2   Q    Do you intend to seek any medical treatment for your

 3        erectile dysfunction, your claimed erectile

 4        dysfunction?

 5   A    I may in the future.  I'm not specifically intent on

 6        it right now.

 7   Q    Why don't you want to get it treated?

 8                      MR. LASZLO:  Objection to form.

 9                      THE WITNESS:  Because I don't know

10        that there's anything that can be done to fix it.

11        Like I said, there's also the issue of, you know,

12        medical costs are expensive.  Even to go in and see a

13        doctor one time can be expensive, let alone all the

14        treatment costs.  And, you know, not having had that

15        insurance, you know, that's been part of it.

16            And, you know, like I said, I'm more of a private

17        person about that.  I just -- I don't feel

18        comfortable.  You know, like, it's -- you know,

19        talking about this is not something that I'm just

20        more open about than I would say most people.  It's a

21        more private thing for me, so...

22   Q    (By Mr. Harrell)  Well, you certainly knew when you

23        filed this lawsuit that you were going to have to

24        talk about your conditions, correct?

25   A    Yes.  And that's what I'm doing.
```

Paul S. Dawson

```
 1   Q   Right.  But you're reluctant to talk to a doctor that

 2       might be able to help you with respect to your

 3       erectile dysfunction?  Is that my understanding of

 4       your testimony?

 5                   MR. LASZLO:  Objection to form;

 6       it's argumentative.

 7                   THE WITNESS:  No.

 8                   MR. LASZLO:  If you understand the

 9       question.

10                   THE WITNESS:  I'm not reluctant to.

11       Like I said, having the medical -- not having the

12       medical insurance has been part of it.  You know, I

13       went in to see Dr. Valbuena to get help with, you

14       know, the issue of hair loss and I ended up with a

15       permanent injury.  So, I mean, if I go in and they do

16       some other procedure or whatever it may be, or give

17       me a prescription drug, that could cause more injury

18       or that could cause even more problems.

19   Q   (By Mr. Harrell)  Who told you that your injury is

20       permanent?  Is -- strike that.

21           Has any doctor told you that your claimed injury

22       is permanent?

23   A   No.

24   Q   That's just something you've assumed by reading

25       testimonials on the Internet; is that correct?
```

Paul S. Dawson

```
 1    A    Well, it's --
 2                        MR. LASZLO:  Objection to form.
 3                        THE WITNESS:  Well, with no
 4         improvement in -- since 2008, when it first
 5         started -- well, when I first stopped consuming
 6         Propecia and side effects persisted, I have no reason
 7         to believe that it would just go away and it would
 8         just -- everything would just restore itself.  To me,
 9         there's clearly, you know, an internal injury there,
10         and I don't see any reason to believe it's just going
11         to all of a sudden fix itself.
12    Q    (By Mr. Harrell)  Okay.  My question was:  Has any
13         doctor told you that your injury is permanent?
14    A    No.
15    Q    Okay.  And you have made the decision in your mind,
16         not based on anything else, that your injury is
17         permanent, correct?
18    A    Yes.
19    Q    Okay.
20    A    Well, so based on anything else, I'd like to clarify.
21         You know, there are other -- there are testimonials
22         of people who have experienced ongoing side effects
23         for --
24    Q    Right.
25    A    -- years and years.
```

Paul S. Dawson

```
 1    Q    Right.  Those are the testimonials that you read on

 2         Propecia.com?

 3    A    PropeciaHelp.

 4    Q    On PropeciaHelp.com, correct?

 5    A    Yes.

 6    Q    Okay.

 7    A    And it's als --

 8    Q    And do you know anything about those people?  Do you

 9         know those people, for one?

10                        MR. LASZLO:  Were you -- were you

11         finished with your answer previously?

12                        THE WITNESS:  No.

13                        MR. HARRELL:  Oh, I'm sorry.

14                        MR. LASZLO:  Please -- please finish.

15                        MR. HARRELL:  Like I told you

16         before, if you haven't finished and I start asking

17         another question, throw up your hand and let me know,

18         because I'll stop and let you finish.  Okay?

19                        THE WITNESS:  Certainly.

20                        MR. HARRELL:  So continue on.

21                        THE WITNESS:  So to clarify why I

22         think that it's a permanent injury is because the

23         degree of the injury, the vast difference from the

24         sexual function that I had before consuming Propecia

25         and then when I stopped, and then the amount of time
```

Paul S. Dawson

1     that's gone by without any changes.  Not like it's,

2     okay, well, it's kind of improving; okay, well, it's

3     sort of improving over time.  It's like it's the same

4     degree -- the same degree of problems that there were

5     when I stopped consuming Propecia.  It's still the

6     same today as it was then, and has been throughout

7     that whole time.

8   Q   (By Mr. Harrell)  Okay.  And so that's what I would

9     call your assessment of your injury as -- as opposed

10    to any physician's assessment of your injury.  Is

11    that a fair statement?

12  A   Yes.

13  Q   Okay.  You mentioned not having insurance.  When was

14    the last time you had insurance?

15  A   Medical insurance?  That was in 2009, I think

16    December of 2009, the last part of 2009.

17  Q   And how long did you have medical insurance for up

18    until December of 2009?

19  A   My whole life.

20  Q   Okay.  And you were having these same problems in

21    2009, correct?

22  A   Yes.

23  Q   And you could have sought medical treatment for those

24    problems and have been covered by insurance, had you

25    wanted to do so, correct?

```
 1   A   Yes.

 2   Q   And you didn't do it, correct?

 3   A   Well, I did go see Dr. Valbuena initially.

 4   Q   Right.

 5   A   And explained to him what was happening.  And that's

 6       when he asked me to do the testosterone, the blood

 7       test.

 8   Q   Uh-huh.

 9   A   And so since then, I had -- did not go to a doctor --

10   Q   And since that visit with Dr. Val --

11                          (Interruption by reporter.)

12

13                    MR. HARRELL:  I'm sorry.

14                    THE WITNESS:  Oh.  So I said, since

15       then, I did not go to a doctor to get treatment.

16   Q   (By Mr. Harrell)  Okay.  Did you continue to complain

17       to Dr. Valbuena that you had not recovered?

18   A   No.

19   Q   Okay.  So you just didn't mention it again after the

20       first visit where you told him you were having

21       problems, correct?

22   A   Yes.

23   Q   Okay.  Is it fair to say, Mr. Dawson, that you have

24       not sought medical treatment for your complaints of

25       ED; less feeling in the penis; less semen volume;
```

Paul S. Dawson

```
 1        size of the penis; after urinating, unable to

 2        completely empty your bladder; and testicular pain?

 3    A   No.

 4    Q   It's not fair?

 5    A   Yeah, it's not fair.

 6    Q   Okay.  Who did you see about -- what doctor did you

 7        see about less feeling in your penis?

 8    A   Well, you have listed all of them.  So with it, I

 9        initially sought Dr. Valbuena to explain that I had

10        continuing side effects, and he referred me for

11        testosterone tests.  And he didn't follow up and say,

12        "Well, you should go see a specialist," or -- you

13        know, there wasn't more direction or referral from

14        him for what I should do about the ongoing side

15        effects.

16    Q   Okay.

17    A   So I did seek him initially for -- to explain what

18        was happening and to see what he would --

19    Q   Okay.  And --

20    A   -- have me do.

21    Q   -- did you explain to him anything other than about

22        your erectile dysfunction?

23    A   No.

24    Q   Okay.  So let's -- let's do it this way.  Have you

25        ever seen a physician about less feeling in your
```

```
 1       penis?

 2   A   No.

 3   Q   Do you intend to?

 4   A   I don't know.

 5   Q   Did you ever see a physician about your complaint of

 6       less semen volume?

 7   A   No.

 8   Q   Do you intend to?

 9   A   I don't know.

10   Q   Did you ever see a physician about the complaint of

11       the size of your penis being smaller?

12   A   No.

13   Q   Do you intend to?

14   A   I don't know.

15   Q   Did you ever see a physician about the problem you

16       were having emptying your bladder that you described

17       to me after urination?

18   A   No.

19   Q   Do you intend to see a doctor about that?

20   A   I don't know.

21   Q   Did you ever see a doctor about the testicular pain

22       that you described for me?

23   A   I may have -- actually, no.

24   Q   No.  And do you intend to see one?

25   A   No.
```

Paul S. Dawson

```
 1    Q    In fact, you haven't had that pain in over a year,

 2         correct?

 3    A    Yes.

 4    Q    Did you ever see a doctor about your complaint of

 5         less-intensive orgasm?

 6    A    No.

 7    Q    Do you intend to see a doctor?

 8    A    I don't know.

 9                        MR. HARRELL:  Okay.  Why don't we

10         take a break.

11                        MR. LASZLO:  Sure.

12                        MR. HARRELL:  We've been going

13         about an hour and a half.  Okay?

14                        THE VIDEOGRAPHER:  With permission

15         of counsel, as we go off the record, the time is

16         10:18.

17                        (Pause in proceedings.)

18

19                        THE VIDEOGRAPHER:  We are back on

20         the record.  This is the beginning of Media Unit No.

21         2.  The time is 10:31.  Please proceed.

22    Q    (By Mr. Harrell)  Mr. Dawson, when you say you have

23         erectile dysfunction, do you mean that it takes you

24         longer to get an erection and longer to have an

25         orgasm than it used to take?
```

Paul S. Dawson

```
 1   A   That's part of it.

 2   Q   Okay.  What other parts of it?

 3   A   Erections don't occur, apart from manual stimulation,

 4       except rarely there are times when I wake up with an

 5       erection in the morning, though that's very rare.

 6       Other than that, I would estimate about -- that

 7       occurs every maybe six to eight months, that I wake

 8       up with an erection in the morning.  And other than

 9       that, though, erections just don't occur for me apart

10       from that manual stimulation.

11   Q   Okay.  And just so I make sure that I understand and

12       it's clear to the jury, you don't have what we would

13       call morning erections -- strike that.

14           How frequently would you say that you wake up

15       with a morning erection?

16   A   I'd estimate about, what it's been, once every six to

17       eight months.

18   Q   And how long has that been occurring?

19   A   Since I stopped consuming Propecia.

20   Q   Okay.

21   A   And even then I think it was, I think, more than a

22       year since -- from when I stopped consuming Propecia,

23       it was more than a year since I had a morning

24       erection.  Like, that -- those didn't even start

25       occurring every six to eight months until at least a
```

Paul S. Dawson

```
 1      year, if not more, after I stopped consuming Propecia.

 2   Q  So -- so is it fair to say that the frequency of the

 3      morning erections has begun to increase some now as

 4      of late?

 5   A  No.

 6   Q  Okay.  So you stopped taking Propecia, and it was

 7      about a year after you stopped taking Propecia before

 8      you had a morning erection?

 9   A  Yes.

10   Q  Okay.  And now you have a morning erection every six

11      to eight months?

12   A  About that's what I'd estimate.

13   Q  Okay.  You are able to manually stimulate yourself to

14      erection and orgasm, as you have told us before?

15   A  Yes.

16   Q  Okay.  So is it fair to say your description of

17      erectile dysfunction is the inability to have a

18      morning erection without stimulation, correct?

19   A  No.  That's not how I would describe the erectile

20      dysfunction as far as connected to the morning

21      erections.  You know, there were times, you know,

22      before I consumed Propecia that erections just

23      happened.

24   Q  Mm-hmm.

25   A  And, you know, that just doesn't occur apart than the
```

```
 1        morning erections I estimate once every six to eight
 2        months since I stopped consuming Propecia.  Erections
 3        don't just happen on their own.
 4   Q    Okay.  Spontaneous erections, you're talking about,
 5        without stimulation?
 6   A    Yes.
 7   Q    Okay.  Any other components of your definition of
 8        erection?
 9   A    Yeah.  So maybe, you know, just, like, before
10        consuming Propecia, you know, a shift in the pants or
11        something, there's contact there and that stimulates
12        an erection.  You know, that doesn't occur for me
13        since I stopped consuming Propecia.
14   Q    Okay.  Anything else that you would include in your
15        definition of erectile dysfunction?
16   A    Maintaining an erection.  And so, you know, before
17        consuming Propecia, you know, when I got an erection,
18        you know, it would -- it would stay that way.  You
19        know, it wouldn't just go down right away.  It would
20        stay that way.  I don't know the exact time frame.
21        Maybe...
22   Q    Do you mean that you would maintain an erection after
23        orgasm?
24   A    No.  I mean, just after the erection occurs, after it
25        has become erect, that it -- it doesn't just, you
```

Paul S. Dawson

```
 1        know, go down even if it's not being manually

 2        stimulated.  Whereas now, you know, there has to be

 3        continual manual stimulation or it won't maintain,

 4        you know --

 5   Q    Okay.

 6   A    -- its erectness.

 7   Q    All right.  Any -- any other components to your

 8        definition of erectile dysfunction?

 9   A    No.

10   Q    Okay.  Have you ever had sexual intercourse?

11   A    No.

12   Q    Have you ever been with anyone and been manually

13        stimulated by that other person?

14   A    No.

15   Q    Have you ever had any type of sexual contact with a

16        female?

17   A    Yes.

18   Q    Okay.  When was that?

19   A    Are you asking for the year?

20   Q    Just when.  Yes.

21   A    When I was 17 or 18.

22   Q    How old are you now?

23   A    31.

24   Q    So this was when you were 17, was the -- was this the

25        only time that you had any type of sexual interaction
```

Paul S. Dawson

```
 1        with a female?

 2    A   Yes.

 3    Q   And just describe the interaction that you had with

 4        this female.

 5    A   It was oral sex.  It was -- yeah.

 6    Q   Okay.  Oral sex?

 7    A   Yes.

 8    Q   Okay.

 9    A   As far as me giving that.  It wasn't -- I didn't

10        receive that.

11    Q   Did the female give you oral sex?

12    A   No.

13    Q   You gave the female oral sex?

14    A   Correct.

15    Q   Okay.  Other than that incident, have you had any

16        type of sexual contact, whether it be oral sex,

17        manual stimulation, or intercourse, with any female?

18    A   No.

19    Q   Have you had attempted sexual contacts with any

20        female since that female that you described when you

21        were 17 years old?

22    A   Can you clarify by -- what you mean by "attempted

23        sexual contacts"?

24    Q   Okay.  Have you been with a female where you have

25        attempted to have intercourse?
```

Paul S. Dawson

```
 1   A   No.

 2   Q   Have you been with a female where you have received

 3       oral sex?

 4   A   No.

 5   Q   Have you been with a female where she has masturbated

 6       you?

 7   A   No.  I think it's what you're saying about the actual

 8       experience.  So no.

 9   Q   Okay.  Have you been with a female since you were 17

10       where you have kissed a female other than your mother

11       or a relative?

12   A   No.

13   Q   Do you date a --

14   A   No.

15   Q   -- female?

16   A   No.

17   Q   Have you ever dated a female?

18   A   Can you define what you mean by dating?

19   Q   Going out on a date.  Going to have dinner.  Going --

20   A   Yes.

21   Q   -- to a movie.  Is that a "yes"?

22   A   Yes.

23   Q   When was that?

24   A   That was when I was about 22.  I believe when I was

25       22.
```

Thomas S. Dawson

```
 1    Q    And what was the name of the lady that you went out

 2         on a date with?

 3    A    Natasha Berking.

 4    Q    What was the last name?

 5    A    Berking, B-e-r-k-i-n-g.

 6    Q    Did you discuss with Ms. Berking -- oh.  Well, wait.

 7         Were you taking Propecia at that time?

 8    A    No.

 9    Q    Okay.  This was prior to taking Propecia, correct?

10    A    Yes.

11    Q    How many dates did you go on with Ms. Berking?

12    A    I think it was one.

13    Q    Other than this one date with Ms. Berking, have you

14         been on any other dates with a female?

15    A    No.

16    Q    Okay.  Are you a heterosexual?

17    A    Yes.

18    Q    Had you -- have you had any sexual contact with a

19         male?

20    A    No.

21    Q    Have you ever been on a date with a male?

22    A    No.

23    Q    When you look at pornography, do you ever look at any

24         gay porn sites?

25    A    No.
```

Paul S. Dawson

```
 1    Q    Let's finally get to your deposition notice.  Let's

 2         mark this as the next exhibit, which will be Exhibit

 3         No. 4.

 4                             (Exhibit No. 4 marked for

 5                              identification.)

 6

 7    Q    (By Mr. Harrell)  Before we get to that, I want to

 8         make sure I understand this.  So you had a type of

 9         sexual relationship when you were 17 where you gave a

10         female oral sex, cunnilingus, correct?

11    A    Cunnilingus?  Could you clarify that?

12    Q    Using your tongue to stimulate her vaginal area.

13    A    Yes.

14    Q    Okay.  And that was the only sexual contact you've

15         had with a female, as I understood your --

16    A    Yes.

17    Q    -- testimony?

18              And then you went out on a date when you were 22

19         with Natasha Berking, correct?

20    A    Yes.

21    Q    But there was no type of physical or sexual contact

22         on that date?

23    A    Yes, that's true.

24    Q    All right.  And that's the only date that you've been

25         on in recent history?
```

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Okay.  Is there a reason you don't date? |
| 3 | A | Well, I mean, since I stopped consuming Propecia, you |
| 4 | | know, that's affected my social relationships.  And, |
| 5 | | you know, for me, you know, to develop a |
| 6 | | relationship, you know, with a female, I think, you |
| 7 | | know, eventually, whether that's someone you get |
| 8 | | married to or, you know, there's is a sexual |
| 9 | | experience, I don't have confidence in that.  And, |
| 10 | | you know, knowing what my situation is with the |
| 11 | | ongoing Propecia side effects... |
| 12 | Q | You can masturbate yourself to orgasm three to five |
| 13 | | times a week, correct? |
| 14 | A | Yes. |
| 15 | Q | How do you know that you can't have intercourse to |
| 16 | | orgasm with a woman? |
| 17 | A | I don't know that that can't happen. |
| 18 | Q | Okay.  All right.  Well, let's look at your deposition |
| 19 | | notice.  Have you seen this before today? |
| 20 | A | I think I have. |
| 21 | Q | Okay. |
| 22 | A | Or something similar. |
| 23 | Q | Do you have any of your old Propecia prescription |
| 24 | | bottles or information, the package inserts? |
| 25 | A | No. |

Paul S. Dawson

```
 1   Q   Okay.  You threw all those away?

 2   A   Yes.

 3   Q   Okay.  Do you keep any type of a journal or diary?

 4   A   No.

 5   Q   Do you have any entries on your computer, say, in

 6       note form with respect to Propecia or your

 7       experiences with Propecia or your side effects?

 8   A   No.

 9   Q   Have you ever texted anyone about your experience

10       with Propecia and your side effects that you complain

11       of?

12   A   No.

13   Q   Do you have any friends?

14   A   Yes.

15   Q   Who are your friends?

16   A   Well, my family are my friends.

17   Q   Okay.  Your mother and your father?

18   A   Yeah.

19   Q   All right.  Any other friends, family or otherwise?

20   A   I don't know how to answer that exactly.

21   Q   You know what I mean by a friend, right?

22   A   Yeah, I think so.

23   Q   Okay.  So my question simply is:  Do you have any

24       other friends other than your mother and your father?

25   A   Right now there's not people I'm out doing things
```

Paul S. Dawson

```
 1      socially with or friend things with.  So no, to

 2      answer your question.

 3   Q  Okay.  During the time that you took Propecia, did

 4      you have any friends?

 5   A  Yes.

 6   Q  Would you give me their names?

 7   A  Dustin Kent.

 8   Q  I'm sorry?

 9   A  Dustin Kent.

10   Q  H-i-n-t?

11   A  So D-u-s-t-i-n and then Kent, K-e-n-t.

12   Q  K-e-n-t.  I'm sorry.  I misunderstood you.

13         Any others?  This is during the time you took

14      Propecia, which I believe was around a four-month

15      period of time in early 2008.

16   A  I think that's about it.

17   Q  Where does Mr. Kent live?

18   A  As far as I know, the last he lived in, is in

19      Vancouver, Washington.  I don't know where he

20      currently resides.

21   Q  Do you speak currently to Mr. Kent?

22   A  No.

23   Q  When was the last time you communicated with him?

24   A  I think that was in 2011.

25   Q  Did you and Mr. Kent live together --
```

Paul S. Dawson

```
 1   A   No.

 2   Q   -- at any time?

 3       Where did you meet him?

 4   A   From my brother.

 5   Q   Okay.  And why have you and Mr. Kent stopped

 6       communicating?

 7   A   Well, it has to do with something that happened to my

 8       brother, and...

 9   Q   I'm sorry?

10   A   Two things.  So I knew Dustin Kent, and then he

11       became employed at the same place I was, kind of

12       through, like, referral.

13   Q   Was that at UPS?

14   A   Yes.

15   Q   Okay.

16   A   And so, you know, I had saw him on almost a daily

17       basis.  And then my brother passed away in 2012

18       and --

19   Q   My condolences.

20   A   Thank you.  And, you know, so they were, you know,

21       also like friends, considered good friends.  And, you

22       know, since that time, I haven't communicated with

23       him.

24   Q   Okay.  So he was really a friend of your brother's,

25       and you met him through your brother?
```

Paul S. Dawson

```
 1   A   Well, and he became my friend and, you know, we would

 2       do things and go places.  He'd come by.

 3   Q   Okay.  What was your brother's name?

 4   A   Seth Dawson.

 5   Q   Seth?

 6   A   Yes.

 7   Q   Did you ever discuss -- pardon me.  Did you ever

 8       discuss with Mr. Kent any of the problems that you

 9       were having that you attribute to Propecia?

10   A   No.

11   Q   Okay.  So Mr. Kent then was a friend during the

12       period of time you took Propecia.

13   A   Yeah.

14   Q   After you stopped taking Propecia, can you give me

15       the names of any friends that you had?

16   A   Not that I can recall right now.

17   Q   Did you have any friends after you stopped taking

18       Propecia?

19   A   I don't know.

20   Q   And let me -- let me try to further define that.

21       This -- this -- when I say "friend," somebody that

22       you went out to do something with after work.  Not

23       people that you were acquaintances with at work, but

24       people that you ran around after work hours with,

25       went out and had fun with.
```

S. Dawson

```
 1   A   No.

 2   Q   Okay.  There weren't any?

 3   A   Well, work was in -- it was an evening shift, and so

 4       there just wasn't the time for that.  So to my

 5       recollection right now, no, there weren't.

 6   Q   Okay.  And that's what I want to make sure that I

 7       under -- that I clearly understand.  From the period

 8       of time that you stopped taking Propecia in 2008

 9       until today, you don't have anyone that you would

10       really classify as a friend other than your parents?

11   A   Yeah, that I can think of right now.

12   Q   Okay.

13   A   Or Dustin Kent was at one time.

14   Q   Well, I know.  And we -- we went through -- we talked

15       about him, and I was wondering if there were any

16       others.

17   A   Yeah, I think that would be it, from what I can

18       recall right now.

19   Q   And the last time you went on a date with Nastasha

20       Berking, that was in 2011, did you say?

21   A   Well, it's Natasha.  And I'm thinking about exactly

22       when that was.

23   Q   You're going to have to speak up a little bit.

24   A   Yeah.

25   Q   I can't hear you.
```

Paul S. Dawson

```
 1   A   So it's -- Natasha is her name.  And I'm thinking

 2       about exactly when that was.

 3   Q   I thought you had told me 2011, but I may have been

 4       mistaken.  If you can recall, tell me when you went

 5       on this date with her.

 6   A   I honestly don't recall right now.  If we could look

 7       at the record and see.

 8   Q   What record do we need to look at?

 9   A   Well, you said you'd asked me that before and then

10       you didn't --

11   Q   Okay.

12   A   -- recall if it was 2011.

13   Q   Oh.  Oh.  Understood.  If it's in there, it'll --

14       it'll -- it'll say.  I was just trying to confirm

15       again if you recall when you went on a date.

16   A   When you said 2011, that kind of threw me off as far

17       as --

18   Q   All right.

19   A   -- the exact year.

20   Q   Don't take what I say as being -- what's your best

21       recollection of when you went on a date with Natasha

22       Berking?

23                        MR. LASZLO:  I will object to asked

24       and answered.

25                        MR. HARRELL:  Okay.  Go ahead.
```

Paul S. Dawson

```
 1                    THE WITNESS:  Well, it would have

 2        been -- it was 2009 or earlier.

 3                    MR. HARRELL:  2009 or earlier.

 4        Okay.  Thank you.

 5    Q    (By Mr. Harrell)  Have you ever discussed with anyone

 6        other than Dr. Valbuena the problems that you're

 7        having that you attribute to Propecia?

 8    A    Yes.

 9    Q    With who?

10    A    Well, Mr. Laszlo's law firm.

11    Q    Okay.  But I don't want to know about those

12        conversations.  Anyone other than your attorney?

13    A    Yes.

14    Q    Who?

15    A    So the FDA, Jaime Herrera Beutler's office.  I sent a

16        letter to Merck.

17    Q    Okay.  The congressman and the FDA and the letter you

18        sent to Merck.  Okay.  We have those.

19            Have you ever discussed the problems that you

20        attribute to Propecia that you're -- you say you're

21        experiencing with anyone else?

22    A    No.

23    Q    Okay.  You never talked to your mother about it,

24        correct?

25    A    Correct.
```

```
 1   Q   You never talked to your father about it, correct?

 2   A   Correct.

 3   Q   You never talked to any doctor other than Dr. Valbuena,

 4       correct?

 5   A   That something...?

 6                   MR. LASZLO:  Well, again, I'm going

 7       to caution you about divulging any information that

 8       relates to our conversations or anything like that.

 9       So I believe --

10                   THE WITNESS:  That's correct.

11   Q   (By Mr. Harrell)  Okay.  And again, I don't want to

12       know about conversations that you've had with your

13       attorneys.  So I just want to confirm:  Other than

14       what's reflected in Exhibits 1, 2, and 3, and other

15       than Dr. Valbuena, and other than your counsel, you

16       have not discussed the problems that you allege that

17       you're experiencing from Propecia with anyone else?

18   A   Yes.

19   Q   Okay.  Have you been referred to any doctor by your

20       counsel?

21                   MR. LASZLO:  Objection.  Again, I'm

22       going to direct you not to answer that question

23       because it seeks information that's protected from

24       disclosure in the civil rules, so...

25   Q   (By Mr. Harrell)  Okay.  I take it from your earlier
```

```
 1        testimony, at this point in time you don't anticipate

 2        seeing another doctor about your -- the conditions

 3        that you complain of, correct?

 4    A   I don't know at this point in time.  I may.

 5    Q   Okay.

 6    A   That may happen.

 7    Q   All right.  Or it may not, right?

 8    A   Right.

 9    Q   Okay.

10    A   I may -- I think at this time, you know, if I am to

11        see a doctor in the near future, you know, it would

12        be more of discussing about it and seeing, you know,

13        if they can fix it, though...

14    Q   Well, that's my question.  I just wanted to know:  As

15        we sit here today, do you intend to see a physician

16        about the problems that you're complaining of?

17    A   I don't know.  It may happen in the future.

18    Q   Okay.

19    A   Though I don't know right now.

20    Q   All right.  At this moment, you don't have any

21        medical exams currently scheduled, do you, with

22        respect to the conditions that you're complaining of?

23    A   Yes, that is correct.

24    Q   When was the last time you saw a doctor for any

25        reason?
```

Paul S. Dawson

```
 1   A   That was about two weeks ago.

 2   Q   Who did you see?

 3   A   Dr. Norcom.

 4   Q   Could you spell it?

 5   A   N-o-r-c-o-m.

 6   Q   Do you know Dr. Norcom's first name?

 7   A   No.

 8   Q   What type of doctor is Dr. Norcom?

 9   A   He's a dermatologist.

10   Q   And what problem did you see Dr. Norcom about?

11   A   A mole on my back.

12   Q   From December of 2010 until Dr. Norcom, had you seen

13       any other physicians?

14   A   You say December of 2010?

15   Q   Yeah.  That's the last medical record I have for you,

16       is December of 2010.  So I'm interested in finding

17       out what physicians you have seen since that time,

18       and for what.

19   A   To my recollection, I have not seen any physicians

20       during that time frame.

21   Q   So since your last visit to Dr. Valbuena in December

22       of 2010, until last week when you saw Dr. Norcom, you

23       have not seen any physicians; is that correct?

24   A   Yes, to my recollection.

25   Q   Okay.  That's fine.
```

Paul S. Dawson

```
 1              Have you ever been convicted or pled guilty to a
 2         crime?
 3    A    Yes.
 4    Q    Okay.  Tell me about that.
 5    A    That was in 2003.  It was a DUI.  And that just had
 6         to do with who I was around and being influenced by,
 7         that -- you know, why I had consumed alcohol.
 8    Q    I'm sorry.  You're going to have to say that again.
 9         I didn't understand you.
10    A    So I -- so it was a DUI in 2003.  And it had to do
11         with -- you know, why I was consuming alcohol had to
12         do with, you know, the people I was being influenced
13         by.  And, you know, so that's why that ended up
14         occurring.
15    Q    Okay.  So do you mean by that, that you were out with
16         people and they were drinking alcohol and you drank
17         alcohol and you were driving and you got busted for
18         DUI?
19    A    No.  It just means, like, there was people that I was
20         associating with, or you would call friends, that,
21         you know, consumed alcohol and they, you know,
22         influenced me to do that, or being around them,
23         that's what they did.  And so, you know, it happened
24         that, you know, I had consumed alcohol and then, you
25         know, that happened.
```

S. Dawson

```
 1   Q   Okay.  Any other convictions for any crimes other

 2       than the DUI in 2003?

 3   A   No.

 4   Q   Okay.  What other family members do you have other

 5       than your mother and father?

 6   A   I have two -- you're talking about immediate family?

 7   Q   Yeah.

 8   A   Two sisters.

 9   Q   Okay.  Give me your mom's name.

10   A   Janice Dawson.

11   Q   Janice?

12   A   Yes.

13   Q   And your father's name?

14   A   Stephen Dawson, with a p-h.

15   Q   And your two sisters' names?

16   A   Amy.

17   Q   I'm sorry?

18   A   Amy.

19   Q   Amy?

20   A   And she's married, so her last name is now Sutliff.

21   Q   Sutliff or Cutliff?

22   A   Sutliff.

23   Q   Sutliff.  And your other sister?

24   A   Sara Romo.

25   Q   Spell her last name.
```

Paul S. Dawson

```
 1   A   R-o-m-o.

 2   Q   Not married to the Dallas Cowboys quarterback, is

 3       she?

 4   A   Yeah, she's not.

 5   Q   Okay.  You told me that your mom and dad don't live

 6       together currently?

 7   A   Yes.

 8   Q   Okay.  And what is your -- what is your dad's

 9       address?  I may have asked that, and if I did, I

10       apologize.

11   A   1507 Southeast Briarwood Drive, Vancouver, Washington

12       98683.

13   Q   And give me your mom's again.  I know I asked that.

14   A   14203 Southeast.

15   Q   142...?

16   A   03.

17   Q   Okay.

18   A   Southeast 16th Circle, also Vancouver, Washington

19       98683.

20   Q   Where does your sister live?  Let's talk about Amy

21       first.

22   A   She also lives in Vancouver, Washington.

23   Q   And Sara, where does she live?

24   A   Battle Ground, Washington.

25   Q   Have you ever spoken to your sister Amy or your
```

```
 1        sister Sara about your use of Propecia and the side

 2        effects that you're claiming occurred?

 3    A   No.

 4    Q   And you tell me you hadn't spoken to your mom and dad

 5        about it, right?

 6    A   Right.

 7    Q   Do they know about it?

 8    A   No.  I have not told them.

 9    Q   Okay.  Do they know you filed the lawsuit?

10    A   No.

11                             (Exhibit No. 5 marked for

12                                  identification.)

13

14    Q   (By Mr. Harrell)  Mr. Dawson, I'm going to -- I'm

15        handing to you what we've marked as Exhibit 5, which

16        is a Plaintiff Profile Form that you filled out.  Do

17        you remember that?

18    A   Yes.

19    Q   If you would, turn to me -- turn with me to Page 52.

20        If you'll look down at the bottom, on the right-hand

21        side, it says "DawsonP-AmendedPPF" and then numbers.

22        Do you see that?

23    A   Yes.

24    Q   Okay.  Those are what we refer to as Bates page

25        numbers.  And so when I direct you to an area in this
```

```
 1          PPF, I will direct you to the Bates page number.  Okay?

 2    A     Okay.

 3    Q     And this is an amended Plaintiff Profile Form.  And

 4          if you look at Page 52, do you see the heading where

 5          it says "Declaration"?

 6    A     Yes.

 7    Q     And it says, "I declare under penalty of perjury that

 8          all of the information provided in this Plaintiff

 9          Profile Form is true and correct to the best of my

10          knowledge, information and belief, and I have

11          supplied the authorizations attached to this

12          declaration."

13              Did I read that correctly?

14    A     Yes.

15    Q     And did you sign that?

16    A     Yes.

17    Q     Underneath the declaration paragraph?

18    A     Yes.

19    Q     And it is dated February 10th, 2014, correct?

20    A     Yes.

21    Q     Are you aware of any additions, deletions, or

22          amendments that need to be made to this PPF?

23                          MR. LASZLO:  Objection to form.  If

24          you -- if you are going to answer that question fully

25          and completely, I'm going to suggest that you take
```

Paul S. Dawson

```
 1      whatever time you need to go page by page over this

 2      document, reviewing your answers, and then answer the

 3      question.

 4                      MR. HARRELL:  That's fair.  Go

 5      ahead and do that if you need to do it.

 6                      MR. LASZLO:  Excuse me, Counsel.

 7      Would it be okay if we, while the witness is doing

 8      that, we take a short break?

 9                      MR. HARRELL:  Absolutely.

10                      THE VIDEOGRAPHER:  Okay.  With

11      permission of counsel, we'll go off the record.  The

12      time is 11:03.

13                      (Pause in proceedings.)

14

15                      THE VIDEOGRAPHER:  We are back on

16      the record.  The time is 11:09.  Please proceed.

17   Q  (By Mr. Harrell)  I believe the question we had

18      pending on the table, Mr. Dawson, was whether there

19      were any changes or amendments that you needed to

20      make to Exhibit 5, which is the Plaintiff Profile

21      Form that you signed on February 10, 2014.

22   A  Yes.

23   Q  Okay.  And what are those?

24   A  On Page 33.

25   Q  Okay.
```

```
 1    A    Section A1.

 2    Q    A1.  "If the" --

 3    A    Yes.

 4    Q    -- "answer to the foregoing question is 'yes,' state

 5         the nature of the physical injuries and injuries to

 6         which you claim"?

 7    A    Yes.

 8    Q    Is it that question?

 9         You have listed erectile dysfunction, testicular

10         pain, significantly decreased libido, reduced sexual

11         sensation, and decreased semen output.

12         Did I read that correctly?

13    A    Yes.

14    Q    What needs to be changed?

15    A    So size of penis, feeling.  So less feeling.  And

16         then --

17    Q    I'm sorry.  The decreased size in penis?

18    A    Yes.  And decreased feeling, also the same.

19    Q    Decreased sensation?  Is that okay?  Is that what you

20         mean?

21    A    I'd say "feeling" would better describe it.

22    Q    Decreased feeling in the penis?

23    A    Yes.

24    Q    Okay.  What else?

25    A    And then the urine issue that we talked about earlier
```

```
 1        with there being some urine that is still coming out

 2        after urination.

 3   Q    Okay.  Anything else?

 4   A    No.  No.

 5   Q    Okay.  Below that, it says, "When do you claim your

 6        symptoms first began?"  And you have here:  Within a

 7        few days of beginning the use of Propecia in February

 8        of 2008.  Is that still correct?

 9   A    Yes, it is, for some of them.

10   Q    Okay.  For which ones -- let's -- let's just do it

11        this way.  Did erectile dysfunction begin within a

12        few days of you starting on Propecia?

13   A    Yes.

14   Q    Did testicular pain begin within a few days of you

15        starting Propecia?

16   A    No.

17   Q    Did significantly decreased libido begin within a few

18        days of you taking Propecia?

19   A    Not that I noticed.

20   Q    Not that you noticed?

21   A    Yes.

22   Q    Okay.  Did reduced sexual sensation begin within a

23        few days of you taking Propecia in February 2008?

24   A    I don't recall.

25   Q    And what about the decreased semen output?
```

| | | |
|---|---|---|
| 1 | A | I don't recall. |
| 2 | Q | When did the erectile dysfunction first manifest |
| 3 | | itself? |
| 4 | A | That was within a few days of consuming Propecia. |
| 5 | Q | Okay. |
| 6 | A | And part of that was, I remember when I first |
| 7 | | consumed Propecia, it was either that same day or the |
| 8 | | next day, when I urinated, there was, like, a burning |
| 9 | | sensation while urinating.  And then the erectile |
| 10 | | dysfunction occurred shortly after that, within -- |
| 11 | Q | Shortly after you had the burning sensation when you |
| 12 | | urinated? |
| 13 | A | Yes. |
| 14 | Q | Okay. |
| 15 | A | Within two to three days. |
| 16 | Q | Did you go to a physician to determine what was |
| 17 | | causing the burning sensation when you urinated? |
| 18 | A | No. |
| 19 | Q | Do you know if you had any type of urinary tract |
| 20 | | infection during that time? |
| 21 | A | I was completely healthy.  I didn't have any health |
| 22 | | issues. |
| 23 | Q | Have you ever had an injury to your testicles or |
| 24 | | penis? |
| 25 | A | No. |

Paul S. Dawson

```
 1   Q   Have you ever been diagnosed with any masses or other

 2       conditions of the testicles or penis?

 3   A   Well, they did discover a cyst on or near or part of

 4       the testicle area.

 5   Q   Uh-huh.

 6   A   Which is after I consumed Propecia or after I stopped

 7       consuming Propecia.

 8   Q   And do you know how long that cyst had been -- cyst

 9       or mass had been in the area of your testicles?

10   A   No.

11   Q   Did you ever determine that you had any other

12       conditions, other than this cyst or mass that you

13       speak of, that involved either your penis or your

14       testicles?

15   A   No.

16   Q   Okay.  So other than the cyst that we've talked

17       about, you're not aware of anything in the testicles

18       or the penis that you've been diagnosed with?

19   A   Correct.

20   Q   Okay.  And if you look down one more line, "When do

21       you claim your date of diagnosis, if any, is?"  And

22       you have August of 2008; is that correct?

23   A   Yes.

24   Q   And that was a diagnosis of what?

25   A   That was seeing Dr. Valbuena and explained to him
```

```
 1          what was happening with the erectile dysfunction and

 2          the continuing side effects.

 3     Q    Okay.  That's where you went to Dr. Valbuena and told

 4          him that you were having erectile dysfunction; is that

 5          correct?

 6     A    I think that was in August of 2008.

 7     Q    Okay.  And you didn't receive any treatment for that

 8          from any physician, correct?

 9     A    That's when I went to get the testosterone test.  And

10          then there wasn't any other follow-up from him other

11          than --

12     Q    Understood.

13     A    -- the results of that.

14     Q    Understood.  And I don't want to cover other ground,

15          but you had lab work done.  The lab work was normal.

16          And after that, there was no other treatment offered

17          or complaints of any type of sexual dysfunction --

18     A    To the doctor.

19     Q    -- to any physician, correct?

20     A    Yes.

21     Q    Okay.  All right.  We were talking about changes you

22          were making, and you told me about the changes on

23          Page 33.  Do you have others?

24     A    Yes.

25     Q    What are those?
```

Paul S. Dawson

```
 1    A    So 34B.

 2    Q    Okay.

 3    A    So to add there, less ambition, less motivation.

 4    Q    Okay.  Just so I can be precise and so we have it on

 5         the record, you're referring to B, which is, "Do you

 6         claim you have suffered a psychiatric or

 7         psychological injury or other emotional injury as a

 8         result of Propecia and/or Proscar use?" correct?

 9    A    Yes.

10    Q    And you want to add to the responses that are in B1;

11         is that correct?

12    A    Yes.

13    Q    All right.  What do you -- you have listed

14         depression, anxiety, emotional distress from sexual

15         side effects.  What do you want to add?

16    A    So significantly less ambition, significantly less

17         motivation, less energy, and less focus.

18    Q    Anything else?

19    A    No.

20    Q    Okay.  So you want to add significantly less

21         ambition, motivation, and focus, correct?

22    A    Also energy.

23    Q    I'm sorry.  And energy.

24         Okay.  Let's take these one by one.  When did

25         you -- when did significantly less ambition first
```

Paul S. Dawson

```
 1      manifest itself?

 2   A  Well, all of that really set in after I stopped

 3      consuming Propecia and I realize, you know, the side

 4      effects were there and they were continuing, and all

 5      of that manifested as part of that.

 6   Q  When was that?

 7   A  In 2008.

 8   Q  Are you saying it started after you stopped taking

 9      Propecia?

10   A  Yes.

11   Q  And how long after you stopped taking Propecia did

12      significantly less ambition, motivation, focus, and

13      energy manifest itself?

14   A  Well, it started to right away.  I don't know the

15      exact progression of, you know, at certain times, you

16      know.  I mean, it was after I realized what had

17      happened and, you know, what was taking place and the

18      side effects.  You know, it wasn't returning back to

19      how it was before I consumed Propecia.  You know,

20      that just became part of my daily life.

21   Q  Did it first start manifesting itself after you

22      visited the website PropeciaHelp.com?

23   A  No.

24   Q  Did it manifest itself before you visited the website

25      PropeciaHelp.com?
```

Paul S. Dawson

```
 1   A   Yes.

 2   Q   Did it -- did these less ambition, motivation, focus,

 3       and energy begin the day after you stopped Propecia?

 4   A   Well, it all kind of set in.  You know, once I

 5       realized, I gave it a day or two.  As Dr. Valbuena

 6       said, 24 to 48 hours after I stop consuming Propecia,

 7       it'd be out of my system and everything would return

 8       to normal if there were any sexual side effects.

 9   Q   So -- I'm sorry.  Were you finished?

10   A   No.  Any sexual side effects or side effects.  And so

11       when I stopped consuming Propecia, you know, the

12       fluctuation that there was while I was consuming

13       Propecia went from, you know, sometimes erectile

14       dysfunction to not having erectile dysfunction.  It

15       just went to, like, the erectile dysfunction to the

16       sexual side effects.  And that just continued each

17       day after I stopped consuming it.  You know, nothing

18       changed with it.

19           And then, you know, as I estimated, one two to

20       weeks later, you know, I was concerned about it.  You

21       know, I was probably concerned within two to three

22       days when it didn't restore.  You know, I went online

23       to look for information and saw that other people

24       were saying the same thing.  So once I realized, I

25       think, after the 24- to 48-hour period that
```

Paul S. Dawson

```
 1        Dr. Valbuena said it would be, and it didn't restore,

 2        the symptoms persisted, you know, that's when I

 3        became concerned.  That's when, you know, these

 4        things started to manifest.  I don't know specific

 5        days or, you know, that it was at this level or that

 6        level for each one of those.

 7    Q   Okay.  So did these symptoms start to manifest before

 8        or after you looked at PropeciaHelp.com?

 9    A   Before.

10    Q   Okay.  But within -- and when did you first look at

11        PropeciaHelp.com after you stopped taking Propecia?

12    A   I estimate about one to two weeks.

13    Q   Okay.  And so these conditions, the lack of -- or

14        less ambition, motivation, focus, energy, began the

15        first week after you stopped taking Propecia, correct?

16    A   I honestly don't know specifically about each

17        specific one of those.  There is, you know, four

18        listed there as far as --

19    Q   Okay.  So let's take them one at a time.  When did --

20        did less ambition first start to manifest itself

21        within the first week after you stopped taking

22        Propecia?

23    A   As far as what day?

24    Q   Did it start to manifest within the first week after

25        you stopped taking Propecia?
```

Paul S. Dawson

```
 1   A   Yes.

 2   Q   Okay.  Did less motivation first manifest itself

 3       within the first week after you stopped taking

 4       Propecia?

 5   A   Yes.

 6   Q   Did less focus first manifest itself within the first

 7       week after you stopped taking Propecia?

 8   A   I don't know.

 9   Q   Okay.  Do you recall when less focus first manifested

10       itself?

11   A   No.

12   Q   Did significantly less energy first manifest itself

13       within the first week after you stopped taking

14       Propecia?

15   A   Yes.

16   Q   Okay.  How did the less ambition that you've listed

17       for me manifest itself?  In what way?

18   A   Just there wasn't the desires that I had before of,

19       you know, things I enjoyed.  I just didn't have the

20       ambition of those things.  Like, you know, I like to

21       travel, did like to travel, you know, go outdoors,

22       hiking.

23          You know, at that time, I was a part-time

24       supervisor for UPS.  And, you know, I enjoyed going

25       to Borders and, you know, at a book -- a book --
```

```
 1        another bookstore, such as Powell's, and reading on

 2        management.  And I had an interest in that and

 3        improving myself.  And just things like that I

 4        enjoyed doing.  And, you know, reading travel books,

 5        seeing what was out there in opportunities.  And, you

 6        know, once this erectile dysfunction set in after I

 7        stopped consuming Propecia, you know, all of that

 8        kind of just -- that ambition for that just kind of

 9        went away.

10   Q    Okay.  When's the last time that you traveled?

11   A    As far as, like, outside the country, or...?

12   Q    I don't care where it was.  When's the last time you

13        traveled?

14   A    Well, here.

15   Q    Okay.  Before that?

16   A    Well, for me, I consider traveling, like, overseas.

17        It's, like, that -- that, to me, is what traveling is.

18   Q    How many times did you travel overseas before you

19        started taking Propecia in 2008?

20   A    Once.

21   Q    How many times have you traveled overseas after you

22        stopped taking Propecia in 2008?

23   A    Two times.

24   Q    Two times?

25   A    Yes.
```

Paul S. Dawson

```
 1    Q    Okay.  Where did you go?

 2    A    The first time, went with a friend to Egypt, Israel,

 3         and Jordan.

 4    Q    To Egypt, Israel, and Jordan?

 5    A    Yes.

 6    Q    When did you take that trip?

 7    A    That was in September of 2008.

 8    Q    And who did you take that trip with?

 9    A    Heather Hash.

10    Q    Heather Hash?

11    A    Yes.

12    Q    Do you consider her a friend?

13    A    Yes.  More like a family friend.  I don't communicate

14         with her regularly, though.  I mean, I feel like

15         there's a friendship connection --

16    Q    Well --

17    A    -- there.

18    Q    -- why did you and Heather take that trip?

19    A    Well, when I worked at UPS, we only got two weeks of

20         vacation, paid vacation every year.  And so, you

21         know, for me, I wanted to make it worthwhile and go

22         somewhere.  I like Israel.  And I went to Israel the

23         week -- or the year before, only to that country.

24         And so this time I wanted to go to other countries

25         that were around there.  And she'd expressed interest
```

```
 1      that she was interested in going with me.  And so I

 2      obliged and we booked tickets there.  So just an

 3      interest in that area.

 4   Q  Where does Heather -- what is Heather's address?

 5   A  I don't know her address.

 6   Q  Where does she live?

 7   A  Brush Prairie, Washington.

 8   Q  Brush...?

 9   A  Yeah, I think --

10   Q  Brush Perry, or --

11   A  Brush Prairie.

12   Q  Prairie.

13   A  Yeah.

14   Q  And is her name -- last name still Hash?

15   A  Yes, as far as I know.

16   Q  Do you know if she works?

17   A  I know she was a -- did, like, court reporting.

18   Q  Okay.

19   A  I don't know if she's still...

20   Q  Do you know -- do you know her mother and father's

21      name?

22   A  Yes.

23   Q  What are their names?

24   A  Gwynne Hash and Martin Hash.

25   Q  Could you get Heather's address for me?
```

Paul S. Dawson

| 1 | A | Yes. |
| 2 | Q | Okay.  Would you do that and supply it to your |
| 3 | | counsel? |
| 4 | | MR. LASZLO:  You can wait to hear |
| 5 | | from me.  Counsel will direct any questions he has |
| 6 | | about additional information or documents to me. |
| 7 | | MR. HARRELL:  Yep. |
| 8 | | MR. LASZLO:  And then we'll respond |
| 9 | | accordingly. |
| 10 | | THE WITNESS:  Okay. |
| 11 | Q | (By Mr. Harrell)  But it's possible for you to get |
| 12 | | her address for me, correct? |
| 13 | A | Yes. |
| 14 | Q | Okay.  Did you have fun on that trip, the one that |
| 15 | | you and Heather took to Egypt, Israel, and Jordan -- |
| 16 | A | It wasn't -- |
| 17 | Q | -- in September -- |
| 18 | A | It wasn't -- |
| 19 | Q | -- of 2008? |
| 20 | A | It wasn't -- it wasn't the same. |
| 21 | Q | Why wasn't it the same? |
| 22 | A | Just that's after I stopped consuming Propecia, and |
| 23 | | the adverse effects were still continuing, and I just |
| 24 | | didn't have the excitement like I had on my previous |
| 25 | | trip.  And, you know, the effects were there, and |

```
 1        I -- it was because of the Propecia, the Propecia

 2        side effects.

 3    Q   That you couldn't enjoy yourself?  You're telling me

 4        you couldn't enjoy yourself on this trip, right?

 5    A   It wasn't like it was before.  Like, I enjoyed going

 6        to that place and, you know.

 7    Q   Well, what was different with it?

 8    A   Just the -- the excitement about it.  The overall

 9        internal excitement and joy of, you know, being

10        there.  There was just -- you know, I was aware of

11        side effects.  They were there.  And, you know, the

12        ones that I had just listed also, a little less

13        ambition, motivation, energy.

14    Q   Were you anticipating having sex with Heather on this

15        trip?

16    A   No.

17    Q   Okay.  So I'm having a little bit of difficulty in

18        understanding why you were not having the enjoyment

19        on that trip that you expected to have.  Can you go

20        into more detail on that for me, please?

21    A   Yeah.  When I, you know, went on the first trip, you

22        know, I hadn't consumed Propecia at that point in

23        time.

24    Q   Mm-hmm.

25    A   And, you know, I had the excitement of going to that
```

Paul S. Dawson

```
 1        place I wanted to go and going to another country.

 2        And then on this trip, you know, I even brought

 3        ginseng with me to see if -- you know, because it was

 4        shortly after the side effects -- to see if that

 5        would help at all.  And the effects of just how I

 6        felt, I didn't feel the excitement.  And there was,

 7        you know -- I just wasn't in the same state of

 8        enjoying it like I -- or I didn't enjoy it like I did

 9        previous trip.  I didn't have that excitement.  I

10        didn't have that same experience since it --

11   Q    And is that the best you can describe what you felt

12        on that trip?

13   A    Well, there's also the concern about the side effects

14        and experiencing those since it had happened

15        recently.  You know, that was on my mind also.

16   Q    Okay.  Did you masturbate on that trip?

17   A    No.

18   Q    Did you attempt to masturbate on that trip?

19   A    No.

20   Q    Okay.  So this trip in 2008 with Heather to Egypt,

21        Israel, and Jordan, you went on that.  What trips

22        have you taken since then?

23   A    Then in 2009 I went to India.

24   Q    Okay.  Were you still employed by UPS in 2009?

25   A    Yes.
```

```
 1    Q    Okay.  And did you go with anyone to India?

 2    A    No.

 3    Q    You went by yourself?

 4    A    Yes.

 5    Q    The trip to Egypt, how long were you there?  Two

 6         weeks?

 7    A    Yes.

 8    Q    How long were you in India?

 9    A    The same.  Also two weeks.

10    Q    And did you enjoy your trip to India?  I know you got

11         sick there, and that probably wasn't enjoyable.  But

12         other than getting ill on the trip, did you enjoy

13         your trip to India?

14    A    Not like I wanted to or thought I would.

15    Q    Why not?

16    A    The Propecia side effects.

17    Q    How did the Propecia side effects affect your ability

18         to enjoy your trip to India?

19    A    It -- I was aware of the side effects.  It changed my

20         state of mind of just having the outlook and the

21         excitement of something and then going there.  And,

22         you know, it's not necessarily easy to explain, you

23         know, the part that's not physiological.  You know,

24         there are the physiological side effects and just

25         also part of it is, you know, the psychological part
```

Paul S. Dawson

```
 1      of just that change, you know, after I stopped

 2      consuming Propecia.  You know, just the motivation,

 3      energy, the -- the -- the outlook of optimism of the

 4      future.  You know, that all just -- you know, that

 5      went away after I stopped consuming Propecia.

 6   Q  Have you thought about trying to see a psychologist

 7      or a psychiatrist about the way you're feeling?

 8   A  No.

 9   Q  Why not?

10   A  I mean, I think I can manage it myself.  I have for

11      as many years as since I stopped consuming Propecia.

12   Q  So you don't think you need professional help?

13   A  I don't think I need professional, but I don't think

14      it'll help.

15   Q  How do you know unless you try it?

16   A  Well, I mean, the physiological part is still there,

17      and...

18   Q  I'm talking about psychological.  I'm talking about

19      psychiatrist or a psychologist.  How do you know it

20      won't help if you don't try it?

21   A  Well, I think it's connected to the physiological

22      side effects.  I think that there's a connection

23      there, and...

24   Q  Are you a psychiatrist?

25   A  No.
```

Paul S. Dawson

```
 1   Q   Are you a psychologist?

 2   A   No.

 3   Q   Are you a doctor?

 4   A   No.

 5   Q   Do you have any medical training?

 6   A   No.

 7   Q   Okay.  Okay.  Other than the trip to India for two

 8       weeks -- oh, you tell me you did not go with anyone

 9       on that trip, right?

10   A   I did not travel there with anyone.

11   Q   Okay.  And did you meet someone while you were there?

12   A   Yes.

13   Q   Who did you meet?

14   A   A pastor named Kota Samuel.

15   Q   Spell it for me.

16   A   K-o-t-a and last name Samuel, S-a-m-u-e-l.

17   Q   S-a-n?

18   A   M.

19   Q   M.

20   A   Yeah.  U-e-l.  Samuel.

21   Q   And he's a pastor?

22   A   Yes.

23   Q   And how long did you travel with him while you were

24       in India?

25   A   Well, I stayed with them -- well, they have, like, an
```

Paul S. Dawson

```
 1      extra room at their residence, and then we went

 2      different places, to different churches --

 3   Q  Did --

 4   A  -- and villages.

 5                            (Interruption by reporter.)

 6

 7                       THE WITNESS:  Churches and

 8      villages.

 9   Q  (By Mr. Harrell)  So did you go there intent -- strike

10      that.

11         Did you arrange, prior to your trip for India, to

12      stay with Pastor Samuel?

13   A  Yes.

14   Q  And how did that come about?  Explain that to me.

15   A  Well, I had known him already.  And, you know, since

16      I was getting that two weeks of vacation and, you

17      know, I wanted to travel again, and I was -- just

18      impressed upon me to -- to go there.  I haven't been

19      there before.

20   Q  You had been there?

21   A  I had not --

22   Q  Okay.

23   A  -- been there before.  And it was just impressed upon

24      me that that's where I wanted to go and, you know,

25      support him and, you know, do what I could.  And so,
```

```
 1        you know, he agreed, and then that's where I went.

 2   Q    Okay.  Have you ever done any missionary-type work?

 3        Pardon me.

 4   A    Well, I did on that trip.

 5   Q    Okay.

 6   A    Yeah.

 7   Q    Had you ever done any missionary-type work before

 8        that trip?

 9   A    No.

10   Q    Okay.  Are you involved in any type of church now?

11   A    No.

12   Q    Have you ever been involved with any type of church?

13   A    Yes.

14   Q    What church?

15   A    Well, I visited different churches.  So one I was

16        connected with is Kessid Church in Vancouver,

17        Washington.

18   Q    What church?

19   A    Kessid, K-e-s-s-i-d.

20   Q    What type of church is that?

21   A    It's a nondenominational Christian church.

22   Q    Okay.

23   A    "Kessid" is a Hebrew word.  And so I did go there

24        and --

25   Q    Did your --
```

```
 1   A   -- also --

 2   Q   -- parents go there with you?

 3   A   No.

 4   Q   Okay.  What other churches have you been involved

 5       with?

 6   A   Crossroads Church in Vancouver, Washington.

 7   Q   What type of church is that?

 8   A   I think it's -- I think Calvary Christian is -- I

 9       don't know if it's a denomination.  That's what they

10       call it, though.  It's a type of denomination, I

11       think.

12   Q   Are those evangelical churches?

13   A   Yes.

14   Q   Okay.  And did you know the pastors at those churches

15       or did you just go as part of the congregation?

16   A   So Kessid, I went as part of the congregation.  I

17       knew one of the pastors I had met there.  He wasn't,

18       like, the head pastor.  He was, I think, like, part

19       of the men's ministry.  And then at Crossroads, I had

20       met before -- well, they changed the pastor, though.

21       Who the pastor was at that time, I had met him there

22       before.

23   Q   How did you meet Pastor Samuel that you met in India?

24   A   On the Internet.

25   Q   How did that come about?
```

Paul S. Dawson

```
 1    A    We were in agreement, you know, with the same beliefs

 2         and, you know, had talked, had, you know, exchanged

 3         contact information online.  And, you know, he's very

 4         ambitious about his faith and, you know, what he

 5         does.  And, you know, then eventually he -- you know,

 6         when I had the opportunity to travel, you know, I

 7         thought of him and, you know, going there.  So then I

 8         decided I wanted to go there.

 9    Q    Okay.  And how did you come to find Pastor Samuel on

10         the Internet?

11    A    That was on Yahoo! Chat, when it existed.  And I

12         don't remember what year.  That is no longer in

13         existence, so...

14    Q    And did you first chat with Pastor Samuel on Yahoo!

15         Chat in 2009?

16    A    No.

17    Q    Did you chat with him before then?

18    A    Yes.

19    Q    When did you start chatting with Pastor Samuel?

20    A    I don't recall what year it was.

21    Q    Was it before you started taking Propecia?

22    A    Yes.

23    Q    Okay.  How long did you carry on a chat relationship

24         with Pastor Samuel?

25    A    Well, the chat relationship wasn't very long.  You
```

```
 1        know, we, you know, shared our faith, you know,

 2        beliefs, and were, you know, in agreement with that

 3        and exchanged, I think, an e-mail address or

 4        something like that.  I think that's when they had

 5        Yahoo! Messenger, or they still do.  And so, you

 6        know, we were able to communicate.  It wasn't all the

 7        time.  Wasn't often.  And, you know, still maintain

 8        that contact information of, you know, somebody.

 9             If -- I thought if I wanted to go to India in the

10        future, you know, there's a contact of somebody.

11        And, you know, then eventually the opportunity opened

12        up to go there.  You know, I communicated that, and

13        they were welcome and receiving.

14   Q    Did -- strike that.

15             What was your Yahoo! Messenger/Chat address?

16   A    I don't recall.  It's been so long.

17   Q    Do you have anything left over that could tell us

18        what your account was at Yahoo! Messenger/Chat?

19   A    No.

20   Q    Okay.  What type of church did Pastor Samuel have in

21        India?

22   A    An evangelical nondenominational.

23   Q    Okay.  If I wanted to get in touch with Pastor

24        Samuel, could you tell me how I could do that?

25   A    Yes.
```

Paul S. Dawson

```
 1    Q    Do you stay in contact with him currently?

 2    A    Not as much recently.  I've sent e-mails, you know,

 3         since then.

 4    Q    When was the last time that you sent an e-mail to

 5         Pastor Samuel?

 6    A    I don't recall.

 7    Q    Is he still in India?

 8    A    As far as I know.

 9    Q    What is his e-mail address?

10    A    I don't know right now.

11    Q    All right.  I would make the same request.  I would

12         like for you to get the contact information for

13         Pastor Samuel and provide that to your counsel.  I

14         will provide your counsel with notice of that so that

15         he can remind you.  Okay?

16    A    That's fine.

17    Q    Do you have any -- in your current e-mail account, do

18         you have your e-mail conversations with Pastor

19         Samuel?

20    A    I don't know.

21    Q    Did you and Pastor Samuel e-mail after your return

22         from your trip in India?

23    A    Yes.

24    Q    Okay.  And what e-mail address is it that you have

25         where these conversations occurred via e-mail?
```

Paul S. Dawson

```
 1   A   I think it's ███████, the one I had said earlier.

 2   Q   Okay.  Did you take any photos of your trip to Egypt,

 3       Israel, and Jordan?

 4   A   Yes.

 5   Q   Do you have those?

 6   A   I'd have to look and see.

 7   Q   Where would they be maintained?

 8   A   Probably in an e-mail.

 9   Q   In your e-mail or would it be in your photo library?

10   A   I think it'd be in my e-mail, if I have them.

11   Q   Your current e-mail?

12   A   Yes.

13   Q   Okay.  I'm also going to request any photographs that

14       you have in your current e-mail with respect to your

15       trip to Egypt, Israel, and Jordan in September of

16       2008.  I'll advise your attorney of that, and he can

17       remind you.  Okay?

18                   MR. LASZLO:  Well, what your

19       attorney will do, we'll take that letter, those

20       requests under advisement, and then we will proceed

21       accordingly.

22                   THE WITNESS:  Okay.

23                   MR. HARRELL:  I'm just making the

24       request for the production --

25                   MR. LASZLO:  Yeah.
```

```
 1                         MR. HARRELL:  -- of those

 2        photographs.

 3                         MR. LASZLO:  We're probably getting

 4        to the point, we're going to have to make an

 5        interrogatory request for documents that extend

 6        beyond those that we've objected to in the notice,

 7        Exhibit 4.

 8   Q    (By Mr. Harrell)  Okay.  And did you -- do you have

 9        any photos of your trip to India?

10   A    Yes.

11   Q    And where are those located?

12   A    I think I have a CD.

13   Q    All right.  I would request production of the CD of

14        the photos of your trip to India.  I'll advise your

15        attorney, and your attorney can advise you and we can

16        proceed accordingly.

17            Other than Pastor Samuel in India -- you said you

18        lived in his house?

19   A    Well, I stayed there.

20   Q    And did you and Pastor Samuel travel India together?

21   A    Yes.

22   Q    Did anyone else travel with you?

23   A    Yes, at times.

24   Q    Who would have traveled with you?

25   A    His family.
```

Paul S. Dawson

```
 1    Q    Okay.  And tell me who Pastor Samuel's family is.

 2    A    He has a wife and two kids.

 3    Q    Okay.  And what's his wife's name?

 4    A    I don't recall.

 5    Q    What are his kids' names?

 6    A    I think Shalom, and the other I don't recall.

 7    Q    And how old is Pastor Samuel?

 8    A    I think he's in his 40s.

 9    Q    Okay.  Did you have a good time when you were

10         traveling with Pastor Samuel?

11    A    I had a good time knowing what I was doing, though I

12         was still -- it wasn't the same, you know, like my

13         initial trip to Israel before I consumed Propecia.

14         Like, I knew the effects of -- adverse effects of

15         Propecia were still there, and...

16    Q    Okay.  Other than the trip to Egypt, Israel, Jordan,

17         and to India, have you traveled out of the country?

18    A    Yes.

19    Q    When was the last time you traveled out of the

20         country?

21    A    That was in --

22    Q    Strike that.

23             When after the India trip in 2009 was the next

24         time you traveled out of the country?

25    A    I didn't travel out of the country since then.
```

Paul S. Dawson

```
 1   Q   I'm sorry?

 2   A   I did not travel out of the country since then.

 3   Q   Oh, okay.  I thought you told me that you had.

 4   A   Well, I thought you said any other time did you

 5       travel outside of the country.  Oh, you said since

 6       the India trip.

 7   Q   Since your trip to India and your return to the

 8       United States, have you traveled outside the country?

 9   A   No.

10   Q   Okay.  Have you -- have you been on any vacations

11       within the borders of the United States?

12   A   No.

13   Q   Have you just stayed at your mom's house since you

14       returned from India --

15   A   As far as living --

16   Q   -- and not taken any trips?

17   A   Yes.

18   Q   And why haven't you taken any trips?

19   A   Part of it is, you know, the financial part.

20   Q   And what do you mean by "the financial part"?

21   A   Well, I still wasn't working at UPS.  The Propecia

22       affected me so adversely that, you know, with the --

23       including what I had mentioned, that, you know, my

24       finances deteriorated, and especially after I stopped

25       working at United Parcel Service.
```

```
 1                And, you know, just didn't have the same

 2        motivation, ambition, too, like I did before.  That

 3        was part of it, of, you know, when I said I had

 4        significantly less -- or have significantly less

 5        ambition, motivation.  You know, traveling is part of

 6        that.  And it's just -- it's not the same.

 7    Q   Okay.  So how long did you work for UPS?

 8    A   That was from -- it's about four and a half years.

 9    Q   From start date to what finish date?

10    A   I think that was August of 2005 to about December of

11        2009.

12    Q   Okay.  And why -- strike that.

13            Were you ever a full-time employee at UPS?

14    A   No.

15    Q   You were always a part-time employee?

16    A   Yes.

17    Q   Why was your employment terminated in -- what year

18        did you tell me?

19    A   Well, I stopped working there in 2009.

20    Q   And when in 2009 did you stop working at UPS?

21                        MR. LASZLO:  Objection to form;

22        asked and answered.  Go ahead.

23    Q   (By Mr. Harrell)  When specifically did you stop

24        working at UPS in 2009?

25    A   I don't know the exact date.  To the best of my
```

```
 1        knowledge, it's -- was around December -- November to

 2        December of 2009.

 3   Q    And at the time you stopped employment at UPS, what

 4        was your title?

 5   A    Part-time supervisor, I think is what they call it.

 6   Q    And what were your duties as a part-time supervisor?

 7   A    To supervise an area of operation during a specific

 8        shift, to manage the employees, make sure everything

 9        is running how it's supposed to be, make sure people

10        work safe, also do training of new employees.

11   Q    Okay.  And at the time you stopped UPS in either

12        November or December of 2009, how many hours were you

13        working a week?

14   A    It was about 27 to 30.

15   Q    Did you receive any benefits as a part-time employee?

16   A    Yes.

17   Q    What type of benefits?

18   A    Medical benefits.  Like, full medical and --

19   Q    Mm-hmm.

20   A    -- dental.

21   Q    Any others?

22   A    There's a 401(k) option, stock option.

23   Q    Any others?

24   A    I think that was it.

25   Q    Was your job with UPS stressful?
```

```
 1    A    Yes.

 2    Q    Have you ever told a physician that it was very

 3         stressful and the job was intense?

 4    A    No.

 5    Q    Have you ever told a physician that your job with UPS

 6         was stressful?

 7    A    No.

 8    Q    Did the stress of your employment at UPS affect you

 9         in any way?

10    A    Yes.

11    Q    How?

12    A    I mean, it affected my schooling at that time, you

13         know, as far as, like, the time management of, you

14         know, putting the time and effort for that and

15         then -- you know, it varied, though, when I was --

16         the first part of UPS, when I was at the airport, it

17         was a lot more stressful because it's an air

18         operation, so things are on a lot more of a strict

19         time schedule, whereas the last part, when I was at

20         the ground operation and was, you know, working with

21         new employees, training new employees, there wasn't

22         as much stress with that part.

23    Q    Okay.  And did you quit UPS or were you terminated?

24    A    It was a voluntary -- it was a resignation.

25    Q    So that means you quit?
```

Paul S. Dawson

```
 1    A    Yes.

 2    Q    Okay.  And why did you quit?

 3    A    I was put in the position to by management, that

 4         they, you know, offered me the option to resign.

 5    Q    Did they tell you that they were going to terminate

 6         you or you had the option to resign?  Is that the way

 7         it came down?

 8    A    Yeah, they didn't say they would terminate me.  They

 9         said I had the option -- that I could -- or they

10         asked me if I wanted to quit.  That was their exact

11         words, or -- they're, "Do you want to quit?"

12    Q    And --

13    A    Or --

14    Q    -- did they want you to quit your job?

15                        MR. LASZLO:  Objection to form;

16         calls for speculation.

17    Q    (By Mr. Harrell)  Well, did they tell you that they

18         wanted you to quit your job?

19    A    No.

20    Q    Why did they offer you the option to resign?

21                        MR. LASZLO:  Same objection to

22         form; calls for speculation.

23                        MR. HARRELL:  Go ahead.

24                        THE WITNESS:  So am I to answer

25         that?
```

1                         MR. LASZLO:  Yeah, you --

2                         MR. HARRELL:  Yes, sir.

3                         MR. LASZLO:  -- can try to answer

4          it if you know what was in their mind.

5                         THE WITNESS:  Oh, okay.  So there

6          was an incident that occurred there that, you know,

7          that basically came to that.  I can explain more if

8          you want me to.

9      Q   (By Mr. Harrell)  I do.  I want you to tell me what

10         the incident was that prompted UPS to offer you the

11         opportunity to resign.

12     A   Okay.  So initially, you know, I was working at UPS.

13         You know, started about August of 2005.  And that was

14         before I consumed Propecia.  I was -- had a lot of

15         energy, a lot of motivation, a lot of ambition,

16         including in what I did there.  And then continued at

17         the airport.  Then the Propecia consumption was in

18         2008, and that's when the side effects started.

19     Q   These were sexual side effects?

20     A   Including sexual side effects.  And then in...

21     Q   Did the sexual side effects have any affect on your

22         job?

23                        MR. LASZLO:  Objection.  Counsel,

24         please let him finish his answer.

25                        MR. HARRELL:  Oh, I'm sorry.  You

```
 1        had paused and weren't saying anything, so I thought

 2        you were done.

 3                     THE WITNESS:  Yes, I think it did

 4        affect my job performance, in my opinion.  And so

 5        eventually then I was transferred to the ground

 6        operation also in Portland.

 7   Q    (By Mr. Harrell)  When is that?  When was that?

 8   A    I think that was in about June of 2009.

 9   Q    Okay.

10   A    And so I was there.  So then something about around

11        that time frame is, you know, one of the things I did

12        to not be so focused on what was happening with the

13        Propecia side effects is I started to get involved in

14        training for triathlons, just short sprint triathlons.

15          And I had read on the PropeciaHelp.com that

16        someone who had side effects said that they were

17        exercise -- started exercising a lot.  I think

18        they -- I don't remember what exercise they did.  And

19        they said that their side effects improved from that,

20        from doing physical activity.

21          So I thought, Well, I don't have anything to lose

22        with that.  I don't have any other options with this

23        right now.  You know, this'll at least keep me from

24        being focused on what's happening with this so much

25        at that time.
```

Paul S. Dawson

```
 1        So I decided to do that and was involved with

 2        that.  I think that, you know, made me tired.  You

 3        know, I did that in the daytime or -- on some days,

 4        and then, you know, that job was in the evening, so

 5        I'd go there, you know, kind of tired, and I think

 6        that affected my performance.

 7            And so then --

 8   Q    Go head.

 9   A    -- I went to the ground operation about June of 2009

10        and was there.  And so that was not by my choice.

11        I -- they just said, you know, We're transferring you

12        here, basically.  And, you know, I kind of thought

13        that my performance was affected by the -- the

14        Propecia side effects.  You know, and then also me

15        putting in the time with the, you know, the training,

16        which I was doing because of the Propecia side

17        effects.  And so because nothing had ever come up

18        before about, you know, my -- anything with

19        performance or, you know, transferring me anywhere.

20            And so then I was there at the ground hub.  And

21        there was -- it was a whole different attitude.

22        People, you know, went from a, like, a nice group of

23        people at the airport to people who were just -- some

24        of the people were just really rude.  There was a

25        different environment.
```

Paul S. Dawson

```
 1          And so, you know, then, like, one of the

 2     employees, you know, at time I'd asked to do

 3     something and, you know, for the operation and just,

 4     you know, flat-out refused and was, you know, kind of

 5     rude about it.

 6          And sort of later on, I was working with a new

 7     employee who was loading one of the trailers and was

 8     doing some training observations where I, you know,

 9     basically watch how they're loading and then see,

10     based on a sheet, if they're, you know, following the

11     correct procedures and so forth.

12          So I was in there.  And the other employee who

13     before, you know, basically flat-out refused to do

14     what I asked him to do was in there loading also with

15     this newer person.  And so I was standing in a

16     trailer, left side.  There's not a lot of room to

17     walk on each side because there's rollers that go

18     down the middle of it.

19          And so then he went to exit the trailer and

20     initially was loading on the opposite side.  Because

21     there's one on the left side, one on the right side.

22     And instead of just exiting on that side that he was

23     on, he decided to come over where I was and try to

24     exit, and there was not a lot of room over there.

25          And so I was standing there, you know, watching
```

Paul S. Dawson

```
 1     the other employee, doing those observations that I

 2     was supposed to do, and then he just -- he was

 3     walking by.  Just walks into my shoulder.  And there

 4     was -- my natural reaction was just to move my

 5     shoulder back forward.  I didn't, like, think, Oh,

 6     this is -- you know, I'm going to try to do this to

 7     this employee, or anything.  It just was a natural

 8     reaction based on what had happened.  Like, I didn't

 9     even realize it until after it had occurred.  It just

10     happened so quickly.  And so, I mean, that's not the

11     type of person I was, is to be -- you know, physical

12     contact or anything like that.

13          And so they basically did, you know, an

14     investigation, the management did, based on what had

15     happened.  And, you know, this is a union employee.

16     Me, being part-time supervisor, was not union.  And,

17     you know, if they want to get rid of a union employee

18     or, you know, fire a union employee, they have to go

19     through a lot more process, you know, whereas not

20     being, they can just say, you know, it's at-will

21     employment.

22          And so I think that, you know, my opinion, they

23     didn't want both of us there just because of what had

24     happened.  Even if, you know, there was no further

25     issue, they just didn't want both people to be there
```

Paul S. Dawson

```
 1          based on since that had occurred.  And so then after,

 2          I think, about a week of doing their investigation,

 3          is what they -- somebody called it, you know, they

 4          asked me, you know, if I wanted to, I think "resign"

 5          was the terminology.

 6    Q     Okay.

 7    A     And, you know, that's -- was that.

 8    Q     So you decided you wanted to resign?

 9    A     I felt like I had to.  You know, I asked them, Well,

10          you know, do I have to quit, or what if I don't want

11          to resign?  They just asked me -- they said the same

12          thing.  They didn't even answer.  They said, Well, do

13          you want to resign? like it was -- you know, like

14          they were suggesting that.  And so I kind of knew

15          that that's what they, you know, were -- what I

16          thought they were asking me to do.

17    Q     Okay.  And so is that -- I take it you resigned?

18    A     Yes.

19    Q     Okay.  And that's based on an incident where you put

20          a shoulder into an employee as he was trying to go by

21          you, as I --

22    A     Well --

23    Q     -- understood it?

24    A     -- he made physical contact with me.  He, like,

25          walked into my should.  And my --
```

```
 1                        MR. LASZLO:  I'm going to object to

 2          the form of the question.  But go ahead.

 3                        MR. HARRELL:  Go ahead.

 4                        MR. LASZLO:  Keep going.

 5                        THE WITNESS:  Yeah, so he walked

 6          into my shoulder, made physical contact already.  And

 7          my just natural reaction to that happening was --

 8      Q   (By Mr. Harrell)  To shoulder him back?

 9      A   Well, not shoulder.  Just to move my shoulder

10          forward.  I didn't -- you know, I didn't initiate

11          contact, but he'd already walked into me and I was

12          just --

13      Q   Okay.

14      A   -- responding that -- to that as a natural reaction.

15      Q   Have you tried to find employment since you resigned

16          from UPS?

17      A   Yes.

18      Q   Where?

19      A   I don't remember all the places.

20      Q   Let's do it this way.  Have you been employed since

21          you left UPS?

22      A   Yes.

23      Q   Where have you been employed since you left UPS?

24      A   So Clear Internet is the --

25      Q   Clear Internet?
```

```
 1   A    Yes.  Or Clearwire, LLC's, was the actual business

 2        name.

 3   Q    Let's just list them first, and then I'll ask you

 4        some questions about it.

 5             Any other places you've been employed?

 6   A    Yes.

 7   Q    Where?

 8   A    Let's see.  Well, FedEx Ground.

 9   Q    I'm sorry?

10   A    FedEx Ground.

11   Q    Okay.  Any place else?

12   A    Yes.  It was a staffing agency.  I don't recall the

13        name right now.  I'd have to look it up.

14   Q    It's a temporary staffing agency?

15   A    Yes.

16   Q    I would request the name of that agency and you

17        provide it to your counsel.

18             Any place else?

19   A    No.  I think that's it.

20   Q    After UPS, who did you first go to work for?

21   A    Well, I was selling some products online, so

22        essentially working for myself.  And then I stopped

23        doing that.  But I was -- I was doing that partly

24        while working at UPS.  And then after I stopped

25        working at UPS, I continued to do that for some time.
```

```
 1        And then I stopped doing that.
 2             You know, with this whole -- you know, the
 3        effects of Propecia, that really hindered me in what
 4        I was doing with that.  You know, I had items, you
 5        know, to sell online, which is what I was doing,
 6        selling products online.  I would ship them.  And,
 7        you know, I just didn't have the energy to spend the
 8        time doing that, and I kind of fell behind with sort
 9        of, like, some of the accounting that I was keeping
10        track of and, you know, just decided I -- I didn't
11        want to continue with that.
12   Q    Okay.  So you stopped doing your online sales.  What
13        did you do next?
14   A    And so I think after that -- I was looking into
15        becoming an authorized reseller for Clearwire
16        Internet.
17   Q    And were you employed by Clearwire, LLC?
18   A    Yes.
19   Q    In what position?
20   A    As a sales lead.
21   Q    Did that require you to work outside of the house?
22   A    Yes.
23   Q    Who was your supervisor?
24   A    Uriah Edmonds.
25   Q    Where was this employment?
```

Paul S. Dawson

```
 1   A    In the Portland area.  Portland, Oregon, area.

 2                          (Interruption by reporter.)

 3

 4                          THE WITNESS:  Portland, Oregon, area.

 5   Q    (By Mr. Harrell)  Where did you go to work?  When you

 6        went to the office, where did you go?

 7   A    It was to the storefronts, to the local stores.

 8        There were two different stores that I had worked at.

 9   Q    How long were you employed by Clearwire, LLC?

10   A    That was about 11 months.

11   Q    What were the dates?

12   A    January of 2012 through about November of 2012.

13   Q    Why did you leave?  Or why -- what were the

14        circumstances -- pardon me -- under which you left?

15   A    Well, basically they came in and had a meeting and

16        they -- the company was bought out by Sprint, and so

17        they were going to close all the stores -- well, they

18        did close all the stores -- in the near future.  And

19        so basically it was a layoff, essentially.

20   Q    Okay.  And what was your job at Clearwire again?

21   A    It was a sales lead.  Essentially in the store, it'd

22        either be me or me and another person, you know,

23        selling products to customers.  Provided customer

24        service also.

25   Q    And did you move around to different stores or were
```

Paul Dawson

```
 1       you assigned to one store?

 2   A   Initially it was one store, and then I moved to a

 3       different store.

 4   Q   Okay.  After Clearwire, LLC, where were you employed?

 5   A   So then the next -- so then I was doing -- I was just

 6       an authorized reseller for different telecommunication

 7       companies.  And I was trying to get that started and

 8       did make some sales.  So technically it's as being an

 9       independent contractor.

10   Q   What was the name of the health companies that you

11       were an authorized reseller for?  Did you work for

12       an -- let me strike that.

13           Did you work for an entity?

14   A   Yes.  So there'd be -- it's what I call, like, a

15       master dealer, which is, like, the authorized

16       retailer, like, on a national level, and then there

17       are people that are independent contractors of them

18       that are, like, on a smaller level or just

19       independently, like, go through them to sell the

20       telecommunications services.

21   Q   Okay.  And was that done on the Internet, or how was

22       it done?

23   A   That was done, so, like, in person and on the phone.

24   Q   Did you have a supervisor?

25   A   No.
```

Paul S. Dawson

```
 1   Q   How long did that employment last?

 2   A   I don't recall the full time frame of that.  It was

 3       kind of off and on too.  It wasn't necessarily one

 4       continual time.  It was something I could do on my

 5       own accord.  So I didn't necessarily have -- you

 6       know, I could take a break from it and then, you

 7       know, go back and put more work and effort into it.

 8   Q   Is it like a multilevel marketing --

 9   A   No.

10   Q   -- sales arm?

11   A   No.  It's just -- it's essentially signing up people

12       for existing telecommunication services from existing

13       companies and then getting paid for that.

14   Q   Okay.  Why did you stop doing that?

15   A   I just didn't want -- want to put the time and energy

16       into it.

17   Q   Okay.  So where were you employed next after the

18       authorized seller for health companies?

19   A   Oh, it's actually telecommunications.

20   Q   Oh, I'm sorry.  Telecommunications.

21   A   So I think then that was more recently, so through

22       the employment company I don't recall the name of

23       right now.  And that was in --

24   Q   Are you talking about through the temporary staffing

25       agency?
```

Paul S. Dawson

```
 1   A    Yes.

 2   Q    Okay.

 3   A    November or December of 2015.

 4   Q    Is that when you did the temporary staffing agency

 5        work?

 6   A    Yes.

 7   Q    Was through November and December of 20 --

 8   A    Well, that's when I started it.  And then I think

 9        that went through January of 2016.

10   Q    Of what?

11   A    January -- January or February of 2016.

12   Q    Okay.  And what did you do after working through the

13        temporary staffing agency?

14   A    And then so the most recent is the FedEx Ground

15        employment.

16   Q    Okay.

17   A    Just from --

18   Q    When did you start with FedEx Ground?

19   A    March of 2016.

20   Q    And are you still working for them?

21   A    Yes.

22   Q    And what do you do for FedEx Ground?

23   A    I'm a package handler.

24   Q    What does a package handler do?

25   A    So moves packages, you know, loading, unloading what
```

```
 1        they call incompatibles, large irregular packages.

 2        They have a separate way to handle those.  And so

 3        handling those, moving those.

 4   Q    Okay.  And are you part-time or full-time?

 5   A    Part-time technically, though I can volunteer for

 6        additional shifts.

 7   Q    How many hours a week do you work?

 8   A    It's scheduled for about 20.

 9   Q    And how many hours do you work in a normal week?

10   A    As far as, like, recently?  Initially it was 20, and

11        then I signed up for some other shifts, and so it

12        became more.

13   Q    Okay.  So how many --

14   A    So it --

15   Q    -- hours a week are you currently working in your

16        FedEx Ground job?

17   A    I would say 20 to 35.

18   Q    Do you have any benefits with them?

19   A    Yes.

20   Q    What benefits?

21   A    There's tuition reimbursement.  There's other

22        benefits that I haven't qualified for.  Require a

23        certain amount of hours and then you get those

24        benefits, like medical.

25   Q    Okay.
```

Paul S. Dawson

```
 1    A    Though I haven't achieved that yet as far as the

 2         amount of time.

 3    Q    Okay.  I assume you're paid by an hourly rate?

 4    A    Yes.

 5    Q    And what's your hourly rate?

 6    A    It's $12 now, and then -- that's the current rate.

 7    Q    And do you anticipate that going up?

 8    A    Yes.

 9    Q    And what will it increase to?

10    A    They said they're doing a 75-cent-an-hour raise in

11         October of this year.

12    Q    So it'll go to 12.75 in October?

13    A    Yes.

14    Q    How are you doing on that job?

15    A    I'm doing, I think, okay because I have experience

16         doing that.

17    Q    Okay.

18    A    Initially, you know, just getting used to that.

19    Q    Okay.  We were talking about any other changes to

20         your Plaintiff Profile Form.  Do you have any other

21         changes you'd like to tell me about?

22    A    Yes.

23    Q    Where is that?

24    A    It's Page 38.

25    Q    38?
```

Paul S. Dawson

```
 1   A   Yes.

 2   Q   Okay.

 3   A   So I think I'll clarify.  So are you asking for any

 4       updated information from when it was signed in 2014,

 5       or are you just asking for...?

 6   Q   If it needs to be updated, yes, sir.

 7   A   To current.  So then Page 38, Section 6.

 8   Q   Okay.  The addresses of where you have resided in the

 9       last ten years?

10   A   Yes.

11   Q   Okay.  What is the additional address?

12   A   So the last information is until 2000 -- or June of

13       2011.  So that should be from June of 2011 until

14       about March 2014.  That's just estimated on the March

15       2014.

16   Q   That's for living at ███████████████████

17       in --

18   A   Yes.

19   Q   -- Vancouver?

20           And then you moved back to ██████████████

21       ██████?

22   A   Yes.

23   Q   Okay.  And live -- and you currently live with your

24       mother?

25   A   Yes.
```

Paul S. Dawson

```
 1   Q   Okay.  All right.  Any other changes?

 2   A   Yes.  Page 41.

 3   Q   Okay.

 4   A   The top part there with the education.

 5   Q   Right.

 6   A   There should be an addition of Liberty University

 7       Online.

 8   Q   What were your dates of attendance at Liberty

 9       University Online?

10   A   That was one term in 2012.  I'd have to look up what

11       the beginning and end months were to know for sure.

12   Q   Okay.  But it occurred during 2012?

13   A   Yes.

14   Q   Did you obtain any type of certification or

15       associate's degree --

16   A   No.

17   Q   -- for that?

18       What was the subject matter?

19   A   Business, business entrepreneurship.

20   Q   Okay.  While we're on this page in your education,

21       you have Clark Community College from 4/2005 to

22       12/2012, obtaining an associate's degree of arts in

23       general education.  That's a seven-year period.  Is

24       that when you were working also?

25   A   Yes.
```

Paul S. Dawson

1    Q    And that's -- that's the reason it took so long?

2    A    Yes.  You know, then also, I mean, the Propecia

3         consumption was in 2008, which overlaps part of that

4         time.

5    Q    Mm-hmm.

6    A    You know, that also affected...

7    Q    How did it affect it?

8    A    Going back to the having significantly less ambition,

9         motivation, energy, and focus, you know, then also

10        working -- well, working at UPS through 2009, just

11        doing all the coursework and going to work.

12   Q    Okay.  Did you take coursework at Clark Community

13        College in 2008?

14   A    I don't recall if...

15   Q    Did you take coursework there in 2009?

16   A    I don't recall what the years were there were.

17   Q    Did you take coursework there in 2010?

18   A    I don't know.

19   Q    2011?

20   A    I don't know.

21   Q    2012?

22   A    I don't know what years exactly.

23   Q    Well, you have listed here dates of attendance --

24   A    Well --

25   Q    -- April 2005 to December 2012.

```
 1   A   Well, it was within those years there were courses

 2       taken.  I'd have to look at the transcript to see

 3       exactly what years and terms --

 4   Q   What --

 5   A   -- I took coursework at.

 6   Q   What type of a community college is Clark Community

 7       College?  Is this a place where you can go and take

 8       night courses?

 9   A   Yes, they have night courses.  They also have online

10       courses.  It's --

11   Q   Okay.

12   A   It's the college for Clark County, essentially.

13   Q   Okay.  All right.  Any other changes?

14   A   No.

15   Q   Okay.  So other than the changes that you've told me

16       about and we've discussed, this Plaintiff Profile

17       Form is correct to the best of your knowledge and

18       up-to-date now?

19   A   Yes.

20   Q   Okay.  You mentioned that -- if you'll go with me to

21       Page 34, or turn with me to Page 34.

22   A   I'm on that page.

23   Q   Okay.  Good.  If you look down at bottom of the page,

24       b, "Date of diagnosis of psychiatric, psychological,

25       or emotional injury," and you have listed August of
```

Paul S. Dawson

1      2008; is that correct?

2    A   Yes.

3    Q   And the next question is who first diagnosed those

4        conditions, and you have listed Dr. Valbuena and

5        Dr. Mah; is that correct?

6    A   Yes.

7    Q   When did Dr. Valbuena diagnose those conditions?

8    A   He was aware of them when I visited him, which I

9        think was in August of 2008.

10   Q   When you say he was aware of them, do you mean you

11       told him that you were being affected psychologically

12       and emotionally?

13   A   I told him --

14   Q   Or did he --

15   A   -- about the --

16   Q   Or did he --

17   A   -- erectile dysfunction.

18   Q   -- diagnose those conditions?

19   A   I don't know what they require for a medical

20       diagnosis, though he was aware of the erectile

21       dysfunction that was persisting from the Propecia.

22   Q   I'm aware of that.  But this says "diagnosis of

23       psychiatric, psychological, or emotional injury."

24       You see that?

25           What I want to know is:  What did Dr. Valbuena do

```
 1        to diagnose those conditions?

 2    A   He did not.

 3    Q   Okay.  So the information there would be incorrect?

 4    A   Yes.

 5    Q   Okay.  What did Dr. Mah do to diagnose those

 6        conditions?

 7    A   That's the same.  I think I only saw Dr. Mah that

 8        first time on getting the prescription for Propecia.

 9    Q   Okay.  So that information would be incorrect?

10    A   Yes, it looks that way.

11    Q   Okay.  Have you been told by any physician that

12        you're infertile?

13    A   No.

14    Q   You're not claiming here that you're infertile, are

15        you?

16    A   I'm not claiming that.

17    Q   Okay.  You had been treated for psychiatric,

18        psychological, and emotional conditions prior to ever

19        taking Propecia, hadn't you?

20    A   I wouldn't use all three of those words to describe

21        it.

22    Q   How would you describe it?

23    A   Anxiety.

24    Q   Okay.  Were you ever diagnosed with depression

25        prior --
```

```
 1   A   No.

 2   Q   -- to taking Propecia?

 3   A   No.

 4   Q   You were never diagnosed with a major depressive

 5       disorder prior to taking Propecia?

 6   A   That's right.

 7   Q   If your medical records indicated to the contrary,

 8       would you disagree with them?

 9   A   Yes.

10   Q   Okay.  We'll go over those in a minute.

11           You note that Dr. Jeffrey Hansen treated you for

12       these anxiety conditions on Page 37; is that correct?

13       That pre-existed Propecia.

14   A   Yes.

15   Q   Okay.  How long were you on the SSRI Paxil?

16   A   I think that was about a year and a half, with some

17       breaks during that time.

18   Q   Okay.  Did any of your physicians advise you that

19       SSRIs like Paxil can cause sexual dysfunction?

20   A   Not to my knowledge.

21   Q   Okay.  Do you currently use tobacco?

22   A   No.

23   Q   When did you stop?

24                       MR. LASZLO:  Objection to form.  Go

25       ahead.
```

Paul S. Dawson

```
1                    THE WITNESS:  That was in 2003.

2    Q   (By Mr. Harrell)  Okay.  Do you currently use alcohol?

3    A   Yes.

4    Q   What type of alcohol do you use?

5    A   Beer.

6    Q   And how many cans of beer do you have a day?

7    A   Well, more recently it's been about one to two

8        12-ounce.

9    Q   Okay.  And prior to that, prior to the most recently,

10       how many cans of beer did you drink a day?

11   A   There was a span of time where I didn't consume any

12       alcohol.

13   Q   Where you didn't consume alcohol?

14   A   Yes.

15   Q   Is that what you said?  Okay.

16   A   And so that was from -- so we talked about before,

17       you know, with the driving incident, you know, in

18       2003.  And so after that point, you know, I stopped

19       consuming any alcohol because of what happened.  And

20       throughout that time, you know, from then until

21       recently, you know, there were times when, you know,

22       if I would go someone -- go with someone to, you

23       know, a restaurant or something, maybe have a beer.

24       There wasn't regular consumption of alcohol.

25   Q   Okay.  So when did consumption of two cans of beer a
```

Paul S. Dawson

```
 1        day commence?  I know you said "recently," but can

 2        you be a little more specific?

 3    A   About summer of 2015.

 4    Q   Okay.  And has it been that way since about the

 5        summer of 2015 to today?

 6    A   Yes.

 7    Q   About two cans of --

 8    A   Well, it's --

 9    Q   -- beer a day?

10    A   -- not necessarily every day, though.

11    Q   Yeah.

12    A   Generally speaking.

13    Q   And you took Propecia, according to your Plaintiff

14        Profile Form, from February of 2008 until June of

15        2008; is that correct?  You can look at Page 46.  See

16        up at the top, under No. 2?

17    A   Yes.  I think that's right.

18    Q   Okay.  You mention on Page 47 that you'd seen

19        written, televised, or Internet-based advertising or

20        labeling materials regarding Propecia.  And you

21        checked "yes" to that.  That's Question No. 6.

22            So my question is:  What were the written,

23        televised, or Internet-based advertising that you saw?

24    A   TV commercials.

25    Q   Advertising Propecia --
```

Paul S. Dawson

```
 1    A    Yes.

 2    Q    -- or advertising lawsuits about Propecia?

 3    A    Advertising Propecia.

 4    Q    Okay.  And do you recall when you saw those?

 5    A    Prior to 2008.

 6    Q    Immediately prior to 2008?

 7                        MR. LASZLO:  Objection to form.

 8         You can answer.

 9                        THE WITNESS:  I don't recall when

10         exactly.

11    Q    (By Mr. Harrell)  2007?

12                        MR. LASZLO:  Objection to form;

13         asked and answered.  Go ahead.

14                        THE WITNESS:  I don't know the years.

15    Q    (By Mr. Harrell)  Okay.  Where were you when you saw

16         those commercials?

17    A    At home.

18    Q    Okay.  And where was home at that point in time?

19    A    The 14203 address.

20    Q    Okay.  And was that a TV advertisement that you saw?

21    A    Yes.  I remember seeing them more than once.

22    Q    If you'll turn to Page 49.  If you look at No. 3, you

23         claim that you've incurred medical expenses relating

24         to your condition with respect to Propecia.  And so

25         what medical expenses have you incurred?
```

Paul Dawson

```
 1   A   It says "to be supplemented," so I think --

 2   Q   I understand that.

 3   A   -- it would be on the supplement page.

 4   Q   My question is:  What -- what types of medical

 5       expenses have you incurred?

 6   A   Well, there was, at the very least, co-pays on

 7       doctor -- on the Dr. Valbuena visit.

 8   Q   Okay.

 9   A   And then I think --

10   Q   And I apologize for interrupting.  But as I recall,

11       that was just one visit.

12   A   Well, there was also --

13   Q   And a lab test.

14   A   -- a lab test.

15   Q   Okay.  So those are the two things that we're talking

16       about?

17   A   I think so, yes.

18   Q   Okay.  So that would be all of the medical expenses

19       that you would be claiming as a relation to those two

20       visits, correct?

21   A   As far as I know at this time.

22   Q   Yes.  Okay.

23           If you'll look down at Roman Numeral No. IX at

24       the bottom of Page 49, the heading is "Witnesses."

25       And then if you'll turn the page, you didn't list
```

Paul S. Dawson

```
 1        anyone.  And we've gone over this.

 2             You haven't talked to anyone about taking

 3        Propecia or the conditions that you allege you

 4        sustained after taking it, correct?

 5                      MR. LASZLO:  Objection to form;

 6        asked and answered.  Go ahead.  Do it again.

 7                      THE WITNESS:  Yes.

 8   Q    (By Mr. Harrell)  Okay.  And as we sit here today,

 9        there are no witnesses that you can -- believe can

10        support your claim; is that right?

11                      MR. LASZLO:  Objection to form;

12        misstates his testimony.

13   Q    (By Mr. Harrell)  Are there any witnesses that you

14        believe can support your claim?

15   A    As far as the erectile dysfunction?

16   Q    As far as any of the injuries that you're claiming.

17   A    I think my mom may be able to on the nonphysical

18        parts.

19   Q    Okay.  Anyone other than your mother?  Let's strike

20        that.

21             When you say "the nonphysical parts," are you

22        talking about the psychological aspects?

23   A    Yeah, the other ones that are listed on the

24        nonphysical in this.

25   Q    Depression and the anxiety, et cetera?
```

Paul S. Dawson

```
 1   A   The lack of ambition, motivation --

 2   Q   Okay.

 3   A   -- energy, focus, et cetera.

 4   Q   Other than your mom, is there anyone else?

 5   A   No.

 6   Q   Okay.  Do you consider yourself, Mr. Dawson, as

 7       always having been a driven person?  And by that I

 8       mean a person that's motivated, energetic, and wants

 9       to succeed?

10   A   Yes.  I feel like pre-Propecia, I had a very strong

11       inner drive, you know, and ambition about life and

12       about what I could accomplish and the

13       opportunities --

14   Q   Uh-huh.

15   A   -- that exist in the world.  And that's why it was

16       such a -- you know, so clear to me about the

17       differences.  Because once those side effects set in,

18       I noticed that change and --

19   Q   Okay.

20   A   -- I just didn't --

21   Q   And am I --

22   A   -- have that.

23   Q   Oh, I'm sorry.  I didn't mean to --

24   A   I just didn't have that in me anymore, that -- just

25       that inner -- inner drive is one way I describe it.
```

```
 1   Q   Fair to say you've always had that inner drive and

 2       energy?

 3   A   Prior to consuming Propecia.

 4   Q   Yeah.

 5   A   Yes.

 6   Q   Okay.  All right.  Let's mark this as the next

 7       exhibit.

 8                       MR. HARRELL:  This is a good time

 9       if you want to go ahead and do that now.

10                       THE VIDEOGRAPHER:  Yeah.  Yeah.

11       With permission of counsel, we'll go off the record,

12       and this is the end of Media Unit No. 2.

13                           (Pause in proceedings.)

14                           (Exhibit No. 6 marked for

15                            identification.)

16

17                       THE VIDEOGRAPHER:  We are back on the

18       record.  This is the beginning of Media Unit No. 3.

19       The time is 12:33 p.m.

20   Q   (By Mr. Harrell)  Mr. Dawson, we've returned from our

21       break, and I have placed in front of you what we have

22       marked as Exhibit No. 6.  This is some medical

23       records that were provided to us.  If you'll see, it

24       says "DawsonP-PPR."  That means -- in the lower

25       right-hand corner, that means plaintiff-provided
```

```
 1        records.  And they are Bates-stamped, just like some

 2        of the other documents that I had shown you.

 3            And I want to go through some of these medical

 4        records.  I am going to represent to you that it is

 5        not a complete set of what was provided.  I only

 6        brought ones with me that I wanted to refer to today

 7        during your deposition.  Okay?

 8    A   Okay.

 9    Q   All right.  The first note is -- it's a clinical

10        note.  It's dated 2/4/04.  That's prior to the time

11        that you took Propecia, right?

12    A   Right.

13    Q   Who is Dr. Jeffrey J. Hansen, M.D.?

14    A   He's a psychiatrist in Vancouver, Washington.

15    Q   Okay.  Were you being treated by Dr. Hansen?

16    A   Yes.

17    Q   Okay.  It says, under "Interval History," "Off Paxil

18        times two months.  Notes increased anxiety and panic."

19            Were you suffering from anxiety and panic at the

20        time that you saw Dr. Hansen?

21    A   Yes.

22    Q   Okay.  It notes that you -- the last entry, "Takes

23        psychotherapy."  Were you taking psychotherapy at that

24        time?

25    A   Could you elaborate on what psychotherapy is?
```

Paul S. Dawson

```
 1    Q    I cannot, sir.  Because I cannot -- I can't tell you
 2         what type of therapy you were taking.  I'm just
 3         saying that Dr. Hansen's note references that you
 4         take psychotherapy.
 5    A    I think he's referring to visits with him.
 6    Q    Okay.  Did you see any other psychiatrist other than
 7         Dr. Hansen?
 8    A    No.
 9    Q    Did you ever participate in any type of group therapy?
10    A    No.
11    Q    Okay.  His note also indicates that you are positive
12         for use of alcohol and positive for a DUI.  I believe
13         you've already discussed with me and testified about
14         the DUI that you obtained in 2003, correct?
15    A    Yes.
16    Q    All right.  And that's the only DUI that you have
17         received, right?
18    A    Right.
19    Q    Okay.  And you were drinking during the period of
20         time that Dr. Hansen was seeing you, correct?
21    A    I don't recall that I was.
22    Q    Okay.  So you don't know why Dr. Hansen wrote down
23         "positive for alcohol"?
24    A    I don't know what he's referring to with that.
25    Q    All right.  You were 19 years old at this time,
```

Paul S. Dawson

```
 1        correct?

 2    A   Yes.

 3    Q   Were you drinking when you were 19?

 4    A   Yes.

 5    Q   What were you drinking?

 6    A   Beer.

 7    Q   How much per day?

 8    A   Well, it had to do more with the -- the social group.

 9        It wasn't, like, a daily consumption.  It was, you

10        know, when I was around those people, you know, it

11        was consuming, you know, multiple containers of

12        alcohol and beer.

13    Q   Okay.  If you look under "Assessment and Diagnosis"

14        about two-thirds of the way down the page, it's the

15        initial "MDD."  Do you know what that stands for?

16    A   No.

17    Q   If it stood for "major depressive disorder," would

18        you agree that you had a major depressive disorder

19        according to Dr. Hansen?

20                        MR. LASZLO:  Objection to form.

21                        MR. HARRELL:  You can answer.

22                        THE WITNESS:  No.

23    Q   (By Mr. Harrell)  You would not disagree with him?

24    A   I thought you said, would you agree with that?  And

25        so --
```

Paul S. Dawson

```
 1   Q   Would you disagree with Dr. Hansen?

 2   A   Yes.

 3   Q   As far as his assessment?

 4   A   Yes.

 5   Q   Okay.  If you'll turn to the next page.  I'm sorry.

 6       Yeah, turn -- turn over.  And let's go to Bates Page

 7       27.

 8           Do you have it in front of you?

 9   A   Yes.

10   Q   This a visit dated April 13, 2001.  So it's going

11       back a couple of years before the visit with

12       Dr. Hansen that we were talking about.  And this is a

13       visit with Dr. Phillip McGuiness, M.D.

14           And was Dr. McGuiness your pediatrician, or do

15       you know?

16   A   I don't recall.  I think that was just -- I think he

17       was for a short amount of time.

18   Q   Do you know what kind of a doctor -- what kind of

19       doctor Dr. McGuiness was?

20   A   It says pediatrics.

21   Q   Okay.

22   A   A general physician.

23   Q   If you'll look at the second sentence in his clinic

24       note.  And again, the date of the visit, according to

25       this clinic note, is April 11, 2001.  Do you see that?
```

```
 1    A    Yes.

 2    Q    And you are the patient, correct?

 3    A    Yes.

 4    Q    Okay.  The second sentence reads, "He was placed on

 5         Paxil by Dr. Clark last January for basically not

 6         wanting to go to school, refusing to go to school.

 7         He reported that he had difficulty in going out of

 8         the house, and basically did not want to go anywhere.

 9         He had seen Dr. Clark on a couple of occasions, and

10         at that time had also refused to go to counseling.

11         He has been prescribed Paxil 20 milligrams, and has

12         been on that since that time."

13              Did I read that entry correctly?

14    A    Yes.

15    Q    And who is Dr. Clark?

16    A    I think Dr. Clark was the initial doctor that I saw

17         about that.

18    Q    About what?

19    A    The anxiety.

20    Q    Okay.  If you'll go to the second paragraph.  "Mother

21         reports that he does not really have any friends, or

22         socialize very much at school.  In addition, he only

23         has one friend around the area that he lives, but

24         also does not visit him very often.  He spends most

25         of his time alone, in his room with his computer.
```

```
 1          The patient reports that he does not appear to be
 2          depressed, reports he is not sad.  In fact, just the
 3          opposite.  Appeared to be hyper or agitated during
 4          school and reports that Paxil has helped out
 5          significantly."
 6               Did I read that correctly?
 7     A    Yes.
 8     Q    Okay.  If you'll go down just a couple sentences
 9          more.  "He does occasionally get mad at his mother
10          and sister, and his mother reported that he has
11          become physically violent with both of them on
12          occasion."
13               Was that true?
14     A    No.
15     Q    Okay.  I'm continuing.  "When I confronted the
16          patient with this, he reported that it was not as
17          much of a problem, and denied that, in fact, there
18          was a significant problem.  Mother did, however,
19          disagree.  The patient has generally few interests
20          apart from the computer.  In general, he goes out
21          very little."
22               Did I read that correctly?
23     A    Yes.
24     Q    Was it accurate at the time?
25     A    No.
```

Paul S. Dawson

```
 1   Q   Okay.  What was inaccurate about that?

 2   A   That I went out very little.

 3   Q   Is it your testimony during that time that you went

 4       out a lot?

 5   A   Not necessarily a lot, though...

 6   Q   Okay.  Let's go down to the impression.  "The patient

 7       is an extremely introverted and shy person.  I

 8       believe he has significant anxiety disorder, and I am

 9       concerned about the anger outbursts that he has

10       demonstrated toward his mother and sister, although

11       his mother reports that those are improved.  I did

12       strongly recommend counseling for his introversion."

13           Did I read that correctly?

14   A   Yes.

15   Q   Did you ever go to counseling for your introversion?

16   A   No.

17   Q   Why not?

18   A   The only thing this was ever about was the anxiety

19       attacks that happened from -- I mean, that's not even

20       written in here, what brought that all about.  That's

21       all that this was ever about, and now there's all

22       this other information on here.

23   Q   Okay.

24   A   So all I ever know about this is that it was the

25       anxiety issues that came on suddenly, and that that's
```

```
 1        all the Paxil was for and was about.  So this is all

 2        new information to me.

 3   Q    Do you agree with -- disagree with your mother that

 4        you spent most of your time in your room, on your

 5        computer?

 6   A    I spent a good amount of time on there.  Not all the

 7        time.  But it may have been from her perspective.

 8        You know, she wasn't necessarily watching me 24/7.

 9   Q    Do you disagree with your mother with respect to the

10        statement, "He spends most of his time alone in his

11        room, with his computer"?

12   A    Well, there's probably a certain amount of -- a

13        certain time period that I did spend a lot of time on

14        the computer.

15   Q    Okay.  The doctor continues on Bates Page 28, if

16        you'll turn to that.  "The names of three male

17        therapists were given to mother.  At this point,

18        follow-up is recommended every three months."

19             Did you ever go to a therapist?

20   A    I went to Dr. Jeffrey Hansen.

21   Q    Okay.  And was that one of the names that

22        Dr. McGuiness gave you?

23                        MR. LASZLO:  Objection.

24   Q    (Continuing by Mr. Harrell)  If you recall?

25                        MR. LASZLO:  Objection to form.
```

Paul S. Dawson

```
 1    Q    (Continuing by Mr. Harrell)  Or gave your mother?

 2         I'm sorry.

 3    A    I think so, as a referral.

 4    Q    All right.  Now if you'll turn back to Bates Page 10.

 5         This is again a visit with Dr. Hansen dated 11/7/02.

 6         He has down here "positive for alcohol" again.  Do

 7         you see that, on the "Interval History"?

 8                        MR. LASZLO:  Objection to form.

 9    Q    (By Mr. Harrell)  You see the "Interval History"?

10    A    Yes.  I don't see --

11    Q    Do you see the second line, the last entry, a

12         positive with a circle around it, "ETOH"?

13    A    This is on Page 10?

14    Q    It's on Page 10.  Yes, sir.

15    A    What am --

16    Q    Do you see that?

17    A    What am I looking for where it indicates that?

18    Q    The very last entry on the second line where there is

19         a plus sign circled with "ETOH" following it.  Do you

20         see that?

21    A    Yeah.

22    Q    Okay.  I'll represent to you that that means

23         "positive for alcohol," that you were using alcohol.

24         So in November of 2002, were you still using

25         alcohol?
```

```
 1                          MR. LASZLO:  Objection to form.

 2                          MR. HARRELL:  Okay.

 3                          MR. LASZLO:  The first page is

 4        dated 2/4/04.  The second page, 10, dated 11/7/02.

 5        So --

 6                          MR. HARRELL:  Okay.

 7                          MR. LASZLO:  -- object to form.

 8                          MR. HARRELL:  Poorly -- poorly

 9        worded question.  Let me rephrase it.

10   Q    (By Mr. Harrell)  Two years prior to the note that is

11        on Page -- Bates Page 05, were you using alcohol in

12        November of 2002?

13                          MR. LASZLO:  Objection; asked and

14        answered.  Go ahead.

15                          THE WITNESS:  I don't recall if I

16        was in that specific --

17                          MR. HARRELL:  Okay.

18                          THE WITNESS:  -- month or not.

19   Q    (By Mr. Harrell)  If you'll go to the third line, it

20        says, "Mom has cut off alcohol."  Do you see that?

21   A    ETOH?  Is this that what's for?

22   Q    "ETHO" stand --

23   A    Yeah.

24   Q    -- I will represent to you stands for alcohol.

25   A    Yes.
```

```
 1   Q   And it says, "Mom has cut off alcohol."

 2           Did your mother ever cut off the alcohol?

 3   A   Well, wasn't ever coming from her, so it -- I mean,

 4       she didn't want me to consume that at any time.  It

 5       was coming from that -- those people, that social

 6       influence, is where it was coming from.

 7   Q   Okay.  Next sentence reads, "Attendance is poor.

 8       Failing classes.  Energy and motivation."

 9           Did I read that correctly?

10   A   On "Observations"?  Oh, on the "Interval History."

11   Q   It's the sentence following, "Mom has" --

12   A   Yes.

13   Q   -- "cut off alcohol."

14           Did I read that correctly?

15   A   Yes.

16   Q   If you'll look under "Observations," do you see that?

17       Two-thirds of the way down the --

18   A   Yes.

19   Q   -- page?  It says "Mood, depressed."

20           Did I read that correctly?

21   A   Yes.

22   Q   If you'll look at the Page 32, Bates Page 32.  So

23       visit with Dr. Valbuena on September 24, 2003.  Do

24       you see that?

25   A   Yes.
```

Paul S. Dawson

```
 1   Q    It notes that the patient will be continued on his

 2        Paxil, under "Plan" on the following page, 33.

 3   A    Yeah.

 4   Q    When did you start Paxil?  Do you recall?

 5   A    No.

 6   Q    And do you recall how long you were on Paxil?

 7   A    To the best of my recollection, it was about a year

 8        and a half, though there were breaks in time when I

 9        did not consume it.

10   Q    Okay.  If you'll look at Bates Page 40, please.  Just

11        let me know when you get there.

12   A    I'm there.

13   Q    This is an office visit again with Dr. Valbuena,

14        March 30th, 2006.  You had a past medical history of

15        acne and anxiety.  Under "Social History," you denied

16        alcohol and tobacco use.  You were working for UPS.

17        You're single and living with your mother and sister,

18        correct, at that time?

19   A    Yes, that's what's on here.

20   Q    Okay.  If you look under "Medications," it says, "No

21        prescription medication.  He does take supplements."

22        What -- "herbal supplements."  Pardon me.

23            What type of herbal supplements were you taking

24        in 2006?

25   A    I don't recall.
```

Paul S. Dawson

```
 1    Q    Okay.  I know you mentioned earlier that you got into

 2         exercise heavily and that that may have impacted your

 3         employment with UPS.  Do you remember that?

 4    A    Yes.

 5    Q    I forgot to ask you:  During that period of time,

 6         what type of exercise were you doing?

 7    A    So I was training for triathlons, which is running,

 8         biking, and swimming.

 9    Q    Okay.

10    A    And so, you know, I also had a health club

11         membership, and so essentially those are the three

12         activities that I was doing.

13    Q    Okay.  So training for triathlons?

14    A    Yes.

15    Q    And then you had a gym membership, health club

16         membership?

17    A    Yes.

18    Q    Correct?

19             Let's start with the gym club membership first.

20         What type of exercise did you do at the gym?

21    A    Well, they have a pool there, so swimming and then a

22         treadmill to run on.  I think primarily those as part

23         of that.

24    Q    Okay.  For what period of time did you either train

25         for and do triathlons?
```

Paul S. Dawson

```
 1   A   Well, it started after I stopped consuming Propecia

 2       and went until -- I don't know the exact month that I

 3       started doing that.

 4   Q   Do you recall if you started doing the triathlon

 5       training in 2008?  Your records indicated that you

 6       stopped Propecia in June of 2008.  So I'm just trying

 7       to get a reference.

 8           Did you start training for triathlons in 2008?

 9   A   Yes.

10   Q   Okay.  And when did you stop doing that activity, if

11       you have?

12   A   That went until about at least June of 2009, maybe

13       longer.  It went through at least part of the summer

14       in 2009.

15   Q   Currently do you do any exercise?

16   A   Yes.

17   Q   Okay.  Let's do it this way.  From the time you

18       stopped doing the triathlon training and exercising

19       in approximately June of 2009, what type of exercise

20       have you been doing?

21   A   Well, not any particularly throughout that whole

22       time.  So mostly be if I had, you know, a gym

23       membership, then, you know, I would, you know, work

24       out there, or exercise there.  That's varied as far

25       as when I've had those.
```

Paul S. Dawson

```
 1          So it's, like, a gym membership when I wasn't
 2      doing the triathlon training, so after 2009, you
 3      know, primarily would be weightlifting, some
 4      swimming.  I don't swim very much, if at all, now.
 5   Q  And how often do you weightlift and swim?
 6   A  Well, I have been doing more weightlifting more
 7      recently, so since about February/March of this year.
 8      That's not all the time, though.  And then so it's
 9      actually rarely at this time, has been.
10   Q  When you were doing the tri training, did you have a
11      road bike?
12   A  Kind of like a road bike hybrid.  Had flat
13      handlebars.
14   Q  Did you do any --
15   A  Though it was -- had road bike tires and was kind of
16      lightweight.
17   Q  Did you do any -- or participate in any triathlon
18      events?
19   A  Yes.
20   Q  When was the first triathlon event that you
21      participated in?
22   A  I don't recall which one was the first.
23   Q  Do you recall the name of the event?
24   A  I don't know which one was the first one.  I don't
25      recall which one was the first.
```

Paul S. Dawson

```
1    Q    How many triathlon events have you participated in?

2    A    I think two.

3    Q    Two?

4    A    Yes.  And I also did some, like, 5 or 10K runs.

5    Q    When you were training for your triathlons, or just

6         in general, how often would you ride your bike?

7    A    Well, when I was really into it, you know, that was

8         part of my motivation, was that I was experiencing

9         these continuing side effects.  And, you know, I

10        didn't want to focus on that at all.  So thought, you

11        know, at least if I get in the best healthy condition

12        that I can, maybe the side effects would go away.

13        Maybe my system would somehow restore itself, you

14        know, as far as what the side -- the --

15   Q    Yes, sir.  But --

16   A    -- physical side effects --

17   Q    -- I think my --

18   A    -- were.

19   Q    -- question was, how often did you ride your bike?

20   A    So when I was doing it the most amount of time, you

21        know, at least three to five times a week.

22   Q    And how far would you ride when you rode three to

23        five times a week?

24   A    Estimate it could be up to five to ten miles each

25        time.
```

Paul S. Dawson

```
 1    Q    What about if I were to say, how long were you in the

 2         bike saddle when you were riding it as opposed to the

 3         number of miles?

 4    A    Oh.  Maybe 30 minutes.  That's -- also during that

 5         time, some days I would ride my bike to work, and --

 6    Q    How far was it to work?

 7    A    About ten miles one way.

 8    Q    How often would you ride your bike to work?

 9    A    There was a period of time when I was doing that five

10         days a week.

11    Q    How long was that period of time?

12    A    At least one of the time frames would have been --

13         because I only did that when it was clear weather, so

14         spring of 2008 through partway through summer 2008.

15         That was also part of that, you know, trying to get

16         that fitness in.  You know, so I'd go there, you

17         know, to UPS, for example, and, you know, would kind

18         of physically be exhausted, you know, from the

19         physical part.

20             It wasn't -- what I was doing as a part-time

21         supervisor wasn't a real physical job, at least, you

22         know, compared to what, you know, the package

23         handlers do.  So at least on a physical level, I

24         mean, I remember that.  I can distinctly remember

25         going in there and, you know, feeling, you know, I
```

```
 1        know I had gotten to work and I know I had done

 2        physical activity.  I could tell.  Yeah.

 3   Q    Did you have -- you know what I mean when I say tri

 4        bars on your bike?

 5   A    Yes.

 6   Q    Did you have tri bars on your bike?

 7   A    Yes.

 8   Q    What type of seat did you have?

 9   A    It was just the seat that was with the bike.  I

10        don't --

11   Q    What kind of bike was it?

12   A    I think it was a Cannondale.

13   Q    Do you still have it?

14   A    No.

15   Q    So in -- I want to make sure I get this straight.  In

16        addition to the training that you would do for the

17        triathlons, the bike training that you would do for

18        the triathlons, which was three to five times a week,

19        you said, right?

20   A    For the bike part.

21   Q    Yeah.  In addition to that, there was a period of

22        time from spring of '08 to summer of '08 where you

23        rode your bike to work daily.  There was a

24        ten-mile -- is that ten miles round-trip or ten miles

25        each way?
```

```
 1   A   Ten miles each way.

 2   Q   So it'd be 20 miles in the bike saddle a day?

 3   A   Yes.

 4   Q   Okay.

 5   A   And that's just for that part.  I may have done, you

 6       know, other exercise or maybe rode the bike earlier

 7       that day, you know, for the -- the training part.

 8   Q   Right.  So that's what I'm saying.  When it was good

 9       weather and when you were riding your bike back and

10       forth to work, you were in the bike saddle for 20

11       miles, going to and fro work?

12   A   Yes, for that part.

13   Q   And you also did additional bike training on top of

14       that at least three to five times a week?

15   A   Yes.

16   Q   Okay.  Would you ever do any distance rides, say, up

17       to 20 miles, long bike rides?

18   A   Occasionally.  Not often, though.

19   Q   You know how far the bike ride is in a tri, don't you?

20   A   Well, there's different --

21   Q   Were you doing --

22   A   -- lengths.

23   Q   -- full tris?

24   A   Just the sprint length, so the shortest length.

25   Q   Okay.  So you weren't doing the full tris?
```

```
 1    A    The Olympics.  Yeah, I wasn't doing the --

 2    Q    Okay.

 3    A    -- full ones.  Although with the bike riding to work,

 4         that wasn't nec -- that wasn't just the, you know,

 5         spring to summer.  It would vary.  Some days, you

 6         know, I just want to ride there and back, or I chose

 7         to ride there and back, and other days -- you know,

 8         it wasn't necessarily the same schedule.  You know,

 9         some days or weeks, it would have been, you know,

10         five days a week.  That wasn't necessarily every

11         week.  So it varied.

12    Q    Okay.  During the period that you were training for

13         tris -- and even after, when you were working out and

14         weights and doing some of the swimming -- did you

15         take any supplements or herbal medication?

16    A    Yes.

17    Q    What kind did you take?

18    A    One was a -- it was, like, a powder, protein powder

19         supplement.  Hemp seed protein powder.  That was one.

20         I don't recall...

21    Q    You ever take any creatinine?  Creatinine?

22    A    Yeah.

23    Q    Okay.  Any others?

24    A    Not that I recall.

25    Q    You ever take any steroids?
```

```
 1   A   No.

 2   Q   You ever do any energy boost supplements?

 3   A   Energy drinks, or...?

 4   Q   Any kind.

 5   A   Yeah.

 6   Q   Powder or whatever?

 7   A   FRS is a drink that I consume sometimes.  It's like a

 8       sport energy-type beverage.

 9   Q   Okay.  All right.

10                       THE VIDEOGRAPHER:  This is the

11       videographer.  If we could go off the record for just

12       a minute, if it's okay.

13                       MR. HARRELL:  Sure.

14                       THE VIDEOGRAPHER:  Okay.  Thank you.

15       As we go off the record, the time is 1:01.

16                       (Pause in proceedings.)

17

18                       THE VIDEOGRAPHER:  Okay.  We are

19       back on the record.  The time is still 1:01 p.m.

20       Please proceed.

21   Q   (By Mr. Harrell)  When did you stop riding your bike?

22   A   So that was when -- it would have been by -- primarily

23       by summer of 2009 or by the end of summer, 2009.

24   Q   Is it fair to say that from when you started riding

25       your bike in 2008 until the summer of 2009, your
```

Paul S. Dawson

```
 1        workout routine that you've given me as far as the

 2        amount of time that you were riding the bike was

 3        fairly consistent?

 4    A   No.  It varied throughout that time.  You know,

 5        during, like, the winter months, you know, when

 6        there's colder weather, you know, or raining, I

 7        wouldn't spend as much time doing that.  I probably

 8        wouldn't ride the bike at all during, like, really

 9        cold weather or raining weather.

10    Q   Okay.

11    A   So it kind of varied.

12    Q   All right.  I may have forgotten to ask you this, or

13        I may have asked you.  If I have, I apologize.  You

14        ever been a plaintiff or a defendant in a lawsuit

15        other than this one?

16    A   No.

17    Q   Okay.  All right.  Let's go turn back to the medical

18        records.  Let's go to Bates Page 47.  This is a visit

19        to Dr. Valbuena, and the date of the visit is

20        December 13, 2006.  And if you see what he wrote

21        down, "Chief Complaint:  Alopecia."  You know what

22        alopecia is?

23    A   Yes.

24    Q   Okay.  It's male pattern hair loss, correct?

25    A   Yes.
```

Paul S. Dawson

```
 1   Q   Okay.  And you were complaining at that time of hair
 2       loss.  And you were, I believe, seeking from
 3       Dr. Valbuena whether there was anything you could do
 4       to prevent or stop that hair loss; is that correct?
 5   A   Yes.  I think I specifically asked about Propecia.
 6   Q   Well, that's where I was heading with that.
 7           You had heard about Propecia prior to this visit
 8       with Dr. Valbuena?
 9   A   Yes.
10   Q   And how did you hear about it?  I know you told me
11       that you saw a commercial.  Was there any other form
12       of knowledge that you gained about Propecia other
13       than from that commercial?
14   A   Yes.
15   Q   Describe that for me.
16   A   So word of mouth from Dustin Kent, who's someone that
17       I mentioned earlier.  I think he was also kind of
18       experiencing some hair loss, and we kind of talked
19       about that.  I mean, he also brought up Propecia and,
20       you know, that Propecia -- I don't remember
21       everything he said about it, though.  He specifically
22       mentioned Propecia.
23   Q   Was he -- was Mr. Kent taking Propecia?
24   A   No.
25   Q   Do you know if he ever took Propecia?
```

Paul S. Dawson

```
 1   A   I don't know.

 2   Q   Do you know of anyone who's ever taken Propecia?

 3   A   No.

 4   Q   Do you know of anyone other than the testimonials

 5       that you saw on PropeciaHelp.com that have complained

 6       of any side effects from Propecia?

 7   A   I don't recall specifically at this time.

 8   Q   Okay.  Fair to say you haven't personally talked to

 9       anyone that's complained of side effects from

10       Propecia; is that correct?

11   A   Yes.

12   Q   If you'll look at Bates Page 49, please.  This is

13       another visit with Dr. Valbuena from January 29,

14       2008.  Your chief complaint again was hair loss.  And

15       according to Dr. Valbuena, you were worried about the

16       hair loss and you were wondering about your options,

17       including Propecia.

18           If you look down kind of at the bottom, it says

19       "Assessment:  He is referred to dermatology for both

20       of these problems."  "He is told some of the side

21       effects of Propecia.  Does not appear to be any other

22       issue at hand."

23           Do you remember what side effects Dr. Valbuena

24       mentioned to you on that visit?

25   A   Yes.  He had said that two percent or about two
```

1   percent of people who use Propecia had side effects.

2   And I think he said sexual side effects.  I don't

3   recall if it was specifically erectile dysfunction or

4   not.  And he said that any side effects, if there

5   were any, would go away within 24 to 48 hours after

6   consuming it, because that's when it was all out of

7   the system.

8       And, you know, I asked him for clarification, you

9   know, at least two or three times just to make sure I

10   knew that, you know, what he was saying is that if

11   there were side effects, it would only be while I was

12   consuming Propecia.  And, you know, he confirmed

13   that.  And that's why I went ahead with getting the

14   prescription when they prescribed it.

15   Q   Okay.  And so let's go to Bates Page 50.  This is the

16   visit with Dr. Theresa Mah, a D.O.  And she is a

17   dermatologist; is that correct?

18   A   Yes.

19   Q   All right.  And "D.O." means "doctor of osteopathic

20   medicine."

21       And your office visit date with her was February

22   13, 2008.  Is that also correct?

23   A   Yes.

24   Q   Okay.  Under "Subjective," she has, "This is a

25   23-year-old male who presents to our office with

Patrick Dawson

```
 1        complaints of progressive hair loss over the last

 2        year.  The patient reports that this occurred shortly

 3        after he started his stressful job."

 4            Did I read that correctly?

 5   A    Yes.

 6   Q    Was it your thought that your job stress might be

 7        contributing to your loss of hair?

 8   A    I didn't really know, you know, if it was -- exactly

 9        if it was the genetics causing it, or...

10   Q    Okay.  If you go down under -- well, that was your --

11        that was your job with UPS; is that right?

12   A    Yes.

13   Q    Okay.  And how did -- how did your job stress you out?

14   A    Well, it was at the airport, Portland airport.  And

15        they process all the expedited shipments, so like the

16        overnight and two-day shipments.  And so on that

17        shift that I worked, the first part was all the

18        next-day air shipments had to leave by a certain

19        time.  They had -- it was a limited amount of time

20        from when the truck drivers bring in the volume to be

21        process and when the jet has to leave.  It is a set

22        time they have to go by.  And so everything has to

23        get done in that time frame.

24            And, you know, with the managers are very -- you

25        know, a lot of times just, you know, yell at the top
```

```
 1      of their lungs about things.  And just, I mean, just

 2      as far as the nature of the operation was, the things

 3      had to be done very timely because it's essential to

 4      the operation.  And so, you know, just the stress of

 5      getting the things done on time when there's a

 6      limited amount of time to do everything.

 7   Q  Okay.  And how long were your shifts at that time?

 8   A  They were about -- at that time, I was working about

 9      25 hours a week.  So they were about five to five and

10      a half hours a day.

11   Q  Okay.  Look under "Treatment and Plan."  It says,

12      "Patient education and counseling given regarding the

13      above diagnosis and etiology.  Pathogenesis,

14      treatment alternatives were discussed at length with

15      patient."

16          Do you recall what treatment alternatives you

17      discussed with Dr. Mah?

18   A  No.

19   Q  It says, "After a long discussion, patient elected to

20      proceed with both topical Rogaine as well as

21      Propecia."

22          Is that correct?  Did you use both Rogaine and

23      Propecia?

24   A  No.

25   Q  It mentions, "Adverse effects were discussed at
```

Paul S. Dawson

```
 1        length with patient.  This included decreased libido,

 2        ejaculation volume, and impotence.  In addition,

 3        there may be the possibility of gynecomastia,

 4        orthostatic hypertension.  If he notices any side

 5        effects, he is to discontinue the medication and call

 6        the office."

 7            Did I read that correctly?

 8    A   Yes.

 9    Q   When did you first notice side effects from Propecia?

10    A   Within about three days of consuming it.

11    Q   I'm sorry?

12    A   Within about three days of consuming it.

13    Q   Did you discontinue it as Dr. Mah recommended?

14    A   Dr. Mah did not give me that information.  That is

15        different than what was said to me.

16    Q   Are you saying that Dr. Mah did not tell you, as she

17        has in this note, if he notices any side effects, he

18        is to discontinue the medication and call the office?

19    A   Yes.

20    Q   Okay.

21    A   Also the part about adverse effects discussed in

22        length.  There was at most a short discussion about

23        it.  There was not a long discussion about any of the

24        potential side effects.

25    Q   Okay.  Are you saying that even though Dr. Mah has
```

```
 1        recorded that after a long discussion, patient has

 2        elected to proceed with both topical Rogaine as well

 3        as Propecia, that she didn't have a long discussion

 4        with you?

 5   A    Yes, she did not.  And also I did not elect to

 6        receive Rogaine.  It was only the prescription for

 7        Propecia.

 8   Q    Understood.

 9            Did she discuss the adverse effects that she

10        lists in that note?

11   A    I know that the last two weren't, because those had

12        never come up.  There was only --

13   Q    The last two being gynecomastia and orthostatic

14        hypertension?

15   A    Yes.

16   Q    Okay.  Did she discuss the other side effects that

17        are mentioned in that note?

18   A    I don't recall.

19   Q    Okay.

20   A    I remember it being a short office visit and a short

21        discussion.  And there are things on here that were

22        not discussed.

23   Q    So since no doctor ever told you that if you started

24        having the side effects or having the side effects

25        from Propecia, you should discontinue the medication,
```

```
 1       you didn't do that; is that correct?

 2   A   Yes.

 3   Q   Okay.

 4   A   I'd like to clarify that's because I think it was

 5       Dr. Valbuena who said that specifically 24 to 48

 6       hours after I stop consuming Propecia, it would be

 7       out of my system and the side effects would go away.

 8       And so knowing that, you know, the side effects did

 9       occur, or started within a few days of consuming it,

10       my mind set the whole time was, once I stop consuming

11       this, the side effects will go away, so there's not

12       really an issue with it.

13   Q   Okay.  And you stopped Propecia in June of 2008; is

14       that correct?

15   A   To my recollection, yes.

16   Q   Okay.  And do you recall when -- according to the

17       information that you gave in your amended Plaintiff

18       Profile Form, you say that you started it in February

19       of 2008 and discontinued it in June of 2008.

20           And so my question is:  Do you recall when in

21       June you discontinued it?

22   A   No.

23   Q   Do you recall whether it was at the first of the

24       month, middle of the month, or end of the month?

25   A   No.
```

Paul S. Dawson

```
 1    Q    Okay.  I'm going to refer you to Bates Page 52.  This

 2          is an office visit with Dr. Valbuena.  It's dated

 3          June 17th, 2008.  You were seeing him for a chief

 4          complaint of left jaw pain.

 5              It does not appear from review of this note that

 6          you complained of any type of side effects from

 7          Propecia of any kind, physical or psychological.

 8          Would you agree with me?  And you can take a second

 9          and read it.

10    A    Yes.

11    Q    Okay.  Let's go to Bates Page 56.  This is an

12          encounter date or office visit with Dr. Mah, dated

13          August 18, 2008.  Do you see that?

14    A    Yes.

15    Q    Under "Subjective," she has written, "This is a

16          23-year-old white male who presents to our office for

17          follow-up of his androgenic alopecia.  Patient

18          reports that he had elected to proceed with starting

19          Propecia since his last visit with me back in

20          February.  Patient reports that he was on Propecia

21          for a period of three months but had to discontinue

22          it due to noted side effects as discussed on previous

23          visit."

24              Did I read that correctly?

25    A    Yes.
```

Paul Dawson

```
 1   Q   "He does relate he has been having some issues with

 2       decreased libido and impotence.  Along with this, he

 3       also has some depression and anxiety.  Patient

 4       reports that he had subsequently self-discontinued

 5       the Propecia and he now has been off the Propecia for

 6       a period of two and a half months."

 7       Did I read that correctly?

 8   A   Yes.

 9   Q   "He is still experiencing the same sexual side

10       effects.  He's" -- "he also attempted to make

11       healthier lifestyle changes in terms of diet and

12       exercise.  Patient reports that this is still a

13       persistent problem.  He feels that Propecia has

14       caused 'permanent damage.'  Patient otherwise offers

15       no other concerns or complaints."

16       Did I -- did I read that correctly?

17   A   Yes.

18   Q   When did you decide that Propecia had caused you

19       permanent damage?

20   A   When, you know, I had stopped consuming it and there

21       was no improvement with the side effects.  And it --

22       it was so severe, you know, the difference from

23       before consuming Propecia.  You know, when I was on

24       Propecia, the side effects fluctuated.  It's also why

25       I wasn't so alarmed or thought I shouldn't
```

```
 1        discontinue it, because there were times when there

 2        weren't erectile dysfunction.

 3    Q   When did you first make the determination that

 4        Propecia had caused you permanent damage?  Was it

 5        right after you stopped taking Propecia?

 6    A   I know that, you know, I had that thought then.  I

 7        don't know exactly when I made the determination

 8        that, you know, it was permanent damage, though I

 9        know that because of how severe the side effects were

10        and there wasn't any improvement of that to me, it

11        seemed like it was --

12    Q   Well, you certainly had made the decision that

13        Propecia had caused you permanent damage by the time

14        you visited Dr. Mah August 18, 2008, correct?

15    A   Yes.

16    Q   Okay.  And so you had made that decision prior to

17        that visit; is that correct?  That Propecia had

18        caused you permanent damage?

19    A   I thought that was the case.

20    Q   Okay.  Can you define for me any better as to the

21        time frame when you made that decision that Propecia

22        had caused permanent damage?

23                        MR. LASZLO:  Objection to form;

24        asked and answered, argumentative.

25                        MR. HARRELL:  Go ahead.
```

```
 1                         MR. LASZLO:  Go ahead.

 2                         THE WITNESS:  So I don't know

 3      exactly when it was that I made that determination.

 4      I realized it was very serious, you know, after a few

 5      days when I stopped consuming it, that nothing

 6      improved.

 7   Q  (By Mr. Harrell)  Were you a student at this time?

 8   A  I don't recall if I was taking classes or not.

 9   Q  Were you employed by UPS at this time?

10   A  Yes.

11   Q  And you were 23 years old, I believe?

12   A  Yes.

13   Q  Okay.  Had you -- strike that.

14          What led you to believe that prior to August 18

15      of 2008, that Propecia had caused permanent damage to

16      you?

17                         MR. LASZLO:  Objection to form;

18      asked and answered.

19                         MR. HARRELL:  No, I don't think

20      I've asked that question.

21                         MR. LASZLO:  I think you have twice

22      or three times.

23                         MR. HARRELL:  I didn't ask what

24      time.  I asked what led him to reach that

25      determination.
```

```
 1                    MR. LASZLO:  With that

 2      clarification, go ahead.

 3                    THE WITNESS:  It had to do with the

 4      severity of the side effects and the fact that, you

 5      know, from the time I stop consuming it up until that

 6      point in time, there was -- there wasn't any sign of

 7      improvement.  There wasn't anything that changed.  It

 8      just continued to be that way.  And so I didn't

 9      foresee why all of a sudden it would just, you know,

10      change and be different.

11   Q  (By Mr. Harrell)  Okay.  Was there anything else

12      other than the condition hadn't improved?  In other

13      words, did you do any independent research that led

14      you to that belief, that Propecia permanently caused

15      damage to you?

16   A  I don't recall my entire thought process during that

17      time.  You know, reading about other people saying

18      that they had continuing side effects for years and

19      years after consuming Propecia, you know, very few if

20      any said that it got better for them.

21   Q  So did you review those testimonials prior to August

22      of 2008 and did that help lead you to the conclusion

23      that Propecia had caused you permanent damage?

24   A  I think I reviewed them prior to that time.  I don't

25      recall my thought process, if that is exactly why I
```

Paul S. Dawson

```
 1          came to that conclusion.  I just -- because of the

 2          amount of time I spent, I don't recall what my exact

 3          thought process was then.

 4     Q    So it's your testimony that you believe you went to

 5          PropeciaHelp.com or the Internet and reviewed

 6          personal testimonials from other people who had taken

 7          Propecia and who had reported similar conditions to

 8          what you were experiencing?

 9     A    I did review some of those.

10     Q    Okay.

11     A    And some of them, you know, were -- I think someone

12          was, like, ten years after they stopped Propecia,

13          they --

14     Q    I'm sorry.  I didn't -- I couldn't hear you.

15     A    Someone had said that, I think, ten years or more

16          than ten years after they stopped consuming Propecia,

17          they were still experiencing the same --

18     Q    Okay.

19     A    -- side effects.

20     Q    And you did those review on the Internet prior to

21          seeing Dr. Mah on August 18, 2008?

22     A    I think so.

23     Q    Okay.  If you look on Bates Page 57, about halfway

24          down it says, "Patient does relate that he does have

25          an appointment with his primary care provider,
```

Paul S. Dawson

```
 1        Dr. Valbuena, tomorrow.  Did inform patient that he

 2        can certainly discuss this further with Dr. Valbuena

 3        to see if he can shed more light into this issue."

 4            Did you have an appointment with Dr. Valbuena on

 5        August 19, 2008?

 6   A    I don't recall when the appointments were from

 7        memory.

 8   Q    Okay.  The next record that I have of your office

 9        visit to Dr. Valbuena is almost a year later, June

10        16, 2009.  And we can find that on Bates Page 59.  Do

11        you see that?

12   A    Yes.

13   Q    Do you recall seeing a physician between the time you

14        visited Dr. Valbuena on August 18, 2008, and seeing

15        Dr. Valbuena on June 16, 2009?

16                    MR. LASZLO:  You mean Dr. Mah in

17        August of 2008.

18                    MR. HARRELL:  I'm sorry.  I

19        misspoke.  Let me start over.

20   Q    (By Mr. Harrell)  Did you visit any other physician

21        between the time you saw Dr. Mah on August 8, 2008,

22        and Dr. Valbuena on June 16, 2009, ten months later?

23   A    Not to my recollection.

24   Q    Why not?

25                    MR. LASZLO:  Objection to form;
```

Paul Dawson

```
 1      argumentative.

 2                          THE WITNESS:  As far as from the

 3      side effects?

 4                          MR. HARRELL:  Yeah.  Yes, sir.

 5                          THE WITNESS:  I didn't think that

 6      there was anything they could do to fix it.  I had

 7      already seen Dr. Valbuena and put my trust in him for

 8      the information he was giving, and Dr. Mah, and ended

 9      up with something that was still persisting after I

10      stopped using Propecia.  So if I went to see another

11      doctor, maybe they could tell me one thing or provide

12      a certain type of treatment that I could end up in a

13      worse situation.  It'd already happened to me one

14      time.  Why wouldn't it happen -- why couldn't it

15      happen again?

16  Q   (By Mr. Harrell)  Had you even advised Dr. Valbuena

17      of the problems you were having after you stop

18      Propecia?

19  A   Yes.  I think that was --

20  Q   When did you do that?

21  A   I don't recall.  I don't remember what the dates

22      were.  That was before he had the lab work done for

23      the testosterone count test or the testosterone test.

24  Q   Okay.  So there's no record of you seeing Dr. Valbuena

25      between August 18, 2008, your visit with Dr. Mah, and
```

Paul S. Dawson

```
 1       June 16, 2009, that's included in these records.

 2            So I just want to make sure I understand your

 3       testimony.  You're not telling me that you went to

 4       see Dr. Valbuena between August 18, 2008, and June

 5       16, 2009, are you?

 6    A  I don't recall the exact dates.  I know that I saw, I

 7       think it was Dr. Valbuena after I had experienced the

 8       continuing side effects of Propecia after I stopped

 9       consuming it, and then that's when I was referred for

10       the lab work for the --

11    Q  Okay.

12    A  -- testosterone test.

13    Q  All right.  So let's --

14    A  Since then, I don't recall --

15    Q  Oh, I'm sorry.

16    A  -- that there was another visit with them about that.

17    Q  Let's look at --

18    A  About the side effects.

19    Q  -- the next visit that these records reflect that you

20       had with Dr. Valbuena, dated June 16, 2009.  Are you

21       on Page 59 with me?

22    A  Yes.

23    Q  And you were there for a physical; is that correct?

24       It says "Chief Complaint:  Physical."

25    A  Yes.
```

Paul S. Dawson

```
 1    Q    Under "History of Present Illness," "Patient shows up

 2         for his physical.  He is doing triathlons, not wants

 3         to make sure he is healthy for that.  He is worried

 4         that he found a lump on his right testicle.  It is at

 5         the superior pole.  It has not changed any since he

 6         found it a week ago.  He is worried about it because

 7         his father had a history of testicular cancer."

 8         Did I read that correctly?

 9    A    Yes.

10    Q    Do you remember finding a lump on your right testicle

11         and going to Dr. Valbuena about it?

12    A    Yes.

13    Q    Okay.  How often did you check for testicular masses?

14    A    I didn't specifically check for them.

15    Q    How did you find this testicular mass?

16    A    I think in the shower and just happened to discover

17         it there.

18    Q    Okay.  Dr. Valbuena continues in the second

19         paragraph, "Patient also has been on Propecia last

20         year.  He knew the side effects that were possible

21         with the medication.  He has noticed decreased libido

22         and some erectile dysfunction since having it.  He

23         said these have not resolved since stopping the

24         medication.  He stopped the Propecia almost a year

25         ago.  He is still having feelings that his libido and
```

```
 1        erectile dysfunction have not resolved.  He went to

 2        website," paren, "(PropeciaHelp.com)," close paren,

 3        "where other people stated their feelings that

 4        these" -- "their side effects persisted after

 5        stopping the medication."

 6            Did I read that correctly?

 7    A   Yes.

 8    Q   Okay.  What did you mean when you told Dr. Valbuena

 9        that you were having feelings that your libido and ED

10        had not resolved?

11    A   Well, those are his words about feelings.  I

12        expressed to him that that was the reality of it, you

13        know, with the erectile dysfunction continuing.  So I

14        didn't use the word "feelings."  That was -- that's

15        his word.

16    Q   Okay.  If you look down under "Tobacco Use," it says,

17        "Previously smoked less than one-half pack a day,

18        smoked for less than five years."

19            Did I read that correctly?

20    A   Yes.

21    Q   During what period of time did you smoke?

22    A   Again, that was part of the, you know, in like a

23        social setting, that alcohol use up until about 2003.

24        So from -- so around the time frame of 2001 to 2003,

25        that was only in, you know, a social setting with
```

Paul G. Dawson

```
 1      certain people.  It wasn't something I did on my own.

 2   Q  Okay.  Are you telling me you didn't give Dr. Valbuena

 3      the history that you smoked less than a half pack a

 4      day for less than five years?

 5   A  Yes.

 6   Q  You're telling me that?

 7   A  Absolutely.

 8   Q  Okay.  So Dr. Valbuena just made this up or what?

 9                      MR. LASZLO:  Objection to form;

10      calls for speculation.

11   Q  (By Mr. Harrell)  Do you know why Dr. Valbuena wrote

12      this down?

13                      MR. LASZLO:  Go ahead.  You can

14      answer.

15                      THE WITNESS:  I don't know why he

16      wrote that down.  That's --

17                      MR. HARRELL:  Okay.

18                      THE WITNESS:  As far as I know, I

19      don't even recall talking with him about any tobacco

20      use on that visit.

21   Q  (By Mr. Harrell)  If you'll look over to Bates Page

22      60.

23   A  I -- can I speculate why?

24                      MR. LASZLO:  No.  I mean --

25                      THE WITNESS:  Why Dr. Val --
```

```
1                        MR. LASZLO:  -- there's not a

2        question pending, unless he wants you to speculate.

3   Q   (By Mr. Harrell)  What's your speculation?

4   A   Well, initially when I went in to see Dr. Valbuena,

5        because he was the one that prescribed me about this,

6        and I think that, you know, he gave me certain

7        information and he knows that he specifically told

8        me, you know, there wouldn't be any ongoing side

9        effects.  He didn't say there was even the chance

10       that there could be or there may be.  It was, once

11       you stop consuming it, specifically 24 to 48 hours

12       after, it'll be out of your system.  The side effects

13       would go away.

14            Asked him that at least one or two additional

15       times just to confirm it so I knew that's what he was

16       saying.  And so when I came back and said I'm still

17       having these ongoing side effects, you know, he's

18       realizing that he gave me different information and

19       that he prescribed it to me.  I think he didn't -- he

20       didn't want the responsibility of that and was

21       suggesting that maybe it was just in my mind that it

22       was happening.

23            And I knew it wasn't.  I knew it was physical,

24       physiological.  And so I think that he just didn't

25       want to take responsibility for --
```

```
 1   Q   So you think --

 2   A   -- information he said.

 3   Q   -- he intentionally put false information in your

 4       medical record?

 5   A   He could have.  I don't know that he did that.

 6   Q   But that's your -- your feeling?

 7   A   I think he could have based on the visits and what

 8       had happened.

 9   Q   Okay.

10   A   With --

11   Q   And what information contained on this visit is

12       false, in your opinion?

13                       MR. LASZLO:  You want him to review

14       all --

15                       MR. HARRELL:  I do.

16                       MR. LASZLO:  -- the pages?

17                       MR. HARRELL:  I want him to look --

18       I want him to look at the office visit 6/16/2009 and

19       tell me what information you think on that medical

20       record Dr. Valbuena wrote down that's intentionally

21       false, intentionally wrote down that false

22       information.

23                       MR. LASZLO:  That misstates his

24       testimony, but I'm going to encourage you to take

25       whatever time you need to review all three pages, all
```

1    entries on those three pages --

2                        THE WITNESS:  Okay.

3                        MR. LASZLO:  -- before you answer

4    that question.

5                        MR. HARRELL:  Got nothing but time.

6                        THE WITNESS:  That I noted some

7    erectile dysfunction since I would use it.  To me, it

8    was a constant state of erectile dysfunction from

9    when I stopped consuming Propecia.

10   Q   (By Mr. Harrell)  So you're telling me that between

11       June of 2008 and September of 2000 and -- strike that.

12       Between June of 2008 and June of 2009, you were

13       unable to get an erection?

14   A   Other than manual stimulation.  And even that didn't

15       happen easily.

16   Q   I thought you'd already testified that you can

17       manually stimulate yourself to a full erection.  Did

18       you -- did you testify to that?

19   A   Yes.

20                       MR. LASZLO:  Objection --

21                       MR. HARRELL:  Okay.

22                       MR. LASZLO:  -- to form;

23       argumentative.  We're talking about the period of

24       2009.

25                       MR. HARRELL:  Yeah.  Exactly.

```
 1   Q    (By Mr. Harrell)  Between the time you stopped taking

 2        Propecia until this office visit in June 16, 2009,

 3        you could manually stimulate yourself to a full

 4        erection, could you not?

 5   A    I could.

 6   Q    Okay.  Go ahead and finish and tell me what else on

 7        this record of June 16, 2009, is false.

 8   A    That I was having feelings that my libido and

 9        erectile dysfunction had not resolved.  I knew they

10        had not resolved.  I was living with it every day.  I

11        didn't just feel that it was that way.  I knew for a

12        fact that it was that way.

13   Q    Okay.  What else is false in this record that

14        Dr. Valbuena intentionally put down that was false,

15        in your opinion?

16                      MR. LASZLO:  Objection.  That

17        misstates his testimony.  You can answer.  Keep going.

18                      THE WITNESS:  So, and he also

19        refers to PropeciaHelp.com website, that people say

20        that they're feeling that the side effects, you know,

21        as if it's, they're just feeling that way, though

22        they're not sure.  You know, multiple people are

23        saying the same thing.  I think they know what

24        they're experiencing.  It's not just, Well, I feel

25        this is happening or I think this happens.  Like, I
```

```
 1      know this is happening.  I'm living with it.

 2          I mean, I didn't say that people felt that way.

 3      I said people were saying this, not that they felt

 4      that way.

 5                      MR. HARRELL:  Okay.

 6                      THE WITNESS:  Also about smoking

 7      less than half a pack a day.  That is absolutely not

 8      true.

 9                      MR. HARRELL:  Okay.

10                      THE WITNESS:  It's not true that I

11      did that, and it's not true that I told him that.

12  Q   (By Mr. Harrell)  Anything else?

13  A   No.

14  Q   No?

15                      MR. LASZLO:  There's three pages.

16                      THE WITNESS:  Yeah.  Oh.  Everything

17      else is on medical terminology that I don't understand,

18      so...

19  Q   (By Mr. Harrell)  I want you to be thorough.  Anything

20      else that you say is false in this particular office

21      visit record?

22  A   As far as what I know to be false or misrepresented.

23  Q   Okay.

24  A   That were those elements that I stated.

25  Q   Did Dr. Valbuena perform an examination of your
```

```
 1    scrotum?  You went in for a lump in your right

 2    testicle.  Did he examine your scrotum, to your

 3    recollection?

 4  A  It wasn't the actual scrotum, itself.  It was the

 5    testicular area inside of the scrotum.  The scrotum

 6    being the skin sac.  He examined what is in there,

 7    not just the outside of the scrotum.

 8  Q  Okay.  He palpated your testicles?

 9                    MR. LASZLO:  Objection to form.

10  Q  (By Mr. Harrell)  You know what I mean by "palpated"?

11  A  No.

12  Q  Did he feel --

13  A  He did a physical exam.

14  Q  -- and press on your testicles --

15  A  Yes.

16  Q  -- to see if he could feel the lump --

17  A  Yes.

18  Q  -- that you were complaining about?

19        And was the lump that you were complaining about

20    located in your scrotal sac?

21  A  Yes.

22  Q  Okay.  And it was on the right side of your scrotal

23    sac; is that correct?

24  A  Yes.

25  Q  Okay.  He notes that you had right scrotal swelling.
```

```
 1        Did you notice that the right side of your scrotum

 2        was swollen?

 3   A    No.

 4   Q    Okay.  And he noted that you had right scrotal

 5        tenderness.  Was the right side of your scrotum

 6        tender?

 7   A    No.

 8   Q    Okay.  So those are two other things that he --

 9   A    I don't recall those being brought up by him.

10   Q    Okay.

11   A    My recollection, he did not bring those up.

12   Q    Okay.  Under "Assessment" on Bates Page 61, "Labs to

13        include CMP, CBC, TSII, testosterone, and prolactin."

14            Were those the labs you were telling me about

15        that Dr. Valbuena had performed on you that came back

16        normal?

17   A    I think so.

18   Q    Okay.  Did you have an ultrasound performed on your

19        genital area the following day, on 6/19/2009?

20   A    I had one shortly thereafter.  I don't recall if it

21        was that specific day.

22   Q    Okay.  Turn to Bates Page 90.  You with me?

23   A    Yes.

24   Q    Okay.  It says an exam:  "Scrotum ultrasound."  Did I

25        read that correctly?
```

| 1  | A | Yes. |
| 2  | Q | And you are the patient, correct? |
| 3  | A | Yes. |
| 4  | Q | And the encounter date is 6/19/2009; is that correct? |
| 5  |   | It's in the top right-hand corner. |
| 6  | A | Yes. |
| 7  | Q | Have you seen this before? |
| 8  | A | No. |
| 9  | Q | The indication for having the ultrasound was a |
| 10 |   | palpable lump in the right scrotum.  Did I read that |
| 11 |   | correctly? |
| 12 | A | Yes. |
| 13 | Q | Says -- you see the heading "Findings"? |
| 14 | A | Yes. |
| 15 | Q | Do you -- |
| 16 | A | Yes. |
| 17 | Q | -- see the heading "Findings"? |
| 18 | A | Yes. |
| 19 | Q | It states, "Both testes are normal in size, |
| 20 |   | echotexture and blood flow.  Right Testis:  4 by" -- |
| 21 |   | "4.2 by 3.6 by 2.0 centimeter.  Left Testis:  4.8 |
| 22 |   | times 3.5 times" -- "by 2.2 centimeters.  There are |
| 23 |   | course of appearing calcifications in both testes |
| 24 |   | suggesting chronic infection." |
| 25 |   | Anyone ever tell you that you had calcifications |

```
1        in both testes that were suggestive of chronic

2        infection?

3   A    No.

4   Q    Continuing:  "A soft tissue mass in the region of

5        the right epidimial head" -- "right epididymal

6        head demonstrates well circumscribed margins and has

7        a round appearance, measuring 6 by 5 by 4

8        millimeters.  Findings consistent with an appendix

9        testes.  In addition, there is a 5 by 4 by 4

10       millimeter epididymal cyst which corresponds to the

11       palpable abnormality.  There is a small right-sided

12       hydrocele."

13            Did I read that correctly?

14  A    Yes.

15  Q    Anyone tell you that you had an epididymal cyst?

16  A    They said cyst.

17  Q    Okay.  Did anyone tell you that you had a hydrocele?

18  A    No.

19  Q    Do you know what a hydrocele is?

20  A    No.

21  Q    Continuing:  "A small left-sided hydrocele is

22       present.  There are prominent appearing vessels

23       within the left inguinal-scrotal region which

24       increase in size of Valsalva."

25            Anyone tell you that not only did you have a
```

```
 1        right-sided hydrocele, but you had a left-sided

 2        hydrocele?

 3   A    No.

 4   Q    Okay.  "Impression:  The right-sided palpable lump

 5        corresponds to a 5 by 4 by 4 millimeter epididymal

 6        head cyst.  (2) Right appendix testes.  (3) Bilateral

 7        small hydroceles."  And, "(4) Left varicocele."

 8             Did anyone tell you that you have a left

 9        varicocele?

10   A    No.

11   Q    Do you know what a left varicocele is?

12   A    No.

13   Q    Do you know if any of these indications or

14        impressions that were found on this Doppler

15        ultrasound could affect sexual function?

16   A    No.

17   Q    Did anyone discuss with you the results of this

18        scrotal ultrasound?

19   A    I think I received a call back from Dr. Valbuena just

20        explaining that it was a cyst, and that was the

21        extent of the information about it.

22   Q    Do you think Dr. Valbuena did anything wrong in his

23        care and treatment of you with respect to either

24        Propecia or with respect to this Doppler exam that we

25        just read?
```

```
 1   A   Yes.

 2   Q   Did you sue Dr. Valbuena?

 3   A   No.

 4   Q   Why not?

 5                   MR. LASZLO:  Objection to the

 6       extent it seeks to invade the attorney-client

 7       relationship and seek information that is privileged.

 8   Q   (By Mr. Harrell)  I just want to know why you didn't

 9       sue Dr. Valbuena if you think he treated you

10       negligently.

11   A   I would like the advice if I should answer that or

12       how to proceed.

13                   MR. LASZLO:  If you have any

14       thoughts outside of any conversations you have had

15       with me or any other attorney that you have

16       consulted, then you can share that.  Otherwise, I

17       would instruct you not to answer the question.

18                   THE WITNESS:  I don't have an

19       answer for that at this time.

20   Q   (By Mr. Harrell)  You don't have --

21   A   I don't have an --

22   Q   -- an answer?

23   A   -- answer for that at this time.

24   Q   Well, you do think that he negligently treated you,

25       correct?
```

```
 1   A    I think as far as how he treated me, after I told him

 2        about the persisting side effects, was wrong.

 3   Q    What was wrong about the way he treated you after you

 4        told him about the persistent side effects?

 5   A    I felt that he didn't want to take any responsibility

 6        for having -- giving me different information and

 7        being the one who prescribed it by saying, Oh, it was

 8        probably just in your mind you're thinking this, and

 9        so it's your mind from when there was the erectile

10        dysfunction while I was consuming Propecia, what's

11        actually varied, fluctuated, you know, instead of

12        saying, Well, this is a pretty serious issue this is

13        happening.  Let me refer you to a specialist or

14        someone that we can get more answers about.  So

15        instead of having that approach.

16   Q    Okay.  You certainly knew there were specialists out

17        there that specialized in erectile dysfunction,

18        sexual dysfunction, urologist.  You knew those

19        specialists were there, right?

20                    MR. LASZLO:  Object to form.  Go

21        ahead.

22                    THE WITNESS:  I didn't know about

23        the sexual function or erectile dysfunction

24        specialists.  I have heard about urologists, though I

25        don't know about all that and what they do.
```

```
 1    Q    (By Mr. Harrell)  All right.  As we sit here today,

 2         you haven't been to any other doctor to get any

 3         treatment for the conditions that you're complaining

 4         of with respect to Propecia, correct?

 5                        MR. LASZLO:  Objection to form;

 6         asked and answered.

 7                        THE WITNESS:  Yes.  Well, Dr. Mah

 8         also.

 9    Q    (By Mr. Harrell)  Since this visit to Dr. Valbuena on

10         6/16/2009, have you seen any other doctor to seek

11         treatment for the conditions that are the subject

12         matter of your complaint?

13    A    No.

14    Q    Give me just a minute.  We don't need to go off.

15             Would you say that you have a high level of

16         anxiety in social situations?

17    A    No.

18    Q    Did you ever have a high level of anxiety in social

19         situations?

20    A    Yes.

21    Q    When did you have those?

22    A    That was during the time I was experiencing the

23         anxiety from when I initially saw Dr. Clark and then

24         was referred to eventually Dr. Jeffrey Hansen, and

25         that anxiety kind of persisted.  I went to Paxil.
```

```
 1        That affected some of that.

 2   Q    So when would you say, in your mind, that you were

 3        not experiencing extreme or a high level of anxiety

 4        in social situations?  When did you get over that?

 5   A    Well, when I was consuming the Paxil, there was no

 6        anxiety whatsoever about anything, as far as I

 7        recall.  And then when I -- I didn't want to be on

 8        the Paxil.  So when I stopped consuming the Paxil,

 9        the -- just over time, the anxiety dissipated.

10   Q    Okay.  If you'll turn to Bates Page 63.  And we're

11        getting really close to finishing.

12   A    I'm not seeing a Page 63.  It goes from --

13                        MR. LASZLO:  I'm not either.

14                        THE WITNESS:  -- 61 to 90.

15                        MR. LASZLO:  Oh.  It's out of

16        order.  Near the back.

17                        MR. HARRELL:  Yeah.  Sorry.  I

18        should have told you it was the last page -- last

19        page --

20                        MR. LASZLO:  That would have --

21                        MR. HARRELL:  -- in the stack.

22                        MR. LASZLO:  That would have

23        helped.

24   Q    (By Mr. Harrell)  This is another office visit that

25        you had with Dr. Mark Anderson.  Who is Dr. Anderson?
```

Paul S. Dawson

```
 1   A   I think that is someone I saw one time.

 2   Q   He's in the same office with Dr. Valbuena; is that

 3       correct?

 4   A   Yes.

 5   Q   Okay.  Your chief complaint was cough and fever; is

 6       that correct?

 7   A   Yes.

 8   Q   You did not complain of erectile dysfunction,

 9       testicular pain, decreased libido, reduced sexual

10       sensation, decreased semen output, or depression or

11       anxiety, correct?

12   A   Yes.

13   Q   You had mentioned to me earlier that there were

14       periods of time that you were on Propecia and you

15       would have -- you experienced increased and powerful

16       libido.  Did I hear that correctly?

17   A   That's not exactly what I said, though, yes, that

18       happened.

19   Q   Okay.  And that happened while you were taking

20       Propecia, correct?

21   A   Yes.

22   Q   And you also experienced, according to what you've

23       testified to today, periods of decreased libido

24       during the time that you were on Propecia, correct?

25   A   Yes.
```

1                        MR. HARRELL:  Okay.  That's all I

2        have.  Thank you for your time.  Pass the witness.

3                        MR. LASZLO:  No questions at this

4        time.  We'll read and sign.

5                        MR. HARRELL:  Okay.

6                        THE VIDEOGRAPHER:  There being

7        nothing further, as we go off the record, this is the

8        end of Media Unit No. 3 and the time is 1:50 p.m.

9        Thank you.

10                               (Signature reserved.)

11                               (Deposition concluded at

12                                    1:50 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Paul S. Dawson

```
 1    STATE OF WASHINGTON )    I, John M.S. Botelho, CCR, RPR,
                          ) ss a certified court reporter
 2    County of Pierce    )    in the State of Washington,
                               do hereby certify:
 3

 4

             That the foregoing deposition of PAUL S. DAWSON
 5    was taken before me and completed on August 12, 2016, and
      thereafter was transcribed under my direction; that the
 6    deposition is a full, true and complete transcript of the
      testimony of said witness, including all questions, answers,
 7    objections, motions and exceptions;
 8           That the witness, before examination, was by me
      duly sworn to testify the truth, the whole truth, and
 9    nothing but the truth, and that the witness reserved the
      right of signature;
10

             That I am not a relative, employee, attorney or
11    counsel of any party to this action or relative or employee
      of any such attorney or counsel and that I am not
12    financially interested in the said action or the outcome
      thereof;
13

             IN WITNESS WHEREOF, I have hereunto set my hand
14    this 25th day of August, 2016.
15

16

17

18

19

20           _____

             John M.S. Botelho, CCR, RPR
21           Certified Court Reporter No. 2976
             (Certification expires 5/26/17.)
22

23

24

25
```

```
 1          ACKNOWLEDGMENT OF DEPONENT

 2
                  I,_____, do
 3     hereby certify that I have read the
       foregoing pages, and that the same
 4     is a correct transcription of the answers
       given by me to the questions therein
 5     propounded, except for the corrections or
       changes in form or substance, if any,
 6     noted in the attached Errata Sheet.

 7

       _____
 8                                     DATE
 9
10
11
12
13
14
       Subscribed and sworn
15     to before me this
       _____ day of _____, 20_____.
16
       My commission expires:_____
17
18     _____
       Notary Public
19
20
21
22
23
24
25
```

Paul S. Dawson

```
 1                    - - - - -

                    E R R A T A

 2                    - - - - -

 3     PAGE   LINE   CHANGE

 4     ____   ____   _____

 5        REASON:    _____

 6     ____   ____   _____

 7        REASON:    _____

 8     ____   ____   _____

 9        REASON:    _____

10     ____   ____   _____

11        REASON:    _____

12     ____   ____   _____

13        REASON:    _____

14     ____   ____   _____

15        REASON:    _____

16     ____   ____   _____

17        REASON:    _____

18     ____   ____   _____

19        REASON:    _____

20     ____   ____   _____

21        REASON:    _____

22     ____   ____   _____

23        REASON:    _____

24     ____   ____   _____

25        REASON:    _____
```