**To:** Desmond, Ruth V.[desmondr@NorthAmerica.msx.merck.com]; Goodrow, Tamra L.[Goodrowt@NorthAmerica.msx.merck.com]; Kaufman, Keith D.[KAUFMANK@NorthAmerica.msx.merck.com]; Knoflicek, Paul[knoflice@NorthAmerica.msx.merck.com]; Melcher, Dawn[MELCHERD@NorthAmerica.msx.merck.com]; Merritt, Charlotte B.[merrittc@NorthAmerica.msx.merck.com]; Pollack, Pia S.[POLLACKP@NorthAmerica.msx.merck.com]; Round, Elizabeth M.[ROUNDE@NorthAmerica.msx.merck.com]; Tresley, Richard[TRESLEYR@NorthAmerica.msx.merck.com]
**Cc:** Cochrane, Kathleen F.[cochrank@NorthAmerica.msx.merck.com]; Casola, Tom[casola@NorthAmerica.msx.merck.com]; Cohn, Judith[Cohnjudi@NorthAmerica.msx.merck.com]; Kusiak, Victoria[Kusiakv@NorthAmerica.msx.merck.com]; Lewis, Suzanne Gregory[LEWISSUE@NorthAmerica.msx.merck.com]; Loiseau, Patrick (WS)[Loiseaup@NorthAmerica.msx.merck.com]; McDermott, Lorene[Mcderene@NorthAmerica.msx.merck.com]; Biehn, Denise[Biehnden@NorthAmerica.msx.merck.com]; Cook, Kathleen T[HALLAS@NorthAmerica.msx.merck.com]; Corby, Kathy[corbyk@NorthAmerica.msx.merck.com]; Hewett, Heather E.[hewetth@NorthAmerica.msx.merck.com]; Favoriti, Diane L.[favoritd@NorthAmerica.msx.merck.com]; Young, Joan[Youngjo@NorthAmerica.msx.merck.com]; Donelan, Richele D.[donelanr@NorthAmerica.msx.merck.com]; White, Barbara A.(MRL-Edit.)[Whitebar@NorthAmerica.msx.merck.com]; Neno, Suha[nenosuha@NorthAmerica.msx.merck.com]; Florence-McPherson, Veronica[florence@NorthAmerica.msx.merck.com]; D'Alessandro, Renae A.[dalessdr@NorthAmerica.msx.merck.com]; DeVito, Penny[devitop@NorthAmerica.msx.merck.com]
**From:** Marks, Tina Maria
**Sent:** Fri 10/20/2000 1:26:16 PM
**Importance:** Normal
**Subject:** Task Force Meeting 10/23/00
Memo Task Force Meeting 10-23-00.doc
Draft USPC for Task Force 10-23-00.doc
Draft USPPI for Task Force 10-23-00.doc
Draft WPC for Task Force 10-23-00.doc
Draft WPPI for Task Force 10-23-00.doc

Attached please find the cover memo and draft documents for the Task Force Meeting to be held Monday, October 23, 9-11am.

Thanks,
Tina

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                    MRKP0002002431