**MEMO**

**TO:** Those Listed

**FROM:** Ms. Tina Marks

**SUBJECT:** USPC, USPPI, WPC, WPPI

**RE:** 5-year data

**DATE:** 19-Oct-2000

---

### FOR DISCUSSION AT TASK FORCE MEETING ON:

Monday
October 23, 2000
9:00 A.M. - 11:00 A.M.
RY 33-216

☐

Teleconference Dial-in #: 1-877-423-2663 (Participant code: 0158)

**PLEASE BRING THIS WITH YOU**

Purpose: To discuss changes made to the USPC, USPPI, and WPPI to include the five-year, clinical study data for PROPECIA. A mock-up of the WPC with revisions based on the Task Force Meeting held 10/19/00 is also included.

Tina Marks
(732) 594-3202  office
(732) 594-4910  fax

Attachments: Draft USPC, USPPI, WPPI, and WPC

TO:    TASK FORCE

Desmond, Dr. R. (908-423-5288)
Goodrow, Dr. T. (610-397-3051)
Kaufman, Dr. K. (732-594-5821)
Casola, Mr. T. (215-652-4055)
Melcher, Ms. D. (732-594-0085)
Merritt, Ms. C. (732-594-4060)
Pollack, Dr. P. (610-397-2425)
Round, Dr. E. (732-594-5542)
Tresley, Dr. R. (732-594-4130)

cc:    Knoflicek, Mr. P. (215-652-0964)
Cohn, Dr. J. (732-594-4718)
Kusiak, Dr. V. (610-397-3166)
Lewis, Ms. S. (215-652-1365)
Margiatto, Ms. G. (732-594-5242)
Loiseau, Mr. P. (908-423-4499)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MRKP0002002465