Keith D. Kaufman, M.D.

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NEW YORK
 2           NO. 1:12-md-02331-BMC-PK
                    - - -
 3

     IN RE: PROPECIA (finasteride) :
 4   PRODUCTS LIABILITY LITIGATION :MDL No.2331
                                   :
 5           vs.                   :Honorable Brian M. Cogan
                                   :Magistrate Judge Peggy Kuo
 6   This Document Relates to      :
     ALL CASES                     :
 7

 8                  - - -
 9            JULY 12, 2016
10                  - - -
11         VIDEOTAPE deposition of
12   KEITH D. KAUFMAN, M.D., taken pursuant to
13   notice, held at MORGAN LEWIS, 1701 Market
14   Street, Philadelphia, Pennsylvania,
15   beginning at 9:00 a.m., on the above
16   date, before LISA MARIE CAPALDO, RPR,
17   Registered Professional Reporter and
18   Notary Public in and for the Commonwealth
19   of Pennsylvania.
20                  - - -
21
           GOLKOW TECHNOLOGIES, INC.
22      877.370.3377 ph| 917.591.5672 fax
              deps@golkow.com
23

24
```

1  reflection of adverse event reports.

2  Adverse events do not derive from the

3  questionnaire.

4      Q.   Okay.  So did you use -- we

5  can agree you used a sexual function

6  questionnaire in '87 and '89, right?

7      A.   Yes.

8      Q.   You didn't use one in '92,

9  right?

10     A.   Correct.

11     Q.   But you combined the data

12  for all three to report sexual adverse

13  events in the label?

14     A.   That's correct.

15        None of the adverse event

16  data comes from the questionnaire.  And

17  patients were always queried about

18  adverse events at every visit in all

19  three studies in a similar manner.

20     Q.   Let me direct your attention

21  to the patient package insert, Page --

22  and specifically I want to direct your

23  attention to Page 13.

24        Do you have that there,

```
 1   Doctor?
 2        A.    Yes.
 3        Q.    Okay.  Under the heading,
 4   what are the possible side effects of
 5   Propecia, it says, starting with these
 6   men, these men reported one or more of
 7   the following:  less desire for sex,
 8   difficulty in achieving an erection, and
 9   a decrease in the amount of semen.  Each
10   of these side effects occurred in less
11   than two percent of men.  These side
12   effects went away in men who stopped
13   taking Propecia.
14              Did I read that correctly?
15        A.    That's correct.
16        Q.    Okay.  Now, the patient
17   package insert is actually written for
18   the user of the drug, correct?
19        A.    Yes.
20        Q.    Okay.  So it's written in a
21   way that's not nearly as technical as the
22   actual label itself?
23        A.    Yes.
24        Q.    And there's an expectation
```

Keith D. Kaufman, M.D.

```
 1    or a hope that men who take this drug
 2    will actually get this patient's package
 3    insert and read it, correct?
 4         A.    Yes.
 5         Q.    All right.  And what Merck
 6    was telling these men was:
 7               If you get a side effect
 8    from this drug related to a sexual
 9    adverse event, when you stop taking the
10    drug, it will go away?
11         A.    It actually says that it may
12    go away whether you continue the drug or
13    if you stop it and that it went away in
14    all men -- or in men who stopped taking
15    the drug.
16         Q.    All right.  That's my only
17    question.
18               It says specifically, the
19    side effects went away in men who stopped
20    taking Propecia, correct?
21         A.    Because that's a true
22    statement.
23         Q.    Okay.  You can't get any
24    clearer than that, can you?
```

1      on drug in terms of what happened

2      afterwards.

3  BY MR. BECKER:

4      Q.    All right.  So let's look at

5  some of the clinical data you had.

6            I'm showing you what's been

7  marked as Exhibit-52.

8            Do you have that there in

9  front of you?

10     A.    Uh-huh.

11     Q.    This is an e-mail that we

12 went over with Dr. Round.  And I'll

13 represent to you, sir, that it's dated

14 November 3rd, 2000.  I know that because

15 in what's called MedData, the date

16 appears, but the date does not appear on

17 this particular e-mail.

18     A.    Uh-huh.

19     Q.    You know who Patrick Ruane

20 is, correct?

21     A.    Yes.

22     Q.    He is somebody that worked

23 with you and Dr. Round, correct?

24     A.    Yes.

1      Q.    And you asked him to inquire
2   into rates of sexual adverse events
3   stemming from the clinical trials at or
4   about this time period, correct?
5      A.    Yes.
6      Q.    All right.  And he wrote
7   back to you, during years three through
8   five in the Phase III pivotal studies,
9   six patients who were taking finasteride,
10  one milligram, discontinued due to
11  drug-related sexual experiences, the AEs
12  for five patients resolved.  For one
13  patient, AN 1125 from Dr. Rittmaster's
14  cite, the AE erectile dysfunction was
15  still continuing when he discontinued the
16  study.  At the time of his
17  discontinuation visit, he was off therapy
18  for 66 days.  It does not look like the
19  patient was contacted for resolution of
20  the AE.
21           Did I read that correctly?
22     A.    Yep.
23     Q.    Okay.  So you had reports of
24  six men who discontinued the drug due to

```
 1   sexual adverse experiences, outlined in
 2   paragraph one here, correct?
 3           A.    Yes.
 4           Q.    Five resolved.  One did not,
 5   right?
 6           A.    At the point of last
 7   contact.
 8           Q.    Okay.  And nobody at Merck
 9   made any effort to actually contact him
10   and see if that resolution occurred,
11   correct?
12                 MR. MORROW:  Object to the
13           form.
14                 THE WITNESS:  I don't
15           believe that's true.
16   BY MR. BECKER:
17           Q.    Well, it says here in the
18   last sentence, it does not look like the
19   patient was contacted for resolution of
20   the AE.
21                 Did I read that correctly?
22                 THE WITNESS:  You did, but
23           it doesn't say that the patient
24           wasn't contacted.  And, in fact,
```

1           in other documentation about this
2           patient, I believe the reference
3           is that the patient was contacted
4           and had the adverse event present
5           at the later point of last
6           contact.
7   BY MR. BECKER:
8           Q.   And when was that?
9           A.   I believe that was roughly
10  six months from discontinuation of
11  medication.  So it would have been a few
12  months later than the discontinuation
13  visit.
14          Q.   So six months following
15  discontinuation, this patient still was
16  suffering from the adverse event,
17  correct?
18          A.   The patient was still
19  reporting the adverse event.
20          Q.   Okay.  The second paragraph
21  goes on to note, during years three
22  through five in the Phase III pivotal
23  studies, 23 patients who were taking
24  finasteride, one milligram, experienced

1  drug-related sexual adverse experiences.

2  Of these 23 patients, the AEs for seven

3  patients were still present when they

4  discontinued/completed the study.  Of the

5  16 who had AEs resolved, the AEs for

6  seven patients resolved on therapy, and

7  the AEs for nine patients resolved while

8  off therapy.

9           Did I read that correctly?

10     A.   Uh-huh.

11     Q.   So yet a second group of

12 patients totaling 23 people, correct,

13 that you were evaluating in this e-mail.

14 True?

15     A.   Yes.

16     Q.   Okay.  Of those, seven

17 patients were still experiencing the

18 adverse event when they discontinued the

19 study, correct?

20     A.   On drug.

21     Q.   Well, it says, the AEs for

22 seven patients were still present when

23 they discontinued/completed the study,

24 correct?

Keith D. Kaufman, M.D.

```
 1        A.    Right.  But when they
 2   discontinue or complete the study, they
 3   are generally on drug.
 4        Q.    Well, but when they
 5   discontinue, they are no longer on the
 6   drug anymore, right?
 7        A.    Well, the next day.
 8        Q.    Okay.  So when did their AEs
 9   go away?
10        A.    I can't answer that from
11   this e-mail.
12        Q.    All right.  But they still
13   had them on the last day of contact,
14   right?
15             MR. MORROW:  Object to the
16        form.
17             THE WITNESS:  On drug,
18        presumably.
19   BY MR. BECKER:
20        Q.    Okay.  But the next day,
21   they are off the drug, right?
22        A.    Yes.
23        Q.    And you have no idea how
24   long those adverse events continued for,
```

Keith D. Kaufman, M.D.

```
 1   correct?
 2           MR. MORROW:  Object.
 3           THE WITNESS:  If we don't
 4      have the data, then we don't know.
 5   BY MR. BECKER:
 6      Q.   Okay.  But for the next 16
 7   men, you do appear to have the data,
 8   correct?
 9      A.   Right.  But what that means
10   is that the patients achieved resolution
11   either on or off therapy while they were
12   still participating in the trial.  Once
13   the trial is over, we usually lose
14   contact with the patient.
15      Q.   Okay.  For the second group
16   of 16, seven of the men resolved while on
17   the drug, correct?
18      A.   Yes.
19      Q.   And nine of the patients
20   resolved while off therapy, correct?
21      A.   Correct.
22      Q.   How long did it take for
23   them to resolve?
24      A.   I don't know the answer.
```

1    I'd have to look at the spreadsheet.

2         Q.   Okay.  Now, it's fair to say

3    that Merck never defined the temporal

4    nexus between discontinuation and

5    resolution, correct?

6              MR. MORROW:  Object to the

7         form.

8              THE WITNESS:  Again, the way

9         you're asking that question, the

10        temporal nexus?

11   BY MR. BECKER:

12        Q.   Well, you knew that for some

13   men, it was going to take a little bit of

14   time for the symptom to resolve, correct?

15        A.   Either in the finasteride or

16   the placebo group.

17        Q.   And you never defined that

18   in the label, correct?

19        A.   I'm sorry.  Never defined

20   what?

21        Q.   You never defined, in the

22   label, whether or not -- or how long it

23   would take for these symptoms to resolve

24   upon discontinuation, true?

Keith D. Kaufman, M.D.

```
 1                MR. MORROW:  Object to form.
 2                THE WITNESS:  That's not in
 3      the label.  That's correct.
 4   BY MR. BECKER:
 5      Q.    Okay.  And is there anything
 6   in this e-mail that we're looking at that
 7   suggested these men were in the placebo
 8   wing of the study?
 9      A.    The placebo wing, at this
10   time of the extension, was only five --
11   the continuous group that was on placebo
12   the whole time, that was only five
13   percent of the entire trial.
14      Q.    Right.  And so --
15      A.    So we don't have a balanced
16   placebo group after we get through the
17   second year.
18      Q.    Okay.  All I'm asking is
19   this:
20                These men that are being
21   reported here, these 29 men --
22      A.    Yes.
23      Q.    -- they were on finasteride,
24   right?
```