**To:** Kaufman, Keith D.[KAUFMANK@NorthAmerica.msx.merck.com]; Merritt, Charlotte B.[merrittc@NorthAmerica.msx.merck.com]; Goodrow, Tamra L.[Goodrowt@NorthAmerica.msx.merck.com]; Casola, Tom[casola@NorthAmerica.msx.merck.com]; Knoflicek, Paul[knoflice@NorthAmerica.msx.merck.com]; Desmond, Ruth V.[desmondr@NorthAmerica.msx.merck.com]; Lewis, Suzanne Gregory[LEWISSUE@NorthAmerica.msx.merck.com]; Pollack, Pia S.[POLLACKP@NorthAmerica.msx.merck.com]; Round, Elizabeth M.[ROUNDE@NorthAmerica.msx.merck.com]; Kusiak, Victoria[Kusiakv@NorthAmerica.msx.merck.com]; Loiseau, Patrick (WS)[Loiseaup@NorthAmerica.msx.merck.com]
**Cc:** Melcher, Dawn[MELCHERD@NorthAmerica.msx.merck.com]; Marks, Tina Maria[markst@NorthAmerica.msx.merck.com]
**From:** Tresley, Richard
**Sent:** Mon 11/20/2000 12:00:35 PM
**Importance:** Normal
**Subject:** Proprecia USPC and USPPI
Draft 2 USPC for WPCRC 11-17-00.doc
Draft 21.doc

In an effort to help Tina who is currently out of town, I've revised the PROPECIA USPC and USPPI in accordance with recommendations from Friday's meeting.  (For greater ease of viewing, I have cleaned up the copy by accepting all changes agreed upon in previous meetings.)

Rich Tresley

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                                      MRKP0000790078