**0906.0104.i1.b.001**

**Component notochri024.log Volume 1**

**Assembled on 04/06/01 at 09:51**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271068

**Item 1**
**Index**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271069

| Table Of Contents For Supplement NDA 20-788 PROPECIA ™ (Finasteride) - 5 Year Data | | | (n/a = not applicable) |
|---|---|---|---|
| **Item** | **Description** | **Paper archive copy volume number** | **Electronic archive folder** |
| 1 | Table Of Contents (Index) | 1 | main folder |
| 2 | Labeling | n/a | labeling |
| 3 | Summary | n/a | summary |
| 4 | Chemical and Pharmaceutical Manufacturing and Controls | n/a | n/a |
| 5 | Nonclinical Pharmacology And Toxicology Section | n/a | n/a |
| 6 | Human Pharmacokinetics & Bioavailability/Bioequivalence | n/a | n/a |
| 7 | Clinical Microbiology | n/a | n/a |
| 8 | Clinical | n/a | clinstat |
| 9 | Safety Update Report | n/a | n/a |
| 10 | Statistical | n/a | clinstat |
| 11 | Case Report Tabulations | n/a | crt |
| 12 | Case Report Forms | n/a | crf |
| 13 | Patent Information | 1 | other |
| 14 | Patent Certification | n/a | n/a |
| 15 | Establishment Description | n/a | n/a |
| 16 | Debarment Certification | 1 | other |
| 17 | Field Copy Certification | n/a | n/a |
| 18 | User Fee Cover Sheet | 1 | other |
| 19 | Financial Information | 1 | other |
| 20 | Other – Regulatory Information | 1 | other |

# Cover Letter

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**MRKP0000271071**

Tamra L. Goodrow, Ph.D.
Associate Director
Regulatory Affairs - Domestic

Merck & Co., Inc.
P.O. Box 4
West Point PA 19486
Tel 610 397 3051
     215 652 5000
Fax 610 397 2516

April 9, 2001



**MERCK**

Research Laboratories

Jonathan K. Wilkin, M.D. - Director
Division of Dermatologic and Dental Drug Products
Office of Drug Evaluation V (CDER)

c/o
Central Document Room
Food and Drug Administration
Center for Drug Evaluation and Research
12229 Wilkins Avenue
Rockville, MD 20852

Dear Dr. Wilkin:

### NDA 20-788:  PROPECIA™ (finasteride)

### Supplemental New Drug Application

### 5-Year Data

### User Fee ID No. 4123

Pursuant to Section 505(b) of the Food, Drug and Cosmetic Act and in accordance with 506A(c)(1) of the Food and Drug Administration Modernization Act, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., submits, for the Agency's review and approval, a supplement to NDA 20-788, PROPECIA™ (finasteride).

As indicated on the attached Form FDA 356h, this supplemental application provides for changes in the Labeling, and Clinical and Statistical Sections of the approved New Drug Application for PROPECIA™ (finasteride) to support the addition of 5-year clinical data in the treatment of men with male pattern hair loss.

Reference is made to the Phase IV Commitments included in the FDA approval letter dated December 19, 1997 for NDA 20-788: PROPECIA™ (finasteride).  With this submission, MRL is submitting clinical study reports which include safety data from long-term extensions of our Phase II and III studies (Protocols 047, 081, 087, and 089) that address Phase IV Commitment #3, which states:  "Conduct follow up of patients from clinical studies to determine any long-term unwanted effects that may be related to finasteride use."

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

MRKP0000271072

Central Document Room
NDA 20-788: PROPECIA™ (finasteride)
Page 2

This sNDA includes long-term data from the Phase III double-blind extension studies (Protocols 087 and 089) and data from the Phototrichogram study (Protocols 104 and 106) which support an update to the following sections of the U.S. Package Circular (USPC) for PROPECIA™ (finasteride): CLINICAL PHARMACOLOGY, Clinical Studies and ADVERSE REACTIONS. The latter studies (Protocols 104 and 016) were undertaken to assess the effect of finasteride on the phases of the hair growth cycle in men with male pattern hair loss. In addition, data from the open extensions to Phase II Pilot (Protocol 047) and Dose-Range (Protocol 081) studies are included.

Please note that the Item 20, Other – Regulatory Background Information section outlines and summarizes the regulatory history leading up to the submission of this sNDA.

Reference is made to 21 CFR Part 54, regulation *Financial Disclosure by Clinical Investigators* published February 02, 1998 and revised December 31, 1998. Clinical Study Reports for Protocols 047, 081, 087 and 089 were submitted to the FDA as part of the original New Drug Application for PROPECIA™ (finasteride) (submitted December 20, 1996 and approved on December 19, 1997). Thus, financial disclosure information is not required to be presented for Protocols 047, 081, 087 and 089 as the data have already been submitted, reviewed, and approved by the Agency.

New supportive information is provided in this submission in the form of a combined Clinical Study Report for Protocols 104 and 106. As agreed to in Dr. Tamra Goodrow's (MRL), telephone conversations of February 14, 2001 with Ms. Linda Carter, Office of Review Management, and of February 15, 2001 with Ms. Millie Wright, Regulatory Project Manager, Division of Dermatologic and Dental Drug Products, we will be submitting financial disclosure information for investigators for Protocols 104 and 106 within 2 months of submission of this application.

As agreed to in a telephone conversation of February 23, 2001 between Ms. Millie Wright, Project Manager, Division of Dermatologic and Dental Drug Products, and Dr. Tamra Goodrow, of MRL, SAS transport files for Phase II Protocols 047 and 081 (Clinical Study Reports included for 047 and 081) will not be required at the time of the initial filing of this sNDA. If, after evaluation of the Clinical Study Reports for Protocols 047 and 081, the FDA Reviewers would like SAS transport files for these Protocols, MRL will provide them. Note that SAS transport files for Protocols 087, 089, 104 and 106 are provided in this submission.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Central Document Room
NDA 20-788: PROPECIA™ (finasteride)
Page 3

All information is in an electronic format as indicated in the Table of Contents for this supplemental application. The Statement of Organization following this letter describes the sections contained in this application.

This supplemental application is formatted as required in Title 21 paragraph 314.50 of the Code of Federal Regulations and is being submitted in accordance with the January 1999, *Guidance for Industry – Providing Regulatory Submissions in Electronic Format – NDAs*. As an attachment to this letter, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is providing two (2) Compact Disks (CDs) which contains the supplemental application. All documents requiring signatures for certification are included as paper for archival purposes.

All of the information is contained on two (2) CDs and is not more than 1300MB. We have taken precautions to ensure that the contents of these CDs are free of computer viruses (Norton Anti-Virus 4.0, Symantec Corp., 1991-1997) and we authorize the use of anti-virus software, as appropriate.

A list of reviewers from the Division of Dermatologic and Dental Drug Products who should be provided access to this electronic submission on their desktops may be obtained from Ms. Millie Wright, Regulatory Project Manager, Division of Dermatologic and Dental Drug Products.

In accordance with the Food and Drug Administration Modernization Act of 1997, a check (Check No. C05780947), in the amount of $154,823.00, was sent to Mellon Client Services Center, Pittsburgh, PA on March 29, 2001. The User Fee I.D. number is 4123.

Merck & Co., Inc. is requesting a categorical exclusion for the requirements to prepare an Environmental Assessments under 21 CFR 25.31(a). This supplement meets the requirements of a categorical exclusion under 21 CFR 25.31(a) because it will not increase the use of the drug. To the best of the firm's knowledge no extraordinary circumstances exist in regard to this action.

As required by Section 306(k)(1) of the Generic Drug Enforcement Act [21 U.S.C. 335a (k)(1)], we hereby certify that, in connection with this application, Merck & Co., Inc. did not and will not use in any capacity the services of any person debarred under subsections 306 (a) or (b) of the Act.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Central Document Room
NDA 20-788: PROPECIA™ (finasteride)
Page 4

We consider the filing of this Supplemental New Drug Application to be a confidential matter, and request that the Food and Drug Administration not make its content, nor any future communications in regard to it, public without first obtaining the written permission of Merck & Co., Inc.

Questions concerning this submission should be directed to Tamra L. Goodrow, Ph.D. (610/397-3051) or, in my absence, to Dennis M. Erb, Ph.D. (610/397-7597).

Sincerely,

*Tamra L. Goodrow*

Tamra L. Goodrow, Ph.D.
Associate Director
Regulatory Affairs

Enclosure: CD

Federal Express #1

Desk Copies:

Ms. Millie Wright (cover letter + diskette containing
the WORD version of the proposed labeling)
Regulatory Project Manager
HFD-540, Room N243
Federal Express #2

Ms. Maryann Holovac (cover letter + patent)
Center for Drug Evaluation & Research
Food And Drug Administration
HFD-090, Room 3012
12420 Parklawn Drive
Rockville, MD 20857
Federal Express #3

Q:\goodrow\propecia\fda corres\5 yr data cover letter

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## STATEMENT OF ORGANIZATION

### NDA 20-788:  PROPECIA™ (finasteride)
### Supplemental New Drug Application
### 5-Year Data

This supplemental New Drug Application contains the following paper and/or electronic information:

| ITEM(s) | DESCRIPTION | Contents on Archival CD | Review Aids | Paper Review Copies |
|---|---|---|---|---|
| **1, 13, 16, 18, 19, 20** | Administrative Documentation containing Archival CD* | Yes | Yes (Word version of proposed labeling text**) | Blue Binder (1 volume) |
| **2** | Labeling | | | Tan Binder (1 volume) |
| **3** | Summary (Synopses with Annotated Label) | | | Green Binder (1 volume) |
| **8, 10** | Clinical and Statistical Documentation | Yes | Yes | Tan Binder (5 volumes)   Green Binder (5 volumes) |
| **11** | Case Report Tabulations | Yes (SAS transport files) | No | No |
| **12** | Case Report Forms | Yes | No | No |

### TOTAL VOLUMES: 13

*The Archival CD is contained in the Blue Binder
**The diskette containing the WORD version of the proposed labeling text is being sent to the Project Manager

**Form FDA 356H**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**MRKP0000271077**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: March 31, 2003
See OMB Statement on page 2.

**FOR FDA USE ONLY**

APPLICATION NUMBER

---

## APPLICANT INFORMATION

NAME OF APPLICANT
Merck & Co., Inc.

DATE OF SUBMISSION
April 9, 2001

TELEPHONE NO. *(Include Area Code)*
610-397-3051

FACSIMILE (FAX) Number *(Include Area Code)*
610-397-2516

APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*

Sumneytown Pike, P.O. Box 4, BLA-20
West Point, PA  19486

AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE

Tamra L. Goodrow, Ph.D.
Associate Director, Regulatory Affairs

---

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)*    20-788

ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*
Finasteride

PROPRIETARY NAME *(trade name)* IF ANY
PROPECIA

CHEMICAL/BIOCHEMICAL/BLOOD  PRODUCT NAME *(If any)*
See attached sheet

CODE NAME *(If any)*

DOSAGE FORM:
Tablet

STRENGTHS:
1 mg

ROUTE OF ADMINISTRATION:
Oral

(PROPOSED) INDICATION(S) FOR USE:
Treatment of men with male pattern hair loss (androgenetic alopecia) in men only.

---

## APPLICATION INFORMATION

APPLICATION TYPE *(check one)*
[X] NEW DRUG APPLICATION (21 CFR 314.50)    [ ] ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)

[ ] BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE    [X] 505 (b)(1)    [ ] 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE  REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug                                Holder of Approved Application

TYPE OF SUBMISSION *(check one)*    [ ] ORIGINAL APPLICATION    [ ] AMENDMENT TO A PENDING APPLICATION    [ ] RESUBMISSION

[ ] PRESUBMISSION    [ ] ANNUAL REPORT    [ ] ESTABLISHMENT DESCRIPTION SUPPLEMENT    [X] EFFICACY SUPPLEMENT

[ ] LABELING SUPPLEMENT    [ ] CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT    [ ] OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY    [ ] CBE    [ ] CBE-30    [ ] Prior Approval (PA)

REASON FOR SUBMISSION

PROPOSED MARKETING STATUS *(check one)*    [X] PRESCRIPTION PRODUCT (Rx)    [ ] OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED ____13____    THIS APPLICATION IS    [ ] PAPER    [X] PAPER AND ELECTRONIC    [ ] ELECTRONIC

**ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)**
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary).  Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site.  Please indicate whether the site is ready for inspection or, if not, when it will be ready.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

---

**FORM FDA 356h (4/00)**

Created by Media Arts/USDHHS  (301) 443-2454  EF

PAGE 1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MRKP0000271078

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| X | 1. Index |
| X | 2. Labeling *(check one)* ⬛ Draft Labeling ☐ Final Printed Labeling |
| X | 3. Summary (21 CFR 314.50 (c)) |
| | 4. Chemistry section |
| |    A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| |    B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| |    C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| X | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| X | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| X | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| X | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| X | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| | 15. Establishment description (21 CFR Part 600, if applicable) |
| X | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| | 17. Field copy certification (21 CFR 314.50 (k)(3)) |
| X | 18. User Fee Cover Sheet (Form FDA 3397) |
| X | 19. Financial Information (21 CFR Part 54) |
| X | 20. OTHER *(Specify)*   Regulatory Background Information |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
**Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.**

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT *Tamra L. Goodrow* | TYPED NAME AND TITLE Tamra L. Goodrow, Ph.D. Associate Director, Regulatory Affairs | DATE 4/9/2001 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)* Sumneytown Pike, P.O. Box 4, BLA-20 West Point, PA 19486 | Telephone Number (610) 397-3051 | |

**Public reporting burden** for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CBER, HFM-99
1401 Rockville Pike
Rockville, MD 20852-1448

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

**FORM FDA 356h (4/00)**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     MRKP0000271079

# 356h FORM ATTACHMENT

**NDA 20-788     PROPECIA**

CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (if any)

**N-(1, 1-dimethylethyl)-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Item 13
# Patent Information

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**MRKP0000271081**

# PATENT SUBMISSION FORM

Time Sensitive Patent Information pursuant to 21 C.F.R. §314.53 and/or
Patent Information pursuant to 21 C.F.R. §314.53 and §314.60
for

**NDA # 20-788 - PROPECIA®**

The following is provided in accordance with the Drug Price Competition and Patent Term Restoration Act of 1984:

· Trade Name:  PROPECIA®

· Active Ingredient(s):  Finasteride

· Strength(s):  1 mg

· Dosage Form(s):  Tablet, Oral

· Date NDA Filed:  Original - Dec. 20, 1996; this is part of supplement filing

· Date NDA Approved:  Original - Dec. 19, 1997; Supplement pending

**A.  This section should be completed for each individual patent**

**U.S. Patent Number:** 4,760,071

**Expiration Date:** 06/19/2006

**Type of Patent  - indicate all that apply:**

1. Drug Substance (Active Ingredient)  ✓ Y ___ N

2. Drug Product (Composition/Formulation)  ✓ Y ___ N

3. Method of Use  ___ Y ✓ N

**Name of Patent Owner:** MERCK & CO., INC., Rahway, NJ

**U.S. Agent (if patent owner or applicant does not reside or have place of business in the US):**

**B.  The following declaration statement is required if the above listed patent has Composition/ Formulation or Method of Use claims.**

The undersigned declares that United States Patent Number  4,760,071 _____

covers the composition, formulation and/or method of use of  PROPECIA® _____

(name of drug product).  This product is:

· ✓ currently approved under section 505 of the Federal Food, Drug, and Cosmetic Act

   OR

· ___ the subject of this application for which approval is being sought.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271082

**A.  This section should be completed for each individual patent**

**U.S. Patent Number:** 5,571,817

**Expiration Date:** 11/05/2013

**Type of Patent  - indicate all that apply:**

1. Drug Substance (Active Ingredient)  __ Y ✓ N

2. Drug Product (Composition/Formulation)  __ Y ✓ N

3. Method of Use  ✓ Y __ N

**Name of Patent Owner:** MERCK & CO., INC., Rahway, NJ

**U.S. Agent (if patent owner or applicant does not reside or have place of business in the US):**

**B.  The following declaration statement is required if the above listed patent has Composition/ Formulation or Method of Use claims.**

The undersigned declares that United States Patent Number 5,571,817

covers the composition, formulation and/or method of use of PROPECIA®

(name of drug product).  This product is:

· ✓ currently approved under section 505 of the Federal Food, Drug, and Cosmetic Act

OR

· __ the subject of this application for which approval is being sought.

Computer generated form "Patent Submission Form" (Miscellaneous Folder) Merck & Co., Inc. 02/20/2001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          MRKP0000271083

**A. This section should be completed for each individual patent**

**U.S. Patent Number:** 5,547,957

**Expiration Date:** 10/15/2013

**Type of Patent  - indicate all that apply:**

1. Drug Substance (Active Ingredient)  ___ Y ✓ N

2. Drug Product (Composition/Formulation)  ___ Y ✓ N

3. Method of Use  ✓ Y ___ N

**Name of Patent Owner:** MERCK & CO., INC., Rahway, NJ

**U.S. Agent (if patent owner or applicant does not reside or have place of business in the US):**

**B. The following declaration statement is required if the above listed patent has Composition/ Formulation or Method of Use claims.**

The undersigned declares that United States Patent Number 5,547,957 _____

covers the composition, formulation and/or method of use of PROPECIA® _____

(name of drug product).  This product is:

· ✓ currently approved under section 505 of the Federal Food, Drug, and Cosmetic Act

  OR

· ___ the subject of this application for which approval is being sought.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271084

**A. This section should be completed for each individual patent**

**U.S. Patent Number:** 5,886,184

**Expiration Date:** 11/19/2012

**Type of Patent  - indicate all that apply:**

1. Drug Substance (Active Ingredient)  ✓ Y __ N

2. Drug Product (Composition/Formulation)  __ Y ✓ N

3. Method of Use  __ Y ✓ N

**Name of Patent Owner:** MERCK & CO., INC., Rahway, NJ

**U.S. Agent (if patent owner or applicant does not reside or have place of business in the US):**

**B. The following declaration statement is required if the above listed patent has Composition/ Formulation or Method of Use claims.**

The undersigned declares that United States Patent Number _____

covers the composition, formulation and/or method of use of _____

(name of drug product).  This product is:

· __ currently approved under section 505 of the Federal Food, Drug, and Cosmetic Act

   OR

· ___ the subject of this application for which approval is being sought.

Computer generated form "Patent Submission Form" (Miscellaneous Folder) Merck & Co., Inc. 02/20/2001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271085

Respectfully submitted,

By _____
      CATHERINE D. FITCH
      Attorney for Applicants

Merck & Co., Inc.
P.O. Box 2000 - RY60-30
Rahway, NJ 07065-0907

(732) 594- 4283

Date: February 28, 2001


A copy of the above information should be submitted to the FDA with the original application or as correspondence to an existing NDA. For patents issued after the NDA is filed or approved, the applicant is required to submit the information within 30 days of the date of issuance of the patent.

In accordance with 21 C.F.R. §314.53(d)(4), the applicant shall submit two copies of each submission of patent information to:

> Central Document Room
> Center For Drug Evaluation and Research
> Food and Drug Administration
> Park Bldg., Room 2-14
> 12420 Parklawn Dr.
> Rockville, MD 20857


IN DUPLICATE

Computer generated form "Patent Submission Form" (Miscellaneous Folder) Merck & Co., Inc. 02/20/2001

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271086

NDA

Patent Information

**Item 13**

PATENT AND EXCLUSIVITY INFORMATION
MERCK RESEARCH LABORATORIES

1. Active Ingredient       Finasteride

2. Dosage(s)       1 mg

3. Trade Name       PROPECIA®

4. Dosage Form       Tablets
    Route of Administration       Oral

5. Applicant Firm Name       Merck Research Laboratories

6. NDA Number       20-788

7. Approval Date       Pending Supplement

8. Exclusivity       3 years from NDA approval data; length of exclusivity -3 years;

9. Applicable Patent Numbers       US 4,760,071, expires June 19, 2006
                                      US 5,571,817, expires Nov. 5, 2013
                                      US 5,547,957, expires Oct. 15, 2013
                                      US 5,886,184, expires Nov. 19, 2012

Computer generated form "Item13 FDA Patent Submssn" (Miscellaneous Folder), Merck & Co., Inc. 10/24/2000

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**       **MRKP0000271087**

**Item 16**
**Debarment Certification**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **MRKP0000271088**

Finasteride 1 mg—5-Year Data
Item 16 - Debarment Certification


As required by §306(k)(1) of 21 U.S.C. 335a(k)(1), we hereby certify that, in connection with this application, Merck & Co., Inc. did not and will not use in any capacity the services of any person debarred under subsections 306(a) or (b) of the Act.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271089

**Form FDA 3397**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **MRKP0000271090**

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | USER FEE COVER SHEET | Form Approved: OMB No. 0910-0297<br>Expiration Date: 04-30-01 |

### See Instructions on Reverse Side Before Completing This Form

**1. APPLICANT'S NAME AND ADDRESS**

Merck & Co., Inc.
Sumneytown Pike, BLA-10
P. O. Box 4
West Point, PA  19486

**3. PRODUCT NAME**

PROPECIA   (finasteride)

**4. DOES THIS APPLICATION REQUIRE CLINICAL DATA FOR APPROVAL?**
IF YOUR RESPONSE IS "NO" AND THIS IS FOR A SUPPLEMENT, STOP HERE AND SIGN THIS FORM.

IF RESPONSE IS 'YES', CHECK THE APPROPRIATE RESPONSE BELOW:

[X] THE REQUIRED CLINICAL DATA ARE CONTAINED IN THE APPLICATION.

[ ] THE REQUIRED CLINICAL DATA ARE SUBMITTED BY
REFERENCE TO _____
(APPLICATION NO. CONTAINING THE DATA).

**2. TELEPHONE NUMBER (Include Area Code)**

( 610)  397-2383

**5. USER FEE I.D. NUMBER**

4123

**6. LICENSE NUMBER / NDA NUMBER**

N020788

**7. IS THIS APPLICATION COVERED BY ANY OF THE FOLLOWING USER FEE EXCLUSIONS? IF SO, CHECK THE APPLICABLE EXCLUSION.**

[ ] A LARGE VOLUME PARENTERAL DRUG PRODUCT APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT BEFORE 9/1/92 (Self Explanatory)

[ ] A 505(b)(2) APPLICATION THAT DOES NOT REQUIRE A FEE (See Item 7, reverse side before checking box.)

[ ] THE APPLICATION QUALIFIES FOR THE ORPHAN EXCEPTION UNDER SECTION 736(a)(1)(E) of the Federal Food, Drug, and Cosmetic Act (Item 7, reverse side before checking box.)

[ ] THE APPLICATION IS A PEDIATRIC SUPPLEMENT THAT QUALIFIES FOR THE EXCEPTION UNDER SECTION 736(a)(1)(F) of the Federal Food, Drug, and Cosmetic Act (See Item 7, reverse side before checking box.)

[ ] THE APPLICATION IS SUBMITTED BY A STATE OR FEDERAL GOVERNMENT ENTITY FOR A DRUG THAT IS NOT DISTRIBUTED COMMERCIALLY (Self Explanatory)

**FOR BIOLOGICAL PRODUCTS ONLY**

[ ] WHOLE BLOOD OR BLOOD COMPONENT FOR TRANSFUSION

[ ] A CRUDE ALLERGENIC EXTRACT PRODUCT

[ ] AN APPLICATION FOR A BIOLOGICAL PRODUCT FOR FURTHER MANUFACTURING USE ONLY

[ ] AN "IN VITRO" DIAGNOSTIC BIOLOGICAL PRODUCT LICENSED UNDER SECTION 351 OF THE PHS ACT

[ ] BOVINE BLOOD PRODUCT FOR TOPICAL APPLICATION LICENSED BEFORE 9/1/92

**8. HAS A WAIVER OF AN APPLICATION FEE BEEN GRANTED FOR THIS APPLICATION?**   [ ] YES   [ ] NO
(See reverse side if answered YES)

*A completed form must be signed and accompany each new drug or biologic product application and each new supplement. If payment is sent by U.S. mail or courier, please include a copy of this completed form with payment.*

**Public reporting burden for this collection of information** is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

DHHS, Reports Clearance Officer
Paperwork Reduction Project (0910-0297)
Hubert H. Humphrey Building, Room 531-H
200 Independence Avenue, S.W.
Washington, DC 20201

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

**Please DO NOT RETURN this form to this address.**

| SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE<br>*Bonnie J. Goldmann* | TITLE   Bonnie J. Goldmann, M.D.<br>Vice President, Domestic Liaison<br>Regulatory Affairs | DATE<br>March 29, 2001 |

FORM FDA 3397 (5/98)

Created by Electronic Document Services/USDHHS: (301) 443-2454   E

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271091

# INSTRUCTIONS FOR COMPLETING USER FEE COVER SHEET
# FORM FDA 3397

**Form FDA 3397 is to be completed for and submitted with each new drug or biologic product original application or supplemental application submitted to the Agency on or after April 27, 1998. Form 3397 should be placed in the first volume of the application with the application form. A copy of Form 3397 should be included with the fee payment.**

**ITEM NOS.**                    **INSTRUCTIONS**

**1-2.**    **Self-explanatory**

**3.**    **PRODUCT NAME** - Include generic name and trade name, as applicable.

**4.**    **CLINICAL DATA** - The definition of 'clinical data' for the assessment of user fees is found in Interim Guidance: Separate Marketing Applications and Clinical Data for Purposes of Assessing User Fees under the Prescription Drug User Fee Act of 1992.

**5.**    **USER FEE I.D. NUMBER - PLEASE INCLUDE THIS NUMBER ON THE APPLICATION PAYMENT CHECK.** If the application is exempted from a fee, a User Fee I.D. Number is not required. To obtain the appropriate User Fee I.D. Number, read and complete the following:

   **FOR DRUG PRODUCTS** - A unique identification number will be assigned to each submission. This individual identification number may be obtained by calling the Center for Drug Evaluation and Research, Central Document Room, at (301) 827-4210.

   **FOR BIOLOGIC PRODUCTS** - The first 4 characters are the U.S. License Number, including leading zeros; the next 4 characters are the product code (2 letters followed by 2 numbers); and the last 7 characters are the date on the cover letter of the submission, in the format: DDMONYR. If the facility is unlicensed, or the product code is unknown, a number can be obtained by calling the Center for Biologics Evaluation and Research, at (301) 827-3503.

   **EXAMPLE:** For U.S. License Number 4, product code XX01, with a document submission date of 8/3/93, the number would be: 0004XX0103AUG93.

**6.**    **LICENSE NUMBER / NDA NUMBER**

   **FOR BIOLOGIC PRODUCTS** - Indicate the U.S. License Number. If the facility is unlicensed, leave this section blank.

   **FOR DRUG PRODUCTS** - Indicate the NDA number, including a leading zero. NDA numbers can be obtained by calling the Center for Drug Evaluation and Research, Central Document Room, at (301) 827-4210.

   **EXAMPLE:** For NDA 99999, the number would be: N099999.

**7.**    **EXCLUSIONS:**

   Section 505(b)(2) applications, as defined by the Federal Food, Drug, and Cosmetic (FD&C) Act, are excluded from application fees if: they are NOT for a new molecular entity which is an active ingredient (including any salt or ester of an active ingredient); or NOT a new indication for use.

   The application is for an orphan product. Under section 736(a)(1)(E) of the FD&C Act, a human drug application is not subject to an application fee if the proposed product is for a rare disease or condition designated under section 526 of the FD&C Act (orphan drug designation) AND the application does not include an indication that is not so designated. A supplement is not subject to an application fee if it proposes to include a new indication for a rare disease or condition, and the drug has been designated pursuant to section 526 for a rare disease or condition with regard to the indication proposed in the supplement.

   The submission is a supplement for a new pediatric indication. Under section 736(a)(1)(F) of the FD&C Act, a supplement to a "human drug application" proposing to include a new indication for use in pediatric populations is not subject to a fee.

**8.**    **WAIVER** - Complete this section only if a waiver of user fees, including the small business waiver, has been granted for this application. A copy of the official FDA notification that the waiver has been granted must be provided with the submission.

FORM FDA 3397 (5/98) (BACK)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MRKP0000271092

## Item 19
## Financial Disclosure

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271093

Finasteride 1 mg–5-Year Data
Item 19 - Financial Disclosure Information

**Financial Disclosure Information**

A.     **Introduction**

In compliance with the U.S. Food and Drug Administration's regulation *Financial Disclosure by Clinical Investigators* published February 02, 1998 and revised December 31, 1998, the following item details the requested information concerning the financial interests of and compensation to investigators participating in the clinical studies presented in this application.

B.     **Discussion**

Financial Disclosure information for Protocols 047, 081, 087 and 089 are not required with the supplemental marketing application as these clinical studies do not meet the definition of a "covered study" as defined by the regulation (21 CFR 54.2(e)).

Clinical Study Reports for Protocols 047, 081, 087 and 089 were submitted to the FDA as part of the original New Drug Application for PROPECIA™ (finasteride) (submitted December 20, 1996 and approved on December 19, 1997). Financial disclosure information is not required to be presented for Protocols 047, 081, 087 and 089 as the data have already been submitted, reviewed and approved by the Agency.

New supportive information is provided in this submission in the form of a combined Clinical Study Report for Protocols 104 and 106. As agreed to in Dr. Tamra Goodrow's (MRL) telephone conversations of February 14, 2001 with Ms. Linda Carter, Office of Review Management and of February 15, 2001 with Ms. Millie Wright, Project Manager, Division of Dermatologic and Dental Drug Products, we will be submitting financial disclosure information for investigators for Protocols 104 and 106 within 2 months of submission of this application.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                                  **MRKP0000271094**

# Item 20
# Other - Regulatory Background

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**MRKP0000271095**

Finasteride 1 mg—5-Year Data
Item 20 - Other

## Regulatory Background Information

The following section outlines and summaries the regulatory history leading up to the submission of this supplemental New Drug Application (sNDA).

### Phase IV Commitments

Reference is made to the Phase IV Commitments included in the FDA approval letter dated December 19, 1997 for NDA 20-788: PROPECIA™ (finasteride). With this submission, Merck Research Laboratories (MRL), a division of Merck & Co., Inc., is submitting clinical study reports which include safety data from long-term extensions of our Phase II and Phase III studies (Protocols 047, 081, 087 and 089) that address Phase IV Commitment #3, which states: "Conduct follow up of patients from clinical studies to determine any long-term unwanted effects that may be related to finasteride use."

### Financial Disclosure

Reference is made to 21 CFR Part 54, regulation *Financial Disclosure by Clinical Investigators* published February 02, 1998 and revised December 31, 1998. Clinical Study Reports for Protocols 047, 081, 087 and 089 were submitted to the FDA as part of the original New Drug Application for PROPECIA™ (finasteride) (submitted December 20, 1996 and approved on December 19, 1997). Financial disclosure information is not required to be presented for Protocols 047, 081, 087 and 089 as the data have already been submitted, reviewed and approved by the Agency.

New supportive information is provided in this submission in the form of a combined Clinical Study Report for Protocols 104 and 106. As agreed to in Dr. Tamra Goodrow's (MRL) telephone conversations of February 14, 2001 with Ms. Linda Carter, Office of Review Management and of February 15, 2001 with Ms. Millie Wright, Project Manager, Division of Dermatologic and Dental Drug Products, we will be submitting financial disclosure information for investigators for Protocols 104 and 106 within 2 months of submission of this application.

### Case Report Tabulations

As agreed to in a telephone conversation of February 23, 2001 between Ms. Millie Wright, Project Manager, Division of Dermatologic and Dental Drug Products, and Dr. Tamra Goodrow, of MRL, SAS transport files for Phase II Protocols 047 and 081 (Clinical Study Reports included for 047 and 081) will not be required at the time of the initial filling of this sNDA. After evaluation of the Clinical Study Reports for 047 and 081, if the FDA Reviewers would like SAS transport files for these Protocols, MRL will provide these files. Note that SAS transport files for Protocols 087, 089, 104 and 106 are provided in this submission.

1

MRKP0000271096

**Labeling**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

MRKP0000271097

| Labeling<br>Table of Contents | | sNDA 20-788 |
|---|---|---|
| Description | Review Copy<br>Volume Number | Archive Copy<br>folder/file name |
| I.  Labeling history | 1 | labeling/history.pdf |
| II. Labeling text | | |
|    a. Proposed labeling text | | |
|      Package Circular | 1 | labeling/proposed1.pdf |
|      Patient Product Insert | 1 | labeling/proposed2.pdf |
|    b. Currently used labeling text | | |
|      Package Circular | 1 | labeling/current1.pdf |
|      Patient Product Insert | 1 | labeling/current2.pdf |
|    c. Last approved labeling text | | |
|      Package Circular | 1 | labeling/approved1.pdf |
|      Patient Product Insert | 1 | labeling/approved2.pdf |
| III. Final Printed Package Insert | n/a | n/a |
| IV. Carton labels | n/a | n/a |
| V.  Container labels | n/a | n/a |
| VI. Other | n/a | n/a |

MRKP0000271098

# Labeling History

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271099

PROPECIA®
(finasteride) Tablets
NDA #20-788

**Draft for Approval**

**Labeling History**

a) *A complete list of the labeling changes being proposed in the current submission and the explanation for the changes.*

<u>Package Circular</u>

- **CLINICAL PHARMACOLOGY**
  *Clinical Studies*
  - Added text to define use of Neutrogena T/Gel Shampoo during the first two years of the studies.
  - Added text describing the distribution of patients in all treatment groups entering the fifth year of the clinical study.
  - Added 5-year clinical efficacy data based on hair count for all treatment groups; included deletion of a graph containing only the interim, 1-and 2-year data, and addition of a new graph containing data from Years 1-5 of the studies.
  - Added 5-year clinical efficacy data based on patient self assessment, investigator assessment, and global photographic assessment.
  - Added new sub-section heading and body text describing the results of the Phototrichogram study.
  - Revised <u>Summary of Clinical Studies</u> information to include the 5-year study results. Deleted 2-year interim conclusion and outdated information on the maintenance of clinical efficacy.

- **ADVERSE REACTIONS**
  - Updated the side effects profile with the 5 Year data.

- Editorial; deleted "Dist. by" from the Merck LOGO.
  Editorial; deleted issue date.

<u>Patient Product Information</u>

- **Results of clinical studies:**
  - Deleted information on the use of Neutrogena T/Gel Shampoo since use was not continued in Years 3-5 of the extension studies.
  - Added information based on the 5-year clinical efficacy results.

- **Will PROPECIA work for me?**
  - Deleted "during the first two years of use."

b) **The FDA approval date of the last approved labeling.**

**Package Circular:  #9090701**
Supplement # 20-788 Original Application
Submission Date:  20 December 1996
Date of Approval:  19 December 1997
Distribution Date:  01 September 1998

Submission of original NDA for the treatment of men with male pattern hair loss (androgenetic alopecia) to increase hair growth and prevent further hair loss.

**Patient Product Information:  #9090801**
Supplement #: 20-788 Original Application
Submission Date: 20 December 1996
Date of Approval: 19 December 1997
Distribution Date: 01 September 1998

Submission of original NDA for the treatment of men with male pattern hair loss (androgenetic alopecia) to increase hair growth and prevent further hair loss.

c.) **A history of all changes implemented since the last approved labeling.**

**Package Circular: 9090702**
Supplement #: 20-788/S-004
Submission Date: 01 April 1999 as Changes Being Effected
Date of Approval: Pending
Distribution Date: 01 October 1999

ADVERSE REACTIONS - Added testicular pain to the clinical studies section. Added new sub-section which lists the adverse effects identified during postmarketing experience including rash, pruritis, urticaria, and swelling of the lips and face; and testicular pain. Deleted reference to adverse effects reported for PROSCAR.

**Patient Product Information: 9090802**
Supplement #: 20-788/S-004
Submission Date: 01 April 1999 as Changes Being Effected
Date of Approval: Pending
Distribution Date: 01 October 1999

What are the possible side effects of PROPECIA? – Added list of side effects derived from postmarketing experience (allergic reactions including rash, itching, hives, and swelling of the lips and face; problems with ejaculation; breast tenderness and enlargement; and testicular pain). Deleted reference to side effects reported for PROSCAR.

**Package Circular: 9090703**
Supplement #: 20-788/S-005 as Changes Being Effected
Submission Date: 24 August 1999
Date of Approval: Pending
Distribution Date: 01 May 2000

PRECAUTIONS - Added subsection for compliance with the Geriatric Final Rule. States that clinical efficacy studies with PROPECIA did not include subjects aged 65 and over and, based on pharmacokinetics, no dosage adjustment is necessary in the elderly. HOW

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SUPPLIED – Editorial; registered the trademark for PROPAK and revised the footnote. COMPANY SIGNATURE – Editorial; revised corporate address.

**Patient Product Information: 9090803**
Annual Report Changes
Submission Date: 16 February 2000
Distribution Date: 01 May 2000

Editorial; registered the trademark for the logo and revised the corporate address.

**Package Circular: 9328500**
Annual Report Changes
Submission Date: 09 February 2001
Distribution Date: This circular will be used when circular #9090703 is depleted.

HOW SUPPLIED - Editorial revision to product number and to the description of the product image.

**Patient Product Information: 9329300**
Annual Report Changes
Submission Date: 09 February 2001
Distribution Date: This circular will be used when circular #9090803 is depleted.

Inserted depiction of the new tablet image. Revised telephone number. Added website.

**d.)   A list of the supplements pending approval that may affect the review of the labeling in the current submission.**

**Package Circular:**
Supplement #: 20-788/S-002
Submission Date: 9 November 1998 as draft for approval
Date of Approval: Pending
FDA Letter of Acknowledgment: 17 November 1998

This supplement provides revised labeling based on a commitment to work with the FDA to upgrade and provide consistency between the PROSCAR and the PROPECIA labels.

**Patient Package Information:**
Supplement #: 20-788/S-002
Submission Date: 9 November 1998 as draft for approval
Date of Approval: Pending
FDA Letter of Acknowledgment: 17 November 1998

This supplement provides revised labeling based on a commitment to work with the FDA to upgrade and provide consistency between the PROSCAR and the PROPECIA labels.

**Package Circular:**
Supplement #: 20-788/S-003
Submission Date: 28 January 99 as draft for approval
Date of Approval: Pending
FDA Letter of Acknowledgment: 5 February 1999

This supplement provides information regarding lack of efficacy of finasteride in increasing hair growth in postmenopausal women (Protocol #101). Revised CLINICAL PHARMACOLOGY and INDICATIONS AND USAGE sections.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Patient Package Information:**
Supplement #: 20-788/S-003
Submission Date: 28 January 99 as draft for approval
Date of Approval: Pending
FDA Letter of Acknowledgment: 5 February 1999

Will PROPECIA work for me? – Added information regarding the lack of efficacy in postmenopausal women with androgenetic alopecia. Who should NOT take PROPECIA? – Added cross-reference to A Warning about PROPECIA and Pregnancy. Provided separate bullet point regarding use in children.

**Package Circular: 9090702**
Supplement #: 20-788/S-004
Submission Date: 01 April 1999 as Changes Being Effected
Date of Approval: Pending
Distribution Date: 01 October 1999

**Patient Product Information: 9090802**
Supplement #: 20-788/S-004
Submission Date: 01 April 1999 as Changes Being Effected
Date of Approval: Pending
Distribution Date: 01 October 1999

**Package Circular: 9090703**
Supplement #: 20-788/S-005 as Changes Being Effected
Submission Date: 24 August 1999
Date of Approval: Pending
Distribution Date: 01 May 2000

**Proposed Labeling Text
Package Circular**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**MRKP0000271104**

**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

9328500

# PROPECIA*
## (Finasteride)
Tablets, 1 mg

### DESCRIPTION

PROPECIA* (finasteride), a synthetic 4-azasteroid compound, is a specific inhibitor of steroid Type II $5\alpha$-reductase, an intracellular enzyme that converts the androgen testosterone into $5\alpha$-dihydrotestosterone (DHT).

Finasteride is 4-azaandrost-1-ene-17-carboxamide, $N$-(1,1-dimethylethyl)-3-oxo-,(5 $\alpha$,17$\beta$)-. The empirical formula of finasteride is $C_{23}H_{36}N_2O_2$ and its molecular weight is 372.55. Its structural formula is:



Finasteride is a white crystalline powder with a melting point near 250°C. It is freely soluble in chloroform and in lower alcohol solvents but is practically insoluble in water.

PROPECIA tablets for oral administration are film-coated tablets that contain 1 mg of finasteride and the following inactive ingredients: lactose monohydrate, microcrystalline cellulose, pregelatinized starch, sodium starch glycolate, docusate sodium, magnesium stearate, hydroxypropyl methylcellulose 2910, hydroxypropyl cellulose, titanium dioxide, talc, yellow ferric oxide, and red ferric oxide.

### CLINICAL PHARMACOLOGY

Finasteride is a competitive and specific inhibitor of Type II $5\alpha$-reductase, an intracellular enzyme that converts the androgen testosterone into DHT. Two distinct isozymes are found in mice, rats, monkeys, and humans: Type I and II. Each of these isozymes is differentially expressed in tissues and developmental stages. In humans, Type I $5\alpha$-reductase is predominant in the sebaceous glands of most regions of skin, including scalp, and liver. Type I $5\alpha$-reductase is responsible for approximately one-third of circulating DHT. The Type II $5\alpha$-reductase isozyme is primarily found in prostate, seminal vesicles, epididymides, and hair follicles as well as liver, and is responsible for two-thirds of circulating DHT.

In humans, the mechanism of action of finasteride is based on its preferential inhibition of the Type II isozyme. Using native tissues (scalp and prostate), *in vitro* binding studies examining the potential of finasteride to inhibit either isozyme revealed a 100-fold selectivity for the human Type II $5\alpha$-reductase over Type I isozyme ($IC_{50}$=500 and 4.2 nM for Type I and II, respectively). For both isozymes, the inhibition by finasteride is accompanied by reduction of the inhibitor to dihydrofinasteride and adduct formation with NADP+. The turnover for the enzyme complex is slow ($t_{1/2}$ approximately 30 days for the Type II enzyme complex and 14 days for the Type I complex).

Finasteride has no affinity for the androgen receptor and has no androgenic, antiandrogenic, estrogenic, antiestrogenic, or progestational effects. Inhibition of Type II $5\alpha$-reductase blocks the peripheral conversion of testosterone to DHT, resulting in significant decreases in serum and tissue DHT concentrations. Finasteride produces a rapid reduction in serum DHT concentration, reaching 65% suppression within 24 hours of oral dosing with a 1-mg tablet.

*   Registered trademark of MERCK & CO., INC.
    COPYRIGHT · MERCK & CO., INC., 1997
    All rights reserved.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PROPECIA` (Finasteride) Tablets, 1 mg                                                        9328500

In men with male pattern hair loss (androgenetic alopecia), the balding scalp contains miniaturized hair follicles and increased amounts of DHT compared with hairy scalp. Administration of finasteride decreases scalp and serum DHT concentrations in these men. The relative contributions of these reductions to the treatment effect of finasteride have not been defined. By this mechanism, finasteride appears to interrupt a key factor in the development of androgenetic alopecia in those patients genetically predisposed.

Finasteride had no effect on circulating levels of cortisol, thyroid-stimulating hormone, or thyroxine, nor did it affect the plasma lipid profile (e.g., total cholesterol, low-density lipoproteins, high-density lipoproteins and triglycerides) or bone mineral density. In studies with finasteride, no clinically meaningful changes in luteinizing hormone (LH) or follicle-stimulating hormone (FSH) were detected. In healthy volunteers, treatment with finasteride did not alter the response of LH and FSH to gonadotropin-releasing hormone, indicating that the hypothalamic-pituitary-testicular axis was not affected. Mean circulating levels of testosterone and estradiol were increased by approximately 15% as compared to baseline, but these remained within the physiologic range.

*Pharmacokinetics*

Following an oral dose of $^{14}$C-finasteride in man, a mean of 39% (range, 32-46%) of the dose was excreted in the urine in the form of metabolites; 57% (range, 51-64%) was excreted in the feces. The major compound isolated from urine was the monocarboxylic acid metabolite; virtually no unchanged drug was recovered. The t-butyl side chain monohydroxylated metabolite has been isolated from plasma. These metabolites possessed no more than 20% of the $5\alpha$-reductase inhibitory activity of finasteride.

In a study in 15 healthy male subjects, the mean bioavailability of finasteride 1-mg tablets was 65% (range 26-170%), based on the ratio of AUC relative to a 5-mg intravenous dose infused over 60 minutes. Following intravenous infusion, mean plasma clearance was 165 mL/min (range, 70-279 mL/min) and mean steady-state volume of distribution was 76 liters (range, 44-96 liters). In a separate study, the bioavailability of finasteride was not affected by food.

Approximately 90% of circulating finasteride is bound to plasma proteins. Finasteride has been found to cross the blood-brain barrier.

There is a slow accumulation phase for finasteride after multiple dosing. At steady state following dosing with 1 mg/day, maximum finasteride plasma concentration averaged 9.2 ng/mL (range, 4.9-13.7 ng/mL) and was reached 1 to 2 hours postdose; $AUC_{(0-24\ hr)}$ was 53 ng·hr/mL (range, 20-154 ng·hr/mL) and mean terminal half-life of elimination was 4.8 hours (range, 3.3-13.4 hours).

Semen levels have been measured in 35 men taking finasteride 1 mg daily for 6 weeks. In 60% (21 of 35) of the samples, finasteride levels were undetectable. The mean finasteride level was 0.26 ng/mL and the highest level measured was 1.52 ng/mL. Using this highest level measured and assuming 100% absorption from a 5-mL ejaculate per day, human exposure through vaginal absorption would be up to 7.6 ng per day, which is 750 times lower than the exposure from the no-effect dose for developmental abnormalities in Rhesus monkeys (see PRECAUTIONS, *Pregnancy*).

The elimination rate of finasteride decreases somewhat with age. Mean terminal half-life is approximately 5-6 hours in men 18-60 years of age and 8 hours in men more than 70 years of age. These findings are of no clinical significance, and a reduction in dosage in the elderly is not warranted.

No dosage adjustment is necessary in patients with renal insufficiency. In patients with chronic renal impairment (creatinine clearance ranging from 9.0 to 55 mL/min), the values for AUC, maximum plasma concentration, half-life, and protein binding after a single dose of $^{14}$C-finasteride were similar to those obtained in healthy volunteers. Urinary excretion of metabolites was decreased in patients with renal impairment. This decrease was associated with an increase in fecal excretion of metabolites. Plasma concentrations of metabolites were significantly higher in patients with renal impairment (based on a 60% increase in total radioactivity AUC). Furthermore, finasteride has been well tolerated in men with normal renal function receiving up to 80 mg/day for 12 weeks where exposure of these patients to metabolites would presumably be much greater.

*Clinical Studies*

The efficacy of PROPECIA was demonstrated in men (88% Caucasian) with mild to moderate androgenetic alopecia (male pattern hair loss) between 18 and 41 years of age. In order to prevent seborrheic dermatitis which might confound the assessment of hair growth in these studies, all men, whether treated with finasteride or placebo, were instructed to use a specified, medicated, tar-based shampoo (Neutrogena T/Gel®** Shampoo) during the first 2 years of the studies.

There were three double-blind, randomized, placebo-controlled studies of 12-month duration. The two primary endpoints were hair count and patient self-assessment; the two secondary endpoints were

---

** Registered trademark of Johnson & Johnson

2

PROPECIA˙ (Finasteride) Tablets, 1 mg                                                9328500

investigator assessment and ratings of photographs. The three studies were conducted in 1,879 men with mild to moderate, but not complete, hair loss. Two of the studies enrolled men with predominantly mild to moderate vertex hair loss (n=1,553). The third enrolled men having mild to moderate hair loss in the anterior mid-scalp area with or without vertex balding (n=326).

Two studies on Vertex Baldness

Of the men who completed the first 12 months of the two vertex baldness trials, 1,215 elected to continue in double-blind, placebo-controlled, 12-month extension studies. There were 547 men receiving PROPECIA for both the initial study and first extension periods (up to 2 years of treatment) and 60 men receiving placebo for the same periods. The extension studies were continued for 3 additional years, with 323 men on PROPECIA and 23 on placebo entering the fifth year of the study.

In order to evaluate the effect of discontinuation of therapy, there were 65 men who received PROPECIA for the initial 12 months followed by placebo in the first 12-month extension period. Some of these men continued in additional extension studies and were switched back to treatment with PROPECIA, with 32 men entering the fifth year of the study. Lastly, there were 543 men who received placebo for the initial 12 months followed by PROPECIA in the first 12-month extension period. Some of these men continued in additional extension studies receiving PROPECIA, with 290 men entering the fifth year of the study (see Figure below).

Hair counts were assessed by photographic enlargements of a representative area of active hair loss. In these two studies in men with vertex baldness, significant increases in hair count were demonstrated at 6 and 12 months in men treated with PROPECIA, while significant hair loss from baseline was demonstrated in those treated with placebo. At 12 months there was a 107-hair difference from placebo (p<0.001, PROPECIA [n=679 evaluable men] vs placebo [n=672 evaluable men]) within a 1-inch diameter circle (5.1 cm$^2$). Hair count was maintained in those men taking PROPECIA for up to 2 years, resulting in a 138-hair difference between treatment groups (p<0.001, PROPECIA [n=433 evaluable men] vs placebo [n=47 evaluable men]) within the same area. In men treated with PROPECIA, the maximum improvement in hair count compared to baseline was achieved during the first 2 years, and hair count was maintained above baseline throughout the 5 years of the studies. The difference between treatment groups also continued to increase throughout the studies, resulting in a 277-hair difference (p<0.001, PROPECIA [n=219 evaluable men] vs placebo [n=15 evaluable men]) at 5 years. Thus, compared to baseline, hair loss did not progress further in the majority of men treated with PROPECIA; in contrast, hair loss progressively worsened in all men in the placebo group (see Figure below).

Patients who switched from placebo to PROPECIA (n=426 evaluable men) had a decrease in hair count at the end of the initial 12-month placebo period, followed by an increase in hair count after 1 year of treatment with PROPECIA. This increase in hair count was less (56 hairs above original baseline) than the increase (91 hairs above original baseline) observed after 1 year of treatment in men initially randomized to PROPECIA. Although the increase in hair count, relative to when therapy was initiated, was comparable between these two groups, a higher absolute hair count was achieved in patients who were started on treatment with PROPECIA in the initial study. This advantage was maintained throughout the 5 years of the studies. A change of treatment from PROPECIA to placebo (n=48 evaluable men) at the end of the initial 12 months resulted in reversal of the increase in hair count 12 months later, at 24 months (see Figure below).

At 12 months, 58% of men in the placebo group had further hair loss (defined as any decrease in hair count from baseline), compared with 14% of men treated with PROPECIA. In men treated for up to 2 years, 72% of men in the placebo group demonstrated hair loss, compared with 17% of men treated with PROPECIA. At 5 years, 100% of men in the placebo group demonstrated hair loss, compared with 35% of men treated with PROPECIA.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        MRKP0000271107

PROPECIA˙  (Finasteride) Tablets, 1 mg                                               9328500



**Effect on Hair Count[†]**
Number of Hairs in a 1-Inch Diameter Circle
Mean Change ± 1 S.E.

| | Baseline | 6 | 12 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|
| ▲ 1/1/1/1/1  N = | 539 | | | | 433 | 351 | 291 | 219 |
| ● 1/P/1/1/1  N = | 64 | | | | 48 | 38 | 31 | 26 |
| △ P/1/1/1/1  N = | 534 | | | | 425 | 329 | 250 | 176 |
| ○ P/P/P/P/P N = | 60 | | | | 47 | 32 | 20 | 15 |

† Pooled data from vertex hair loss studies
†† 1 = finasteride, 1 mg
††† P = placebo

Patient self-assessment was obtained at each clinic visit from a self-administered questionnaire, which included questions on their perception of hair growth, hair loss, and appearance. This self-assessment demonstrated an increase in amount of hair, a decrease in hair loss, and improvement in appearance in men treated with PROPECIA. Overall improvement compared with placebo was seen as early as 3 months ($p<0.05$), with continued improvement over 5 years.

Investigator assessment was based on a 7-point scale evaluating increases or decreases in scalp hair at each patient visit. This assessment showed significantly greater increases in hair growth in men treated with PROPECIA compared with placebo as early as 3 months ($p<0.001$). At 12 months, the investigators rated 65% of men treated with PROPECIA as having increased hair growth compared with 37% in the placebo group. At 2 years, the investigators rated 80% of men treated with PROPECIA as having increased hair growth compared with 47% of men treated with placebo. At 5 years, the investigators rated 77% of men treated with PROPECIA as having increased hair growth, compared with 15% of men treated with placebo.

An independent panel rated standardized photographs of the head in a blinded fashion based on increases or decreases in scalp hair using the same 7-point scale as the investigator assessment. At 12 months, 48% of men treated with PROPECIA had an increase as compared with 7% of men treated with placebo. At 2 years, an increase in hair growth was demonstrated in 66% of men treated with PROPECIA, compared with 7% of men treated with placebo. At 5 years, an increase in hair growth was demonstrated in 48% of men treated with PROPECIA, compared with 6% of men treated with placebo. Based on this assessment, 10% of men treated with PROPECIA for 5 years were rated as having lost hair, compared with 75% of men in the placebo group. These results demonstrate that 90% of the men treated with PROPECIA had no further visible progression of hair loss, compared with 25% of men treated with placebo, based on ratings of either no change or increased hair growth.

In one of the two vertex baldness studies, patients were questioned on non-scalp body hair growth. PROPECIA did not appear to affect non-scalp body hair.

Study on Hair Loss in the Anterior Mid-Scalp Area

A study of 12-month duration, designed to assess the efficacy of PROPECIA in men with hair loss in the anterior mid-scalp area, also demonstrated significant increases in hair count compared with placebo. Increases in hair count were accompanied by improvements in patient self-assessment, investigator assessment, and ratings based on standardized photographs. Hair counts were obtained in the anterior mid-scalp area, and did not include the area of bitemporal recession or the anterior hairline.

4

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                                    **MRKP0000271108**

PROPECIA⋅ (Finasteride) Tablets, 1 mg                                                    9328500⋅

Phototrichogram Study
      A 48-week, placebo-controlled study designed to assess the effect of PROPECIA on the phases of the hair-growth cycle (growing phase [anagen] and resting phase [telogen]) in vertex baldness enrolled 212 men with androgenetic alopecia. At baseline and 48 weeks, total, telogen, and anagen hair counts were obtained in a 1-cm$^2$ target area of the scalp. Treatment with PROPECIA led to improvements in anagen hair counts, while men in the placebo group lost anagen hair. At 48 weeks, men treated with PROPECIA showed net increases in total and anagen hair counts of 17 hairs (p<0.001) and 27 hairs (p<0.001), respectively, compared to placebo. This increase in anagen hair count, compared to total hair count, led to a net improvement in the anagen-to-telogen ratio of 47% (p<0.001) at 48 weeks for men treated with PROPECIA, compared to placebo. These data provide direct evidence that treatment with PROPECIA promotes the conversion of hair follicles into the actively growing phase.

Summary of Clinical Studies
      Clinical studies were conducted in men aged 18 to 41 with mild to moderate degrees of androgenetic alopecia. All men treated with PROPECIA or placebo received a tar-based shampoo (Neutrogena T/Gel$^{®*}$ Shampoo) during the first 2 years of the studies. Clinical improvement was seen as early as 3 months in the patients treated with PROPECIA and led to a net increase in scalp hair count and hair regrowth. In clinical studies for up to 5 years, treatment with PROPECIA prevented the further progression of hair loss observed in the placebo group. In general, the difference between treatment groups continued to increase throughout the 5 years of the studies.

Ethnic Analysis of Clinical Data
      In a combined analysis of the two studies on vertex baldness, mean hair count changes from baseline were 91 vs -19 hairs (PROPECIA vs placebo) among Caucasians (n=1,185), 49 vs -27 hairs among Blacks (n=84), 53 vs -38 hairs among Asians (n=17), 67 vs 5 hairs among Hispanics (n=45) and 67 vs -15 hairs among other ethnic groups (n=20). Patient self-assessment showed improvement across racial groups with PROPECIA treatment, except for satisfaction of the frontal hairline and vertex in Black men, who were satisfied overall.
      A sexual function questionnaire was self-administered by patients participating in the two vertex baldness trials to detect more subtle changes in sexual function. At Month 12, statistically significant differences in favor of placebo were found in 3 of 4 domains (sexual interest, erections, and perception of sexual problems). However, no significant difference was seen in the question on overall satisfaction with sex life.

**INDICATIONS AND USAGE**

      PROPECIA is indicated for the treatment of male pattern hair loss (androgenetic alopecia) in **MEN ONLY**. Safety and efficacy were demonstrated in men between 18 to 41 years of age with mild to moderate hair loss of the vertex and anterior mid-scalp area (See CLINICAL PHARMACOLOGY, *Clinical Studies*).
      Efficacy in bitemporal recession has not been established.
      PROPECIA is not indicated in women (see CONTRAINDICATIONS).
      PROPECIA is not indicated in children (see PRECAUTIONS, *Pediatric Use*).

**CONTRAINDICATIONS**

      PROPECIA is contraindicated in the following:
      Pregnancy. Finasteride use is contraindicated in women when they are or may potentially be pregnant. Because of the ability of 5α-reductase inhibitors to inhibit the conversion of testosterone to DHT, finasteride may cause abnormalities of the external genitalia of a male fetus of a pregnant woman who receives finasteride. If this drug is used during pregnancy, or if pregnancy occurs while taking this drug, the pregnant woman should be apprised of the potential hazard to the male fetus. (See also WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; and PRECAUTIONS, *Information for Patients* and *Pregnancy*.) In female rats, low doses of finasteride administered during pregnancy have produced abnormalities of the external genitalia in male offspring.
      Hypersensitivity to any component of this medication.

**WARNINGS**

      PROPECIA is not indicated for use in pediatric patients (See INDICATIONS AND USAGE; and PRECAUTIONS, *Pediatric Use*) or women (see also PRECAUTIONS, *Information for Patients* and *Pregnancy;* and HOW SUPPLIED, *Storage and Handling*).

5

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    MRKP0000271109

PROPECIA<sup>*</sup>   (Finasteride) Tablets, 1 mg                                           9328500

EXPOSURE OF WOMEN - RISK TO MALE FETUS
    Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets have not been broken or crushed. (see also CONTRAINDICATIONS; PRECAUTIONS, *Information for Patients* and *Pregnancy;* and HOW SUPPLIED, *Storage and Handling.*)

## PRECAUTIONS

*General*
    Caution should be used in the administration of PROPECIA in patients with liver function abnormalities, as finasteride is metabolized extensively in the liver.
*Information for Patients*
    Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets have not been broken or crushed. (See also CONTRAINDICATIONS; WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; PRECAUTIONS, *Pregnancy;* and HOW SUPPLIED, *Storage and Handling.*)
See also Patient Package Insert.
*Drug/Laboratory Test Interactions*
    In clinical studies with PROPECIA in men 18-41 years of age, the mean value of serum prostate-specific antigen (PSA) decreased from 0.7 ng/mL at baseline to 0.5 ng/mL at Month 12. When finasteride is used in older men who have benign prostatic hyperplasia (BPH), PSA levels are decreased by approximately 50%. Until further information is gathered in men >41 years of age without BPH, consideration should be given to doubling the PSA level in men undergoing this test while taking PROPECIA.
*Drug Interactions*
    No drug interactions of clinical importance have been identified. Finasteride does not appear to affect the cytochrome P450-linked drug metabolizing enzyme system. Compounds that have been tested in man include antipyrine, digoxin, propranolol, theophylline, and warfarin and no interactions were found.
    *Other concomitant therapy:* Although specific interaction studies were not performed, finasteride doses of 1 mg or more were concomitantly used in clinical studies with acetaminophen, $\alpha$-blockers, analgesics, angiotensin-converting enzyme (ACE) inhibitors, anticonvulsants, benzodiazepines, beta blockers, calcium-channel blockers, cardiac nitrates, diuretics, $H_2$ antagonists, HMG-CoA reductase inhibitors, prostaglandin synthetase inhibitors (NSAIDs), and quinolone anti-infectives without evidence of clinically significant adverse interactions.
*Carcinogenesis, Mutagenesis, Impairment of Fertility*
    No evidence of a tumorigenic effect was observed in a 24-month study in Sprague-Dawley rats receiving doses of finasteride up to 160 mg/kg/day in males and 320 mg/kg/day in females. These doses produced respective systemic exposure in rats of 888 and 2,192 times those observed in man receiving the recommended human dose of 1 mg/day. All exposure calculations were based on calculated $AUC_{(0-24\ hr)}$ for animals and mean $AUC_{(0-24\ hr)}$ for man (0.05 $\mu$g·hr/mL).
    In a 19-month carcinogenicity study in CD-1 mice, a statistically significant ($p \leq 0.05$) increase in the incidence of testicular Leydig cell adenomas was observed at a dose of 250 mg/kg/day (1,824 times the human exposure). In mice at a dose of 25 mg/kg/day (184 times the human exposure, estimated) and in rats at a dose of $\geq$40 mg/kg/day (312 times the human exposure) an increase in the incidence of Leydig cell hyperplasia was observed. A positive correlation between the proliferative changes in the Leydig cells and an increase in serum LH levels (2-3 fold above control) has been demonstrated in both rodent species treated with high doses of finasteride. No drug-related Leydig cell changes were seen in either rats or dogs treated with finasteride for 1 year at doses of 20 mg/kg/day and 45 mg/kg/day (240 and 2,800 times, respectively, the human exposure) or in mice treated for 19 months at a dose of 2.5 mg/kg/day (18.4 times the human exposure).
    No evidence of mutagenicity was observed in an *in vitro* bacterial mutagenesis assay, a mammalian cell mutagenesis assay, or in an *in vitro* alkaline elution assay. In an *in vitro* chromosome aberration assay, when Chinese hamster ovary cells were treated with high concentrations (450-550 $\mu$mol) of finasteride, there was a slight increase in chromosome aberrations. These concentrations correspond to 18,000-22,000 times the peak plasma levels in man given a total dose of 1 mg. Further, the

6

PROPECIA˙ (Finasteride) Tablets, 1 mg                                                      9328500

concentrations (450-550 µmol) used in *in vitro* studies are not achievable in a biological system. In an *in vivo* chromosome aberration assay in mice, no treatment-related increase in chromosome aberration was observed with finasteride at the maximum tolerated dose of 250 mg/kg/day (1,824 times the human exposure, estimated) as determined in the carcinogenicity studies.

In sexually mature male rabbits treated with finasteride at 80 mg/kg/day (4,344 times the estimated human exposure) for up to 12 weeks, no effect on fertility, sperm count, or ejaculate volume was seen. In sexually mature male rats treated with 80 mg/kg/day of finasteride (488 times the estimated human exposure), there were no significant effects on fertility after 6 or 12 weeks of treatment; however, when treatment was continued for up to 24 or 30 weeks, there was an apparent decrease in fertility, fecundity, and an associated significant decrease in the weights of the seminal vesicles and prostate. All these effects were reversible within 6 weeks of discontinuation of treatment. No drug-related effect on testes or on mating performance has been seen in rats or rabbits. This decrease in fertility in finasteride-treated rats is secondary to its effect on accessory sex organs (prostate and seminal vesicles) resulting in failure to form a seminal plug. The seminal plug is essential for normal fertility in rats but is not relevant in man.

*Pregnancy*
*Teratogenic Effects: Pregnancy Category X*
See CONTRAINDICATIONS.
PROPECIA is not indicated for use in women.

Administration of finasteride to pregnant rats at doses ranging from 100 µg/kg/day to 100 mg/kg/day (5-5,000 times the recommended human dose of 1 mg/day) resulted in dose-dependent development of hypospadias in 3.6 to 100% of male offspring. Pregnant rats produced male offspring with decreased prostatic and seminal vesicular weights, delayed preputial separation, and transient nipple development when given finasteride at $\geq$30 µg/kg/day ($\geq$1.5 times the recommended human dose of 1 mg/day) and decreased anogenital distance when given finasteride at $\geq$3 µg/kg/day (one-fifth the recommended human dose of 1 mg/day). The critical period during which these effects can be induced in male rats has been defined to be days 16-17 of gestation. The changes described above are expected pharmacological effects of drugs belonging to the class of Type II 5$\alpha$-reductase inhibitors and are similar to those reported in male infants with a genetic deficiency of Type II 5$\alpha$-reductase. No abnormalities were observed in female offspring exposed to any dose of finasteride *in utero*.

No developmental abnormalities have been observed in first filial generation ($F_1$) male or female offspring resulting from mating finasteride-treated male rats (80 mg/kg/day; 488 times the human exposure) with untreated females. Administration of finasteride at 3 mg/kg/day (150 times the recommended human dose of 1 mg/day) during the late gestation and lactation period resulted in slightly decreased fertility in $F_1$ male offspring. No effects were seen in female offspring. No evidence of malformations has been observed in rabbit fetuses exposed to finasteride *in utero* from days 6-18 of gestation at doses up to 100 mg/kg/day (5000 times the recommended human dose of 1 mg/day). However, effects on male genitalia would not be expected since the rabbits were not exposed during the critical period of genital system development.

The *in utero* effects of finasteride exposure during the period of embryonic and fetal development were evaluated in the rhesus monkey (gestation days 20-100), a species more predictive of human development than rats or rabbits. Intravenous administration of finasteride to pregnant monkeys at doses as high as 800 ng/day (at least 750 times the highest estimated exposure of pregnant women to finasteride from semen of men taking 1 mg/day) resulted in no abnormalities in male fetuses. In confirmation of the relevance of the rhesus model for human fetal development, oral administration of a very high dose of finasteride (2 mg/kg/day; 100 times the recommended human dose of 1 mg/day or approximately 12 million times the highest estimated exposure to finasteride from semen of men taking 1 mg/day) to pregnant monkeys resulted in external genital abnormalities in male fetuses. No other abnormalities were observed in male fetuses and no finasteride-related abnormalities were observed in female fetuses at any dose.

*Nursing Mothers*
PROPECIA is not indicated for use in women.
It is not known whether finasteride is excreted in human milk.

*Pediatric Use*
PROPECIA is not indicated for use in pediatric patients.
Safety and effectiveness in pediatric patients have not been established.

7

PROPECIA ˙ (Finasteride) Tablets, 1 mg                                         9328500

*Geriatric Use*

Clinical efficacy studies with PROPECIA did not include subjects aged 65 and over. Based on pharmacokinetics, no dosage adjustment is necessary in the elderly (see CLINICAL PHARMACOLOGY, *Pharmacokinetics* ).

## ADVERSE REACTIONS

*Clinical Studies for PROPECIA (finasteride 1 mg) in the Treatment of Male Pattern Hair Loss*

In controlled clinical trials for PROPECIA of 12-month duration, 1.4% of the patients were discontinued due to adverse experiences that were considered to be possibly, probably or definitely drug-related (1.6% for placebo); 1.2% of patients on PROPECIA and 0.9% of patients on placebo discontinued therapy because of a drug-related sexual adverse experience. The following clinical adverse reactions were reported as possibly, probably or definitely drug-related in ≥1% of patients treated for 12 months with PROPECIA or placebo, respectively: decreased libido (1.8%, 1.3%), erectile dysfunction (1.3%, 0.7%) and ejaculation disorder (1.2%, 0.7%; primarily decreased volume of ejaculate: [0.8%, 0.4%]). Integrated analysis of clinical adverse experiences showed that during treatment with PROPECIA, 36 (3.8%) of 945 men had reported one or more of these adverse experiences as compared to 20 (2.1%) of 934 men treated with placebo (p=0.04). Resolution occurred in men who discontinued therapy with PROPECIA due to these side effects and in most of those who continued therapy. The incidence of each of the above side effects decreased to ≤ 0.3% by the fifth year of treatment with PROPECIA.

In a study of finasteride 1 mg daily in healthy men, a median decrease in ejaculate volume of 0.3 mL (-11%) compared with 0.2 mL (-8%) for placebo was observed after 48 weeks of treatment. Two other studies showed that finasteride at 5 times the dosage of PROPECIA (5 mg daily) produced significant median decreases of approximately 0.5 mL (-25%) compared to placebo in ejaculate volume but this was reversible after discontinuation of treatment.

In the clinical studies with PROPECIA, the incidences for breast tenderness and enlargement, hypersensitivity reactions, and testicular pain in finasteride-treated patients were not different from those in patients treated with placebo.

*Postmarketing Experience for PROPECIA (finasteride 1 mg)*

Breast tenderness and enlargement; hypersensitivity reactions including rash, pruritus, urticaria, and swelling of the lips and face; and testicular pain.

*Controlled Clinical Trials and Long-Term Open Extension Studies for PROSCAR\* (finasteride 5 mg) in the Treatment of Benign Prostatic Hyperplasia*

In controlled clinical trials for PROSCAR of 12-month duration, 1.3% of the patients were discontinued due to adverse experiences that were considered to be possibly, probably or definitely drug-related (0.9% for placebo); only one patient on PROSCAR (0.2%) and one patient on placebo (0.2%) discontinued therapy because of a drug-related sexual adverse experience. The following clinical adverse reactions were reported as possibly, probably or definitely drug-related in ≥1% of patients treated for 12 months with PROSCAR or placebo, respectively: erectile dysfunction (3.7%, 1.1%), decreased libido (3.3%, 1.6%) and decreased volume of ejaculate (2.8%, 0.9%). The adverse experience profiles for patients treated with finasteride 1 mg/day for 12 months and those maintained on PROSCAR for 24 to 48 months were similar to that observed in the 12-month controlled studies with PROSCAR. Sexual adverse experiences resolved with continued treatment in over 60% of patients who reported them.

## OVERDOSAGE

In clinical studies, single doses of finasteride up to 400 mg and multiple doses of finasteride up to 80 mg/day for three months did not result in adverse reactions. Until further experience is obtained, no specific treatment for an overdose with finasteride can be recommended.

Significant lethality was observed in male and female mice at single oral doses of 1,500 mg/m$^2$ (500 mg/kg) and in female and male rats at single oral doses of 2,360 mg/m$^2$ (400 mg/kg) and 5,900 mg/m$^2$ (1,000 mg/kg), respectively.

## DOSAGE AND ADMINISTRATION

The recommended dosage is 1 mg once a day.

PROPECIA may be administered with or without meals.

In general, daily use for three months or more is necessary before benefit is observed. Continued use is recommended to sustain benefit. Withdrawal of treatment leads to reversal of effect within 12 months.

8

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                         MRKP0000271112

PROPECIA˙ (Finasteride) Tablets, 1 mg                                        9328500

**HOW SUPPLIED**

No. 6642 — PROPECIA tablets, 1 mg, are tan, octagonal, film-coated convex tablets with "stylized P" logo on one side and PROPECIA on the other. They are supplied as follows:

**NDC** 0006-0071-31 unit of use bottles of 30

**NDC** 0006-0071-61 PROPAK®*** - carton of 3 unit of use bottles of 30.

*Storage and Handling*

Store at room temperature, 15-30°C (59-86°F). Keep container closed and protect from moisture.

Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed. (See WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; and PRECAUTIONS, *Information for Patients* and *Pregnancy.* )

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued
Printed in USA

---

\*** Registered trademark of MERCK & CO., INC.

9

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    MRKP0000271113

**Proposed Labeling Text**
**Patient Product Insert**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER MRKP0000271114

9329300

# PROPECIA®*
## (Finasteride) Tablets
## Patient Information about
## PROPECIA· (Pro-pee-sha)
Generic name: finasteride
(fin-AS-tur-eyed)

## PROPECIA** is for use by MEN ONLY.

Please read this leaflet before you start taking PROPECIA. Also, read the information included with PROPECIA each time you renew your prescription, just in case anything has changed. Remember, this leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss PROPECIA when you start taking your medication and at regular checkups.

## What is PROPECIA used for?

PROPECIA is used for the treatment of male pattern hair loss on the vertex and the anterior mid-scalp area.

PROPECIA is for use by **MEN ONLY** and should **NOT** be used by women or children.

## What is male pattern hair loss?

Male pattern hair loss is a common condition in which men experience thinning of the hair on the scalp. Often, this results in a receding hairline and/or balding on the top of the head. These changes typically begin gradually in men in their 20s.

Doctors believe male pattern hair loss is due to heredity and is dependent on hormonal effects. Doctors refer to this type of hair loss as androgenetic alopecia.

## Results of clinical studies:

For 12 months, doctors studied over 1800 men aged 18 to 41 with mild to moderate amounts of ongoing hair loss. Of these men, approximately 1200 with hair loss at the top of the head participated in additional extension studies, resulting in a total study time of up to five years. In general, men who took PROPECIA maintained or increased the number of visible scalp hairs and noticed improvement in their hair in the first year. Improvement, compared to the start of the study, continued throughout the five years of treatment. Hair counts in men who did not take PROPECIA continued to decrease.

In one study, patients were questioned on the growth of body hair. PROPECIA did not appear to affect hair in places other than the scalp.

## Will PROPECIA work for me?

For most men, PROPECIA increases the number of scalp hairs, helping to fill in thin or balding areas of the scalp. Men taking PROPECIA noted a slowing of hair loss. Although results will vary, generally you will not be able to grow back all of the hair you have lost. There is not sufficient evidence that PROPECIA works in the treatment of receding hairline in the temporal area on both sides of the head.

---

* Registered trademark of MERCK & CO., Inc.
** Registered trademark of MERCK & CO., Inc.
***Registered trademark of Johnson & Johnson
COPYRIGHT · MERCK & CO., Inc., 1997
All rights reserved.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   MRKP0000271115

PROPECIA· (Finasteride) Tablets                                                9329300

Male pattern hair loss occurs gradually over time. On average, healthy hair grows only about half an inch each month. Therefore, it will take time to see any effect.

You may need to take PROPECIA daily for three months or more before you see a benefit from taking PROPECIA. PROPECIA can only work over the long term if you continue taking it. If the drug has not worked for you in twelve months, further treatment is unlikely to be of benefit. If you stop taking PROPECIA, you will likely lose the hair you have gained within 12 months of stopping treatment. You should discuss this with your doctor.

**How should I take PROPECIA?**

Follow your doctor's instructions.

- Take one tablet by mouth each day.

- You may take PROPECIA with or without food.

- If you forget to take PROPECIA, do not take an extra tablet. Just take the next tablet as usual.

PROPECIA will not work faster or better if you take it more than once a day.

**Who should NOT take PROPECIA?**

- PROPECIA is for the treatment of male pattern hair loss in **MEN ONLY** and should not be taken by women or children.

- Anyone allergic to any of the ingredients.

**A warning about PROPECIA and pregnancy.**

- **Women who are or may potentially be pregnant:**

    - **must not use PROPECIA**

    - **should not handle crushed or broken tablets of PROPECIA.**

**If a woman who is pregnant with a male baby absorbs the active ingredient in PROPECIA, either by swallowing or through the skin, it may cause abnormalities of a male baby's sex organs. If a woman who is pregnant comes into contact with the active ingredient in PROPECIA, a doctor should be consulted. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed.**

**What are the possible side effects of PROPECIA?**

Like all prescription products, PROPECIA may cause side effects. In clinical studies, side effects from PROPECIA were uncommon and did not affect most men. A small number of men experienced certain sexual side effects. These men reported one or more of the following: less desire for sex; difficulty in achieving an erection; and, a decrease in the amount of semen. Each of these side effects occurred in less than 2% of men. These side effects went away in men who stopped taking PROPECIA. They also disappeared in most men who continued taking PROPECIA.

In general use, the following have been reported infrequently: allergic reactions including rash, itching, hives and swelling of the lips and face; problems with ejaculation; breast tenderness and enlargement; and testicular pain.

2

PROPECIA · (Finasteride) Tablets                                                  9329300

Tell your doctor promptly about these or any other unusual side effects.

| **PROPECIA can affect a blood test called PSA (Prostate-Specific Antigen) for the screening of prostate cancer. If you have a PSA test done, you should tell your doctor that you are taking PROPECIA.**

**Storage and handling.**

Keep PROPECIA in the original container and keep the container closed. Store it in a dry place at room temperature. **PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed.**

Do not give your PROPECIA tablets to anyone else. It has been prescribed only for you. Keep PROPECIA and all medications out of the reach of children.

THIS LEAFLET PROVIDES A SUMMARY OF INFORMATION ABOUT PROPECIA. IF AFTER READING THIS LEAFLET YOU HAVE ANY QUESTIONS OR ARE NOT SURE ABOUT ANYTHING, ASK YOUR DOCTOR.

**1-888-637-2522, Monday through Friday, 8:30 A.M. TO 7:00 P.M. (ET).**

www.propecia.com

Issued                                          MERCK & CO., INC.
                                                Whitehouse Station, NJ 08889, USA

3

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **MRKP0000271117**

**Current Labeling Text**
**Package Circular**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

MRKP0000271118

**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

9328500

## PROPECIA·
**(Finasteride)**
Tablets, 1 mg

### DESCRIPTION

PROPECIA* (finasteride), a synthetic 4-azasteroid compound, is a specific inhibitor of steroid Type II $5\alpha$-reductase, an intracellular enzyme that converts the androgen testosterone into $5\alpha$-dihydrotestosterone (DHT).

Finasteride is 4-azaandrost-1-ene-17-carboxamide, $N$-(1,1-dimethylethyl)-3-oxo-,(5 $\alpha$,17$\beta$)-. The empirical formula of finasteride is $C_{23}H_{36}N_2O_2$ and its molecular weight is 372.55. Its structural formula is:



Finasteride is a white crystalline powder with a melting point near 250°C. It is freely soluble in chloroform and in lower alcohol solvents but is practically insoluble in water.

PROPECIA tablets for oral administration are film-coated tablets that contain 1 mg of finasteride and the following inactive ingredients: lactose monohydrate, microcrystalline cellulose, pregelatinized starch, sodium starch glycolate, docusate sodium, magnesium stearate, hydroxypropyl methylcellulose 2910, hydroxypropyl cellulose, titanium dioxide, talc, yellow ferric oxide, and red ferric oxide.

### CLINICAL PHARMACOLOGY

Finasteride is a competitive and specific inhibitor of Type II $5\alpha$-reductase, an intracellular enzyme that converts the androgen testosterone into DHT. Two distinct isozymes are found in mice, rats, monkeys, and humans: Type I and II. Each of these isozymes is differentially expressed in tissues and developmental stages. In humans, Type I $5\alpha$-reductase is predominant in the sebaceous glands of most regions of skin, including scalp, and liver. Type I $5\alpha$-reductase is responsible for approximately one-third of circulating DHT. The Type II $5\alpha$-reductase isozyme is primarily found in prostate, seminal vesicles, epididymides, and hair follicles as well as liver, and is responsible for two-thirds of circulating DHT.

In humans, the mechanism of action of finasteride is based on its preferential inhibition of the Type II isozyme. Using native tissues (scalp and prostate), *in vitro* binding studies examining the potential of finasteride to inhibit either isozyme revealed a 100-fold selectivity for the human Type II $5\alpha$-reductase over Type I isozyme ($IC_{50}$=500 and 4.2 nM for Type I and II, respectively). For both isozymes, the inhibition by finasteride is accompanied by reduction of the inhibitor to dihydrofinasteride and adduct formation with

* Registered trademark of MERCK & CO., INC.
COPYRIGHT · MERCK & CO., INC., 1997
All rights reserved.

PROPECIA ˙  (Finasteride)  Tablets, 1 mg                                                      9328500

NADP+. The turnover for the enzyme complex is slow ($t_{1/2}$ approximately 30 days for the Type II enzyme complex and 14 days for the Type I complex).

Finasteride has no affinity for the androgen receptor and has no androgenic, antiandrogenic, estrogenic, antiestrogenic, or progestational effects. Inhibition of Type II $5\alpha$-reductase blocks the peripheral conversion of testosterone to DHT, resulting in significant decreases in serum and tissue DHT concentrations. Finasteride produces a rapid reduction in serum DHT concentration, reaching 65% suppression within 24 hours of oral dosing with a 1-mg tablet.

In men with male pattern hair loss (androgenetic alopecia), the balding scalp contains miniaturized hair follicles and increased amounts of DHT compared with hairy scalp. Administration of finasteride decreases scalp and serum DHT concentrations in these men. The relative contributions of these reductions to the treatment effect of finasteride have not been defined. By this mechanism, finasteride appears to interrupt a key factor in the development of androgenetic alopecia in those patients genetically predisposed.

Finasteride had no effect on circulating levels of cortisol, thyroid-stimulating hormone, or thyroxine, nor did it affect the plasma lipid profile (e.g., total cholesterol, low-density lipoproteins, high-density lipoproteins and triglycerides) or bone mineral density. In studies with finasteride, no clinically meaningful changes in luteinizing hormone (LH) or follicle-stimulating hormone (FSH) were detected. In healthy volunteers, treatment with finasteride did not alter the response of LH and FSH to gonadotropin-releasing hormone, indicating that the hypothalamic-pituitary-testicular axis was not affected. Mean circulating levels of testosterone and estradiol were increased by approximately 15% as compared to baseline, but these remained within the physiologic range.

*Pharmacokinetics*

Following an oral dose of [14]C-finasteride in man, a mean of 39% (range, 32-46%) of the dose was excreted in the urine in the form of metabolites; 57% (range, 51-64%) was excreted in the feces. The major compound isolated from urine was the monocarboxylic acid metabolite; virtually no unchanged drug was recovered. The t-butyl side chain monohydroxylated metabolite has been isolated from plasma. These metabolites possessed no more than 20% of the $5\alpha$-reductase inhibitory activity of finasteride.

In a study in 15 healthy male subjects, the mean bioavailability of finasteride 1-mg tablets was 65% (range 26-170%), based on the ratio of AUC relative to a 5-mg intravenous dose infused over 60 minutes. Following intravenous infusion, mean plasma clearance was 165 mL/min (range, 70-279 mL/min) and mean steady-state volume of distribution was 76 liters (range, 44-96 liters). In a separate study, the bioavailability of finasteride was not affected by food.

Approximately 90% of circulating finasteride is bound to plasma proteins. Finasteride has been found to cross the blood-brain barrier.

There is a slow accumulation phase for finasteride after multiple dosing. At steady state following dosing with 1 mg/day, maximum finasteride plasma concentration averaged 9.2 ng/mL (range, 4.9-13.7 ng/mL) and was reached 1 to 2 hours postdose; $AUC_{(0-24 \, hr)}$ was 53 ng⎕hr/mL (range, 20-154 ng⎕hr/mL) and mean terminal half-life of elimination was 4.8 hours (range, 3.3-13.4 hours).

Semen levels have been measured in 35 men taking finasteride 1 mg daily for 6 weeks. In 60% (21 of 35) of the samples, finasteride levels were undetectable. The mean finasteride level was 0.26 ng/mL and the highest level measured was 1.52 ng/mL. Using this highest semen level measured and assuming 100% absorption from a 5-mL ejaculate per day, human exposure through vaginal absorption would be up to 7.6 ng per day, which is 750 times lower than the exposure from the no-effect dose for developmental abnormalities in Rhesus monkeys (see PRECAUTIONS, *Pregnancy*).

The elimination rate of finasteride decreases somewhat with age. Mean terminal half-life is approximately 5-6 hours in men 18-60 years of age and 8 hours in men more than 70 years of age. These findings are of no clinical significance, and a reduction in dosage in the elderly is not warranted.

No dosage adjustment is necessary in patients with renal insufficiency. In patients with chronic renal impairment (creatinine clearance ranging from 9.0 to 55 mL/min), the values for AUC, maximum plasma concentration, half-life, and protein binding after a single dose of [14]C-finasteride were similar to those obtained in healthy volunteers. Urinary excretion of metabolites was decreased in patients with renal impairment. This decrease was associated with an increase in fecal excretion of metabolites. Plasma concentrations of metabolites were significantly higher in patients with renal impairment (based on a 60%

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271120

PROPECIA˙  (Finasteride) Tablets, 1 mg                                           9328500

increase in total radioactivity AUC). Furthermore, finasteride has been well tolerated in men with normal renal function receiving up to 80 mg/day for 12 weeks where exposure of these patients to metabolites would presumably be much greater.

*Clinical Studies*

The efficacy of PROPECIA was demonstrated in men (88% Caucasian) with mild to moderate androgenetic alopecia (male pattern hair loss) between 18 and 41 years of age. In order to prevent seborrheic dermatitis which might confound the assessment of hair growth in these studies (controlled phase and extensions), all men, whether treated with finasteride or placebo, were instructed to use a specified, medicated, tar-based shampoo (Neutrogena T/Gel®** Shampoo).

There were three double-blind, randomized, placebo-controlled studies of 12-month duration. The two primary endpoints were hair count and patient self-assessment; the two secondary endpoints were investigator assessment and ratings of photographs. The three studies were conducted in 1,879 men with mild to moderate, but not complete, hair loss. Two of the studies enrolled men with predominantly mild to moderate vertex hair loss (n=1,553). The third enrolled men having mild to moderate hair loss in the anterior mid-scalp area with or without vertex balding (n=326).

Two studies on Vertex Baldness

Of the men who completed the first 12 months of the two vertex baldness trials, 1,215 elected to continue in double-blind, placebo-controlled, 12-month extension studies. There were 547 men receiving PROPECIA for both the initial and extension periods (up to 24 months) and 60 men receiving placebo for the same periods. In addition, there were 65 men who received PROPECIA for the initial 12 months followed by placebo in the 12-month extension period, and 543 men who received placebo for the initial 12 months followed by PROPECIA in the 12-month extension period (See Figure below).

Hair counts were assessed by photographic enlargements of a representative area of active hair loss. In these two studies in men with vertex baldness, significant increases in hair count were demonstrated at 6 and 12 months in men treated with PROPECIA, while significant hair loss from baseline was demonstrated in those treated with placebo. At 12 months there was a 107-hair difference from placebo (p<0.001, PROPECIA [n=679 evaluable men] vs placebo [n=672 evaluable men]) within a 1-inch diameter circle (5.1 cm²). Hair count was maintained in those men taking PROPECIA (n=433 evaluable men) for up to 24 months, while the placebo group (n=47 evaluable men) continued to show progressive hair loss. At 24 months, this resulted in a 138-hair difference between treatment groups (p<0.001) within the same area. Patients who switched from placebo to PROPECIA (n=426 evaluable men) at the end of the initial 12 months had an increase in hair count at 24 months. A change of treatment from PROPECIA to placebo (n=48 evaluable men) at the end of the initial 12 months resulted in reversal of the increase in hair count 12 months later, at 24 months. See figure below for combined study results.

At 12 months, 14% of men treated with PROPECIA had hair loss (defined as any decrease in hair count from baseline) compared with 58% of men in the placebo group. In men treated for up to 24 months, 17% of those treated with PROPECIA demonstrated hair loss compared with 72% of those in the placebo group.

---

** Registered trademark of Johnson & Johnson

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   MRKP0000271121

PROPECIA ·  (Finasteride)  Tablets, 1 mg                                     9328500

**Effect on Hair Count†**
Number of Hairs in a 1-Inch Diameter Circle
Mean Change ± 1 S.E.



† Pooled data from vertex hair loss studies (mean baseline hair count = 876)

†† At the end of initial 12-month period, treatment switched from PROPECIA to placebo
(————•PROPECIA/Placebo) or from placebo to PROPECIA (————Placebo/PROPECIA).

Patient self-assessment  was obtained at each clinic visit from a self-administered  questionnaire, which included questions on their perception of hair growth, hair loss, and appearance.  This self-assessment demonstrated  an increase in amount of hair, a decrease in hair loss, and improvement in appearance in men treated with PROPECIA.  Overall improvement compared with placebo was seen as early as 3 months (p<0.05), with continued improvement over 24 months.

Investigator assessment  was based on a 7-point scale evaluating increases or decreases in scalp hair at each patient visit. This assessment showed significantly greater increases in hair growth in men treated with PROPECIA compared with placebo as early as 3 months (p<0.001). At 12 months, the investigators rated 65% of men treated with PROPECIA as having increased hair growth compared with 37% in the placebo group. At 24 months, the investigators rated 80% of men treated with PROPECIA as having increased hair growth compared with 47% of men treated with placebo.

Standardized photographs of the head were assessed in a blinded fashion, at the beginning of the study and at 6, 12, 18 and 24 months. An independent panel rated increases or decreases in scalp hair on the same 7-point scale as the investigator assessment. At 12 months, 48% of men treated with PROPECIA had an increase as compared with 7% of men treated with placebo. At 24 months, an increase in hair growth was demonstrated in 66% of men treated with PROPECIA compared with 7% of men treated with placebo. Based on this assessment, continued treatment with PROPECIA resulted in further improvement. These results were observed in the context of no further increase in hair count between month 12 and month 24.

In one of the two vertex baldness studies, patients were questioned on non-scalp body hair growth. PROPECIA did not appear to affect non-scalp body hair.

<u>Study on Hair Loss in the Anterior Mid-Scalp Area</u>

A third study of 12-month duration, designed to assess the efficacy of PROPECIA in men with hair loss in the anterior mid-scalp area, also demonstrated significant increases in hair count compared with placebo. Increases in hair count were accompanied by improvements in patient self-assessment, investigator assessment, and ratings based on standardized photographs. Hair counts were obtained in the anterior mid-scalp area, and did not include the area of bitemporal recession or the anterior hairline.

<u>Summary of Clinical Studies</u>

Clinical studies were conducted in men aged 18 to 41 with mild to moderate degrees of androgenetic alopecia. All men treated with PROPECIA or placebo received a tar-based shampoo (Neutrogena T/Gel®·· Shampoo). Clinical improvement was seen as early as 3 months in the patients

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                   MRKP0000271122

PROPECIA ⋅ (Finasteride) Tablets, 1 mg                                            9328500

treated with PROPECIA and led to a net increase in scalp hair count and hair regrowth. In addition, clinical studies demonstrated slowing of hair loss with PROPECIA by patient self-assessment. These effects were maintained through the second year of treatment. Maintenance of or improvement in clinical efficacy has also been demonstrated in controlled and open-extension studies for up to 3 years.

<u>Ethnic Analysis of Clinical Data</u>

In a combined analysis of the two studies on vertex baldness, mean hair count changes from baseline were 91 vs −19 hairs (PROPECIA vs placebo) among Caucasians (n=1,185), 49 vs −27 hairs among Blacks (n=84), 53 vs −38 hairs among Asians (n=17), 67 vs 5 hairs among Hispanics (n=45) and 67 vs -15 hairs among other ethnic groups (n=20). Patient self-assessment showed improvement across racial groups with PROPECIA treatment, except for satisfaction of the frontal hairline and vertex in Black men, who were satisfied overall.

A sexual function questionnaire was self-administered by patients participating in the two vertex baldness trials to detect more subtle changes in sexual function. At Month 12, statistically significant differences in favor of placebo were found in 3 of 4 domains (sexual interest, erections, and perception of sexual problems). However, no significant difference was seen in the question on overall satisfaction with sex life.

## INDICATIONS AND USAGE

PROPECIA is indicated for the treatment of male pattern hair loss (androgenetic alopecia) in **MEN ONLY**. Safety and efficacy were demonstrated in men between 18 to 41 years of age with mild to moderate hair loss of the vertex and anterior mid-scalp area (See CLINICAL PHARMACOLOGY, *Clinical Studies*).

Efficacy in bitemporal recession has not been established.

PROPECIA is not indicated in women (see CONTRAINDICATIONS).

PROPECIA is not indicated in children (see PRECAUTIONS, *Pediatric Use*).

## CONTRAINDICATIONS

PROPECIA is contraindicated in the following:

Pregnancy. Finasteride use is contraindicated in women when they are or may potentially be pregnant. Because of the ability of $5\alpha$-reductase inhibitors to inhibit the conversion of testosterone to DHT, finasteride may cause abnormalities of the external genitalia of a male fetus of a pregnant woman who receives finasteride. If this drug is used during pregnancy, or if pregnancy occurs while taking this drug, the pregnant woman should be apprised of the potential hazard to the male fetus. (See also WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; and PRECAUTIONS, *Information for Patients* and *Pregnancy*.) In female rats, low doses of finasteride administered during pregnancy have produced abnormalities of the external genitalia in male offspring.

Hypersensitivity to any component of this medication.

## WARNINGS

PROPECIA is not indicated for use in pediatric patients (See INDICATIONS AND USAGE; and PRECAUTIONS, *Pediatric Use*) or women (See also PRECAUTIONS, *Information for Patients* and *Pregnancy;* and HOW SUPPLIED, *Storage and Handling*).

EXPOSURE OF WOMEN - RISK TO MALE FETUS

Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets have not been broken or crushed. (See also CONTRAINDICATIONS; PRECAUTIONS, *Information for Patients* and *Pregnancy;* and HOW SUPPLIED, *Storage and Handling*.)

5

                                    MRKP0000271123

PROPECIA · (Finasteride) Tablets, 1 mg                                           9328500

**PRECAUTIONS**

*General*

Caution should be used in the administration of PROPECIA in patients with liver function abnormalities, as finasteride is metabolized extensively in the liver.

*Information for Patients*

Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets have not been broken or crushed. (See also CONTRAINDICATIONS; WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; PRECAUTIONS, *Pregnancy;* and HOW SUPPLIED, *Storage and Handling.*)

See also Patient Package Insert.

*Drug/Laboratory Test Interactions*

In clinical studies with PROPECIA in men 18-41 years of age, the mean value of serum prostate-specific antigen (PSA) decreased from 0.7 ng/mL at baseline to 0.5 ng/mL at Month 12. When finasteride is used in older men who have benign prostatic hyperplasia (BPH), PSA levels are decreased by approximately 50%. Until further information is gathered in men >41 years of age without BPH, consideration should be given to doubling the PSA level in men undergoing this test while taking PROPECIA.

*Drug Interactions*

No drug interactions of clinical importance have been identified. Finasteride does not appear to affect the cytochrome P450-linked drug metabolizing enzyme system. Compounds that have been tested in man include antipyrine, digoxin, propranolol, theophylline, and warfarin and no interactions were found.

*Other concomitant therapy:* Although specific interaction studies were not performed, finasteride doses of 1 mg or more were concomitantly used in clinical studies with acetaminophen, α-blockers, analgesics, angiotensin-converting enzyme (ACE) inhibitors, anticonvulsants, benzodiazepines, beta blockers, calcium-channel blockers, cardiac nitrates, diuretics, $H_2$ antagonists, HMG-CoA reductase inhibitors, prostaglandin synthetase inhibitors (NSAIDs), and quinolone anti-infectives without evidence of clinically significant adverse interactions.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

No evidence of a tumorigenic effect was observed in a 24-month study in Sprague-Dawley rats receiving doses of finasteride up to 160 mg/kg/day in males and 320 mg/kg/day in females. These doses produced respective systemic exposure in rats of 888 and 2,192 times those observed in man receiving the recommended human dose of 1 mg/day. All exposure calculations were based on calculated $AUC_{(0-24\ hr)}$ for animals and mean $AUC_{(0-24\ hr)}$ for man (0.05 μg·hr/mL).

In a 19-month carcinogenicity study in CD-1 mice, a statistically significant (p≤0.05) increase in the incidence of testicular Leydig cell adenomas was observed at a dose of 250 mg/kg/day (1,824 times the human exposure). In mice at a dose of 25 mg/kg/day (184 times the human exposure, estimated) and in rats at a dose of ≥40 mg/kg/day (312 times the human exposure) an increase in the incidence of Leydig cell hyperplasia was observed. A positive correlation between the proliferative changes in the Leydig cells and an increase in serum LH levels (2-3 fold above control) has been demonstrated in both rodent species treated with high doses of finasteride. No drug-related Leydig cell changes were seen in either rats or dogs treated with finasteride for 1 year at doses of 20 mg/kg/day and 45 mg/kg/day (240 and 2,800 times, respectively, the human exposure) or in mice treated for 19 months at a dose of 2.5 mg/kg/day (18.4 times the human exposure).

No evidence of mutagenicity was observed in an *in vitro* bacterial mutagenesis assay, a mammalian cell mutagenesis assay, or in an *in vitro* alkaline elution assay. In an *in vitro* chromosome aberration assay, when Chinese hamster ovary cells were treated with high concentrations (450-550 μmol) of finasteride, there was a slight increase in chromosome aberrations. These concentrations correspond to 18,000-22,000 times the peak plasma levels in man given a total dose of 1 mg. Further, the concentrations (450-550 μmol) used in *in vitro* studies are not achievable in a biological system. In an *in vivo* chromosome aberration assay in mice, no treatment-related increase in chromosome aberration

6

PROPECIA*  (Finasteride) Tablets, 1 mg                                                9328500

was observed with finasteride at the maximum tolerated dose of 250 mg/kg/day (1,824 times the human exposure, estimated) as determined in the carcinogenicity studies.

In sexually mature male rabbits treated with finasteride at 80 mg/kg/day (4,344 times the estimated human exposure) for up to 12 weeks, no effect on fertility, sperm count, or ejaculate volume was seen. In sexually mature male rats treated with 80 mg/kg/day of finasteride (488 times the estimated human exposure), there were no significant effects on fertility after 6 or 12 weeks of treatment; however, when treatment was continued for up to 24 or 30 weeks, there was an apparent decrease in fertility, fecundity, and an associated significant decrease in the weights of the seminal vesicles and prostate. All these effects were reversible within 6 weeks of discontinuation of treatment. No drug-related effect on testes or on mating performance has been seen in rats or rabbits. This decrease in fertility in finasteride-treated rats is secondary to its effect on accessory sex organs (prostate and seminal vesicles) resulting in failure to form a seminal plug. The seminal plug is essential for normal fertility in rats but is not relevant in man.

*Pregnancy*

*Teratogenic Effects: Pregnancy Category X*

See CONTRAINDICATIONS.

PROPECIA is not indicated for use in women.

Administration of finasteride to pregnant rats at doses ranging from 100 μg/kg/day to 100 mg/kg/day (5-5,000 times the recommended human dose of 1 mg/day) resulted in dose-dependent development of hypospadias in 3.6 to 100% of male offspring. Pregnant rats produced male offspring with decreased prostatic and seminal vesicular weights, delayed preputial separation, and transient nipple development when given finasteride at $\geq$30 μg/kg/day ($\geq$ 1.5 times the recommended human dose of 1 mg/day) and decreased anogenital distance when given finasteride at $\geq$3 μg/kg/day (one-fifth the recommended human dose of 1 mg/day). The critical period during which these effects can be induced in male rats has been defined to be days 16-17 of gestation. The changes described above are expected pharmacological effects of drugs belonging to the class of Type II 5$\alpha$-reductase inhibitors and are similar to those reported in male infants with a genetic deficiency of Type II 5$\alpha$-reductase. No abnormalities were observed in female offspring exposed to any dose of finasteride *in utero*.

No developmental abnormalities have been observed in first filial generation (F$_1$) male or female offspring resulting from mating finasteride-treated male rats (80 mg/kg/day; 488 times the human exposure) with untreated females. Administration of finasteride at 3 mg/kg/day (150 times the recommended human dose of 1 mg/day) during the late gestation and lactation period resulted in slightly decreased fertility in F$_1$ male offspring. No effects were seen in female offspring. No evidence of malformations has been observed in rabbit fetuses exposed to finasteride *in utero* from days 6-18 of gestation at doses up to 100 mg/kg/day (5000 times the recommended human dose of 1 mg/day). However, effects on male genitalia would not be expected since the rabbits were not exposed during the critical period of genital system development.

The *in utero* effects of finasteride exposure during the period of embryonic and fetal development were evaluated in the rhesus monkey (gestation days 20-100), a species more predictive of human development than rats or rabbits. Intravenous administration of finasteride to pregnant monkeys at doses as high as 800 ng/day (at least 750 times the highest estimated exposure of pregnant women to finasteride from semen of men taking 1 mg/day) resulted in no abnormalities in male fetuses. In confirmation of the relevance of the rhesus model for human fetal development, oral administration of a very high dose of finasteride (2 mg/kg/day; 100 times the recommended human dose of 1 mg/day or approximately 12 million times the highest estimated exposure to finasteride from semen of men taking 1 mg/day) to pregnant monkeys resulted in external genital abnormalities in male fetuses. No other abnormalities were observed in male fetuses and no finasteride-related abnormalities were observed in female fetuses at any dose.

*Nursing Mothers*

PROPECIA is not indicated for use in women.

It is not known whether finasteride is excreted in human milk.

*Pediatric Use*

PROPECIA is not indicated for use in pediatric patients.

Safety and effectiveness in pediatric patients have not been established.

7

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        MRKP0000271125

PROPECIA · (Finasteride) Tablets, 1 mg                                          9328500

*Geriatric Use*

Clinical efficacy studies with PROPECIA did not include subjects aged 65 and over. Based on pharmacokinetics, no dosage adjustment is necessary in the elderly (see CLINICAL PHARMACOLOGY, *Pharmacokinetics* ).

## ADVERSE REACTIONS

*Clinical Studies for PROPECIA (finasteride 1 mg) in the Treatment of Male Pattern Hair Loss*

In controlled clinical trials for PROPECIA of 12-month duration, 1.4% of the patients were discontinued due to adverse experiences that were considered to be possibly, probably or definitely drug-related (1.6% for placebo); 1.2% of patients on PROPECIA and 0.9% of patients on placebo discontinued therapy because of a drug-related sexual adverse experience. The following clinical adverse reactions were reported as possibly, probably or definitely drug-related in ≥1% of patients treated for 12 months with PROPECIA or placebo, respectively: decreased libido (1.8%, 1.3%), erectile dysfunction (1.3%, 0.7%) and ejaculation disorder (1.2%, 0.7%; primarily decreased volume of ejaculate: [0.8%, 0.4%]). Integrated analysis of clinical adverse experiences showed that during treatment with PROPECIA, 36 (3.8%) of 945 men had reported one or more of these adverse experiences as compared to 20 (2.1%) of 934 men treated with placebo (p=0.04). Resolution occurred in all men who discontinued therapy with PROPECIA due to these side effects and in 58% of those who continued therapy.

In a study of finasteride 1 mg daily in healthy men, a median decrease in ejaculate volume of 0.3 mL (-11%) compared with 0.2 mL (–8%) for placebo was observed after 48 weeks of treatment. Two other studies showed that finasteride at 5 times the dosage of PROPECIA (5 mg daily) produced significant median decreases of approximately 0.5 mL (-25%) compared to placebo in ejaculate volume but this was reversible after discontinuation of treatment.

In the clinical studies with PROPECIA, the incidences for breast tenderness and enlargement, hypersensitivity reactions, and testicular pain in finasteride-treated patients were not different from those in patients treated with placebo.

*Postmarketing Experience for PROPECIA (finasteride 1 mg)*

Breast tenderness and enlargement; hypersensitivity reactions including rash, pruritus, urticaria, and swelling of the lips and face; and testicular pain.

*Controlled Clinical Trials and Long-Term Open Extension Studies for PROSCAR\* (finasteride 5 mg) in the Treatment of Benign Prostatic Hyperplasia*

In controlled clinical trials for PROSCAR of 12-month duration, 1.3% of the patients were discontinued due to adverse experiences that were considered to be possibly, probably or definitely drug-related (0.9% for placebo); only one patient on PROSCAR (0.2%) and one patient on placebo (0.2%) discontinued therapy because of a drug-related sexual adverse experience. The following clinical adverse reactions were reported as possibly, probably or definitely drug-related in ≥1% of patients treated for 12 months with PROSCAR or placebo, respectively: erectile dysfunction (3.7%, 1.1%), decreased libido (3.3%, 1.6%) and decreased volume of ejaculate (2.8%, 0.9%). The adverse experience profiles for patients treated with finasteride 1 mg/day for 12 months and those maintained on PROSCAR for 24 to 48 months were similar to that observed in the 12-month controlled studies with PROSCAR. Sexual adverse experiences resolved with continued treatment in over 60% of patients who reported them.

## OVERDOSAGE

In clinical studies, single doses of finasteride up to 400 mg and multiple doses of finasteride up to 80 mg/day for three months did not result in adverse reactions. Until further experience is obtained, no specific treatment for an overdose with finasteride can be recommended.

Significant lethality was observed in male and female mice at single oral doses of 1,500 mg/m$^2$ (500 mg/kg) and in female and male rats at single oral doses of 2,360 mg/m$^2$ (400 mg/kg) and 5,900 mg/m$^2$ (1,000 mg/kg), respectively.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          MRKP0000271126

PROPECIA˙ (Finasteride) Tablets, 1 mg                                    9328500

**DOSAGE AND ADMINISTRATION**

The recommended dosage is 1 mg once a day.

PROPECIA may be administered with or without meals.

In general, daily use for three months or more is necessary before benefit is observed. Continued use is recommended to sustain benefit. Withdrawal of treatment leads to reversal of effect within 12 months.

**HOW SUPPLIED**

No. 6642 — PROPECIA tablets, 1 mg, are tan, octagonal, film-coated convex tablets with "stylized P" logo on one side and PROPECIA on the other. They are supplied as follows:

**NDC** 0006-0071-31 unit of use bottles of 30

**NDC** 0006-0071-61 PROPAK$^{®***}$ - carton of 3 unit of use bottles of 30.

*Storage and Handling*

Store at room temperature, 15-30°C (59-86°F). Keep container closed and protect from moisture.

Women should not handle crushed or broken PROPECIA tablets when they are pregnant or may potentially be pregnant because of the possibility of absorption of finasteride and the subsequent potential risk to a male fetus. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed. (See WARNINGS, EXPOSURE OF WOMEN - RISK TO MALE FETUS; and PRECAUTIONS, *Information for Patients* and *Pregnancy.*)

---

Dist. by:

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued May 2000
Printed in USA

---

*** Registered trademark of MERCK & CO., INC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        MRKP0000271127

**Current Labeling Text**
**Patient Product Insert**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000271128

9329300

## PROPECIA®* 
## (Finasteride) Tablets
## Patient Information about
## PROPECIA˙ (Pro-pee-sha)
Generic name: finasteride
(fin-AS-tur-eyed)

**PROPECIA** is for use by MEN ONLY.**

Please read this leaflet before you start taking PROPECIA. Also, read the information included with PROPECIA each time you renew your prescription, just in case anything has changed. Remember, this leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss PROPECIA when you start taking your medication and at regular checkups.

### What is PROPECIA used for?

PROPECIA is used for the treatment of male pattern hair loss on the vertex and the anterior mid-scalp area.

PROPECIA is for use by **MEN ONLY** and should **NOT** be used by women or children.

### What is male pattern hair loss?

Male pattern hair loss is a common condition in which men experience thinning of the hair on the scalp. Often, this results in a receding hairline and/or balding on the top of the head. These changes typically begin gradually in men in their 20s.

Doctors believe male pattern hair loss is due to heredity and is dependent on hormonal effects. Doctors refer to this type of hair loss as androgenetic alopecia.

### Results of clinical studies:

For 12 months, doctors studied over 1800 men aged 18 to 41 with mild to moderate amounts of ongoing hair loss. All men, whether receiving PROPECIA or placebo (a pill containing no medication) were given a medicated shampoo (Neutrogena T/Gel®*** Shampoo). Of these men, approximately 1200 with hair loss at the top of the head were studied for an additional 12 months. In general, men who took PROPECIA maintained or increased the number of visible scalp hairs and noticed improvement in their hair in the first year, with the effect maintained in the second year. Hair counts in men who did not take PROPECIA continued to decrease.

In one study, patients were questioned on the growth of body hair. PROPECIA did not appear to affect hair in places other than the scalp.

---

\* Registered trademark of MERCK & CO., Inc.
\*\* Registered trademark of MERCK & CO., Inc.
\*\*\*Registered trademark of Johnson & Johnson
   COPYRIGHT ˙ MERCK & CO., Inc., 1997
   All rights reserved.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PROPECIA· (Finasteride) Tablets                                                              9329300

**Will PROPECIA work for me?**

For most men, PROPECIA increases the number of scalp hairs, helping to fill in thin or balding areas of the scalp. Men taking PROPECIA noted a slowing of hair loss during two years of use. Although results will vary, generally you will not be able to grow back all of the hair you have lost. There is not sufficient evidence that PROPECIA works in the treatment of receding hairline in the temporal area on both sides of the head.

Male pattern hair loss occurs gradually over time. On average, healthy hair grows only about half an inch each month. Therefore, it will take time to see any effect.

You may need to take PROPECIA daily for three months or more before you see a benefit from taking PROPECIA. PROPECIA can only work over the long term if you continue taking it. If the drug has not worked for you in twelve months, further treatment is unlikely to be of benefit. If you stop taking PROPECIA, you will likely lose the hair you have gained within 12 months of stopping treatment. You should discuss this with your doctor.

**How should I take PROPECIA?**

Follow your doctor's instructions.

- Take one tablet by mouth each day.

- You may take PROPECIA with or without food.

- If you forget to take PROPECIA, do not take an extra tablet. Just take the next tablet as usual.

PROPECIA will not work faster or better if you take it more than once a day.

**Who should NOT take PROPECIA?**

- PROPECIA is for the treatment of male pattern hair loss in **MEN ONLY** and should not be taken by women or children.

- Anyone allergic to any of the ingredients.

**A warning about PROPECIA and pregnancy.**

- **Women who are or may potentially be pregnant:**

  - **must not use PROPECIA**

  - **should not handle crushed or broken tablets of PROPECIA.**

**If a woman who is pregnant with a male baby absorbs the active ingredient in PROPECIA, either by swallowing or through the skin, it may cause abnormalities of a male baby's sex organs. If a woman who is pregnant comes into contact with the active ingredient in PROPECIA, a doctor**

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    MRKP0000271130

PROPECIA·  (Finasteride) Tablets                                                              9329300

**should be consulted. PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed.**

**What are the possible side effects of PROPECIA?**

Like all prescription products, PROPECIA may cause side effects. In clinical studies, side effects from PROPECIA were uncommon and did not affect most men. A small number of men experienced certain sexual side effects. These men reported one or more of the following: less desire for sex; difficulty in achieving an erection; and, a decrease in the amount of semen. Each of these side effects occurred in less than 2% of men. These side effects went away in men who stopped taking PROPECIA. They also disappeared in most men who continued taking PROPECIA.

In general use, the following have been reported infrequently:  allergic reactions including rash, itching, hives and swelling of the lips and face; problems with ejaculation; breast tenderness and enlargement; and testicular pain.

Tell your doctor promptly about these or any other unusual side effects.

> **PROPECIA can affect a blood test called PSA (Prostate-Specific Antigen) for the screening of prostate cancer. If you have a PSA test done, you should tell your doctor that you are taking PROPECIA.**

**Storage and handling.**

Keep PROPECIA in the original container and keep the container closed. Store it in a dry place at room temperature. **PROPECIA tablets are coated and will prevent contact with the active ingredient during normal handling, provided that the tablets are not broken or crushed.**

Do not give your PROPECIA tablets to anyone else. It has been prescribed only for you. Keep PROPECIA and all medications out of the reach of children.

THIS LEAFLET PROVIDES A SUMMARY OF INFORMATION ABOUT PROPECIA. IF AFTER READING THIS LEAFLET YOU HAVE ANY QUESTIONS OR ARE NOT SURE ABOUT ANYTHING, ASK YOUR DOCTOR.

**1-888-637-2522, Monday through Friday, 8:30 A.M. TO 7:00 P.M. (ET).**

www.propecia.com

Issued May 2000                              MERCK & CO., INC.
                                             Whitehouse Station, NJ 08889, USA

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    MRKP0000271131