**To:** Pillai, Prita[prita_pillai@merck.com]
**From:** Desmond, Ruth V.
**Sent:** Tue 8/8/2000 11:40:10 AM
**Importance:** Normal
**Subject:** FW: Overheads for CDOC 8/2/00
CDOC800.ppt

Hi Prita,

These are the slides Keith used at CDOC last week. It all cleared that committee very cleanly.

Ruth

---

**From:** Kaufman, Keith D.
**Sent:** Tuesday, August 01, 2000 1:28 PM
**To:** Greene, Douglas Dr.; Nies, Alan S.; Slater, Eve; Gertz, Barry J.; Margolskee, Dorothy
**Cc:** Merritt, Charlotte B.; Goodrow, Tamra L.; Stoner, Elizabeth; Blois, David W.; Wang, Cynthia; White-Guay, Brian; Desmond, Ruth V.; Casola, Tom; Howes, Paul G.; Taglieber, U.
**Subject:** Overheads for CDOC 8/2/00

Attached are the presentation slides for the 8/2 CDOC for the following item:

*PROPECIA - 5-Year Phase III Pivotal Data and EU Regulatory Strategy,*
*Dr. Keith Kaufman and Ms. Charlotte Merritt*



EXHIBIT *ID*
208
5-19-16
P. FRANK

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

MRKP0000734894



# PROPECIA

## 5-Year End-of-Study Phase III Controlled Data



# PROPECIA: 5-Year Phase III Controlled Data

## Background

* DEC94: Initiated Phase III studies (1-yr + 1-yr controlled extensions)

* DEC96: Filed WMA (1-yr Phase III data)

* AUG97: Updated application w/2-yr data

* DEC97: US approval w/2-yr data in label; *5-yr Phase IV commitment*

* JUL98: Filed MR procedure in EU w/ 2-yr data

* SEP98: EU approval (n=8; withdrawal=6 w/long-term S/E concerns)

* AUG99: CDOC review of 4-yr Phase III data

* MAY00: Phase III controlled extensions complete (5-yr data)





Hair Count



























# Drug-Related Sexual Adverse Experiences

## Phase III Pivotal Studies - Year 5

|  | FIN 1MG (N = 323) | PBO (N = 23) |
|---|---|---|
| Number (%) of Patients with Any Drug-Related Sexual AE: | 2 (0.6) | 0 |
| Libido Decreased | 1 (0.3) | 0 |
| Erectile Dysfunction | 1 (0.3) | 0 |
| Ejaculation Disorder | 0 | 0 |
| *Decreased Ejaculate Volume* | *0* | *0* |
| Any Sexually-Related AE Resulting in Discontinuation | 0 | 0 |

# Drug-Related Sexual Adverse Experiences



## Phase III Pivotal Studies

|  | Year 1 | | Year 2 | | Year 3 | | Year 4 | | Year 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | FIN 1MG (N = 779) | PBO (N = 774) | FIN 1MG (N = 547) | PBO (N = 60) | FIN 1MG (N = 447) | PBO (N = 46) | FIN 1MG (N = 379) | PBO (N = 33) | FIN 1MG (N = 323) | PBO (N = 23) |
| **Number (%) of Patients with Any Drug-Related Sexual AE:** | 34 (4.4) | 17 (2.2) | 9 (1.6) | 1 (1.7) | 4 (0.9) | 0 | 2 (0.5) | 0 | 2 (0.6) | 0 |
| Libido Decreased | 15 (1.9) | 10 (1.3) | 7 (1.3) | 1 (1.7) | 1 (0.2) | 0 | 1 (0.3) | 0 | 1 (0.3) | 0 |
| Ejaculation Disorder | 11 (1.4) | 7 (0.1) | 2 (0.4) | 0 | 2 (0.4) | 0 | 1 (0.3) | 0 | 0 | 0 |
| Erectile Dysfunction | 11 (1.4) | 5 (0.1) | 4 (0.7) | 0 | 1 (0.2) | 0 | 1 (0.3) | 0 | 1 (0.3) | 0 |
| **Any Sexually-Related AE Resulting in Discontinuation** | 11 (1.4) | 8 (1.0) | 4 (0.7) | 0 | 1 (0.2) | 0 | 1 (0.3) | 0 | 0 | 0 |

# PROPECIA: 5-Year Phase III Controlled Data

## Conclusions

* Efficacy data support continued long-term benefit of PROPECIA
  - Progressive separation between groups by hair count
  - Some loss of treatment effect by global photography, but not observed in investigator or patient assessments
  - Patient satisfaction with appearance of hair overall increased with continued therapy
* Safety data support excellent long-term tolerability
* Data will be used 3T00 in US promotional material
  - Emphasize preventive benefit of PROPECIA
  - 5-yr Phase III CSR targeted for completion JAN01
* Regulatory filings with label updates are planned beginning 4Q00

# PROPECIA

## *Regulatory Strategy for Filing 5-Year Data*

# Objectives of Filing the 5-Year Data in the EU

* Update SPC in countries where PROPECIA is currently approved
    – current SPC based on 24-month data

* Use long-term data in a repeat mutual recognition procedure to obtain approval in 6 outstanding countries

# Need for Repeat Mutual Recognition

* At end of MR in 1998, marketing applications withdrawn in Austria, Belgium, Greece, Holland, Ireland, and Luxembourg

* Concerns primarily related to long-term safety and perceived negative risk/benefit ratio

* All 6 agencies also questioned efficacy including long term effect (beyond 2 years)

# Impact of 5-Year Data on the SPC
*Pharmacodynamic Properties Section*

* SPC currently includes details of 12 and 24 month results for each of the 4 efficacy endpoints

* Type II Variation would propose a re-write of Pharmacodynamics Properties to include less detail and focus on treatment effect

  – qualitative description of long-term efficacy data with emphasis on stabilization of hair loss that occurs in the placebo group

  – shorter section more consistent with new SPC guidelines

* Agencies may insist on retaining current format with the addition of data from years 3-5

# Possible Impact of 5-Year Data on the SPC
## *Indications Section*

* Current indication includes a statement that PROPECIA *stabilizes* the process of androgenetic alopecia in men

* Decline from peak hair count between Months 24 and 60 may result in a change to the stabilization claim to suggest only a *slowing* or *delay* in the hair loss process

# Proposed Regulatory Strategy in the EU

* 5-year data may be viewed differently by agencies who have approved PROPECIA than by those who have not

    – need to decrease risk of repeat MR by minimizing influence of outstanding countries

* File Type II Variation first to add 5-year data to SPC in countries where PROPECIA is approved

    – create consensus on the data and revised SPC

# Proposed Regulatory Strategy in the EU

* Meet with agencies in outstanding countries to discuss new data and any remaining concerns

* Update marketing application to include 5-year data, post-marketing data, etc. to support approval in the outstanding countries

* File repeat MR procedure

# Filing 5-Year Data in the Rest of the World

* Type II Variation will be filed in EU with 5-year data summarized in Expert Report and referenced by statistical memos

* CSR for Phase III Pivotal extension studies targeted for JAN01

* Plan to file label change supported by CSRs in US and other (non-EU) countries in 1Q01

