**To:** Kaufman, Keith D.[keith_kaufman@merck.com]
**From:** Peeples-Lamirande, Kathleen
**Sent:** Thur 1/12/2006 9:27:43 AM
**Importance:** Normal
**Subject:** RE: PROPECIA question

Thanks for the hair transplant surgeon information.

For the libido question - is the following true?

"Unpublished information from Merck Research Laboratories notes that a definitive cause for **impotence or libido** in patients treated with PROPECIA has not been determined. The specific time to resolution of impotence following discontinuation of PROPECIA also has not been determined. As you are aware, each clinical situation is unique; it cannot be predicted whether impotence will resolve in an individual patient."

In answering your question about what statement is use for PROSCAR, we only had something on impotence (what you see below)

-----Original Message-----
**From:** Kaufman, Keith D.
**Sent:** Wednesday, January 11, 2006 5:51 PM
**To:** Peeples-Lamirande, Kathleen
**Subject:** RE: PROPECIA question


Kathy-

See comments below.

Keith

-----Original Message-----
**From:** Peeples-Lamirande, Kathleen
**Sent:** Wednesday, January 11, 2006 4:18 PM
**To:** Kaufman, Keith D.
**Subject:** PROPECIA question


Keith,
We received a question asking for a reason for a decreased **libido** associated with the use of PROPECIA from a physician. The below paragraph is what we say for PROSCAR in one of our letters that respond to HCP inquires.
"Unpublished information from Merck Research Laboratories notes that a definitive cause for **impotence** in patients treated with PROSCAR has not been determined. The specific time to resolution of impotence following discontinuation of PROSCAR also has not been determined. As you are aware, each clinical situation is unique; it cannot be predicted whether impotence will resolve in an individual patient." Note that this response relates to impotence, not decreased libido.

Do you know if the above information is true for PROPECIA so we can send out the same info when asked, replacing of course the word PROSCAR with the word PROPECIA? Non sequitur - what is statement used for PROSCAR?

On a different subject, can you recommend a hair transplant surgeon who we might be able to hire to write a 7-10 pg summary on hair transplant (e.g., education the physician needs to do hair transplant,


EXHIBIT 250

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                          MRKP0000638257

brief summary of the surgery itself - prepping, surgery and recovery...)? (1) Ken Washenik, affiliated with NYU and the Bosley Clinic; (2) Dow Stough, Hot Springs, AK; (3) Jerry Shapiro, Vancouver, Canada This document would be used as a medical backgrounder to train Derm reps who will be selling EMEND for postop emesis from anesthesia.

Thanks Keith,
Kathy

Kathy Peeples, Pharm.D.
267-305-8613
UG1A-47

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

MRKP0000638258