UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
IN RE PROPECIA (FINASTERIDE) :
PRODUCT LIABILITY LITIGATION :
: Master File No.: 12-md-2331 (BMC)(PK)
THIS DOCUMENT APPLIES TO: :
: Case No.: 1:12-cv-01876 (BMC)(PK)
PAUL DAWSON, :
:
             Plaintiff, :
:
      v. :
:
MERCK & CO., INC. and MERCK SHARP & :
DOHME CORP., :
:
             Defendants. :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for Movant/Intervenor Reuters America LLC in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated:  New York, New York
        September 12, 2019

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: */s/ Katherine M. Bolger*
                                              Katherine M. Bolger

                                        1251 Avenue of the Americas, 21st Floor
                                        New York, NY 10020-1104
                                        (212) 489-8230 Phone
                                        (212) 489-8340 Fax
                                        katebolger@dwt.com

                                        *Attorney for Movant/Intervenor Reuters America LLC*