UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE PROPECIA (FINASTERIDE) PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>PAUL DAWSON,<br><br>                      Plaintiff,<br><br>      v.<br><br>MERCK & CO., INC. and MERCK SHARP & DOHME CORP.,<br><br>                      Defendants. | Master File No.: 12-md-2331 (BMC)(PK)<br><br>Case No.: 1:12-cv-01876 (BMC)(PK) |

---

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants, Reuters America LLC, a Delaware limited liability company, by and through its attorneys of record, Davis Wright Tremaine LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following corporate disclosure statement:

- The parent of Reuters America LLC is Reuters News & Media Inc., a Delaware corporation.

- Reuters America LLC and Reuters News & Media Inc. are not publicly held and are wholly owned indirect subsidiaries of Thomson Reuters Corporation, a publicly-held corporation traded on the New York Stock Exchange and Toronto Stock Exchange.

- There are no intermediate parent corporations or subsidiaries of Reuters America LLC or Reuters News & Media Inc. that are publicly held, and there are no publicly held companies that own 10% or more of Reuters America LLC's stock or Reuters News & Media Inc.'s stock.

- Based on SEC filings, The Woodbridge Company Limited, a non-public company, is an indirect parent of Thomson Reuters Corporation as it beneficially owns approximately 66% of Thomson Reuters Corporation's stock and there are no publicly held companies that own 10% or more of Thomson Reuters Corporation's stock.

Dated: September 12, 2019

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Katherine M. Bolger
    Katherine M. Bolger

1251 Avenue of the Americas, 21st Floor
New York, NY 10020-1104
(212) 489-8230 Phone
(212) 489-8340 Fax
katebolger@dwt.com

*Attorney for Movant/Intervenor Reuters America LLC*