

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Katherine M. Bolger**
212.402.4068 tel
212.489.8340 fax

katebolger@dwt.com

February 7, 2020

By ECF

Hon. Peggy Kuo
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

  Re:  *Dawson v. Merck*, No.: 1:12-cv-01876 (BMC)(PK)

Dear Magistrate Judge Kuo:

  We represent Reuters America LLC ("Reuters") in the above-referenced action and we write on behalf of all parties to the unsealing application to request an adjournment of the March 17 oral argument scheduled in this matter to March 26, 2020.

  This morning, I reached out to counsel for Plaintiff Paul Dawson and for the Merck parties to ask if they would agree to our request to adjourn the hearing until 2:00 pm on March 17, 2020 because we have a conflicting hearing. Mr. Laszlo, counsel for Mr. Dawson, informed me that he was not available at all on March 17 because he is attending an arbitration in Utah. Thereafter, the parties agreed that we were all available on March 26, 2020. The parties, therefore, jointly request that the hearing be adjourned to that date.

  In addition, Mr. Laszlo asked to appear telephonically. The parties consent to his appearing telephonically, and I told Mr. Laszlo I would incorporate his request into this letter.

  Thank you for your consideration.

            Respectfully Submitted,

            Davis Wright Tremaine LLP

            Katherine M. Bolger

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.    www.dwt.com