

April 21, 2020

**VIA ECF FILING**

The Honorable Peggy Kuo
Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re: Propecia (Finasteride) Products Liability Litigation*
             *Paul Dawson v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.*,
             Case No. 1:12-cv-01876 (BMC)(PK)
             **Request for Extension to Submit Supplemental Information**

Dear Magistrate Judge Kuo:

    Counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively "Merck") submit this letter to request an extension of time until April 29, 2020, to submit Merck's supplemental briefing concerning the documents at issue in the above referenced matter. Currently, Merck's supplemental briefing is due April 23, 2020, per the Court's order following oral argument. Counsel for Merck contacted counsel for Reuters America LLC ("Reuters") to discuss the requested extension of time, and counsel for Reuters does not oppose and consents to Merck's request for an extension of time.

                                                Respectfully submitted,

                                                */s/ Charles F. Morrow*
                                                Charles F. Morrow
                                                chip.morrow@butlersnow.com
                                                Butler Snow LLP
                                                6075 Poplar Avenue, Suite 500
                                                Memphis, TN  38119
                                                (901) 680-7200

*PO Box 171443*
*Memphis, TN 38187-1443*

**CHARLES F. MORROW**
901.680.7317
Chip.Morrow@butlersnow.com

*Suite 500*
*6075 Poplar Avenue*
*Memphis, Tennessee 38119*

T 901.680.7200 • F 901.680.7201 • *www.butlersnow.com*

BUTLER SNOW LLP

*Counsel for Merck & Co., Inc. and Merck Sharp & Dohme Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing has been served upon all registered attorneys electronically using the court's ECF system this 21st day of April, 2020.

*/s/ Charles F. Morrow*
Charles F. Morrow

52699869.v1