

April 28, 2020

**VIA ECF FILING**

The Honorable Peggy Kuo
Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *In re: Propecia (Finasteride) Products Liability Litigation*
              *Paul Dawson v. Merck & Co., Inc. and Merck Sharp & Dohme Corp.*,
              Case No. 1:12-cv-01876 (BMC)(PK)
              **Request for Extension to Submit Supplemental Information in Light of Ongoing Discussions**

Dear Magistrate Judge Kuo:

        Counsel for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. (collectively "Merck") submits this letter to request an additional extension of time until May 8, 2020, for Merck to submit its supplemental briefing concerning the documents at issue in the above-referenced matter. Merck and counsel for Intervenor Reuters America LLC ("Reuters") are currently engaged in discussions concerning possible resolution of the matter, which may impact the supplemental filing Merck submits. Currently, Merck's supplemental briefing is due April 29, 2020, per the Court's April 22, 2020 order granting Merck's previous request to extend to the time to submit its supplemental briefing.

        Counsel for Merck has discussed this request for additional time with counsel for Reuters, and Reuters consents to and does not oppose Merck's request for additional time.

        Should the Court wish to discuss this matter, the parties will make themselves available at the Court's convenience.

        Respectfully submitted,

*/s/ Katherine M. Bolger*              */s/ Charles F. Morrow*
Katherine M. Bolger                   Charles F. Morrow
katebolger@dwt.com                 chip.morrow@butlersnow.com
Davis Wright Tremaine LLP          Butler Snow LLP
1251 Avenue of the Americas, 21st Floor   6075 Poplar Avenue, Suite 500

CHARLES F. MORROW
PO Box 171443    901.680.7317    Suite 500
Memphis, TN 38187-1443    Chip.Morrow@butlersnow.com    6075 Poplar Avenue
    Memphis, Tennessee 38119

T 901.680.7200 • F 901.680.7201 • www.butlersnow.com

BUTLER SNOW LLP

| | |
|---|---|
| New York, NY 10020-1104<br>Phone: (212) 489-8230 | Memphis, TN 38119<br>Phone: (901) 680-7200 |
| Christopher G. Lee<br>christopher.lee@thomsonreuters.com<br>Thomson Reuters<br>3 Times Square<br>New York, NY 10036 | *Counsel for Merck & Co., Inc. and Merck Sharp & Dohme Corp.* |
| *Attorneys for Intervenor Reuters America LLC* | |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing has been served upon all registered attorneys electronically using the court's ECF system this 28th day of April, 2020.

*/s/ Charles F. Morrow*
Charles F. Morrow